Gustavo F. Bruckner
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: gfbruckner@pomlaw.com

*Counsel for Plaintiff*
*Ali Karimi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>Defendants. | Case No.  1:20-cv-08978 ES MAH<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF J. ALEXANDER HOOD II** |

PLEASE TAKE NOTICE that on a date determined by the Court, counsel for Plaintiff Ali Karimi ("Movant"), will move before the Honorable Esther Salas of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07101, for an order, pursuant to Local Civil Rule 101.1(c), admitting J. Alexander Hood II to appear and participate *pro hac vice* in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that Movant will rely upon the annexed Certification of Gustavo F. Bruckner and Declaration of J. Alexander Hood II in support of this motion. No brief is necessary because the law in this area is well settled.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants have advised that they consent with regard to the relief sought in this Motion.

Dated: July 16, 2020                    Respectfully submitted,

**POMERANTZ LLP**

_____
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Fax: (917) 463-1044
gfbruckner@pomlaw.com

*Counsel for Plaintiff
Ali Karimi*

2