# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      JOSEPH  ALEXANDER  HOOD ,  II     , Bar #  JA4625

was duly admitted to practice in the Court on

      August 13, 2015

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    May 19, 2020
      New York, New York

Ruby J. Krajick    By    _[signature]_
Clerk of Court        Deputy Clerk