Gustavo F. Bruckner
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: gfbruckner@pomlaw.com

*Counsel for Plaintiff*
*Ali Karimi*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>Defendants. | Case No. 1:20-cv-08978 ES MAH<br><br>**DECLARATION OF**<br>**JEREMY A. LIEBERMAN** |

JEREMY A. LIEBERMAN, of full age, declares under penalty of perjury as follows:

1.   I am an attorney licensed to practice in New York and am the Managing Partner of Pomerantz LLP, attorneys for Plaintiff Ali Karimi in the above matter. I am fully familiar with the facts contained herein based upon my personal knowledge.

I make this Declaration in support of my application to be admitted *pro hac vice* in the above matter.

2. I am a member in good standing of the courts set forth in Schedule A attached.

3. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction, nor have I ever been the subject of any disciplinary proceedings.

4. Pomerantz LLP, is serving as local counsel on behalf of our client in accordance with L.Civ.R. 101.1(c).

5. I understand that if I am admitted to appear and participate *pro hac vice*:

   (a) I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules, and L.Civ.R. 101.1;

   (b) I shall consent to the disciplinary jurisdiction of this Court and to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my participation in connection with this matter;

   (c) I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

(d) I shall have all pleadings, briefs, and other papers filed with the court signed by an attorney of record authorized to practice in this state;

(e) I will pay the $150 fee provided by L.Civ.R. 101.1 and the annual payment to the Ethics Financial Committee and the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for each calendar year in which this case is pending.

6. I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 22, 2020

Respectfully submitted,

POMERANTZ LLP

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

*Counsel for Plaintiff*
*Ali Karimi*