**Schedule A - Jeremy A. Lieberman**

| Court Name | Date of Admission | Active or Inactive |
|---|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 | Active |
| United States District Court, Southern District of New York | Tuesday, January 6, 2006 | Active |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 | Active |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) | Active |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 | Active |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 | Active |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 | Active |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 | Active |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 | Active |
| United States District Court, District of Colorado | Friday, June 13, 2014 | Active |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 | Active |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 | Active |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 | Active |
| Supreme Court of the United States | Monday, November 27, 2017 | Active |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 | Active |
| United States District Court, Western District of New York | Thursday, September 26, 2019 | Active |