# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    JEREMY ALAN LIEBERMAN    , Bar #    JL6130

was duly admitted to practice in the Court on

    January 10, 2006

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    May 19, 2020
           New York, New York


Ruby J. Krajick     By     *[signature]*
Clerk of Court               Deputy Clerk