Mark C. Errico
Mark.Errico@squirepb.com
Jason F. King
Jason.King@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE, | : : : : : | **NOTICE OF APPEARANCE** |
| Defendants. | : : | |

PLEASE TAKE NOTICE that JASON F. KING of Squire Patton Boggs (US) LLP, 382 Springfield Avenue, Summit, New Jersey 07901, Jason.King@squirepb.com, hereby enters an appearance as counsel for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, and James Von Moltke in this matter.

SQUIRE PATTON BOGGS (US) LLP
Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

s/ Jason F. King
Jason F. King

Dated: July 29, 2020