Mark C. Errico
Mark.Errico@squirepb.com
Jason F. King
Jason.King@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : | Case No. 2:20-cv-08978 |
| | : | |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : | Hon. Michael A. Hammer, U.S.M.J. |
| | : | |
| v. | : | **ORDER ADMITTING DAVID G.** |
| | : | **JANUSZEWSKI, ESQ. AND** |
| DEUTSCHE BANK | : | **SHEILA C. RAMESH, ESQ.** |
| AKTIENGESELLSCHAFT, JOHN CRYAN, | : | ***PRO HAC VICE*** |
| CHRISTIAN SEWING, and JAMES VON | : | |
| MOLTKE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

THIS MATTER having been brought before the Court by Mark C. Errico, Esq. of Squire

Patton Boggs (US) LLP (the "Movant"), counsel for Defendants Deutsche Bank

Aktiengesellschaft, John Cryan, Christian Sewing, and James Von Moltke, on application for an

Order allowing David G. Januszewski, Esq. and Sheila C. Ramesh, Esq. ("Counsel") to appear and

participate *pro hac vice* pursuant to L. Civ. R. 101.1(c); and the Court having considered the

moving papers, which reflect that Counsel satisfies the requirements set forth in L. Civ. R.

101.1(c); and Plaintiff having consented to the admission *pro hac vice* of David G. Januszewski,

Esq. and Sheila C. Ramesh, Esq.; and this matter being considered pursuant to Fed. R. Civ. P. 78;

and for good cause shown,

IT IS on this _____ day of AUGUST, 2020,

ORDERED as follows:

1.      The motion for the *pro hac vice* admission of Counsel is granted.

2.      Counsel are permitted to appear *pro hac vice* in the above-captioned matter

pursuant to L. Civ. R. 101.1(c).

3.      All pleadings, briefs, and other papers filed with the Court shall be signed by the

Movant or a member or associate of the law firm of Squire Patton Boggs (US) LLP, attorneys of

record for Defendants, who is admitted to the Bar of this Court and shall be held responsible for

said papers and for the conduct of the case and who will be held responsible for the conduct of

Counsel admitted hereby.

4.      Counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client

Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within 30

days from the date of entry of this Order, unless previously paid for the current calendar year.

5.      Counsel shall make payment of $150 to the Clerk of the United States District Court

for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within 30

days from the date of the entry of this Order.

6.      Counsel shall be bound by the Rules of the United States District Court for the

District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial

Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*.

7.      Counsel shall be deemed to have agreed to take no fee in any tort case in excess of

the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

8.      Movant may file a request with the Clerk of the Court for Counsel to receive electronic notifications in this matter.

_____
THE HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge