

Squire Patton Boggs (US) LLP
382 Springfield Ave, Suite 300
Summit, New Jersey  07901

O    +1 973 848 5600
squirepattonboggs.com

Mark C. Errico
T    +1 973 848 5668
mark.errico@squirepb.com

July 29, 2020

VIA ECF

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court, District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, 2nd Floor
Newark, New Jersey 07102

Re:   Ali Karimi v. Deutsche Bank Aktiengesellschaft, et al.
      Case No. 2:20-cv-08978-ES-MAH

Dear Judge Hammer:

This firm represents Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, and James Von Moltke in the referenced action.

In accordance with Your Honor's Judicial Preferences, I respectfully submit this letter in lieu of a formal motion seeking permission for David G. Januszewski, Esq. and Sheila C. Ramesh, Esq. to appear *pro hac vice* on behalf of Defendants in this matter.  Plaintiff's counsel has consented to the *pro hac vice* admission of Mr. Januszewski and Ms. Ramesh.

I enclose for Your Honor's consideration a copy of my declaration, the declarations of Mr. Januszewski and Ms. Ramesh, along with a proposed order.

We respectfully request entry of the proposed order if the application meets with Your Honor's approval.

Respectfully submitted,

s/ Mark C. Errico
Mark C. Errico

MCE:md

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP						Hon. Michael A. Hammer, U.S.M.J.
								July 29, 2020

cc:    Counsel of Record (via ECF)
       David G. Januszewski, Esq. (via email) (djanuszewski@cahill.com)
       Sheila C. Ramesh, Esq. (via email) (sramesh@cahill.com)
       Sesi V. Garimella, Esq. (via email) (sgarimella@cahill.com)