
Mark C. Errico
Mark.Errico@squirepb.com
Jason F. King
Jason.King@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **DECLARATION OF MARK C. ERRICO IN SUPPORT OF APPLICATION FOR THE *PRO HAC VICE* ADMISSION OF DAVID G. JANUSZEWSKI, ESQ. AND SHEILA C. RAMESH, ESQ.** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE, | : : : : : | |
| Defendants. | : : | |

MARK C. ERRICO declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly admitted to practice law in the State of New Jersey and a Partner with the law firm of Squire Patton Boggs (US) LLP, counsel for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, and James Von Moltke in the above-captioned matter.

2.     I submit this declaration in support of the application for the admission *pro hac vice* of David G. Januszewski, Esq. and Sheila C. Ramesh, Esq. of Cahill Gordon & Reindel LLP for the purpose of appearing and participating on behalf of Defendants pursuant to L. Civ. R. 101(c).

3.     I have been advised that Plaintiff's counsel has consented to the admission *pro hac vice* of David G. Januszewski, Esq. and Sheila C. Ramesh, Esq.

4.     I am a member in good standing of the Bar of the State of New Jersey and of the United States District Court for the District of New Jersey.

5.     Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Squire Patton Boggs (US) LLP who is a member in good standing of the Bar of the State of New Jersey and of the United States District Court for the District of New Jersey. Further, I, or another attorney associated with Squire Patton Boggs (US) LLP who is a member in good standing of the Bar of the State of New Jersey and of the United States District Court for the District of New Jersey, will be present for all appearances before the Court unless previously excused from appearing by the Court.

6.     I respectfully request that the Court enter an order admitting David G. Januszewski, Esq. and Sheila C. Ramesh, Esq. *pro hac vice* in this matter pursuant to L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th Day of July 2020 in Summit, New Jersey

                                                  s/ Mark C. Errico
                                                  MARK C. ERRICO