Mark C. Errico
Mark.Errico@squirepb.com
Jason F. King
Jason.King@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **DECLARATION OF DAVID G. JANUSZEWSKI, ESQ. IN SUPPORT** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE, | : : : : : | **OF APPLICATION FOR THE *PRO HAC VICE* ADMISSION OF DAVID G. JANUSZEWSKI, ESQ. AND SHEILA C. RAMESH, ESQ.** |
| Defendants. | : : | |

DAVID G. JANUSZEWSKI, ESQ. declares pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney duly admitted to practice law in New York and Connecticut and a Partner with the law firm of Cahill Gordon & Reindel LLP, 80 Pine Street, New York, New York 10005-1702.

2.    I submit this declaration in support of the application for my admission *pro hac vice* for the purpose of appearing and participating on behalf of Defendants Deutsche Bank

Aktiengesellschaft, John Cryan, Christian Sewing, and James Von Moltke in this matter pursuant to L. Civ. R. 101.1(c).

3. I am a member in good standing of the State Bar of New York. I was admitted to practice before the Bar of the state of New York in 1991. The roll of attorneys in good standing before the Bar of the state of New York, Second Department, is maintained by the General Clerk's Office, Appellate Division, Second Judicial Department, 45 Monroe Place, Brooklyn, New York 11201.

4. I am a member in good standing of the State Bar of Connecticut. I was admitted to practice before the Bar of the state of Connecticut in 1990. The roll of attorneys in good standing before the Bar of the state of Connecticut is maintained by the Clerk of the Superior Court, Hartford Judicial District, 95 Washington Street, Hartford, Connecticut 06106.

5. I am not under suspension or disbarment by any court. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed on me in any jurisdiction.

6. I am associated in this litigation with Mark C. Errico of Squire Patton Boggs (US) LLP, who serves as counsel of record for Defendants. All notices, orders, and pleadings may continue to be served upon him at 382 Springfield Avenue, Summit, New Jersey 07901.

7. I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in any manner pending in this Court. I am also aware that L. Civ. R. 101(c) requires payment of $150 to the Clerk of this Court in connection with my admission for this litigation.

8. I am further aware that, if admitted *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

9. I affirm that, if admitted *pro hac vice*, I will abide by the requirements of L. Civ. R. 101.1(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th Day of July 2020

_____
DAVID G. JANUSZEWSKI