Mark C. Errico
Mark.Errico@squirepb.com
Jason F. King
Jason.King@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

David G. Januszewski (Admitted *Pro Hac Vice*)
djanuszewski@cahill.com
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
sramesh@cahill.com
Sesi V. Garimella
SGarimella@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| Plaintiff, | : : | Hon. Esther Salas, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : : | |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE, | : : : : : | **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION** |
| Defendants. | : : | |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the captioned matter, and it is represented that:

1. An order of the Court granting applications permitting the attorneys identified below to appear *pro hac vice* in the captioned matter has been entered (Dkt. 13); and

2. The *pro hac vice* admission fee of $150 has been paid to the Clerk of the Court for each attorney pursuant to L. Civ. R. 101.1(c)(3).

Dated: August 10, 2020

Respectfully submitted,

/s Mark C. Errico
Mark C. Errico
Mark.Errico@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing, and
James Von Moltke

**PRO HAC VICE ATTORNEY INFORMATION**

Name: David G. Januszewski, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: 212-701-3352
Facsimile: 212-378-2200
Email: djanuszewski@cahill.com


Name: Sheila C. Ramesh, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: 212-701-3833
Facsimile: 212-378-4454
Email: sramesh@cahill.com