**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, AND JAMES VON MOLTKE,<br><br>Defendants. | No.: 2:20-cv-08978-ES-MAH<br><br>**NOTICE OF MOTION OF SRIKALAHASTI VAGVALA TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: November 18, 2020** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Srikalahasti Vagvala ( "Movant"), hereby moves the Honorable Esther Salas, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5A, Newark, NJ 07102, for an order appointing Movant to serve as Lead Plaintiff in

1

this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated September 14, 2020 (with exhibits); (2) a Memorandum of Law in support of Motion dated September 14, 2020; and (3) a [Proposed] Order.

Dated: September 14, 2020                Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for
Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen