# Exhibit 1

Case 1:22-cv-02854-JSR   Document 17-4   Filed 09/14/20   Page 2 of 5

# Pomerantz Law Firm Announces the Filing of a Class Action against Deutsche Bank Aktiengesellschaft and Certain Officers - DB

NEWS PROVIDED BY
**Pomerantz LLP** ➞
Jul 15, 2020, 19:22 ET

NEW YORK, July 15, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Deutsche Bank Aktiengesellschaft ("Deutsche Bank" or the "Bank") (NYSE: DB) and certain of its officers.   The class action, filed in the United States District Court for the District of New Jersey, and indexed under 20-cv-08978, is on behalf of all investors who purchased or otherwise acquired Deutsche Bank securities between November 7, 2017, and July 6, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Bank and certain of its top officials.

If you are a shareholder who purchased Deutsche Bank securities during the Class Period, you have until September 14, 2020, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact

Case 1:22-cv-02854-JSR   Document 17-4   Filed 09/14/20   Page 3 of 5

Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Deutsche Bank was founded in 1870 and is headquartered in Frankfurt am Main, Germany.  The Bank provides investment, financial, and related products and services to private individuals, corporate entities, and institutional clients worldwide.

Deutsche Bank has been the subject of scandal, investigation and regulatory enforcement for years because of anti-money laundering ("AML") compliance failures and deficiencies in its disclosure controls and procedures and internal control over financial reporting, causing it to have one of the lowest gradings offered by the U.S. Federal Reserve ("Federal Reserve").

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Deutsche Bank had failed to remediate deficiencies related to AML, its disclosure controls, procedures, and internal control over financial reporting, and its U.S. operations' troubled condition; (ii) as a result, the Bank failed to properly monitor customers that the Bank itself deemed to be high risk, including, among others, the convicted sex offender Jeffrey Epstein ("Epstein") and two correspondent banks, Danske Estonia and FBME Bank, which were both the subjects of prior scandals involving financial misconduct; (iii) the foregoing, once revealed, was foreseeably likely to have a material negative impact on the Bank's financial results and reputation; and (iv) as a result, the Bank's public statements were materially false and misleading at all relevant times.

Case 1:22-cv-02854-JSR   Document 17-4   Filed 09/14/20   Page 4 of 5

On May 13, 2020, media outlets reported that the Federal Reserve had sharply criticized Deutsche Bank's U.S. operations in an internal audit.  The audit reportedly found that Deutsche Bank had failed to address multiple concerns identified years earlier, including concerns related to the Bank's AML and other control procedures.

On this news, the value of Deutsche Bank's ordinary shares fell $0.31 per share, or 4.49%, to close at $6.60 per share on May 13, 2020.

Then, on July 7, 2020, the Federal Reserve's criticism of Deutsche Bank's failure to address its AML and other issues was reaffirmed when the New York State Department of Financial Services fined the Bank $150 million for neglecting to flag numerous questionable transactions from accounts associated with Epstein and with two correspondent banks, Danske Estonia and FBME Bank, both of which were the subjects of prior scandals involving financial misconduct.

On this news, the value of Deutsche Bank's ordinary shares fell $0.13 per share, or 1.31%, to close at $9.82 per share on July 7, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerant-zlaw.com

CONTACT:

Robert S. Willoughby

Pomerantz LLP

Case 1:22-cv-02854-JSR    Document 17-4    Filed 09/14/20    Page 5 of 5

rswilloughby@pomlaw.com

SOURCE Pomerantz LLP

Related Links

www.pomerantzlaw.com