# Exhibit 2

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Deutsche Bank Aktiengesellschaft (NYSE: DB), and their current and former officers, and others in connection with the purchase and sale of securities issued by DB.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint against DB and certain of their officers and directors and I authorize The Rosen Law Firm, PA to file a lead plaintiff motion on my behalf.

2. I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales I have made in DB securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

    See Schedule A

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies): *In Re: Tupperware Brands Corporation Securities Litigation* (M.D. Fla.)

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8/24/2020 day _____.

Signature: *Srikalahasti M Vagvala*
Name: Srikalahasti M. Vagvala

## SCHEDULE A

### SRIKALAHASTI M. VAGVALA

CLASS PERIOD TRANSACTIONS

| **STOCK PURCHASES** | | | **STOCK SALES** | | |
|---|---|---|---|---|---|
| DATE | SHARES | PRICE | DATE | SHARES | PRICE |
| 3/21/2018 | 10,000 | ($14.6200) | 3/21/2018 | 10,000 | $14.7000 |
| 3/21/2018 | 20,000 | ($14.5900) | 3/21/2018 | 10,000 | $14.7100 |
| 3/21/2018 | 20,000 | ($14.5900) | 3/21/2018 | 10,000 | $14.7100 |
| 3/22/2018 | 10,000 | ($14.1700) | 3/21/2018 | 300 | $14.7450 |
| 3/23/2018 | 20,000 | ($13.9400) | 3/21/2018 | 19,700 | $14.7400 |
| 3/23/2018 | 20,000 | ($13.9000) | 3/23/2018 | 20,000 | $13.9400 |
| 3/23/2018 | 12,553 | ($13.9100) | 3/23/2018 | 20,000 | $13.9600 |
| 3/23/2018 | 800 | ($13.9050) | 3/23/2018 | 10,000 | $13.9500 |
| 3/23/2018 | 6,647 | ($13.9000) | 3/23/2018 | 5,300 | $14.0550 |
| 3/23/2018 | 30,000 | ($13.8400) | 3/23/2018 | 1,000 | $14.0510 |
| 4/10/2018 | 8,911 | ($14.0900) | 3/23/2018 | 13,700 | $14.0500 |
| 4/10/2018 | 300 | ($14.0870) | 3/26/2018 | 20,000 | $13.9900 |
| 4/10/2018 | 500 | ($14.0850) | 3/26/2018 | 10,000 | $13.9800 |
| 4/10/2018 | 289 | ($14.0800) | 4/12/2018 | 100 | $14.3710 |
| 4/10/2018 | 20,000 | ($14.0900) | 4/12/2018 | 9,900 | $14.3700 |
| 4/10/2018 | 20,000 | ($14.0800) | 4/12/2018 | 10,000 | $14.3700 |
| 4/20/2018 | 10,000 | ($14.1800) | 4/12/2018 | 10,000 | $14.3700 |
| 4/20/2018 | 24,892 | ($14.1400) | 4/12/2018 | 10,000 | $14.3700 |
| 4/20/2018 | 5,108 | ($14.1350) | 4/12/2018 | 3,100 | $14.3550 |
| 4/20/2018 | 8,734 | ($14.1500) | 4/12/2018 | 400 | $14.3510 |
| 4/20/2018 | 1,266 | ($14.1450) | 4/12/2018 | 100 | $14.3501 |
| 4/20/2018 | 10,000 | ($14.1100) | 4/12/2018 | 6,400 | $14.3500 |
| 4/27/2018 | 1,100 | ($13.7600) | 4/23/2018 | 100 | $14.3300 |
| 4/27/2018 | 1,000 | ($13.7500) | 4/23/2018 | 9,900 | $14.3256 |
| 4/27/2018 | 7,900 | ($13.7800) | 4/23/2018 | 200 | $14.3250 |
| 4/27/2018 | 20,000 | ($13.8000) | 4/23/2018 | 9,800 | $14.3200 |
| 4/27/2018 | 6,000 | ($13.8100) | 4/23/2018 | 5,112 | $14.3150 |
| 4/27/2018 | 20,000 | ($13.8200) | 4/23/2018 | 14,888 | $14.3100 |
| 4/27/2018 | 34,000 | ($13.8100) | 4/23/2018 | 10,000 | $14.3200 |
| 4/27/2018 | 30,000 | ($13.8000) | 4/24/2018 | 500 | $14.8050 |
| 4/27/2018 | 30,000 | ($13.7800) | 4/24/2018 | 2,300 | $14.8010 |
| 4/27/2018 | 50,000 | ($13.6900) | 4/24/2018 | 5,000 | $14.8001 |
| 4/30/2018 | 20,000 | ($13.7100) | 4/24/2018 | 2,200 | $14.8000 |
| 4/30/2018 | 20,000 | ($13.6800) | 4/27/2018 | 1,000 | $13.9050 |
| 5/1/2018 | 14,700 | ($13.6400) | 4/27/2018 | 9,000 | $13.9000 |
| 5/1/2018 | 5,300 | ($13.6390) | 4/27/2018 | 100 | $13.9060 |
| 5/1/2018 | 20,000 | ($13.6250) | 4/27/2018 | 10,697 | $13.9050 |
| 5/8/2018 | 5,000 | ($13.4800) | 4/27/2018 | 4,203 | $13.9010 |

| Date | Shares | Price | Date | Shares | Price |
|---|---|---|---|---|---|
| 5/8/2018 | 5,000 | ($13.4800) | 4/27/2018 | 2,000 | $13.9050 |
| 5/8/2018 | 6,300 | ($13.4800) | 4/27/2018 | 9,200 | $13.9040 |
| 5/8/2018 | 3,700 | ($13.4700) | 4/27/2018 | 3,800 | $13.9000 |
| 5/8/2018 | 10,000 | ($13.4700) | 4/27/2018 | 800 | $13.9010 |
| 5/8/2018 | 6,600 | ($13.4700) | 4/27/2018 | 9,200 | $13.9000 |
| 5/8/2018 | 3,109 | ($13.4800) | 4/27/2018 | 3,073 | $13.9050 |
| 5/15/2018 | 10,988 | ($13.3800) | 4/27/2018 | 6,927 | $13.9000 |
| 5/15/2018 | 9,012 | ($13.3700) | 4/27/2018 | 8,350 | $13.9050 |
| 5/15/2018 | 20,000 | ($13.3500) | 4/27/2018 | 1,650 | $13.9010 |
| 5/15/2018 | 20,000 | ($13.3500) | 4/27/2018 | 900 | $13.9050 |
| 5/15/2018 | 20,000 | ($13.3500) | 4/27/2018 | 1,400 | $13.9010 |
| 5/15/2018 | 20,000 | ($13.3400) | 4/27/2018 | 6,300 | $13.9001 |
| 5/15/2018 | 20,000 | ($13.3400) | 4/27/2018 | 1,400 | $13.9000 |
| 5/15/2018 | 30,000 | ($13.3000) | 4/27/2018 | 4,200 | $13.9041 |
| 5/15/2018 | 50,000 | ($13.2900) | 4/27/2018 | 800 | $13.9010 |
| 5/15/2018 | 7,521 | ($13.2400) | 4/27/2018 | 1,200 | $13.9057 |
| 5/15/2018 | 2,950 | ($13.2800) | 4/27/2018 | 2,700 | $13.9042 |
| 5/16/2018 | 50,000 | ($12.9000) | 4/27/2018 | 1,100 | $13.9010 |
| 5/16/2018 | 50,000 | ($12.9000) | 4/27/2018 | 400 | $13.9057 |
| 5/16/2018 | 6,126 | ($12.9090) | 4/27/2018 | 200 | $13.9050 |
| 5/16/2018 | 5,694 | ($12.9050) | 4/27/2018 | 4,200 | $13.9040 |
| 5/18/2018 | 50,000 | ($12.7300) | 4/27/2018 | 200 | $13.9010 |
| 5/23/2018 | 44,500 | ($12.6900) | 4/27/2018 | 5,000 | $13.9015 |
| 5/23/2018 | 5,500 | ($12.6800) | 4/27/2018 | 2,400 | $13.9055 |
| 5/23/2018 | 19,220 | ($12.6700) | 4/27/2018 | 3,100 | $13.9040 |
| 5/23/2018 | 30,780 | ($12.6200) | 4/27/2018 | 2,500 | $13.9010 |
| 5/23/2018 | 50,000 | ($12.5900) | 4/27/2018 | 3,100 | $13.9015 |
| 5/24/2018 | 38,400 | ($12.3100) | 4/27/2018 | 4,900 | $13.9012 |
| 5/24/2018 | 8,600 | ($12.3000) | 4/27/2018 | 4,000 | $13.9001 |
| 5/24/2018 | 3,000 | ($12.2900) | 4/27/2018 | 200 | $13.8957 |
| 5/24/2018 | 50,000 | ($12.2900) | 4/27/2018 | 4,300 | $13.8937 |
| 5/24/2018 | 50,000 | ($12.2800) | 4/27/2018 | 500 | $13.8910 |
| 5/24/2018 | 10,000 | ($12.2100) | 4/27/2018 | 4,700 | $13.8936 |
| 5/24/2018 | 11,775 | ($12.2100) | 4/27/2018 | 300 | $13.8900 |
| 5/24/2018 | 100 | ($12.0000) | 4/27/2018 | 5,000 | $13.8815 |
| 5/25/2018 | 100,000 | ($12.0300) | 4/27/2018 | 5,000 | $13.8812 |
| 5/25/2018 | 100 | ($12.0500) | 4/27/2018 | 8,430 | $13.8950 |
| 5/25/2018 | 49,900 | ($12.0700) | 4/27/2018 | 2,400 | $13.8910 |
| 5/25/2018 | 100,000 | ($12.0500) | 4/27/2018 | 9,170 | $13.8900 |
| 5/25/2018 | 1,000 | ($12.0300) | 4/27/2018 | 100 | $13.8910 |
| 5/29/2018 | 69,100 | ($11.5200) | 4/27/2018 | 9,900 | $13.8900 |
| 5/29/2018 | 3,800 | ($11.5199) | 4/27/2018 | 1,170 | $13.8950 |
| 5/29/2018 | 1,000 | ($11.5190) | 4/27/2018 | 1,000 | $13.8910 |
| 5/29/2018 | 25,000 | ($11.5150) | 4/27/2018 | 7,830 | $13.8900 |
| 5/29/2018 | 400 | ($11.5125) | 5/2/2018 | 3,400 | $13.7100 |
| 5/29/2018 | 700 | ($11.5100) | 5/2/2018 | 6,600 | $13.7000 |
| 5/29/2018 | 200,000 | ($11.3500) | 5/2/2018 | 10,000 | $13.7010 |
| 5/29/2018 | 200,000 | ($11.3500) | 5/2/2018 | 100 | $13.7050 |

| Date | Shares | Price | Date | Shares | Price |
|---|---|---|---|---|---|
| 5/31/2018 | 50,000 | ($11.3500) | 5/2/2018 | 9,900 | $13.7000 |
| 5/31/2018 | 10,000 | ($11.2800) | 5/2/2018 | 10,000 | $13.7010 |
| 5/31/2018 | 41,900 | ($10.7400) | 5/2/2018 | 10,000 | $13.7010 |
| 5/31/2018 | 200 | ($10.7375) | 5/2/2018 | 3,800 | $13.7150 |
| 5/31/2018 | 8,000 | ($10.7350) | 5/2/2018 | 200 | $13.7110 |
| 6/8/2018 | 20,000 | ($11.1800) | 5/2/2018 | 6,000 | $13.7100 |
| 6/8/2018 | 30,000 | ($11.1800) | 5/2/2018 | 1,800 | $13.7010 |
| 6/8/2018 | 50,000 | ($11.1400) | 5/2/2018 | 8,200 | $13.7000 |
| 6/15/2018 | 100 | ($10.9800) | 5/2/2018 | 10,000 | $13.7000 |
| 6/15/2018 | 19,900 | ($11.0000) | 5/2/2018 | 1,000 | $13.6910 |
| 6/15/2018 | 30,000 | ($11.0100) | 5/2/2018 | 9,000 | $13.6900 |
| 6/18/2018 | 30,000 | ($10.9700) | 5/2/2018 | 10,000 | $13.7000 |
| 6/18/2018 | 60,000 | ($10.9700) | 5/8/2018 | 800 | $13.5450 |
| 6/27/2018 | 20,000 | ($10.5000) | 5/8/2018 | 9,200 | $13.5400 |
| 6/27/2018 | 30,000 | ($10.4900) | 5/8/2018 | 10,000 | $13.5400 |
| 6/27/2018 | 25,000 | ($10.4900) | 5/8/2018 | 10,000 | $13.5500 |
| 6/27/2018 | 25,000 | ($10.4700) | 5/8/2018 | 9,709 | $13.5501 |
| 7/11/2018 | 29,400 | ($11.1300) | 5/15/2018 | 10,000 | $13.4000 |
| 7/11/2018 | 600 | ($11.1250) | 5/15/2018 | 7,521 | $13.4057 |
| 8/16/2018 | 14,400 | ($11.2200) | 5/15/2018 | 10,000 | $13.4010 |
| 8/16/2018 | 8,600 | ($11.2199) | 5/15/2018 | 10,000 | $13.4010 |
| 8/16/2018 | 7,000 | ($11.2150) | 5/15/2018 | 5,476 | $13.4150 |
| 8/16/2018 | 30,000 | ($11.2300) | 5/15/2018 | 700 | $13.4110 |
| 8/16/2018 | 40,000 | ($11.2300) | 5/15/2018 | 3,824 | $13.4100 |
| 9/7/2018 | 19,500 | ($11.1000) | 5/15/2018 | 1,900 | $13.4150 |
| 9/7/2018 | 500 | ($11.0990) | 5/15/2018 | 100 | $13.4110 |
| 9/7/2018 | 17,024 | ($11.0900) | 5/15/2018 | 1,000 | $13.4101 |
| 9/7/2018 | 300 | ($11.0890) | 5/15/2018 | 6,770 | $13.4100 |
| 9/11/2018 | 3,976 | ($11.0100) | 5/15/2018 | 100 | $13.3710 |
| 9/11/2018 | 14,350 | ($11.0099) | 5/15/2018 | 9,900 | $13.3700 |
| 9/11/2018 | 8,850 | ($11.0050) | 5/15/2018 | 300 | $13.3556 |
| 10/8/2018 | 27,100 | ($10.9300) | 5/15/2018 | 4,700 | $13.3531 |
| 10/8/2018 | 600 | ($10.9290) | 5/24/2018 | 493 | $12.0450 |
| 10/8/2018 | 2,300 | ($10.9250) | 5/24/2018 | 11,382 | $12.0400 |
| 10/8/2018 | 20,000 | ($10.9300) | 5/24/2018 | 900 | $12.0450 |
| 10/9/2018 | 18,940 | ($10.8500) | 5/24/2018 | 100 | $12.0410 |
| 10/9/2018 | 1,060 | ($10.8400) | 5/24/2018 | 9,000 | $12.0400 |
| 11/8/2018 | 10,000 | ($10.4500) | 5/25/2018 | 49,290 | $12.0100 |
| 11/8/2018 | 20,000 | ($10.4100) | 5/25/2018 | 1,710 | $12.0000 |
| 11/8/2018 | 10,000 | ($10.3300) | 5/25/2018 | 300 | $12.0050 |
| 11/12/2018 | 50,000 | ($9.8700) | 5/25/2018 | 49,700 | $12.0000 |
| 11/12/2018 | 50,000 | ($9.8800) | 5/25/2018 | 8,800 | $12.1050 |
| 11/12/2018 | 37,400 | ($9.8700) | 5/25/2018 | 600 | $12.1010 |
| 11/12/2018 | 11,000 | ($9.8699) | 5/25/2018 | 1,600 | $12.1001 |
| 11/12/2018 | 1,000 | ($9.8690) | 5/25/2018 | 29,000 | $12.1000 |
| 11/12/2018 | 600 | ($9.8650) | 5/25/2018 | 20,000 | $12.1000 |
| 11/12/2018 | 22,982 | ($9.7900) | 5/25/2018 | 7,429 | $12.0350 |
| 11/12/2018 | 27,018 | ($9.7850) | 5/25/2018 | 12,571 | $12.0300 |

| Date | Shares | Price | | Date | Shares | Price |
|---|---:|---:|---|---|---:|---:|
| 11/15/2018 | 9,860 | ($9.6800) | | 5/25/2018 | 20,000 | $12.0500 |
| 11/15/2018 | 140 | ($9.6700) | | 5/25/2018 | 20,000 | $12.0500 |
| 11/16/2018 | 20,000 | ($9.7700) | | 5/25/2018 | 4,390 | $12.0550 |
| 11/20/2018 | 23,200 | ($9.2300) | | 5/25/2018 | 600 | $12.0510 |
| 11/20/2018 | 6,800 | ($9.2250) | | 5/25/2018 | 15,010 | $12.0500 |
| 11/20/2018 | 30,000 | ($9.2300) | | 5/25/2018 | 11,900 | $12.0550 |
| 11/20/2018 | 10,000 | ($9.2600) | | 5/25/2018 | 1,000 | $12.0510 |
| 11/20/2018 | 16,616 | ($9.2100) | | 5/25/2018 | 3,400 | $12.0501 |
| 11/20/2018 | 100 | ($9.2090) | | 5/25/2018 | 3,700 | $12.0500 |
| 11/20/2018 | 13,284 | ($9.2050) | | 5/25/2018 | 800 | $12.0501 |
| 11/23/2018 | 22,400 | ($9.2900) | | 5/25/2018 | 19,200 | $12.0500 |
| 11/23/2018 | 2,600 | ($9.2800) | | 5/25/2018 | 20,000 | $12.0500 |
| 11/23/2018 | 5,400 | ($9.3400) | | 5/25/2018 | 8,341 | $12.0550 |
| 11/23/2018 | 23,200 | ($9.3399) | | 5/25/2018 | 11,659 | $12.0500 |
| 11/23/2018 | 100 | ($9.3390) | | 5/25/2018 | 15,000 | $12.0500 |
| 11/23/2018 | 1,300 | ($9.3350) | | 5/25/2018 | 20,000 | $12.0500 |
| 11/30/2018 | 49,700 | ($9.1700) | | 5/25/2018 | 25,000 | $12.0600 |
| 11/30/2018 | 300 | ($9.1650) | | 5/25/2018 | 500 | $12.0600 |
| 11/30/2018 | 50,000 | ($9.1200) | | 5/29/2018 | 50,000 | $11.2700 |
| 12/4/2018 | 44,764 | ($9.0600) | | 5/29/2018 | 196 | $11.2550 |
| 12/4/2018 | 236 | ($9.0599) | | 5/29/2018 | 800 | $11.2510 |
| 12/4/2018 | 5,000 | ($9.0550) | | 5/29/2018 | 1,900 | $11.2501 |
| 12/6/2018 | 30,000 | ($8.8900) | | 5/29/2018 | 16,604 | $11.2500 |
| 12/7/2018 | 31,745 | ($8.7900) | | 5/29/2018 | 20,000 | $11.2500 |
| 12/7/2018 | 10,055 | ($8.7899) | | 5/29/2018 | 200 | $11.2550 |
| 12/7/2018 | 1,000 | ($8.7890) | | 5/29/2018 | 19,800 | $11.2500 |
| 12/7/2018 | 7,200 | ($8.7850) | | 5/29/2018 | 20,000 | $11.2500 |
| 12/20/2018 | 22,000 | ($8.1200) | | 5/29/2018 | 300 | $11.2510 |
| 12/20/2018 | 1,200 | ($8.1199) | | 5/29/2018 | 19,700 | $11.2500 |
| 12/20/2018 | 2,000 | ($8.1190) | | 5/29/2018 | 500 | $11.2550 |
| 12/20/2018 | 4,800 | ($8.1150) | | 5/29/2018 | 19,500 | $11.2500 |
| 12/26/2018 | 31,543 | ($7.9500) | | 5/29/2018 | 300 | $11.2550 |
| 12/26/2018 | 17,684 | ($7.9450) | | 5/29/2018 | 1,100 | $11.2510 |
| 12/26/2018 | 773 | ($7.9400) | | 5/29/2018 | 28,600 | $11.2500 |
| 12/26/2018 | 7,370 | ($7.9500) | | 5/29/2018 | 700 | $11.2550 |
| 12/26/2018 | 12,200 | ($7.9499) | | 5/29/2018 | 1,000 | $11.2510 |
| 12/26/2018 | 30,059 | ($7.9450) | | 5/29/2018 | 4,300 | $11.2501 |
| 12/26/2018 | 371 | ($7.9400) | | 5/29/2018 | 14,000 | $11.2500 |
| 12/26/2018 | 11,922 | ($7.9499) | | 5/29/2018 | 700 | $11.2550 |
| 12/26/2018 | 38,078 | ($7.9450) | | 5/29/2018 | 900 | $11.2510 |
| 12/26/2018 | 27,160 | ($7.9500) | | 5/29/2018 | 18,400 | $11.2500 |
| 12/26/2018 | 13,700 | ($7.9499) | | 5/29/2018 | 1,900 | $11.2550 |
| 12/26/2018 | 800 | ($7.9490) | | 5/29/2018 | 700 | $11.2510 |
| 12/26/2018 | 6,340 | ($7.9450) | | 5/29/2018 | 17,400 | $11.2500 |
| 12/26/2018 | 2,000 | ($7.9400) | | 5/29/2018 | 100 | $11.2510 |
| 12/27/2018 | 49,600 | ($7.6800) | | 5/29/2018 | 19,900 | $11.2500 |
| 12/27/2018 | 400 | ($7.6750) | | 5/29/2018 | 800 | $11.2110 |
| 12/27/2018 | 39,929 | ($7.6600) | | 5/29/2018 | 19,200 | $11.2100 |

| Date | Shares | Price | Date | Shares | Price |
|---|---|---|---|---|---|
| 12/27/2018 | 10,071 | ($7.6550) | 5/29/2018 | 100 | $11.2110 |
| 12/31/2018 | 20,000 | ($8.0800) | 5/29/2018 | 19,900 | $11.2100 |
| 1/17/2019 | 10,000 | ($8.8800) | 5/29/2018 | 3,350 | $11.2150 |
| 1/31/2019 | 10,000 | ($8.8700) | 5/29/2018 | 16,650 | $11.2100 |
| 2/1/2019 | 30,000 | ($8.6100) | 5/29/2018 | 200 | $11.2050 |
| 2/7/2019 | 20,000 | ($8.6300) | 5/29/2018 | 29,800 | $11.2000 |
| 2/7/2019 | 20,000 | ($8.6300) | 5/29/2018 | 21,142 | $11.2050 |
| 2/14/2019 | 15,374 | ($8.3700) | 5/29/2018 | 1,300 | $11.2025 |
| 2/14/2019 | 4,626 | ($8.3650) | 5/29/2018 | 1,400 | $11.2010 |
| 5/6/2019 | 20,000 | ($8.0200) | 5/29/2018 | 6,158 | $11.2000 |
| 3/11/2020 | 20,000 | ($6.6200) | 5/29/2018 | 45,000 | $11.1900 |
| 3/12/2020 | 20,000 | ($5.6100) | 5/30/2018 | 25,000 | $11.4400 |
| 3/12/2020 | 10,000 | ($5.5900) | 5/30/2018 | 25,000 | $11.4400 |
| 3/12/2020 | 30,000 | ($5.5700) | 5/30/2018 | 20,000 | $11.4300 |
| 5/15/2020 | 10,000 | ($6.4500) | 5/30/2018 | 9,874 | $11.4350 |
| | | | 5/30/2018 | 300 | $11.4310 |
| | | | 5/30/2018 | 600 | $11.4301 |
| | | | 5/30/2018 | 9,226 | $11.4300 |
| | | | 5/30/2018 | 100 | $11.4410 |
| | | | 5/30/2018 | 14,900 | $11.4400 |
| | | | 5/30/2018 | 20,000 | $11.4600 |
| | | | 5/30/2018 | 20,000 | $11.4600 |
| | | | 5/30/2018 | 13,725 | $11.4950 |
| | | | 5/30/2018 | 100 | $11.4910 |
| | | | 5/30/2018 | 6,175 | $11.4900 |
| | | | 5/30/2018 | 6,357 | $11.4950 |
| | | | 5/30/2018 | 1,000 | $11.4910 |
| | | | 5/30/2018 | 12,643 | $11.4900 |
| | | | 5/30/2018 | 5,251 | $11.5350 |
| | | | 5/30/2018 | 14,749 | $11.5300 |
| | | | 5/30/2018 | 20,000 | $11.5400 |
| | | | 5/30/2018 | 20,000 | $11.6000 |
| | | | 5/30/2018 | 4,200 | $11.5950 |
| | | | 5/30/2018 | 100 | $11.5910 |
| | | | 5/30/2018 | 15,700 | $11.5900 |
| | | | 5/30/2018 | 20,000 | $11.5900 |
| | | | 5/30/2018 | 200 | $11.5650 |
| | | | 5/30/2018 | 100 | $11.5610 |
| | | | 5/30/2018 | 700 | $11.5601 |
| | | | 5/30/2018 | 19,000 | $11.5600 |
| | | | 5/30/2018 | 20,000 | $11.5600 |
| | | | 5/31/2018 | 500 | $11.0800 |
| | | | 5/31/2018 | 4,400 | $11.0700 |
| | | | 5/31/2018 | 95,100 | $11.0600 |
| | | | 5/31/2018 | 2,000 | $11.1900 |
| | | | 5/31/2018 | 58,000 | $11.1800 |
| | | | 5/31/2018 | 50,000 | $11.1700 |
| | | | 5/31/2018 | 100 | $11.0900 |

| Date | Shares | Price |
|---|---|---|
| 5/31/2018 | 6,000 | $11.1250 |
| 5/31/2018 | 1,000 | $11.1210 |
| 5/31/2018 | 10,275 | $11.1200 |
| 5/31/2018 | 100 | $11.0950 |
| 5/31/2018 | 32,625 | $11.0900 |
| 5/31/2018 | 17,400 | $11.0800 |
| 5/31/2018 | 32,600 | $11.0700 |
| 6/8/2018 | 50,000 | $11.2300 |
| 6/8/2018 | 30,000 | $11.2200 |
| 6/8/2018 | 15,000 | $11.2100 |
| 6/8/2018 | 5,000 | $11.2300 |
| 6/15/2018 | 800 | $11.0710 |
| 6/15/2018 | 12,900 | $11.0701 |
| 6/15/2018 | 6,300 | $11.0700 |
| 6/15/2018 | 20,000 | $11.0700 |
| 6/18/2018 | 3,937 | $10.9950 |
| 6/18/2018 | 16,063 | $10.9900 |
| 6/18/2018 | 2,700 | $10.9910 |
| 6/18/2018 | 17,300 | $10.9900 |
| 6/18/2018 | 1,700 | $10.9910 |
| 6/18/2018 | 215 | $10.9901 |
| 6/18/2018 | 8,085 | $10.9900 |
| 6/18/2018 | 1,000 | $11.0510 |
| 6/18/2018 | 19,000 | $11.0500 |
| 6/18/2018 | 1,000 | $11.0410 |
| 6/18/2018 | 2,600 | $11.0401 |
| 6/18/2018 | 16,400 | $11.0400 |
| 6/18/2018 | 10,000 | $11.0400 |
| 6/27/2018 | 30,000 | $10.4300 |
| 6/27/2018 | 20,000 | $10.4300 |
| 6/27/2018 | 10,000 | $10.4300 |
| 6/27/2018 | 100 | $10.4250 |
| 6/27/2018 | 9,900 | $10.4200 |
| 6/27/2018 | 10,000 | $10.4200 |
| 6/27/2018 | 10,000 | $10.4200 |
| 6/27/2018 | 10,000 | $10.4000 |
| 7/11/2018 | 700 | $11.1650 |
| 7/11/2018 | 1,000 | $11.1610 |
| 7/11/2018 | 4,400 | $11.1601 |
| 7/11/2018 | 23,900 | $11.1600 |
| 8/17/2018 | 800 | $11.0750 |
| 8/17/2018 | 19,200 | $11.0701 |
| 8/17/2018 | 2,900 | $11.0750 |
| 8/17/2018 | 17,100 | $11.0700 |
| 8/17/2018 | 1,600 | $11.0750 |
| 8/17/2018 | 18,400 | $11.0700 |
| 8/17/2018 | 40,000 | $11.1600 |
| 9/7/2018 | 10,000 | $11.1800 |

| Date | Shares | Price |
|---|---:|---:|
| 9/7/2018 | 10,000 | $11.1850 |
| 9/11/2018 | 3,432 | $11.1750 |
| 9/11/2018 | 2,301 | $11.1710 |
| 9/11/2018 | 222 | $11.1701 |
| 9/11/2018 | 8,545 | $11.1700 |
| 9/11/2018 | 1,100 | $11.1750 |
| 9/11/2018 | 13,900 | $11.1700 |
| 9/17/2018 | 15,000 | $11.5400 |
| 10/8/2018 | 20,000 | $11.0400 |
| 10/8/2018 | 20,000 | $11.0400 |
| 10/8/2018 | 10,000 | $11.0400 |
| 10/9/2018 | 4,100 | $10.9510 |
| 10/9/2018 | 5,900 | $10.9500 |
| 10/9/2018 | 10,000 | $10.9400 |
| 11/12/2018 | 24,275 | $9.9100 |
| 11/12/2018 | 15,725 | $9.9000 |
| 11/12/2018 | 12,418 | $9.7350 |
| 11/12/2018 | 7,582 | $9.7300 |
| 11/12/2018 | 900 | $9.7350 |
| 11/12/2018 | 19,100 | $9.7300 |
| 11/12/2018 | 20,000 | $9.7300 |
| 11/13/2018 | 20,000 | $9.8700 |
| 11/13/2018 | 20,000 | $9.9100 |
| 11/13/2018 | 5,000 | $9.9150 |
| 11/13/2018 | 15,000 | $9.9100 |
| 11/13/2018 | 20,000 | $9.9100 |
| 11/13/2018 | 1,000 | $9.9110 |
| 11/13/2018 | 19,000 | $9.9100 |
| 11/13/2018 | 300 | $9.9350 |
| 11/13/2018 | 19,700 | $9.9300 |
| 11/13/2018 | 2,200 | $9.9450 |
| 11/13/2018 | 300 | $9.9410 |
| 11/13/2018 | 5,600 | $9.9401 |
| 11/13/2018 | 11,900 | $9.9400 |
| 11/16/2018 | 10,000 | $9.8100 |
| 11/16/2018 | 10,000 | $9.8100 |
| 11/16/2018 | 10,000 | $9.8000 |
| 11/21/2018 | 20,000 | $9.4400 |
| 11/21/2018 | 3,404 | $9.4450 |
| 11/21/2018 | 26,596 | $9.4400 |
| 11/21/2018 | 25,000 | $9.4300 |
| 11/23/2018 | 100 | $9.3250 |
| 11/23/2018 | 5,923 | $9.3200 |
| 11/23/2018 | 13,977 | $9.3100 |
| 11/26/2018 | 10,000 | $9.5700 |
| 11/26/2018 | 10,000 | $9.5600 |
| 11/26/2018 | 200 | $9.5750 |
| 11/26/2018 | 9,800 | $9.5700 |

| Date | Shares | Price |
|---|---:|---:|
| 11/26/2018 | 10,000 | $9.5800 |
| 11/26/2018 | 10,000 | $9.5800 |
| 11/26/2018 | 10,000 | $9.6900 |
| 12/3/2018 | 25,000 | $9.4700 |
| 12/3/2018 | 15,000 | $9.4800 |
| 12/3/2018 | 20,000 | $9.4800 |
| 12/3/2018 | 4,600 | $9.4800 |
| 12/3/2018 | 15,400 | $9.4700 |
| 12/3/2018 | 10,000 | $9.4300 |
| 12/3/2018 | 10,000 | $9.4300 |
| 12/10/2018 | 20,000 | $8.5800 |
| 12/10/2018 | 1,100 | $8.5850 |
| 12/10/2018 | 18,900 | $8.5800 |
| 12/10/2018 | 2,800 | $8.5850 |
| 12/10/2018 | 1,100 | $8.5810 |
| 12/10/2018 | 16,100 | $8.5800 |
| 12/10/2018 | 400 | $8.4850 |
| 12/10/2018 | 19,600 | $8.4800 |
| 12/10/2018 | 20,000 | $8.3600 |
| 12/10/2018 | 20,000 | $8.3700 |
| 12/10/2018 | 10,000 | $8.3700 |
| 12/24/2018 | 10,000 | $7.9000 |
| 12/24/2018 | 10,000 | $7.9000 |
| 12/24/2018 | 10,000 | $7.9000 |
| 12/27/2018 | 200 | $7.7950 |
| 12/27/2018 | 19,800 | $7.7900 |
| 12/27/2018 | 20,000 | $7.7900 |
| 12/27/2018 | 20,000 | $7.7900 |
| 12/27/2018 | 20,000 | $7.7900 |
| 12/27/2018 | 20,000 | $7.7900 |
| 12/27/2018 | 200 | $7.7950 |
| 12/27/2018 | 2,000 | $7.7910 |
| 12/27/2018 | 700 | $7.7901 |
| 12/27/2018 | 17,100 | $7.7900 |
| 12/27/2018 | 2,600 | $7.7950 |
| 12/27/2018 | 17,400 | $7.7900 |
| 12/27/2018 | 2,000 | $7.7910 |
| 12/27/2018 | 18,000 | $7.7900 |
| 12/27/2018 | 800 | $7.7950 |
| 12/27/2018 | 1,000 | $7.7910 |
| 12/27/2018 | 500 | $7.7901 |
| 12/27/2018 | 17,700 | $7.7900 |
| 12/27/2018 | 20,000 | $7.8100 |
| 12/27/2018 | 6,837 | $7.8150 |
| 12/27/2018 | 955 | $7.8110 |
| 12/27/2018 | 12,208 | $7.8100 |
| 12/27/2018 | 20,000 | $7.8100 |
| 12/28/2018 | 10,000 | $8.0800 |

| Date | Shares | Price |
|---|---|---|
| 12/28/2018 | 10,000 | $8.0800 |
| 12/28/2018 | 1,400 | $8.0850 |
| 12/28/2018 | 700 | $8.0801 |
| 12/28/2018 | 12,900 | $8.0800 |
| 12/28/2018 | 1,500 | $8.0750 |
| 12/28/2018 | 8,500 | $8.0700 |
| 12/28/2018 | 900 | $8.0650 |
| 12/28/2018 | 100 | $8.0610 |
| 12/28/2018 | 3,200 | $8.0601 |
| 12/28/2018 | 10,800 | $8.0600 |
| 12/31/2018 | 10,000 | $8.1300 |
| 12/31/2018 | 10,000 | $8.1400 |
| 1/23/2019 | 400 | $9.0350 |
| 1/23/2019 | 9,600 | $9.0300 |
| 2/1/2019 | 1,000 | $8.7950 |
| 2/1/2019 | 19,000 | $8.7900 |
| 2/1/2019 | 200 | $8.8750 |
| 2/1/2019 | 19,800 | $8.8700 |
| 2/15/2019 | 1,500 | $8.6750 |
| 2/15/2019 | 18,500 | $8.6700 |
| 2/15/2019 | 20,000 | $8.6700 |
| 2/15/2019 | 1,400 | $8.6750 |
| 2/15/2019 | 8,600 | $8.6700 |
| 2/15/2019 | 3,152 | $8.7432 |
| 2/15/2019 | 1,848 | $8.7400 |
| 2/25/2019 | 5,000 | $8.8042 |
| 5/6/2019 | 20,000 | $8.1200 |
| 3/12/2020 | 20,000 | $5.4700 |
| 3/12/2020 | 7,122 | $5.4900 |
| 3/12/2020 | 12,878 | $5.4700 |
| 3/12/2020 | 10,000 | $5.4300 |
| 3/12/2020 | 10,000 | $5.4300 |
| 3/12/2020 | 300 | $5.8350 |
| 3/12/2020 | 702 | $5.8300 |
| 3/12/2020 | 300 | $5.8250 |
| 3/12/2020 | 400 | $5.8201 |
| 3/12/2020 | 3,900 | $5.8200 |
| 3/12/2020 | 300 | $5.8150 |
| 3/12/2020 | 698 | $5.8101 |
| 3/12/2020 | 3,400 | $5.8100 |
| 3/12/2020 | 10,000 | $5.7101 |
| 5/18/2020 | 10,000 | $7.1200 |