**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, AND JAMES VON MOLTKE,<br><br>Defendants. | No.: 2:20-cv-08978-ES-MAH<br><br>**NOTICE OF WITHDRAWAL OF MOVANT SRIKALAHASTI VAGVALA'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 17)**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: October 19, 2020** |

Movant Srikalahasti Vagvala ("Movant") hereby withdraws his Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel (Dkt. No. 17).

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need

1

arise.

Dated: September 23, 2020              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>/s/Laurence M. Rosen</u>
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for
Plaintiff and the Class*

**SO ORDERED.**
The motion (D.E. No. 17) is WITHDRAWN.

*s/ Esther Salas*
_____
**Hon. Esther Salas, U.S.D.J.**
**Dated: September 25, 2020**