Gustavo F. Bruckner
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  (212) 661-1100
Fax:  (917) 463-1044
gfbruckner@pomlaw.com

*Counsel for Lead Plaintiff Movant Yun Wang*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>                              Defendants. | Case No.  1:20-cv-08978-ES-MAH<br><br>**CERTIFICATION OF GUSTAVO F. BRUCKNER** |

I, Gustavo F. Bruckner, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a Partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016, Counsel for Lead Plaintiff Movant

Yun Wang ("Movant"), in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein.

2. I make this certification in support of the Motion to admit *pro hac vice* Emma Gilmore and Dolgora Dorzhieva, as Counsel for Movant.

3. Emma Gilmore is a Partner of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, NY 10016.

4. Emma Gilmore has advised me that she is a member in good standing of the bar of the State of New York, and admitted to practice before the United States District Courts for the Southern District of New York, the Second Circuit Court of Appeals, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals and the United States Supreme Court. She is not under suspension, nor has she ever been suspended or disbarred from any court. Ms. Gilmore is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Emma Gilmore, as she is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Movant in this matter.

6. Dolgora Dorzhieva is an associate of Pomerantz LLP, located at 600 Third Avenue, 20th Floor, New York, N.Y. 10016.

7. Dolgora Dorzhieva has advised me that she is a member in good standing of the bars of the State of New York and the United States Court for the Southern District of New York; She is not under suspension, nor has she ever been suspended or disbarred from any court. Ms. Dorzhieva is fully familiar with the facts of this case.

8. There is good cause for the *pro hac vice* admission of Dolgora Dorzhieva, as she is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Movant in this matter.

9. Pursuant to Local Civil Rule 101.1(c)(4), my firm will appear in this action, including all court appearances on behalf of Plaintiffs and agree to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should they be admitted *pro hac vice.*

10. I will make certain that the attorneys to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

11. Accordingly, I respectfully request that this Court enter an Order admitting Emma Gilmore and Dolgora Dorzhieva, *pro hac vice* in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 22, 2020

_____
                Gustavo F. Bruckner