UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, and JAMES VON MOLTKE,<br><br>Defendants. | Case No.  1:20-cv-08978-ES-MAH<br><br>**ORDER ADMITTING EMMA GILMORE AND DOLGORA DORZHIEVA *PRO HAC VICE*** |

This matter having been brought before the Court by Pomerantz LLP, through Gustavo Fabian Bruckner, Counsel for Lead Plaintiff Movant Yin Wang ("Movant"), on application for an Order allowing Emma Gilmore and Dolgora Dorzhieva to appear and participate *pro hac vice* [ECF No. 14]; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this __10__ day of __November__, 2020

ORDERED that Emma Gilmore, a member in good standing of the Bar of the State of New York and of the United States Courts for the Southern District of New York, Second Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals and the United States Supreme Court; be permitted to

appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that Dolgora Dorzhieva, a member in good standing of the Bar of the State of New York and of the United States Court for the Southern District of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate of the law firm of Pomerantz LLP, attorneys of record for the Movant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Emma Gilmore and Dolgora Dorzhieva shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28–2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

ORDERED that Emma Gilmore and Dolgora Dorzhieva shall make payment of One Hundred Fifty Dollars ($150.00) to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Emma Gilmore and Dolgora Dorzhieva shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1 (governing Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1 (governing Discipline of Attorneys); and it is further

ORDERED that Emma Gilmore and Dolgora Dorzhieva shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21–7, as amended; and it is further

ORDERED that Emma Gilmore and Dolgora Dorzhieva may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

Dated:

SO ORDERED

s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.

Date: November 10, 2020