AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others<br>*Plaintiff*<br>v.<br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   2:20-cv-08978-ES-MAH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang.

Date:   03/01/2021

s/ Terrence W. Scudieri, Jr.
*Attorney's signature*

Terrence W. Scudieri, Jr.  NJ Bar #314242020
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016

*Address*

tscudieri@pomlaw.com
*E-mail address*

(646) 214-7739
*Telephone number*

(917) 463-1044
*FAX number*