Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: Mark.Errico@squirepb.com

David G. Januszewski (Admitted *Pro Hac Vice*)
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing,
Marcus Schenck, and James Von Moltke

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **RULE 7.1 DISCLOSURE** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE, | : : : : : : | **STATEMENT** |
| Defendants. | : : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank

Aktiengesellschaft, by and through its undersigned counsel, states that Deutsche Bank Aktieng-

esellschaft is a publicly traded corporation. Deutsche Bank Aktiengesellschaft has no parent company, and no publicly held corporation owns 10 percent or more of its stock.

Dated: April 15, 2021

Respectfully submitted,

s/Mark C. Errico
Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
973-848-5600
973-848-5601
mark.errico@squirepb.com

David G. Januszewski (admitted *pro hac vice*)
Sheila C. Ramesh (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke*