Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: Mark.Errico@squirepb.com

David G. Januszewski (Admitted *Pro Hac Vice*)
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing,
Marcus Schenck, and James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE, | : : : : : | |
| | : | **Oral Argument Requested [L.R. 78.1]** |
| Defendants. | : : | |

TO:   Jeremy A. Lieberman, Esq.
      Emma Gilmore, Esq.
      Dolgora Dorzhieva, Esq.
      POMERANTZ LLP
      600 Third Avenue, 20th Floor
      New York, New York 10016
      Telephone:   (212) 661-1100
      Facsimile:   (917) 463-1044
      Email: jalieberman@pomlaw.com
      Email: egilmore@pomlaw.com
      Email: ddorzhieva@pomlaw.com

      *Counsel for Plaintiffs and for the Proposed Class*

      Peretz Bronstein
      BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
      60 East 42nd Street, Suite 4600
      New York, NY 10165
      Telephone:   (212) 697-6484
      Facsimile:   (212) 697-7296
      Email: peretz@bgandg.com

      *Additional Counsel for Plaintiffs and for the Proposed Class*

COUNSEL:

PLEASE TAKE NOTICE that, the undersigned attorneys for Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke (together, the "Individual Defendants," and with Deutsche Bank, "Defendants"), upon the accompanying Memorandum of Law, Declaration of Sheila C. Ramesh and the exhibits attached thereto, and proposed form of Order, will move this Court before the Honorable Esther Salas, United States District Judge for the District of New Jersey, 50 Walnut Street, Courtroom 5A, Newark, New Jersey, at a date and time to be determined by this Court, for an Order dismissing the Second Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule set by the Court by Stipulation and Order dated January 4, 2021 (ECF 32), Lead Plaintiff shall file any opposition to the Motion by June 1, 2021; and Defendants shall file any reply by July 1, 2021.

PLEASE TAKE FURTHER NOTICE that, Defendants respectfully request oral argument at a date and time to be designated by the Court.

Dated: April 15, 2021

Respectfully submitted,

*s/*Mark C. Errico
Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
973-848-5600
973-848-5601
mark.errico@squirepb.com

David G. Januszewski (admitted *pro hac vice*)
Sheila C. Ramesh (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke*

3

## **LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I certify that, to the best of my knowledge, the matter in controversy is not the subject of another action pending in any court or of any pending arbitration or administrative proceeding.


Dated: April 15, 2021                             *s/ Mark C. Errico*
                                                  MARK C. ERRICO

## CERTIFICATE OF FILING AND SERVICE

I certify that true copies of the foregoing Defendants' Notice of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, Memorandum of Law in support thereof, Declaration of Sheila C. Ramesh and the exhibits attached thereto, proposed form of Order, and Local Civil Rule 11.2 Certification were electronically filed with the Court and simultaneously served upon all counsel of record by operation of the Court's CM/ECF system on this 15th day of April 2021.

*s/ Mark C. Errico*
MARK C. ERRICO