Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: Mark.Errico@squirepb.com

David G. Januszewski (Admitted *Pro Hac Vice*)
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing,
Marcus Schenck, and James Von Moltke

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **DEFENDANTS' NOTICE OF MOTION TO TRANSFER** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE, | : : : : : | **PURSUANT TO 28 U.S.C. § 1404(a), OR, IN THE ALTERNATIVE, DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| Defendants. | : : | |

**Oral Argument Requested** [L.R. 78.1]

TO:        Jeremy A. Lieberman, Esq.
Emma Gilmore, Esq.
Dolgora Dorzhieva, Esq.
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:   (917) 463-1044
Email: jalieberman@pomlaw.com
Email: egilmore@pomlaw.com
Email: ddorzhieva@pomlaw.com

*Counsel for Plaintiffs and for the Proposed Class*

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone:   (212) 697-6484
Facsimile:   (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and for the Proposed Class*

COUNSEL:

      PLEASE TAKE NOTICE that the undersigned attorneys for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke, upon the accompanying Memorandum of Law, Declaration of Sheila C. Ramesh and the exhibits attached thereto, and proposed form of Order, will move this Court before the Honorable Esther Salas, United States District Judge for the District of New Jersey, 50 Walnut Street, Courtroom 5A, Newark, New Jersey, at a date and time to be determined by this Court, for an Order transferring this action in its entirety to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), or in the alternative, for an Order dismissing the Second Amended Complaint in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in accordance with the schedule set by the Court by Stipulation and Order dated January 4, 2021 (ECF 32), Lead Plaintiff shall file any opposition to the Motion by June 1, 2021; and Defendants shall file any reply by July 1, 2021.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument at a date and time to be designated by the Court.

Dated: April 23, 2021                                  Respectfully submitted,


*s/Mark C. Errico*
Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
973-848-5600
973-848-5601
mark.errico@squirepb.com

David G. Januszewski (admitted *pro hac vice*)
Sheila C. Ramesh (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke*

## **LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I certify that, to the best of my knowledge, the matter in controversy is not the subject of another action pending in any court or of any pending arbitration or administrative proceeding.


Dated: April 23, 2021                             *s/ Mark C. Errico*
                                                                    MARK C. ERRICO

**CERTIFICATE OF FILING AND SERVICE**

I certify that true copies of the foregoing Defendants' Notice of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, or, in the alternative, Transfer Pursuant to 28 U.S.C. § 1404(a), Memorandum of Law in support thereof, Declaration of Sheila C. Ramesh and the exhibits attached thereto, proposed forms of Order, and Local Civil Rule 11.2 Certification were electronically filed with the Court and simultaneously served upon all counsel of record by operation of the Court's CM/ECF system on this 23rd day of April 2021.

*s/ Mark C. Errico*
MARK C. ERRICO