Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: Mark.Errico@squirepb.com

David G. Januszewski (Admitted *Pro Hac Vice*)
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing,
Marcus Schenck, and James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : | **DECLARATION OF SHEILA C. RAMESH IN SUPPORT OF** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE, | : : : : : | **DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a), OR, IN THE ALTERNATIVE, DISMISS PLAINTIFFS' SECOND AMENDED** |
| Defendants. | : : | **CLASS ACTION COMPLAINT** |

I, SHEILA C. RAMESH, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am admitted *pro hac vice* to appear before this Court and am a member of the law firm Cahill Gordon & Reindel LLP, attorneys for Defendants Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke in the above-captioned action. I submit this declaration to place before the Court certain publicly available documents that are referenced in the accompanying Memorandum of Law in Support of Defendants' Motion to transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), or in the alternative, dismiss Plaintiffs' Second Amended Class Action Complaint.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the July 6, 2020 Consent Order among Deutsche Bank; Deutsche Bank AG, New York Branch; Deutsche Bank Trust Company Americas; and the New York State Department of Financial Services.

3. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2017 Annual Report, dated March 16, 2018.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2017 Form 20-F, publicly filed on March 16, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2016 Form 20-F, publicly filed on March 20, 2017.

6. Attached hereto as Exhibit 5 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2016 Annual Report, dated March 20, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2018 Form 20-F, publicly filed on March 22, 2019.

8. Attached hereto as Exhibit 7 is a true and correct copy of the relevant excerpts of Deutsche Bank's 2018 Annual Report, dated March 22, 2019.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2019 Form 20-F, publicly filed on March 20, 2020.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2017 Non-Financial Report, dated March 12, 2018.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2017 Annual Financial Statements and Management Report, dated March 12, 2018.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2018 Non-Financial Report, dated March 15, 2019.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2018 Annual Financial Statements and Management Report, dated March 15, 2019.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2019 Non-Financial Report, dated March 13, 2020.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the relevant excerpts of Deutsche Bank's 2015 Form 20-F, publicly filed on March 11, 2016.

Dated: April 23, 2021
New York, New York

*Sheila C. Ramesh*
Sheila C. Ramesh