Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: Mark.Errico@squirepb.com

David G. Januszewski (Admitted *Pro Hac Vice*)
Sheila C. Ramesh (Admitted *Pro Hac Vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: djanuszewski@cahill.com
Email: sramesh@cahill.com

Attorneys for Defendants
Deutsche Bank Aktiengesellschaft,
John Cryan, Christian Sewing,
Marcus Schenck, and James Von Moltke

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated, | : : : | Case No. 2:20-cv-08978 |
| | : : | Hon. Esther Salas, U.S.D.J. |
| Plaintiff, | : : | Hon. Michael A. Hammer, U.S.M.J. |
| v. | : : : | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE, | : : : : : | |
| Defendants. | : : | |

This matter comes before the Court on Defendants' Motion to Transfer this action to the

United States District Court for the Southern District of New York pursuant to 28 U.S.C. §

1404(a), or, in the alternative, to dismiss Plaintiffs' Second Amended Class Action Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion"). Having read and considered the Motion, the memoranda, all papers filed in support of and in opposition to the Motion, and having heard argument of counsel, and for good cause shown,

**IT IS** on this \_\_\_\_ day _____, 2021,

**ORDERED** that the Motion is **GRANTED**.

.

SO ORDERED

_____
HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE