

Terrence W. Scudieri, Jr.
Associate

Monday, May 24, 2021

**VIA ECF**

The Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom 2C
Newark, New Jersey   07102

    Re:    *Karimi v. Deutsche Bank Aktiengesellschaft*, No. 20-CV-8978-ES-MAH

Dear Judge Hammer:

The firm with which I am associated, Pomerantz LLP ("Pomerantz") represents Lead Plaintiff Yun Wang (the "Lead Plaintiff") in the above-referenced action.

Pursuant to Your Honor's Judicial Preferences, in lieu of a formal motion, I respectfully submit this letter certification in support of Lead Plaintiff's application for an order admitting Villi Shteyn to appear and participate *pro hac vice* in this matter on behalf of Lead Plaintiff and the proposed Class.  Counsel for the Defendants consents to this application.

Pursuant to Local Civil Rule 101.1(c), enclosed for the Court's consideration are my declaration, the declaration of Mr. Shteyn, supporting materials, and a proposed order.

On behalf of Lead Plaintiff, the undersigned respectfully requests entry of the proposed order should Mr. Shteyn's application comport with the Court's approval.

    Respectfully submitted,

    *s/ Terrence W. Scudieri, Jr.*
    Terrence W. Scudieri, Jr.
    POMERANTZ LLP
    600 Third Avenue, 20th Floor
    New York, New York   10016
    Telephone:   + 1.212.661.1100
    E-mail:   tscudieri@pomlaw.com

    *Counsel for the Lead Plaintiff & Proposed Class*

cc:    All Attorneys of Record via CM/ECF