

May 21, 2021

**BY ECF**

The Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room MLK 2C
Newark, New Jersey 07102

    Re:    *Karimi v. Deutsche Bank Aktiengesellschaft, et al.*,
             Case No. 2:20-CV-08978-ES-MAH

Dear Judge Hammer:

    We represent Plaintiffs in the above-referenced action. We write to respectfully request leave to file an oversized brief of 42 pages in 12-point Times New Roman font to fully address the Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), or, in the Alternative, Dismiss Plaintiffs' Second Amended Class Action Complaint (Dkt. No. 52). Defendants do not oppose Plaintiffs' request. On April 22, 2021, Your Honor granted Defendants' similar request to file an oversized brief of 42 pages in 12-point Times New Roman font (Dkt. No. 51).

                                      Respectfully submitted,

                                      *s/ Terrence W. Scudieri, Jr.*
                                      Emma Gilmore (Admitted *Pro Hac Vice*)
                                      Terrence W. Scudieri, Jr.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.
Date: 5/24/2021

cc: All Counsel (by ECF)

600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com

NEW YORK    CHICAGO    LOS ANGELES    PARIS