

Squire Patton Boggs (US) LLP
382 Springfield Ave, Suite 300
Summit, New Jersey  07901

O   +1 973 848 5600
squirepattonboggs.com

Mark C. Errico
T   +1 973 848 5668
mark.errico@squirepb.com

June 22, 2021

**VIA ECF**

Hon. Michael A. Hammer
United States Magistrate Judge
U.S. District Court, District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room MLK 2C
Newark, New Jersey 07102

Re:   *Ali Karimi* v. *Deutsche Bank Aktiengesellschaft, et al.*,
      Case No. 2:20-cv-08978-ES-MAH

Dear Magistrate Judge Hammer:

We represent the Defendants in the above-captioned action (the "Action"), and write to respectfully request leave to file an oversized reply brief.  On April 21, 2021, Your Honor terminated Defendants' motion to dismiss without prejudice to Defendants' right to file a combined motion to dismiss this Action and motion to transfer the Action pursuant to 28  U.S.C. § 1404(a).  (Dkt. No. 48.)  Thereafter, on April 22, 2021, Your Honor granted Defendants' request to file an oversized opening brief of 42 pages in 12-point Times New Roman in support of Defendants' combined motion. (Dkt. No. 51.)

On April 24, 2021, Your Honor granted Plaintiffs' similar request to file an oversized opposition brief of 42 pages in 12-point Times New Roman.  (Dkt. No. 57.)

Defendants respectfully request leave to file an oversized reply brief of 18 pages in 12-point Times New Roman font in further support of Defendants' combined motion.  Plaintiffs oppose Defendants' request.

Respectfully submitted,

*s/ Mark C. Errico*
Mark C. Errico

cc:   All Counsel of Record (via ECF)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.