Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALI KARIMI**, *individually and on behalf of all others similarly situated*, <br><br>  Plaintiff, <br><br> v. <br><br> **DEUTSCHE BANK AKTIENGESELLSCHAFT**, *et al.*, <br><br>  Defendants. | Civil Action No.: 20-8978 (ES) (JRA) <br><br> ORDER |

**SALAS, DISTRICT JUDGE**

    Before the Court is defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James von Moltke's motion to transfer this matter pursuant to 28 U.S.C. 1404(a), or alternatively, to dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. No. 52). Having considered the parties' submissions, the Court decides this matter without oral argument. Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in the Court's accompanying Opinion,

    **IT IS** on this 31st day of March 2022,

    **ORDERED** that Defendants' motion to transfer this action is GRANTED; and it is further

    **ORDERED** that the Clerk of Court TERMINATE docket entry number 52; and it is further

    **ORDERED** that the Clerk of Court TRANSFER this action to the Southern District of New York.

*s/Esther Salas*   
**Esther Salas, U.S.D.J.**
