# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:20−cv−08978−ES−JRA

| | |
|---|---|
| KARIMI v. DEUTSCHE BANK AKTIENGESELLSCHAFT et al | Date Filed: 07/15/2020 |
| Assigned to: Judge Esther Salas | Date Terminated: 03/31/2022 |
| Referred to: Magistrate Judge Jose R. Almonte | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Movant**

**SRIKALAHASTI VAGVALA**　　represented by　**LAURENCE M. ROSEN**
THE ROSEN LAW FIRM, PA
609 W. South Orange Avenue
Suite 2P
SOUTH ORANGE, NJ 07079
(973) 313−1887
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALI KARIMI**　　represented by　**GUSTAVO FABIAN BRUCKNER**
*Individually and On Behalf of All Others Similarly Situated*
POMERANTZ LLP
600 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10016
212−661−1100
Email: gfbruckner@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YUN WANG**　　represented by　**GUSTAVO FABIAN BRUCKNER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TERRENCE SCUDIERI , JR**
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212−661−1100
Fax: 917−463−1044
Email: tscudieri@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **DEUTSCHE BANK AKTIENGESELLSCHAFT** | represented by | **MARK C. ERRICO**<br>SQUIRE PATTON BOGGS (US) LLP<br>382 SPRINGFIELD AVENUE<br>SUMMIT, NJ 07869<br>973−848−5668<br>Fax: 973−848−5601<br>Email: mark.errico@squirepb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JASON F. KING**<br>SQUIRE PATTON BOGGS (US) LLP<br>382 SPRINGFIELD AVENUE<br>SUMMIT, NJ 07901<br>973−848−5687<br>Email: jason.king@squirepb.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JOHN CRYAN** | represented by | **MARK C. ERRICO**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JASON F. KING**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CHRISTIAN SEWING** | represented by | **MARK C. ERRICO**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JASON F. KING**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JAMES VON MOLTKE** | represented by | **MARK C. ERRICO**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JASON F. KING**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MARCUS SCHENK** | represented by | **MARK C. ERRICO**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2020 | Ï 1 | COMPLAINT against JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE ( Filing and Admin fee $ 400 receipt number ANJDC–11079609) with JURY DEMAND, filed by ALI KARIMI. (Attachments: # 1 Civil Cover Sheet)(BRUCKNER, GUSTAVO) (Entered: 07/15/2020) |
| 07/15/2020 | Ï 2 | Request for Summons to be Issued by ALI KARIMI as to JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE. (BRUCKNER, GUSTAVO) (Entered: 07/15/2020) |
| 07/16/2020 | Ï | Case assigned to Judge Esther Salas and Magistrate Judge Michael A. Hammer. (jr) (Entered: 07/16/2020) |
| 07/16/2020 | Ï 3 | SUMMONS ISSUED as to JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (ld, ) (Entered: 07/16/2020) |
| 07/17/2020 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice *of J. Alexander Hood II* by ALI KARIMI. (Attachments: # 1 Gustavo F. Bruckner Certification, # 2 J. Alexander Hood II Declaration, # 3 Schedule A, # 4 Certificate of Good Standing – SDNY, # 5 Certificate of Good Standing – Third Department, # 6 Proposed Order)(BRUCKNER, GUSTAVO) (Entered: 07/17/2020) |
| 07/17/2020 | Ï | Set/Reset Deadlines as to 4 MOTION for Leave to Appear Pro Hac Vice *of J. Alexander Hood II*. Motion set for 8/17/2020 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 07/17/2020) |
| 07/21/2020 | Ï 5 | ORDER granting 4 Motion for Leave to Appear Pro Hac Vice as to J. Alexander Hood II, Esq.. Signed by Magistrate Judge Michael A. Hammer on 7/21/2020. (ld, ) (Entered: 07/21/2020) |
| 07/23/2020 | Ï 6 | MOTION for Leave to Appear Pro Hac Vice *of Jeremy A. Lieberman* by ALI KARIMI. (Attachments: # 1 Certification of Gustavo F. Bruckner, # 2 Declaration of Jeremy A. Lieberman, # 3 Schedule A, # 4 Certificate of Good Standing – SDNY, # 5 Certificate of Good Standing – 2nd Department, # 6 Proposed Order)(BRUCKNER, GUSTAVO) (Entered: 07/23/2020) |
| 07/23/2020 | Ï 7 | Notice of Request by Pro Hac Vice J. Alexander Hood II to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC–11113080.) (BRUCKNER, GUSTAVO) (Entered: 07/23/2020) |
| 07/24/2020 | Ï | Set/Reset Deadlines as to 6 MOTION for Leave to Appear Pro Hac Vice *of Jeremy A. Lieberman*. Motion set for 8/17/2020 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 07/24/2020) |
| 07/24/2020 | Ï | Pro Hac Vice counsel, J. ALEXANDER HOOD, ESQ., has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (ld, ) (Entered: 07/24/2020) |
| 07/24/2020 | Ï 8 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice as to Jeremy A. Lieberman, Esq.. Signed by Magistrate Judge Michael A. Hammer on 7/24/2020. (ld, ) (Entered: 07/24/2020) |

| | | |
|---|---|---|
| 07/24/2020 | Ï 9 | Notice of Request by Pro Hac Vice Jeremy A. Lieberman to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC−11119457.) (BRUCKNER, GUSTAVO) (Entered: 07/24/2020) |
| 07/24/2020 | Ï | Pro Hac Vice counsel, JEREMY A. LIEBERMAN, ESQ., has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (ld, ) (Entered: 07/24/2020) |
| 07/29/2020 | Ï 10 | NOTICE of Appearance by MARK C. ERRICO on behalf of JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE (ERRICO, MARK) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 11 | NOTICE of Appearance by JASON F. KING on behalf of JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE (KING, JASON) (Entered: 07/29/2020) |
| 07/29/2020 | Ï 12 | Proposed Order *for Pro Hac Vice Admission* by JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE. (Attachments: # 1 Letter to Judge Hammer, # 2 Declaration – Mark Errico Declaration in Support, # 3 Declaration – David Januszewski Declaration in Support, # 4 Declaration – Sheila Ramesh Declaration in Support)(ERRICO, MARK) (Entered: 07/29/2020) |
| 07/30/2020 | Ï 13 | ORDER that the application for the pro hac vice admission of counsel David G. Januszewski, Esq. and Sheila C. Ramesh, Esq., [D.E. 12] is GRANTED. Signed by Magistrate Judge Michael A. Hammer on 7/30/2020. (ld, ) (Entered: 07/30/2020) |
| 07/31/2020 | Ï 14 | Letter. (ERRICO, MARK) (Entered: 07/31/2020) |
| 08/03/2020 | Ï 15 | ORDER that motions for appointment as Lead Plaintiff and approval of counsel shall be due on September 14, 2020; oppositions to motions for appointment as Lead Plaintiff and approval of counsel shall be due on September 28, 2020; There will also be a telephone conference in this matter on November 18, 2020 at 3:00 p.m. Plaintiff's Counsel shall kindly initiate the call.. Signed by Magistrate Judge Michael A. Hammer on 8/3/2020. (ld, ) (Entered: 08/04/2020) |
| 08/10/2020 | Ï 16 | Notice of Request by Pro Hac Vice David G. Januszewski and Sheila C. Ramesh to receive Notices of Electronic Filings. (ERRICO, MARK) (Entered: 08/10/2020) |
| 08/12/2020 | Ï | Pro Hac Vice fee as to David Januszewski: $ 150, receipt number NEW043217 (dam, ) (Entered: 08/13/2020) |
| 08/12/2020 | Ï | Pro Hac Vice fee as to SHEILA C. RAMESH: $ 150, receipt number NEW043218 (dam, ) (Entered: 08/13/2020) |
| 09/14/2020 | Ï 17 | MOTION to Appoint Lead Plaintiff , MOTION to Appoint Counsel Lead Attorney: Laurence M. Rosen. by Srikalahasti Vagvala. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit 1 – PSLRA Early Notice, # 5 Exhibit 2 – Movant's PSLRA Certification, # 6 Exhibit 3 – Movant's Loss Chart, # 7 Exhibit 4 – Rosen Law Firm Resume)(ROSEN, LAURENCE) (Entered: 09/14/2020) |
| 09/14/2020 | Ï 18 | MOTION to Appoint Lead Plaintiff , MOTION to Appoint Counsel Lead Plaintiff Attorney: Gustavo F. Bruckner. by YUN WANG. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Declaration with Exhibits A−D)(BRUCKNER, GUSTAVO) (Entered: 09/14/2020) |
| 09/15/2020 | Ï | Pro Hac Vice counsel, DAVID G. JANUSZEWSKI, ESQ. and SHEILA C. RAMESH, ESQ., has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (ld, ) (Entered: 09/15/2020) |

| Date | # | Description |
|---|---|---|
| 09/15/2020 | Ï | Set/Reset Deadlines as to 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Attorney: Laurence M. Rosen., 18 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Plaintiff Attorney: Gustavo F. Bruckner.. Motion set for 10/19/2020 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 09/15/2020) |
| 09/23/2020 | Ï 19 | NOTICE by Srikalahasti Vagvala re 17 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Attorney: Laurence M. Rosen. *NOTICE OF WITHDRAWAL OF MOVANT SRIKALAHASTI VAGVALAS MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFFS SELECTION OF COUNSEL* (ROSEN, LAURENCE) (Entered: 09/23/2020) |
| 09/25/2020 | Ï 20 | ORDER withdrawing 17 Motion to Appoint Lead Plaintiff. ; withdrawing 17 Motion to Appoint Counsel. Signed by Judge Esther Salas on 9/25/2020. (ld, ) (Entered: 09/25/2020) |
| 09/28/2020 | Ï 21 | RESPONSE to Motion filed by All Defendants re 18 MOTION to Appoint Lead Plaintiff MOTION to Appoint Counsel Lead Plaintiff Attorney: Gustavo F. Bruckner. (ERRICO, MARK) (Entered: 09/28/2020) |
| 09/30/2020 | Ï 22 | AMENDED COMPLAINT against JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE, filed by ALI KARIMI.(BRUCKNER, GUSTAVO) (Entered: 09/30/2020) |
| 10/22/2020 | Ï 23 | Joint MOTION for Leave to Appear Pro Hac Vice by YUN WANG. (Attachments: # 1 Certification, # 2 Declaration of Emma Gilmore, # 3 Exhibit Good Standing Certificate, # 4 Declaration of Dolgora Dorzhieva, # 5 Exhibit Good Standing Certificate, # 6 Text of Proposed Order)(BRUCKNER, GUSTAVO) (Entered: 10/22/2020) |
| 10/22/2020 | Ï | Set/Reset Deadlines as to 23 Joint MOTION for Leave to Appear Pro Hac Vice . Motion set for 11/16/2020 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 10/22/2020) |
| 11/12/2020 | Ï 24 | TEXT ORDER: The Telephone Status Conference set for 11/18/2020 is adjourned to 12/14/2020 at 4:00 p.m. Dial 1−888−684−8852 and access code 1456817# to join the conference call. The parties shall file a joint status letter by 12/10/2020. So Ordered by Magistrate Judge Michael A. Hammer on 11/12/2020. (jqb, ). Modified on 11/12/2020 (jqb, ). (Entered: 11/12/2020) |
| 11/12/2020 | Ï 25 | ORDER granting 23 Motion for Leave to Appear Pro Hac Vice for Emma Gilmore and Dolgora Dorzhieva etc. Signed by Magistrate Judge Michael A. Hammer on 11/10/2020. (bt, ) (Entered: 11/13/2020) |
| 11/13/2020 | Ï 26 | Notice of Request by Pro Hac Vice Dolgora Dorzhieva to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC−11653780.) (BRUCKNER, GUSTAVO) (Entered: 11/13/2020) |
| 11/13/2020 | Ï 27 | Notice of Request by Pro Hac Vice Emma Gilmore to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number ANJDC−11653849.) (BRUCKNER, GUSTAVO) (Entered: 11/13/2020) |
| 11/17/2020 | Ï | Pro Hac Vice counsel, DOLGORA DORZHIEVA, ESQ. and EMMA GILMORE, ESQ., has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (ld, ) (Entered: 11/17/2020) |

| | | |
|---|---|---|
| 12/08/2020 | 28 | STATUS REPORT *Letter In response to the Order of the Court dated Nov. 12, 2020 – Document No.24* by ALI KARIMI. (BRUCKNER, GUSTAVO) (Entered: 12/08/2020) |
| 12/09/2020 | 29 | TEXT ORDER: The Court has reviewed the parties' status report [D.E. 28] filed on December 8, 2020. The parties will file an updated status report on or before February 28, 2021. So Ordered by Magistrate Judge Michael A. Hammer on 12/9/2020. (Hammer, Michael) (Entered: 12/09/2020) |
| 12/10/2020 | 30 | TEXT ORDER: In light of the Court's previous text order, the telephone conference set for 12/14/2020 is adjourned without a new date. So Ordered by Magistrate Judge Michael A. Hammer on 12/10/2020. (jqb, ) (Entered: 12/10/2020) |
| 12/28/2020 | 31 | ORDER granting 18 Motion to Appoint Lead Plaintiff.; granting 18 Motion to Appoint Counsel; that Wang is hereby appointed as lead plaintiff and Pomerantz is appointed as lead counsel; that Pomerantz shall manage the prosecution of this litigation, avoiding duplicative or unproductive activities, and is hereby vested by the Court with responsibilities that include, without limitation, the following;etc. Signed by Judge Kevin McNulty on 12/28/2020. (ld, ) (Entered: 12/28/2020) |
| 01/04/2021 | 32 | STIPULATION AND ORDER FOR EXTENSION OF FILING OF THE SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE; that the deadline for Lead Plaintiff to file the Second Amended Complaint shall be March 1, 2021; the deadline for Defendants to answer, plead, move, or otherwise respond to the amended complaint shall be April 15, 2021; that the deadline for Lead Plaintiff to file any opposition to the motion to dismiss shall be June 1, 2021; and the deadline for Defendants to file a reply shall be July 1, 2021. Signed by Judge Kevin McNulty on 1/4/2021. (ld, ) (Entered: 01/04/2021) |
| 02/25/2021 | 33 | STATUS REPORT by ALI KARIMI. (BRUCKNER, GUSTAVO) (Entered: 02/25/2021) |
| 02/26/2021 |  | CLERK'S QUALITY CONTROL MESSAGE – The 33 Status Report submitted by Emma Gilmore on 2/25/21 contains an improper signature. Only the filing user (Gustavo Bruckner) is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE DOCUMENT WITH A PROPER SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (jc, ) (Entered: 02/26/2021) |
| 02/26/2021 | 34 | STATUS REPORT *Joint Updated Status Report* by ALI KARIMI. (BRUCKNER, GUSTAVO) (Entered: 02/26/2021) |
| 03/01/2021 | 35 | TEXT ORDER: The Court has reviewed the parties' status report filed on February 26, 2021 [D.E. 29]. On or before April 22, 2021, counsel shall file an updated status report that informs the Court whether Defendant, in view of any motion to dismiss this PSLRA case, seeks a stay of discovery consistent with the PSLRA. So Ordered by Magistrate Judge Michael A. Hammer on 3/1/2021. (Hammer, Michael) (Entered: 03/01/2021) |
| 03/01/2021 | 36 | NOTICE of Appearance by TERRENCE SCUDIERI, JR on behalf of YUN WANG (SCUDIERI, TERRENCE) (Entered: 03/01/2021) |
| 03/01/2021 | 37 | AMENDED COMPLAINT *SECOND AMENDED COMPLAINT* against JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, CHRISTIAN SEWING, JAMES VON MOLTKE, Marcus Schenk, filed by YUN WANG.(SCUDIERI, TERRENCE) (Entered: 03/01/2021) |
| 03/01/2021 | 38 | Request for Summons to be Issued by YUN WANG as to Marcus Schenk. (SCUDIERI, TERRENCE) (Entered: 03/01/2021) |
| 03/02/2021 | 39 | SUMMONS ISSUED as to MARCUS SCHENK. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jc, ) (Entered: 03/02/2021) |
| 03/19/2021 | 40 | WAIVER OF SERVICE Returned Executed by ALI KARIMI, YUN WANG. MARCUS SCHENK waiver sent on 3/11/2021, answer due 6/9/2021. (SCUDIERI, TERRENCE) (Entered: 03/19/2021) |

| | | |
|---|---|---|
| 04/15/2021 | 41 | Corporate Disclosure Statement by DEUTSCHE BANK AKTIENGESELLSCHAFT identifying None as Corporate Parent.. (ERRICO, MARK) (Entered: 04/15/2021) |
| 04/15/2021 | 42 | MOTION to Dismiss *2nd Amended Class Action Complaint* by JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, MARCUS SCHENK, CHRISTIAN SEWING, JAMES VON MOLTKE. Responses due by 6/1/2021 (Attachments: # 1 Brief, # 2 Declaration, # 3 Exhibit – 1 to declaration, # 4 Exhibit – 2 to declaration, # 5 Exhibit – 3 to declaration, # 6 Exhibit – 4 to declaration, # 7 Exhibit – 5 to declaration, # 8 Exhibit – 6 to declaration, # 9 Exhibit – 7 to declaration, # 10 Exhibit – 8 to declaration, # 11 Exhibit – 9 to declaration, # 12 Exhibit – 10 to declaration, # 13 Exhibit – 11 to declaration, # 14 Exhibit – 12 to declaration, # 15 Exhibit – 13 to declaration, # 16 Exhibit – 14 to declaration)(ERRICO, MARK) (Entered: 04/15/2021) |
| 04/15/2021 | 43 | Letter from Mark C. Errico. (ERRICO, MARK) (Entered: 04/15/2021) |
| 04/19/2021 | 44 | TEXT ORDER: The Court has reviewed Defendant's April 15, 2021 letter [D.E. 43] proposing that the Court transfer this matter and stating that Plaintiff opposes transfer. Defendant's purpose in writing the letter (rather than proceeding by motion), is unclear. In view of the fact that Defendant just moved to dismiss, Defendant will submit a letter by April 22, 2021 explaining whether it wishes to withdraw the pending motion to dismiss, include the transfer motion therein, and refile the motion.. So Ordered by Magistrate Judge Michael A. Hammer on 4/19/2021. (Hammer, Michael) (Entered: 04/19/2021) |
| 04/19/2021 | 45 | TEXT ORDER: Telephone Status Conference set for 5/11/2021 at 12:00 p.m. before Magistrate Judge Michael A. Hammer. Dial 1–888–684–8852 and access code 1456817# to join the conference call. So Ordered by Magistrate Judge Michael A. Hammer on 4/19/2021. (jqb, ) (Entered: 04/19/2021) |
| 04/19/2021 | | Set Deadlines as to 42 MOTION to Dismiss *2nd Amended Class Action Complaint*. Motion set for 5/17/2021 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jc, ) (Entered: 04/19/2021) |
| 04/19/2021 | | CLERK'S QUALITY CONTROL MESSAGE – A Proposed Order was not submitted with the 42 Motion to Dismiss filed by Mark Errico on 4/15/21. PLEASE SUBMIT THE MISSING DOCUMENT(S) ONLY using the event Exhibit (to Document) and link back to the motion. (jc, ) (Entered: 04/19/2021) |
| 04/19/2021 | 46 | Exhibit to 42 Motion to Dismiss,,, – – *Proposed Order* by JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, MARCUS SCHENK, CHRISTIAN SEWING, JAMES VON MOLTKE. (ERRICO, MARK) (Entered: 04/19/2021) |
| 04/20/2021 | 47 | Letter from Mark C. Errico re 44 Order,,. (ERRICO, MARK) (Entered: 04/20/2021) |
| 04/21/2021 | 48 | ORDER terminating 42 Motion to Dismiss: Per Defendant's April 15, 2021 letter and April 20, 2021 letter [D.E. 47], the pending motion to dismiss is terminated without prejudice to Defendant's right to file a renewed motion that incorporates as well any additional bases to dismiss or transfer this action. Signed by Magistrate Judge Michael A. Hammer on 4/21/2021. (Hammer, Michael) (Entered: 04/21/2021) |
| 04/21/2021 | 49 | Letter from Mark C. Errico re 48 Order on Motion to Dismiss,. (ERRICO, MARK) (Entered: 04/21/2021) |
| 04/22/2021 | 50 | Letter from Mark C. Errico re 35 Order,. (ERRICO, MARK) (Entered: 04/22/2021) |
| 04/22/2021 | 51 | ORDER granting request for leave to file an oversized brief of 42 pages. Signed by Magistrate Judge Michael A. Hammer on 4/22/2021. (ld, ) (Entered: 04/22/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 52 | MOTION to Dismiss *2nd Amended Class Action Complaint* by All Defendants. Responses due by 6/1/2021 (Attachments: # 1 Brief, # 2 Declaration, # 3 Exhibit 1 to declaration, # 4 Exhibit 2 to declaration, # 5 Exhibit 3 to declaration, # 6 Exhibit 4 to declaration, # 7 Exhibit 5 to declaration, # 8 Exhibit 6 to declaration, # 9 Exhibit 7 to declaration, # 10 Exhibit 8 to declaration, # 11 Exhibit 9 to declaration, # 12 Exhibit 10 to declaration, # 13 Exhibit 11 to declaration, # 14 Exhibit 12 to declaration, # 15 Exhibit 13 to declaration, # 16 Exhibit 14 to declaration, # 17 Text of Proposed Order)(ERRICO, MARK) (Entered: 04/23/2021) |
| 04/26/2021 | 53 | TEXT ORDER: The Court has reviewed the parties' April 22, 2021 joint letter [D.E. 50]. This matter being governed by the Private Securities Litigation Reform Act of 1995 (PSLRA), and the PSLRA mandating that this Court stay discovery pending the motion to dismiss, discovery is hereby stayed. Within 5 business days of a ruling on the pending motion, if any claims remain before this Court, the parties will inform the Undersigned of the adjudication and submit a jointly proposed Scheduling Order for the service of written discovery, the completion of fact discovery, the exchange of expert reports, and the completion of expert discovery. So Ordered by Magistrate Judge Michael A. Hammer on 4/26/2021. (Hammer, Michael) (Entered: 04/26/2021) |
| 04/26/2021 |  | Set Deadlines as to 52 MOTION to Dismiss *2nd Amended Class Action Complaint*. Motion set for 5/17/2021 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jc, ) (Entered: 04/26/2021) |
| 04/28/2021 |  | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (ek) (Entered: 04/28/2021) |
| 05/10/2021 | 54 | TEXT ORDER: In light of D.E. 53, tomorrow's telephone status call is adjourned without a new date. So Ordered by Magistrate Judge Michael A. Hammer on 5/10/21. (TAD) (Entered: 05/10/2021) |
| 05/21/2021 | 55 | MOTION for Leave to File Excess Pages *Letter Motion for Leave to File Oversize Brief* by YUN WANG. (SCUDIERI, TERRENCE) (Entered: 05/21/2021) |
| 05/24/2021 | 56 | MOTION for Leave to Appear Pro Hac Vice by YUN WANG. (Attachments: # 1 Declaration of Terrence W. Scudieri, Jor, # 2 Declaration of Villi A. Shteyn, # 3 Exhibit Certificate of Good Standing, # 4 Text of Proposed Order)(SCUDIERI, TERRENCE) (Entered: 05/24/2021) |
| 05/24/2021 | 57 | ORDER granting request to file an oversized brief of 42 pages in 12−point Times New Roman font re 52 MOTION to Dismiss 2nd Amended Class Action Complaint. Signed by Magistrate Judge Michael A. Hammer on 5/24/2021. (ld, ) (Entered: 05/24/2021) |
| 06/01/2021 | 58 | MEMORANDUM in Opposition filed by YUN WANG re 52 MOTION to Dismiss *2nd Amended Class Action Complaint* (SCUDIERI, TERRENCE) (Entered: 06/01/2021) |
| 06/22/2021 | 59 | Letter from Mark C. Errico. (ERRICO, MARK) (Entered: 06/22/2021) |
| 06/28/2021 | 61 | ORDER granting Defendants request for leave to file an oversize brief of 18 pages in 12−point Times New Roman. Signed by Magistrate Judge Michael A. Hammer on 6/28/2021. (ld, ) (Entered: 06/29/2021) |
| 06/29/2021 | 60 | TEXT ORDER: Defendant's request [D.E. 59] to file an overlength reply brief of 18 double−spaced pages is granted. So Ordered by Magistrate Judge Michael A. Hammer on 6/29/2021. (Hammer, Michael) (Entered: 06/29/2021) |
| 07/01/2021 | 62 | REPLY BRIEF to Opposition to Motion filed by JOHN CRYAN, DEUTSCHE BANK AKTIENGESELLSCHAFT, MARCUS SCHENK, CHRISTIAN SEWING, JAMES VON MOLTKE re 52 MOTION to Dismiss *2nd Amended Class Action Complaint* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration, # 2 Exhibit – 1 to Declaration –– Aug. 3, 2018 article)(ERRICO, MARK) (Entered: 07/01/2021) |
| 03/09/2022 | Ï | Case Reassigned to Magistrate Judge Jose R. Almonte. Magistrate Judge Michael A. Hammer no longer assigned to the case. (sbg, ) (Entered: 03/09/2022) |
| 03/31/2022 | Ï 63 | OPINION. Signed by Judge Esther Salas on 3/31/2022. (ek) (Entered: 03/31/2022) |
| 03/31/2022 | Ï 64 | ORDER granting Defendants' motion to transfer this action; The Clerk of Court TERMINATE docket entry number 52 Motion to Dismiss; The Clerk of Court TRANSFER this action to the Southern District of New York, etc. ***CIVIL CASE TERMINATED. Signed by Judge Esther Salas on 3/31/2022. (ek) (Entered: 03/31/2022) |