UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:22-CV-02854-JSR |

## NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE OF TERRENCE W. SCUDIERI, JR.

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Terrence W. Scudieri, Jr., submitted concurrently and incorporated fully herein by reference, Lead Plaintiff Yun Wang, by and through his attorneys, hereby moves the Court for an Order permitting Terrence W. Scudieri, Jr. to withdraw his appearance as counsel for all Plaintiffs in the above-captioned action. Attorneys at Pomerantz LLP will remain as counsel and attorneys of record for Plaintiffs and the proposed Class.

Dated: April 7, 2022
　　　　New York, New York

Respectfully submitted,

POMERANTZ LLP

By:　　/s/ *Gustavo F. Bruckner*
　　　　Gustavo F. Bruckner
　　　　600 Third Avenue, 20th Floor
　　　　New York, New York 10016
　　　　Telephone: +1 (212) 661.1100
　　　　Facsimile: +1 (646) 214.7739
　　　　gbruckner@pomlaw.com

1

## CERTIFICATE OF SERVICE

I, Gustavo F. Bruckner, hereby certify that on April 7, 2022, a true, correct, duplicate copy of the foregoing Notice of Motion and Motion to Withdraw Appearance of Terrence W. Scudieri, Jr. was served via the Court's CM/ECF filing system upon all parties who have made an appearance in this action.

Dated: April 7, 2022                                    /s/ *Gustavo F. Bruckner*
New York, New York                                    Gustavo F. Bruckner