UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>                Defendants. | Case No. 1:22-CV-02854-JSR |

**DECLARATION OF TERRENCE W. SCUDIERI, JR.**

I, Terrence W. Scudieri, Jr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly licensed to practice law in and before all the courts of the States of New York and New Jersey, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the District of New Jersey, and the U.S. Court of International Trade.

2. I am not admitted to practice before this Court.

3. I am an associate of the law firm of Pomerantz LLP, which was appointed by the Court as Lead Counsel in the above-captioned action.

4. I make and I submit this declaration in support of the Motion to Withdraw Appearance of Terrence W. Scudieri, Jr.

5. I will no longer be associated with Pomerantz LLP, effective April 8, 2022. Attorneys at Pomerantz LLP will remain attorneys of record for the Lead Plaintiff and the proposed

Class. Accordingly, my withdrawal will not create any prejudice or delay and will not otherwise affect any dates or deadlines in this action.

6. I am not asserting any retaining or charging lien in connection with this matter or with any other matter.

7. I respectfully request that the Court enter the accompanying proposed order allowing me to withdraw as counsel for the Plaintiffs.

\* \* \*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct on this 7th day of April 2022, at New York, New York.

Dated: April 7, 2022
New York, New York

_____
Terrence W. Scudieri, Jr.