AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALI KARIMI, <br> *Plaintiff* <br> v. <br> DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-CV-02854-JSR <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang and Named Plaintiff Ali Karimi

Date: 4/7/2022

*Attorney's signature*

Emma Gilmore
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016

*Address*

egilmore@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*