AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| ALI KARIMI, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-CV-02854-JSR |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang and Named Plaintiff Ali Karimi

Date: 4-7-2022

*Attorney's signature*

Jeremy A. Lieberman
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016

*Address*

jalieberman@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*