UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>              v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,<br><br>                     Defendants. | Case No. 1:22-cv-02854-JSR |

**NOTICE OF WITHDRAWAL OF
MARK C. ERRICO AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that, the undersigned, Mark C. Errico of Squire Patton Boggs (US) LLP, respectfully requests the Court's leave to withdraw as counsel for Defendants Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke (together, the "Individual Defendants," and with Deutsche Bank, "Defendants") in the above-captioned proceeding.

The requirements of Local Rule 4.1 are met.  The reason for this withdrawal is that my services are no longer needed as a result of the transfer of this matter from the District of New Jersey to this Court.  David G. Januszewski and Sheila C. Ramesh of Cahill Gordon & Reindel LLP have also appeared in this case for Defendants and will continue to be counsel of record for Defendants.  Accordingly, no delay or prejudice to any party will result from my withdrawal.

Dated: April 7, 2022  

Respectfully submitted,

*s/ Mark C. Errico*
Mark C. Errico
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Avenue
Summit, NJ 07901
Telephone: 973-848-5600
Facsimile: 973-848-5601
Email: mark.errico@squirepb.com

**SO ORDERED**

Dated: _____, 2022

_____
Honorable Jed S. Rakoff
United States District Judge