**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE,<br><br>      Defendants. | **22 Civ. 02854 (JSR) (GWG)** |

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Deutsche Bank Aktiengesellschaft, by and through its undersigned counsel, states as follows:

  Deutsche Bank Aktiengesellschaft is a publicly traded corporation. Deutsche Bank Aktiengesellschaft has no parent company, and no publicly held corporation owns 10 percent or more of the stock of Deutsche Bank Aktiengesellschaft.

Dated: April 7, 2022

/s/ David G. Januszewski

David G. Januszewski
Sheila C. Ramesh
Sesi V. Garimella
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
212-701-3000
djanuszewski@cahill.com
sramesh@cahill.com
sgarimella@cahill.com

*Attorneys for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke*