AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ALI KARIMI, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-CV-02854-JSR |
| DEUTSCHE BANK AKTIENGESELLSCHAFT, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang and Named Plaintiff Ali Karimi                                                                      .

Date:   4/7/22                                                    *Attorney's signature*

Villi Shteyn
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016

*Address*

vshteyn@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*