UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, *et al.*,<br><br>Defendants. | Case No. 1:22-CV-02854-JSR |

**[~~PROPOSED~~] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**

Upon the Motion to Withdraw Appearance of Terrence W. Scudieri, Jr., the accompanying Declaration of Terrence W. Scudieri, Jr. dated April 7, 2022 in support thereof, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel is GRANTED and Terrence W. Scudieri, Jr.'s appearance in the above-captioned matter is withdrawn as of the date of this Order.

**SO ORDERED.**

Dated:
New York, New York

4/8/2022

The Hon. Jed S. Rakoff
UNITED STATES DISTRICT JUDGE