UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE,<br><br>Defendants. | 22 Civ. 02854 (JSR) (GWG) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, ISABELLA ABELITE, of the law firm Cahill Gordon & Reindel LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke in the above-captioned action.

Dated: May 16, 2022
New York, New York

/s/ Isabella Abelite
Isabella Abelite
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Email: iabelite@cahill.com
Telephone: 212-701-3000

*Attorney for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, Christian Sewing, Marcus Schenck, and James Von Moltke*