UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　-v-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK, and JAMES VON MOLTKE,<br><br>　　　　Defendants. | 22-cv-2854 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　Now before the Court is defendants' motion to dismiss the Second Amended Class Action Complaint. ECF 52. This motion was fully briefed in the U.S. District Court for the District of New Jersey before Judge Salas granted defendants' motion to transfer this action to the Southern District of New York. ECF 64. Now, having carefully reviewed the motion papers and with the benefit of oral argument from counsel, the Court issues this bottom-line order granting in part and denying in part defendants' motion to dismiss. A full opinion setting forth the Court's reasoning will follow this order in due course.

　　Specifically, the motion to dismiss is granted only with respect to the Chief Financial Officer defendants: Marcus Schenck and James Von Moltke. The motion to dismiss is denied in all other respects.

1

Discovery in this matter was automatically stayed pending decision on this motion to dismiss, pursuant to the Private Securities Litigation Reform Act. <u>See</u> 15 U.S.C. § 78u-4(b)(3)(B); ECF 53. That stay is hereby terminated. The parties are directed to jointly complete a proposed case management plan, using the template Form D on the Court's website and a ready for trial date of six months from the date of this order. Within one week of this order, counsel shall jointly email the proposed case management plan to the Chambers email address listed in the Court's individual rules.

    SO ORDERED.

New York, NY
May 18, 2022

                                                   JED S. RAKOFF, U.S.D.J.