**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALI KARIMI, Individually and On Behalf of All
Others Similarly Situated,

                                    Plaintiffs,

                *- against -*

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN
CRYAN, CHRISTIAN SEWING, MARCUS SCHENCK,
and JAMES VON MOLTKE,

                                 Defendants.

**No.: 22 Civ. 02854 (JSR) (GWG)**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, NICHOLAS N. MATUSCHAK,

of the law firm Cahill Gordon & Reindel LLP, who is a member in good standing of the bar of this

Court, hereby appears as counsel for Defendants Deutsche Bank Aktiengesellschaft, John Cryan,

Christian Sewing, Marcus Schenck, and James von Moltke in the above-captioned action.

Dated:  May 26, 2022
       New York, New York

                                     /s/ Nicholas N. Matuschak
                                     Nicholas N. Matuschak
                                     Cahill Gordon & Reindel LLP
                                     32 Old Slip
                                     New York, NY 10005
                                     Email: nmatuschak@cahill.com
                                     Telephone: 212-701-3000

                                     *Attorney for Defendants Deutsche*
                                     *Bank Aktiengesellschaft, John*
                                     *Cryan, Christian Sewing, Marcus*
                                     *Schenck, and James von Moltke*