UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>Defendants. | Case No. 22-cv-2854 (JSR) |

**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion for Class Certification, dated July 18, 2022, the accompanying Declaration of Emma Gilmore, dated July 18, 2022, and the exhibits attached thereto, and all prior papers and proceedings herein, Lead Plaintiff Yun Wang and Named Plaintiff Ali Karimi ("Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and a time designated by the Court, for an Order: (1) certifying this action as a class action pursuant to Federal Rules of Civil Procedure ("Rule") 23(a) and 23(b)(3) and certifying the Class defined in the accompanying Memorandum of Law; (2) appointing Plaintiffs as Class Representatives pursuant to Rules 23(a) and 23(b)(3); and (3) appointing Lead Counsel Pomerantz LLP as Class Counsel pursuant to Rule 23(g).

Dated: July 18, 2022

**POMERANTZ LLP**

<u>/s/ Emma Gilmore</u>
Jeremy A. Lieberman
Emma Gilmore
Dolgora Dorzhieva
Villi Shteyn
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
ddorzhieva@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Plaintiffs and for the Proposed Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Plaintiffs and for the Proposed Class*