UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>Defendants. | Case No. 22-cv-2854 (JSR) |

**DECLARATION OF EMMA GILMORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Emma Gilmore, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm Pomerantz LLP, appointed by the Court as Lead Counsel in this action. I am personally involved in the representation of Plaintiffs and the putative class, and submit this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Zachary Nye, PhD.

3. Attached hereto as Exhibit 2 is the firm resume for Pomerantz LLP.

4. Attached hereto as Exhibit 3 is a declaration from Lead Plaintiff and proposed Class Representative Yun Wang.

1

5. Attached hereto as Exhibit 4 is a declaration from Named Plaintiff and proposed Class Representative Ali Karimi.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2022, in New York, NY.

*/s/ Emma Gilmore*
Emma Gilmore