**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALI KARIMI, Individually and on behalf of all others
similarly situated,

        Plaintiff,

        v.

DEUTSCHE BANK AKTIENGESELLSCHAFT,
JOHN CRYAN, AND CHRISTIAN SEWING,

        Defendants.

Case No. 22-cv-2854 (JSR)

---

## <u>DECLARATION OF ALI KARIMI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>

I, Ali Karimi, declare, under penalty of perjury as follows:

    1.     I understand that I am serving as Named Plaintiff in this litigation pursuant to the order of the Court.

    2.     I understand that I am moving to be appointed as a class representative in this action, along with Yun Wang.

    3.     I am aware that a class action lawsuit, like this one, is brought on behalf of not only myself, but also other shareholders that have been wronged in the same way during the Class Period.

    4.     I understand that this class action lawsuit is brought on behalf of "all persons and entities other than Defendants who purchased or otherwise acquired Deutsche Bank AG securities between March 14, 2017 and September 18, 2020, inclusive."

    5.     I understand that this action is now in the discovery phase.

    6.     I have communicated with counsel throughout the course of this action.

7.      I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation.  I am willing to serve as a class representative either individually or together with Yun Wang.

8.      I understand that a class representative oversees the litigation and ensures that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members.

9.      I will continue to work with counsel to oversee the litigation, and I have and will continue to monitor the litigation.

10.      I understand that, as a class representative, my duties may include consulting with counsel on proposed strategies and tactics during the course of the litigation, making recommendations as to whether or not to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this __13__ day of July, 2022

DocuSigned by:

Ali Karimi