UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,

           Plaintiff,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, and CHRISTIAN SEWING,

           Defendants.

22 Civ. 02854 (JSR) (GWG)

---

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned attorney, IVAN TORRES, of the law firm Cahill Gordon & Reindel LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, and Christian Sewing in the above-captioned action.

Dated: August 5, 2022
       New York, New York

                                        /s/ Ivan Torres
                                        Ivan Torres
                                        Cahill Gordon & Reindel LLP
                                        32 Old Slip
                                        New York, NY 10005
                                        Email: itorres@cahill.com
                                        Telephone: 212-701-3000

                                        *Attorney for Defendants Deutsche Bank Aktiengesellschaft, John Cryan, and Christian Sewing*