AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ALI KARIMI,
*Plaintiff*
v.
DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.
*Defendant*

Case No. 22-cv-02854-JSR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang and Named Plaintiff Ali Karimi

Date: 8-17-22

*Attorney's signature*

Austin P. Van
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

avan@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*