UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                                            Plaintiffs,<br><br>- *against* -<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>                                            Defendants. | Case No. 1:22-cv-02854-JSR |

### DECLARATION OF NICHOLAS MATUSCHAK

I, NICHOLAS MATUSCHAK, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am admitted to appear before this Court and am an attorney at the law firm of Cahill Gordon & Reindel LLP, attorneys for Defendants Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), John Cryan, and Christian Sewing in the above-captioned action (the "Lawsuit"). I respectfully submit this declaration to place before the Court certain materials referenced in the accompanying August 22, 2022 Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the August 22, 2022 Expert Report of Dr. Vinita Juneja.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the August 10, 2022 deposition of Ali Karimi.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the August 11, 2022 deposition of Yun Wang.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the August 12, 2022 deposition of Zachary Nye, Ph.D.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a German-language article in *Süddeutsche Zeitung* and a version of the article translated into English.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a *Financial Times* article titled "Ex-Wirecard chief Markus Braun arrested."

8. Attached hereto as **Exhibit 7** is a true and correct copy of a *Bloomberg Law* article titled "Deutsche Bank Accounting Head Is Aim of Wirecard Complaint."

9. Attached hereto as **Exhibit 8** is a true and correct copy of a New York State Consent Order Under New York Banking Law §§ 39 and 44 dated July 6, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a *Law360* article titled "Deutsche Bank Fined $150M For Epstein, Partner Bank Lapses."

11. Attached hereto as **Exhibit 10** is a true and correct copy of a *Bloomberg Law* article titled "JPMorgan Dropped Accounts That Became Bad News for Deutsche Bank."

12. Attached hereto as **Exhibit 11** is a true and correct copy of a *New York Times* article titled "These Are the Deutsche Bank Executives Responsible for Serving Jeffrey Epstein."

13. Attached hereto as **Exhibit 12** is a true and correct copy of a Bloomberg Intelligence report titled "Deutsche Bank Litigation Research."

14. Attached hereto as **Exhibit 13** is a true and correct copy of an *ABC News* article titled "Virgin Islands government subpoenas multiple banks for Jeffrey Epstein's financial records."

15. Attached hereto as **Exhibit 14** is a true and correct copy of a *Law360* article titled "Deutsche Bank to Pay $583K to End Ukraine Sanctions Probe."

16. Attached hereto as **Exhibit 15** is a true and correct copy of a *BuzzFeed News* article titled "Deutsche Bank Execs Missed Money Laundering Red Flags."

17. Attached hereto as **Exhibit 16** is a true and correct copy of a *Bloomberg Law* article titled "Singapore, Hong Kong Top Asia Destinations for Suspect Funds."

18. Attached hereto as **Exhibit 17** is a true and correct copy of an *EU Observer* article titled "Deutsche Bank dragged into Danish bank scandal."

19. Attached hereto as **Exhibit 18** is a true and correct copy of a *Reuters* article titled "Deutsche Bank faces FBI investigation for possible money-laundering lapses: source."

20. Attached hereto as **Exhibit 19** is a true and correct copy of a *New York Times* article titled "Jeffrey Epstein Moved Money Overseas in Transactions His Bank Flagged to U.S."

21. Attached hereto as **Exhibit 20** is a true and correct copy of a *Reuters* article titled "U.S. probes Deutsche Bank's dealings with Malaysia's 1MDB: Wall Street Journal."

22. Attached hereto as **Exhibit 21** is a true and correct copy of a *Reuters* article titled "German authorities raid Deutsche Bank over Danske scandal."

23. Attached hereto as **Exhibit 22** is a compilation of true and correct copies of documents produced by Plaintiffs in the Lawsuit beginning with production numbers PLTF00000001 and PLTF00000003.

24. Attached hereto as **Exhibit 23** is a compilation of true and correct copies of documents produced by Plaintiffs in the Lawsuit beginning with production numbers PLTF00000009, PLTF00000016, and PLTF00000018.

25. Although the documents compiled in Exhibits 22 and 23 hereto are stamped "Confidential," counsel for Plaintiffs in the Lawsuit have confirmed that they do not oppose the public filing of these documents without the need to file under seal. The redactions reflected in

these documents are present in the versions produced by Plaintiffs and were not added for purposes of this filing.

26.  Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt from Deutsche Bank's 2018 Annual Report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Harrison, New York on this 22nd day of August, 2022, by:

_____
NICHOLAS MATUSCHAK