# Exhibit 2

to August 22, 2022 Declaration of
Nicholas Matuschak

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4     - - - - - - - - - - - - - - - - - - -x

5    ALI KARIMI, Individually and On Behalf of
     All Others Similarly Situated,

6

                          Plaintiffs,

7

          -against-

8

     DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN

9    CRYAN, and CHRISTIAN SEWING,

10                        Defendants.

11    - - - - - - - - - - - - - - - - - - -x

12                    Virtual Zoom Deposition

13

                      August 10, 2022

14                    9:30 a.m.

15

16     VIRTUAL ZOOM DEPOSITION of ALI KARIMI,

17   the Plaintiff in the above-entitled

18   action, held at the above time and place,

19   taken before Jeremy Richman, a Shorthand

20   Reporter and Notary Public of the State of

21   New York, pursuant to the Federal Rules of

22   Civil Procedure, and stipulations between

23   Counsel.

24

25              *      *      *

Page 2

1

2    APPEARANCES:

3

        POMERANTZ LLP
4            Attorneys for Plaintiffs
             600 Third Avenue, 20th Floor
5            New York, New York 10016
6        BY:   EMMA GILMORE, ESQ.
             VILLI SHTEYN, ESQ.

7

8

        BRONSTEIN GERWITZ & GROSSMAN
9            Attorneys for Plaintiffs
             60 East 42nd Street, Suite 4600
10           New York, New York 10165
11       BY:   EITAN KIMELMAN, ESQ.

12

13       CAHILL GORDON & REINDEL LLP
             Attorneys for Defendants
14           32 Old Slip
             New York, New York 10005

15

        BY:   NICHOLAS N. MATUSCHAK, ESQ.
16            ZACHARY M. MISSAN, ESQ.

17

18

    PRESENT:
19  JIM WINSLOW, Videographer
    CLINT THOMAS, Concierge

20

21                *      *      *

22

23

24

25

Page 17

```
 1                    A. KARIMI
 2   be defined?
 3        A.    The case has been defined
 4   basically with the documents that have
 5   been exposed from the bank and from its
 6   activities.
 7        Q.    Yeah, sorry.  And you might
 8   have just misheard me.
 9              I was referring to the class.
10   In other words, who falls within the
11   class -- who would fall within the
12   class in this case, if you know?
13        A.    Okay.  It's me as a
14   representative, Ms. Yun Wang is another
15   representative, and the shareholders of
16   the bank who lost money in this case.
17        Q.    All shareholders or only a
18   subset?
19        A.    That I don't know.
20        Q.    Okay.  Mr. Karimi, can you
21   briefly describe for me -- actually,
22   I'll just ask you this question.
23              Did you graduate high school?
24        A.    Yes.
25        Q.    Was that in the U.S. or was
```

```
                                      Page 48
 1                  A. KARIMI
 2    about $10,000.  And I feel that other
 3    people may have lost money because of
 4    the wrongdoing of the -- the bank.  And
 5    that's why I try to recover my loss as
 6    much as I can.
 7         Q.    Let's look now at the third
 8    page of this same document we're
 9    looking at, which is titled List of
10    Purchases and Sales.  Just let me know
11    if you see that.
12         A.    Yeah, yep.  Yeah, it's about
13    the thousands of shares of the bank
14    that I own -- I still own, yep.
15         Q.    And there are two purchases
16    listed here, correct?
17         A.    Yes.
18         Q.    And no sales, correct?
19         A.    I have not sold any of that
20    yet, no.
21         Q.    And what were these purchases
22    of?
23         A.    Can you explain?
24         Q.    Yeah.  What are you saying
25    you purchased here?
```

Page 49

```
 1                      A. KARIMI
 2         A.      Shares of Deutsche Bank.
 3         Q.      And when you say shares,
 4    that's a reference to Deutsche Bank's
 5    ordinary shares?
 6         A.      Ordinary shares, yes.  These
 7    are not preferred or anything.
 8    Ordinary shares of bank, yeah.
 9         Q.      Other than ordinary shares,
10    have you ever purchased any Deutsche
11    Bank securities?
12         A.      No.
13         Q.      So, for example, I think you
14    said this, you never purchased any
15    preferred shares of Deutsche Bank
16    securities at any point in time?
17         A.      That is correct.
18         Q.      And so this list suggests
19    that you purchased 800 Deutsche Bank
20    ordinary shares on November 15, 2017,
21    at a price per share of $18.45; is that
22    right?
23         A.      That is correct, yes.
24         Q.      And then it says that you
25    purchased another 200 shares on
```

```
                                    Page 50
 1                  A. KARIMI
 2    January 5, 2018, at the price of
 3    $18.52.
 4              Do you see that?
 5       A.    That's -- Yes, I can see
 6    that, yeah.
 7       Q.    Other than those two
 8    purchases, have you ever purchased
 9    Deutsche Bank shares, to your
10    knowledge, in your life?
11       A.    No, I have not.
12       Q.    If you can now -- I'm going
13    to ask you to open a new document,
14    which is Exhibit 3.
15              (Exhibit 3, marked for
16        identification, Bates stamped
17        PLTF00000003.)
18       A.    Okay, yeah.  That's the
19    statement --
20              MS. GILMORE:  Let him answer
21        the -- ask you a question first,
22        please, Ali.
23              THE WITNESS:  Okay, sure.
24       Q.    And this is a transaction
25    confirmation reflecting that purchase
```

```
                                    Page 51
 1                    A. KARIMI
 2    of the 800 Deutsche Bank shares we
 3    previously discussed; is that right?
 4         A.    That is correct, yes.
 5         Q.    Okay.  And it says "Fidelity
 6    investments" at the top, correct?
 7         A.    That is correct.
 8         Q.    And I think you testified
 9    about this earlier, but they were your
10    broker; is that right?
11         A.    Well, they are the
12    accountholder for my retirement
13    accounts, basically, IRA and 401(k).
14         Q.    And this purchase was made in
15    connection with your IRA; is that
16    right?
17         A.    That is correct.
18         Q.    Can you walk me through how
19    you went about purchasing these shares?
20         A.    How did I go about and
21    purchase them, you mean?
22         Q.    Yes.
23         A.    I -- my son-in-law was German
24    and I went through the banks and I
25    looked at the information about the
```

```
 1                    A. KARIMI
 2    bank and I noticed the book value is
 3    higher than the stock price at present,
 4    so I thought there's potential for this
 5    stock to go higher, and that's why I
 6    purchased it.
 7          Q.    And in terms of how you
 8    actually purchased it, can you walk me
 9    through -- excuse me -- through the
10    sort of -- let me start over.
11              Can you just walk me through
12    the -- I'll back up and ask a more
13    specific question.
14              When you decided you wanted
15    to purchase Deutsche Bank stock, did
16    you go on to the Fidelity website and
17    select it, or, you know, how did that
18    process work?
19          A.    Yeah, I just went to the
20    Fidelity website and put in the trade
21    section and put in the trade purchase
22    at the market price and the transaction
23    went through at the end of the day.
24          Q.    Okay.  But you did that, it
25    was -- you didn't have an investment
```

Page 53

```
 1                    A. KARIMI
 2    advisor or someone like that that
 3    purchased on your behalf, correct?
 4         A.    No, no, no, it was all my own
 5    decision and...
 6         Q.    Got it.  So I think you said,
 7    in response to one of my previous
 8    questions, you went through the banks
 9    and you looked at information about
10    Deutsche Bank in particular and you
11    noticed the book value was higher than
12    the stock price; is that right?
13         A.    That is correct, yes.  It was
14    the Fidelity research page that I went
15    through, yeah.
16         Q.    Okay.  And when you say you
17    looked at the information, can you be
18    more specific than that, in terms of
19    what specifically you looked at when
20    you were researching Deutsche Bank?
21         A.    It was the stock-related
22    information about the book value,
23    number of shares outstanding, and so on
24    and so forth.  All the common
25    information about any stock that's
```

```
                                          Page 54
 1                    A. KARIMI
 2    available for public, I believe.
 3         Q.    So fair to say you were sort
 4    of focused on the financial -- the
 5    financial information, in terms of the
 6    numbers?
 7              MS. GILMORE:  Objection to --
 8         A.    Exactly --
 9              MS. GILMORE:  Let me object
10       -- give me an opportunity to object
11       first, please, Ali.
12              Objection to form.
13         Q.    Go ahead, you can still
14    answer the question, if you can.
15         A.    That was the only thing that
16    I knew about the bank, yeah, the
17    financial page.
18         Q.    Got it.
19         A.    Assets, liabilities, book
20    value, number of shares, so on and so
21    forth, yeah.
22         Q.    Did you speak with your
23    son-in-law concerning your decision to
24    purchase Deutsche Bank?
25         A.    No, I did not.
```

```
 1                    A. KARIMI
 2        Q.    On what exchange were these
 3   shares purchased?
 4        A.    I believe it's New York Stock
 5   Exchange.
 6        Q.    Are you aware that Deutsche
 7   Bank shares are listed not only on the
 8   New York Stock Exchange, but also on a
 9   Stock Exchange in Germany?
10        A.    I would assume so, yeah, it's
11   a German company.
12        Q.    So to your knowledge, is it
13   possible that these shares may have
14   been purchased on the German exchange
15   as opposed to the U.S. exchange?
16             MS. GILMORE:  Objection to
17        form, calls for speculation.
18        A.    I have no idea.  That's my
19   answer.
20        Q.    Okay.  And there's nothing on
21   this document that you can see that
22   would tell you that one way or the
23   other; is that right?
24             MS. GILMORE:  Objection to
25        form.
```

```
1                    A. KARIMI
2          A.    I did not understand the
3     question.  Can you repeat that.
4          Q.    Sure.  Is there anything on
5     this document that you can see that
6     says whether your shares were purchased
7     on the New York Stock Exchange as
8     opposed to the German Stock Exchange?
9          A.    No.
10              MS. GILMORE:  Objection to
11        form.
12         A.    No.  I am not aware of which
13    Stock Exchange executed the order.
14    They never let me know, yep.
15         Q.    And if you can now close out
16    of this one.  And I'll direct you to
17    Exhibit 4, which is a similar document.
18    Just let me know when you have that
19    open.
20              (Exhibit 4, marked for
21        identification, Bates stamped
22        PLTF00000001.)
23         A.    Yeah, it's the same purchase
24    document.  Yeah, confirmation of
25    purchase.
```

```
 1                    A. KARIMI
 2              MS. GILMORE:  Let him answer
 3        a question first, Ali.
 4              THE WITNESS:  Okay.
 5        Q.    So this is a transaction
 6   confirmation reflecting your purchase
 7   of 200 Deutsche Bank shares, correct?
 8        A.    That is correct.
 9        Q.    Is there a reason, if you
10   remember, why you purchased 800
11   initially and then a couple months
12   later you purchased an additional 200?
13        A.    I just wanted to have a round
14   1000 shares.  Yep, that was it.
15        Q.    Okay.  And tell me if I'm
16   wrong, but am I right that you
17   purchased these in the same way that
18   you purchased the 800 that we just
19   talked about?
20        A.    Correct.
21        Q.    So you went on to the
22   Fidelity website and you just clicked
23   Deutsche Bank, you clicked 200 shares,
24   you clicked execute and that was it?
25        A.    That was it, yes.
```

```
 1                    A. KARIMI
 2        Q.     Okay.  And again, do you have
 3   any knowledge as to whether these
 4   shares were executed by the New York
 5   Stock Exchange versus the German Stock
 6   Exchange?
 7               MS. GILMORE:  Objection to
 8        form.
 9        A.     I have no idea which Stock
10   Exchange executed that order.
11        Q.     Okay.  And you testified that
12   you have not sold any of these thousand
13   shares in total, correct?
14        A.     That is correct, yes.
15        Q.     So it's ultimately possible
16   you could end up making a profit on the
17   shares, true?
18               MS. GILMORE:  Objection to
19        form, calls for speculation.
20        A.     Well, so far it has only been
21   loss.
22        Q.     Do you disagree that there's
23   a possibility the stock price could
24   rise?
25               MS. GILMORE:  Objection to
```

```
                                              Page 69

 1                    A. KARIMI

 2              Do you see that?

 3         A.    Yes, I see that, yep.

 4         Q.    And so as part of your duties

 5    to oversee and monitor the litigation,

 6    do you review draft filings before

 7    they're filed in this case?

 8         A.    Well, I'm too busy to go

 9    through all the filings from cover to

10    cover, but I'll do my best, yeah.

11         Q.    Okay.  We can go to the next

12    document now, which is Exhibit 6.  And

13    just let me know when you have that

14    open.

15              (Exhibit 6, marked for

16         identification, Plaintiffs'

17         Memorandum of Law in Support of

18         Plaintiffs' Motion For Class

19         Certification.)

20         A.    Yeah, I have it open.

21         Q.    And this is titled

22    Plaintiffs' Memorandum of Law in

23    Support of Plaintiffs' Motion For Class

24    Certification, correct?

25         A.    Yes.
```

```
 1                    A. KARIMI
 2        Q.    Is this a document you
 3   reviewed prior to this deposition?
 4              MS. GILMORE:  Take a moment,
 5         if you need, to look at it, to
 6         scroll through it to see what it
 7         is.
 8        Q.    Yep, take all the time you
 9   need.
10        A.    Yeah, it's a long document
11   full of legal terms.
12              Yeah, I've looked at it.
13   But, you know, if you ask me questions
14   I can probably answer.
15        Q.    Did you approve the filing of
16   this document?
17        A.    Well, I trusted my lawyers to
18   file the documents that they deemed
19   necessary for the case.
20        Q.    Okay.  If you can go to the
21   first -- it's numbered page 1.  I think
22   it's page 8 of the PDF.
23              It has the words "Preliminary
24   statement" in the middle of the page.
25   Just let me know when you're there.
```

```
 1                    A. KARIMI
 2        A.    Page 8.  Okay, what statement
 3   in this page?
 4        Q.    I'm just asking you, just --
 5   just tell me, you're on that page; is
 6   that right?
 7        A.    Yeah, I'm on page 8, yeah.
 8        Q.    Yeah.  And then do you see in
 9   the first paragraph, at the end it says
10   "Plaintiffs seek certification of the
11   following class"?
12        A.    Is it page 8?
13             MS. GILMORE:  It's page 1 on
14      the bottom.
15        Q.    Page 1 on the bottom, yeah,
16   page 8 of the overall PDF.
17        A.    Oh, page 8 of the PDF.  Okay,
18   in the middle of the page.  "By court
19   must conduct a rigorous analysis to
20   determine whether the element" --
21             MS. GILMORE:  No.  No, no.
22      He's asking you to go on the bottom
23      of page 1.  Go where it says on the
24      bottom, "page 1."
25        A.    Page 1, not page 8, okay.
```

```
 1                    A. KARIMI
 2   I'm on page 8, sorry.
 3             Okay.  Page 1, "Preliminary
 4   statement," that --
 5        Q.    Yeah.  And I'm just asking,
 6   if you look above where it says
 7   "Preliminary statement" there's a block
 8   of text.  And then right above that big
 9   block of text there's a statement that
10   says, "Plaintiffs seek certification of
11   the following class."
12             Do you see that?
13        A.    Yes.
14        Q.    Okay.  And then it goes on
15   to -- well, it goes on to that big
16   block of text.
17             And my question is whether
18   that block of text, to your knowledge,
19   or to your understanding, defines the
20   people who would be part of the class
21   in this case?
22             MS. GILMORE:  Objection to
23        form.  And also, if you want to
24        take the time to read that -- that
25        block.
```

```
 1                    A. KARIMI
 2        A.    Yeah, I have to read the
 3    block and see what it means, yeah.
 4        Q.    Sure.
 5        A.    It's a very long sentence,
 6    but --
 7              MS. GILMORE:  Then let him
 8        answer -- let him ask you a
 9        question now.
10              THE WITNESS:  Okay, go ahead.
11        Q.    You're seeking to represent a
12    class of Deutsche Bank investors in
13    this case, correct?
14        A.    Correct.
15        Q.    And I'm asking you if the
16    class you're seeking to represent is
17    defined by that text, that block of
18    text that we just went through?
19              MS. GILMORE:  Objection as to
20        form, asks for a legal conclusion
21        for a nonlawyer.
22        A.    Yeah, I'm not very familiar
23    with that long of a sentence without a
24    period at the end.
25        Q.    Okay.  So you don't know the
```

```
 1                    A. KARIMI
 2   specifics of the class you're seeking
 3   to represent?
 4             MS. GILMORE:  Objection to
 5        form, misstates his testimony.
 6        A.    I know what the case is, if
 7   you're asking me about -- but I'm not
 8   familiar with all the legal terms
 9   involved, but I know what the case is
10   and what I'm representing.
11        Q.    Okay.  And what are you
12   representing?
13        A.    I'm representing a class of
14   shareholders who have lost money
15   because of the wrongdoing of the bank
16   in not informing the authorities about
17   their wrongdoing, which caused the
18   stock to drop significantly.
19        Q.    Okay.  And sitting here right
20   now, do you know -- when you said
21   you're representing a class of
22   shareholders, do you know who would or
23   would not fall within that class?
24             MS. GILMORE:  Objection to
25        form.
```

```
 1                    A. KARIMI
 2        A.      Shareholders like me, I
 3    suppose.  There are thousands of shares
 4    exchanged every day in that period of
 5    time, millions of shares.  There are
 6    people who bought the shares with the
 7    hope of making money or getting
 8    dividend and they did not achieve that
 9    because of the wrongdoings.
10        Q.      What do you mean by "that
11    period of time"?
12        A.      Between 2017 and 2021.  That
13    was the time period that, you know...
14        Q.      And do you know why that's
15    the relevant time period here?
16            MS. GILMORE:  Objection to
17        form, calls for a legal conclusion.
18        He's not a lawyer.
19        A.      I'm not a lawyer, yeah.  Yep.
20        Q.      So you don't know why that's
21    the relevant time period?
22        A.      No, I don't.
23        Q.      Okay.  If you look at this
24    block of text, specifically if you go
25    to -- it's about halfway through, but
```

Page 76

```
 1                    A. KARIMI
 2   -- but I can actually read it to you.
 3   I know that I know you read it
 4   yourself, but we can -- we can just
 5   kind of walk through it.
 6            It says, "Plaintiffs seek
 7   certification of the following class,"
 8   and then the block of text reads, "All
 9   persons and entities other than
10   defendants, current or former officers
11   and directors of Deutsche Bank, members
12   of their immediate families and their
13   legal representatives, heirs,
14   successors or assigns, and any entity
15   in which defendants have or had a
16   controlling interest, who purchased or
17   otherwise acquired Deutsche Bank
18   securities between March 14, 2017 and
19   September 18, 2020, both dates
20   inclusive."  And then that's defined as
21   the class period.
22            Do you see that -- the first
23   half of that --
24       A.    Yeah.
25       Q.    -- block of text?
```

Page 77

```
 1                    A. KARIMI
 2        A.    I see that, yeah.
 3        Q.    And then it goes on to say,
 4   "On (i) any stock exchanges located in
 5   the United States, (ii) on any
 6   alternative trading systems located in
 7   the United States, or (iii) pursuant to
 8   other domestic transactions."
 9             Do you see that?
10        A.    Yes, I do.
11        Q.    Now, as we discussed earlier,
12   you're not sure whether the shares you
13   purchased were on the New York Stock
14   Exchange or the German Stock Exchange;
15   is that right?
16        A.    That is correct, yes.
17        Q.    Do you know what the phrase
18   "alternative trading systems" means, as
19   used in this paragraph?
20             MS. GILMORE:  Objection to
21        form.
22             MR. MATUSCHAK:  I'm just
23        asking him if he knows what it
24        means.
25        A.    No, I do not.
```

```
 1                    A. KARIMI
 2        Q.    Okay.  Do you know what the
 3    phrase "other domestic transactions"
 4    means?
 5              MS. GILMORE:  Objection to
 6        form.
 7        A.    No, I don't.
 8        Q.    Okay.  And so you don't know
 9    if the shares you purchased do or don't
10    fall into either of those categories
11    either, correct?
12              MS. GILMORE:  Objection to
13        form, he's not a lawyer.
14        Q.    I'm not asking for a legal
15    conclusion.  I'm asking if, sitting
16    here today, you know one way or the
17    other whether the shares you purchased
18    fall into either of those two
19    categories?
20              MS. GILMORE:  Same objection.
21        A.    I don't know.
22        Q.    So sitting here today, you
23    can't say for sure you fall within this
24    definition of the proposed class,
25    correct?
```

```
 1                    A. KARIMI
 2              MS. GILMORE:  Objection to
 3      form.  He's not a lawyer.
 4       A.    I consider myself as part of
 5    the class, yes.
 6       Q.    Why?
 7              Sorry.  I said why?
 8       A.    Why?
 9       Q.    Yeah.  Why do you consider
10    yourself part of the class?
11              MS. GILMORE:  Objection to
12      form.
13              MR. MATUSCHAK:  I'm just
14      asking him to explain his own
15      answer.
16              MS. GILMORE:  Same objection.
17       A.    I'm part of the class because
18    the actions of the Deutsche Bank has
19    caused me losses, like many other
20    people who may have lost money in these
21    transactions, yep.
22       Q.    And so is it your
23    understanding that anyone who lost
24    money on Deutsche Bank during the time
25    period we discussed is part of the
```

```
                                    Page 80
 1                   A. KARIMI
 2    class?
 3         A.    Yes.
 4         Q.    For any reason?
 5               MS. GILMORE:  Objection to
 6         form.
 7         A.    The reason is written there.
 8    They did not do the due diligence in
 9    knowing their customers, and when the
10    news was exposed, the stocks dropped.
11         Q.    Let me start over.
12               Am I right that this block of
13    text that we've been reading identifies
14    specific purchasers of Deutsche Bank
15    securities, as opposed to anyone who
16    purchased Deutsche Bank securities
17    during the relevant time period?
18               MS. GILMORE:  Objection to
19         form, calls for a legal answer.
20         Q.    I'm not asking for a legal
21    answer.  Just based on your
22    understanding sitting here reading that
23    text right now.
24               MS. GILMORE:  Same objection.
25         A.    I don't know.  That's my --
```

```
 1                    A. KARIMI
 2        Q.    Okay.
 3        A.    It's too complicated a
 4   question you have with respect to
 5   securities and the -- and the law
 6   governing those securities.
 7        Q.    Okay.  We can close out of
 8   this for -- actually, if you want to
 9   take a break, now's probably a decent
10   breaking point.  It's up to you.  I'm
11   happy to keep going on, but we've been
12   going about an hour and 20 minutes or
13   so.
14        A.    Yeah, I'd like to take a
15   break.
16        Q.    Okay.
17             THE VIDEOGRAPHER:  Okay, if
18        everyone's in agreement, let's go
19        off the record.
20             This is the end of media unit
21        number 1.  The time is 10:51, we
22        are off the record.
23             (Recess.)
24             THE VIDEOGRAPHER:  Okay,
25        we're back on the record with the
```

```
 1                    A. KARIMI
 2       start of media unit number 2.  The
 3       time is 11:06 a.m.  We're on the
 4       record.
 5          Q.    Mr. Karimi, during the break,
 6    did you speak to anyone other than your
 7    attorneys?
 8          A.    No.
 9          Q.    Okay.  Do you still have
10    Exhibit 6 up that we were looking at
11    before?
12          A.    Exhibit 6 is on my screen,
13    yes.
14          Q.    And are you still looking at
15    that block of text?  I just have a
16    handful of clarifying questions.
17          A.    Yep.
18          Q.    So is it your testimony that
19    you believe you can be part of the
20    class, regardless of whether you fall
21    into the definition that's contained in
22    that block of text?
23             MS. GILMORE:  Objection to
24       form, misstates his testimony.
25          A.    I believe I am part of the
```

Page 83

```
 1                    A. KARIMI
 2   class, yes.
 3        Q.    Okay.  But you don't know
 4   whether the Deutsche Bank shares you
 5   purchased were purchased on any Stock
 6   Exchange located in the United States,
 7   correct?
 8        A.    It was --
 9             MS. GILMORE:  Objection.
10             THE WITNESS:  Sorry.
11             MS. GILMORE:  Go ahead.
12        A.    It was purchased in the
13   United States, because I don't have any
14   document, anything that indicates
15   otherwise.
16        Q.    It doesn't --
17        A.    I don't -- yeah, it was
18   purchased during the work hours, the
19   Stock Exchange open hours, that must
20   have been executed in the New York
21   Stock Exchange.
22        Q.    Nothing in the document that
23   we looked at previously said that,
24   correct?
25             MS. GILMORE:  Objection to
```

```
 1                    A. KARIMI
 2      form.
 3              Do you want to look at the
 4      documents?  He's asking you a
 5      question about the document.  I
 6      think you should look at the
 7      document.
 8       A.    I do not believe that it's
 9  written anywhere that it's -- indicates
10  that it's purchased in other stock
11  exchanges.
12       Q.    Right.  It just doesn't say
13  one way or the other, correct?
14       A.    Yep.
15              MS. GILMORE:  Objection to
16      form.  Make sure you understand his
17      question.
18       A.    What was the question again?
19       Q.    It doesn't say one way or the
20  other where the stocks were purchased?
21              MS. GILMORE:  Objection to
22      form.  Look at the document.  He's
23      asking you a question about the
24      document, you can go back --
25              MR. MATUSCHAK:  He doesn't --
```

Page 85

```
 1                    A. KARIMI
 2            MS. GILMORE:  Look -- you can
 3       go back -- you don't need to trick
 4       the witness.  If he wants to look
 5       at the document to see -- you're
 6       asking a question specific about a
 7       document and you're not putting the
 8       document in front of him.
 9            MR. MATUSCHAK:  I completely
10       agree he can look at it if he
11       wants.  He hasn't indicated he
12       wants to.
13            MS. GILMORE:  Ali.
14            THE WITNESS:  Yes.
15            MS. GILMORE:  Make sure you
16       understand the question and you
17       have the document in front of you
18       so you can answer the question.
19       A.    My understanding of the
20    question is where the shares have been
21    purchased, and my answer is New York
22    Stock Exchange.
23       Q.    And what is that based on?
24       A.    It's because Fidelity has
25    executed all my transactions in the
```

Page 86

```
 1                    A. KARIMI
 2    American stock exchanges, whether
 3    NASDAQ or New York Stock.  I --
 4         Q.    How do you know that?
 5         A.    I don't have any reason to
 6    believe that it's not the case.
 7    That -- they would have mentioned
 8    that -- they would have mentioned that
 9    to me if they had gone out of their way
10    and executed a trade on a market
11    outside the U.S. market.
12         Q.    How do you know that?
13              MS. GILMORE:  Objection,
14         asked and answered.
15         Q.    How do you know that they
16    would have mentioned to you if they had
17    gone and executed a trade on a market
18    outside of the U.S. market?
19              MS. GILMORE:  Objection,
20         asked and answered.  Calls for
21         speculation as well.
22         A.    I cannot speculate on that.
23    But I firmly believe that Fidelity
24    executes their transactions on American
25    markets.
```

Page 87

```
 1                    A. KARIMI
 2        Q.     Is there a document that you
 3    have in your possession that says that?
 4              MS. GILMORE:   Objection to
 5        form.
 6        A.     No, I don't.  No, I do not,
 7    but I can acquire, if necessary.
 8        Q.     Yeah, I think it would be
 9    helpful if you can.  But we'll deal
10    with that with your counsel.
11              All right, you can now go to
12    the next exhibit, which is Exhibit 7.
13              (Exhibit 7, marked for
14        identification, Class Action
15        Complaint.)
16        Q.     And this is a document that
17    says "Class Action Complaint" sort of
18    in the middle of the first page.  Just
19    let me know when you have that open.
20        A.     Yeah, it's open.  "Class
21    action complaint, jury trial demand,"
22    yep.
23        Q.     Okay.  Do you see --
24              MS. GILMORE:  And if you need
25        to, you can look -- you can feel
```

Page 94

```
 1                    A. KARIMI
 2   correct?
 3        A.    Correct.
 4        Q.    Was there some earlier letter
 5   or document that Pomerantz sent you
 6   prior to the filing of the original
 7   complaint that set forth the terms of
 8   their representation?
 9             MS. GILMORE:  Objection to
10        form.
11        A.    I don't recall.
12        Q.    Okay, you can close out of
13   this and go to Exhibit 9.
14             (Exhibit 9, marked for
15        identification, Third Amended Class
16        Action Complaint For Violations of
17        the Federal Securities Laws.)
18        A.    Okay.
19        Q.    And you can look through it,
20   but just for -- just to make sure we're
21   on the same document, this is a
22   document that says Third Amended Class
23   Action Complaint For Violations of the
24   Federal Securities Laws.
25             Is that what you're looking
```

Page 95

```
 1                    A. KARIMI
 2   at?
 3         A.    Yes.
 4         Q.    Okay.  And my next question
 5   is going to be:  Have you seen this
 6   document before?  And if you need to
 7   scroll through it to determine that,
 8   feel free.
 9         A.    I may have seen it before,
10   yes, but I haven't really paid much
11   attention to the content.
12         Q.    Okay.  So do you know what
13   that document is?
14         A.    This is the class action
15   filing at the -- because of violation
16   of Federal U.S. security laws.
17         Q.    Did you review any draft of
18   this document before it was filed?
19               MS. GILMORE:  Objection to
20         form.  Make sure you understand the
21         question.
22         A.    Even if I had reviewed it,
23   the terms are not, the terms that I
24   used on day-to-day business -- my
25   business, so it's very difficult for me
```

```
                                        Page 96
 1                    A. KARIMI
 2   to understand, that's why the lawyers
 3   are involved with this.
 4        Q.    Yeah.  And my question is
 5   just whether you recall seeing a draft
 6   of this document before it was filed?
 7              MS. GILMORE:  Objection to
 8        form.  Make sure you understand the
 9        legalese.
10              MR. MATUSCHAK:  And Emma, you
11        can object to form, but you don't
12        -- you can't direct the witness --
13              MS. GILMORE:  You're asking
14        him a word like "draft," that's a
15        legal term.
16              MR. MATUSCHAK:  Understood.
17        And if he doesn't understand it,
18        he'll say he doesn't understand it.
19        But you can't tell him --
20              MS. GILMORE:  Ali, if you
21        don't understand the question, you
22        should ask -- you should ask for it
23        to be clarified.
24        A.    Yeah, what do you mean by
25   draft, I mean?
```

```
 1                    A. KARIMI
 2        Q.    Prior -- okay, let's do it
 3    this way.  If you look at the top, it
 4    says "Filed 6/30/22."
 5              Do you see that?
 6        A.    Yes.
 7        Q.    Do you recall looking at,
 8    reviewing or receiving -- let me break
 9    it up.
10              Do you recall receiving any
11    version of this document prior to
12    June 30, 2022?
13              MS. GILMORE:  Objection to
14        form.
15        A.    I don't recall.  Again, I
16    don't recall, yeah.
17        Q.    So it's possible you never
18    saw any version of this document prior
19    to June 30, 2022?
20              MS. GILMORE:  Objection to
21        form, misstates his testimony.
22        A.    Again, my answer is, I left
23    the details to my attorneys.
24        Q.    Yeah, and I'm asking about
25    this specific document.
```

```
                                           Page 98
 1                    A. KARIMI
 2         A.    Okay.
 3         Q.    Sorry, let me pose the
 4    question a little bit of a different
 5    way.
 6               Well, it's really the same
 7    question, I just don't think I got an
 8    answer.
 9               It's possible you never saw
10    any version of this document prior to
11    June 30, 2022?
12               I'm not trying to trick you,
13    if the answer is you don't recall,
14    that's fine.
15               MS. GILMORE:  Objection to
16       form, misstates his testimony.
17         A.    I don't -- I don't recall.
18    There were so many other documents that
19    have been forwarded to me, and I did
20    not have the time to go through them
21    with a fine tooth comb, you know,
22    because you trust your attorneys in
23    what -- they are doing their job.
24         Q.    Yeah, understood.  And I'm
25    not asking whether you went through it
```

Page 99

```
 1                  A. KARIMI
 2    in any level of detail, I'm just asking
 3    if you recall receiving the document at
 4    all prior to June 30, 2022?
 5              MS. GILMORE:  Object to form.
 6         Misstates his testimony.  He's
 7         already testified.
 8              MR. MATUSCHAK:  Well, I don't
 9         think my question said what his
10         prior testimony was.  I'm just
11         asking.
12         Q.    But go ahead.
13         A.    Again, I don't recall --
14         Q.    Okay.
15         A.    -- when and what I saw.
16         Q.    Okay.  And again, in this
17    document your name appears in the
18    caption as a plaintiff, correct?
19         A.    Yes.
20         Q.    And the title of this is
21    Third Amended Class Action Complaint.
22              Do you see that?
23         A.    Yes.
24         Q.    And so, to your
25    understanding, that means there have
```

Page 151

```
 1                  A. KARIMI
 2    any brokers or agents that were located
 3    outside United States?
 4         A.    No, I did not.
 5         Q.    Let's go, please, to Exhibit
 6    Number 3 that was introduced by
 7    defendants.
 8         A.    Number 3, okay.
 9         Q.    And this is the transaction
10    confirmation.  Confirmation day,
11    November 15, 2017, from Fidelity
12    Investments.
13              Do you see that?
14         A.    Yes, I do.
15         Q.    And on the first page of this
16    document it says that you bought 800
17    ordinary shares of Deutsche Bank.
18              You see where is it says
19    "Deutsche Bank AG ORD"?
20         A.    Yep.
21         Q.    Okay.  And do you see the
22    symbol, it says "DB"?
23         A.    Yep.
24         Q.    It doesn't say DBK, correct,
25    it just says "DB"?
```

Page 152

```
 1                    A. KARIMI
 2        A.    It --
 3              MR. MATUSCHAK:  Objection,
 4      leading.  Go ahead.
 5        Q.    What does the symbol say?
 6        A.    DB, Deutsche Bank.  Standing
 7   for Deutsche Bank.
 8        Q.    Now, let's go back to --
 9   let's go back to Exhibit 4 that was
10   introduced by the defendants.  Let me
11   know when you're at -- you're there.
12        A.    I'm there right now, yeah.
13        Q.    Okay.  And do you see this
14   transaction confirmation, confirm date
15   January 5, 2018, from Fidelity
16   investments.
17              Do you see that?
18        A.    Yes.
19        Q.    And do you see that it says
20   you bought 200 ordinary shares of
21   Deutsche Bank.
22              Do you see that?
23        A.    Yes, I do.
24        Q.    And do you see the symbol
25   there, it says "DB"?
```

```
                                          Page 153
 1                    A. KARIMI
 2        A.    Yes.
 3        Q.    It doesn't say DBK; is that
 4   correct?
 5        A.    Not --
 6             MS. GILMORE:   Objection,
 7      leading.
 8        A.    It does not.
 9        Q.    So symbol says what?
10        A.    It just says "DB," Deutsche
11   Bank, yeah.
12        Q.    Okay.
13        A.    Yeah.
14        Q.    Now let's go -- let's go to
15   Exhibit 1, plaintiff's exhibit.  It's
16   the first -- it's the second document
17   on a lot exhibit list.  Let me know
18   when you get there.
19             (Exhibit P1, marked for
20      identification, Yahoo Finance
21      website printout for DB stock
22      price.)
23        A.    I'm there.
24        Q.    And do you see it says,
25   "Deutsche Bank Aktiengesellschaft DB
```

Page 154

```
 1                  A. KARIMI

 2   stock price Yahoo Finance" on top, on

 3   the right?

 4               I don't know if you might --

 5   you may need to enlarge it.

 6        A.    This is on Exhibit 1 you're

 7   talking about, right?

 8        Q.    Yeah.  It says "Plaintiff's

 9   Exhibit 1."

10        A.    Is that on the first page?

11        Q.    Yes.  So Exhibit 1 is only

12   one page.  So make sure you're looking

13   at -- don't -- don't --

14        A.    This is not a one-page

15   document, Exhibit 1.

16        Q.    So you're probably looking at

17   Defendant's Exhibit 1.  Go back --

18        A.    Oh, oh, I see, I see.

19        Q.    -- and click on the second

20   document.  That one is Plaintiff's

21   Exhibit 1.

22        A.    I can only see one Exhibit 1

23   here.

24        Q.    Can you refresh the page.

25        A.    Okay.
```

```
 1                    A. KARIMI
 2        Q.    Do you see now there's
 3   Plaintiff's Exhibit 1 listed there?
 4        A.    Okay.  Yeah, defendant, yeah.
 5        Q.    No, no, plaintiff.
 6        A.    Oh, plaintiffs, okay.  Yeah,
 7   it's coming now, yes.
 8        Q.    Okay.  Can you open that
 9   document, please.
10        A.    Yeah, I did open it.  Yep.
11        Q.    Okay.  And you see that's a
12   one-page document, correct?
13        A.    Yes.
14        Q.    And if you look on top, all
15   the way on top to the -- kind of from
16   the middle to the right, it says,
17   "Deutsche Bank Aktiengesellschaft DB
18   stock price news quote and history -
19   Yahoo Finance."
20              Do you see that?
21        A.    Yes, I do, yep.
22        Q.    And then a little down from
23   that, the first line says, "Deutsche
24   Bank Aktiengesellschaft (DB)."
25              Do you see that?
```

Page 156

```
 1                    A. KARIMI
 2        A.     I see that.
 3        Q.     And underneath that it says,
 4   "NYSE --
 5        A.     Yep.
 6        Q.     "-- NASDAQ realtime price
 7   currency in U.S. dollars."
 8        A.     9.15, yep.
 9        Q.     And did you buy your shares
10   in U.S. dollars?
11        A.     Yes, I did.
12        Q.     And the symbol that you saw
13   on your Fidelity transactions is DB,
14   correct?
15        A.     That is correct, yes.
16        Q.     And then as we go to -- let's
17   get out of that document and go to
18   Exhibit 2 from plaintiffs.  It's the
19   fourth document in the exhibit list.
20   Exhibit 2, plaintiffs.
21              (Exhibit P2, marked for
22        identification, Yahoo Finance
23        website printout for DBK stock
24        price.)
25        A.     PLTF Exhibit 4?
```

```
 1                    A. KARIMI
 2        Q.    Yes.   Exhibit 2 from
 3   plaintiffs, so...
 4              It's a one-page document,
 5   correct?
 6        A.    That is correct, yeah.
 7        Q.    Okay.  And do you see on top
 8   it says "Deutsche Bank
 9   Aktiengesellschaft DBK.DE stock price
10   news quote and history - Yahoo
11   Finance."
12              Do you see that?
13        A.    That's -- maybe I'm not
14   looking at the right document then.
15        Q.    Are you looking at Exhibit 2,
16   Plaintiff's Exhibit 2?
17        A.    Oh, Plaintiff's Exhibit 2.
18              Okay.  Exhibit 2,
19   Plaintiff's.  Now... yeah, yeah, I got
20   it.  Yep.
21        Q.    Okay.  And is that a one-page
22   document?
23        A.    That is correct, yep.
24        Q.    And do you see on top it says
25   "Deutsche Bank Aktiengesellschaft
```

```
 1                    A. KARIMI
 2   DBK.DE stock price news quote and
 3   history - Yahoo Finance."
 4             Do you see that?
 5       A.    Yes, I do.
 6       Q.    And under that you see it
 7   says "Deutsche Bank Aktiengesellschaft
 8   DBK.DE"?
 9       A.    DE, yes.
10       Q.    And under that it says,
11   "Xetra."
12             Do you know what Xetra is?
13       A.    That's the German Stock
14   Exchange, I suppose, yeah.
15       Q.    Okay.  And then do you recall
16   in your Fidelity exhibit -- trading
17   that we looked at, which is Exhibit 3
18   and Exhibit 4, under symbol, did it say
19   symbol DBK or DB?
20       A.    Just DB.
21       Q.    Okay.  You can exit that
22   document.
23       A.    Okay.  And the price was in
24   U.S. dollars.  This one is in Euros.
25       Q.    Okay.  At the time you
```

```
 1                    A. KARIMI
 2        A.    Yes, that's really always the
 3   case, yeah.
 4        Q.    Did you consider or rely on
 5   the price of Deutsche Bank securities
 6   when you purchased your securities in
 7   Deutsche Bank?
 8        A.    Yes.
 9        Q.    During the course of this
10   lawsuit, did your lawyers send you
11   documents about the case?
12        A.    Yes, they did.
13        Q.    Did you review those
14   documents and discuss them with counsel
15   to gain a general understanding of
16   their contents before they were
17   presented to the court?
18        A.    Yes, I had the general
19   knowledge about the content, and I
20   discussed the points with my attorneys.
21   There were a lot of legal terms that I
22   didn't care about, which...
23        Q.    And what do you mean you
24   didn't care about?
25        A.    I mean I didn't understand
```

```
 1                    A. KARIMI
 2    all the legal things, but the content I
 3    understood and we discussed that with
 4    my attorney.
 5         Q.    Okay.  Let's go to Exhibit 7,
 6    please.
 7         A.    Okay.
 8         Q.    Okay.  Do you recognize this
 9    document?
10         A.    Yes.
11         Q.    Was it -- it was introduced
12    by defendants earlier today.
13         A.    Yes, I think I looked at it
14    before, yeah.
15         Q.    And what is this document?
16         A.    The title you mean?
17         Q.    The name.  Go to page 1,
18    where the name of the document is
19    listed.
20         A.    One second.  Okay, it's --
21    oh, this is from Pomerantz.  Maybe I'm
22    looking at the wrong --
23         Q.    Yeah, no.  So we're -- you
24    were -- so Exhibit 7.  It's Defendant's
25    Exhibit.
```

Page 162

1                   A. KARIMI

2         A.    Yeah, it's Defendant's --

3         Q.    Defendant's Exhibit 7.

4         A.    Defendant's Exhibit 7, yeah.

5    Yep, okay.

6         Q.    And what is the name of this

7    document?

8         A.    Class Action Complaint Jury

9    Trial Demand.

10        Q.    And what was the date of this

11   document?

12        A.    Filed on 7/15/2020.

13        Q.    Do you recognize this

14   document?

15        A.    Yes.

16        Q.    And did you review this

17   document before it was presented to the

18   court?

19        A.    Yes, I did.

20        Q.    Did you discuss the contents

21   of this documents with your lawyers

22   before it was presented to the court?

23        A.    Yes, I believe so.

24        Q.    Did you have a general

25   understanding of the contents of this

Page 163

```
 1                      A. KARIMI
 2    document before it was presented to the
 3    court?
 4         A.    Yes, just a general
 5    understanding of the contents, yep.
 6         Q.    Do you know what -- do you
 7    know what the term "draft" means?
 8         A.    Not the legal aspect of it,
 9    no, I don't know the legal aspect.
10         Q.    And do you know what the term
11    "versions" means?
12         A.    Not in legal terms.  I know
13    what version means, but not in legal
14    vocabulary.
15         Q.    Okay.  Now, let's go to
16    Exhibit 9, please.  Let me know when
17    you are there.
18         A.    Exhibit 9.  Third amended
19    class action for violation of the
20    Federal Securities Laws, yeah.
21         Q.    Correct.  Do you recall that
22    this was introduced earlier by
23    defendants --
24         A.    Yes.
25         Q.    -- as an exhibit?
```

```
 1                   A. KARIMI
 2        A.    Yes.
 3        Q.    Did you review the con --
 4   this -- the content of this document
 5   before it was presented to the court?
 6        A.    Yes, I did.  Yep.
 7        Q.    Did you discuss the contents
 8   of this document with your lawyers
 9   before it was presented to the court?
10        A.    Yes, we discussed this
11   before, yeah.
12        Q.    And did you have a general
13   understanding of the contents of this
14   document before it was presented to the
15   court?
16        A.    Yes, I did.
17        Q.    Okay.
18              MS. GILMORE:  I have no other
19        questions at this point.
20              MR. MATUSCHAK:  Okay, I have
21        some follow-up.
22              CONTINUED EXAMINATION
23              BY MR. MATUSCHAK:
24        Q.    Let's start at the -- and
25   then -- and go back, since we're
```

```
 1                    A. KARIMI
 2    I don't know what that means in legal
 3    terms.
 4         Q.    I don't know what you mean by
 5    that.  So what is your understanding of
 6    the word "draft"?
 7         A.     A draft, for example, if I
 8    want to put a report about a scenario,
 9    I write it down, it's first draft of
10    it, then maybe my supervisor looks at
11    it, makes corrections, and then it
12    becomes a final version.  That's...
13         Q.    Okay.  That's exactly my
14    understanding, too, so I'll ask you the
15    question again.
16              Did you review --
17              MS. GILMORE:  Objection to
18         form.
19         Q.    Did you review any drafts of
20    the third amended complaint that we
21    looked at, before it was filed?
22              MS. GILMORE:  Objection to
23         form and the use of the word
24         "draft" of complaint.
25              MR. MATUSCHAK:  I'm using is
```

```
 1                    A. KARIMI
 2        it in the exact same version -- way
 3        that he just said he understood it.
 4        A.    Well, I did not see any
 5   document that has a stamp saying draft
 6   on it, no.
 7        Q.    Okay.  So you saw a version
 8   -- well, let me ask you this question,
 9   because you testified to this too.
10             You said you don't understand
11   the term "version"; is that correct?
12        A.    Yes.  Not the legal term,
13   yep.
14        Q.    Okay.  But do you have some
15   understanding of what that word means,
16   generally, not in a legal sense?
17        A.    Generally, I do, yes.
18        Q.    And what is that
19   understanding?
20        A.    Version means one person's
21   understanding of a situation is one
22   version.  The other person's
23   understanding could be another version.
24        Q.    So let me ask you the
25   question this way.
```

```
 1                    A. KARIMI
 2        A.    Yep.
 3        Q.    You recall seeing the third
 4   amended complaint, you don't -- before
 5   it was filed.  You don't necessarily
 6   know whether the document you saw is
 7   the exact same document that was filed
 8   with the court or whether your counsel
 9   made changes to that document after you
10   saw it; is that correct?
11             MS. GILMORE:  Objection to
12        form.  Misstates his testimony.
13        A.    I -- I only looked at the
14   document that they sent me.  I didn't
15   know which version it was or final
16   version or initial version.  I had no
17   idea.
18        Q.    Understood.
19             And you don't recall when
20   they sent you any specific document,
21   sitting here today?
22        A.    No, not the specific date,
23   no.
24        Q.    Okay.  Just give me one
25   second here.
```

```
 1                    A. KARIMI
 2    assumption and belief, but you have no
 3    evidence to point to, other than what
 4    we looked at today --
 5              MS. GILMORE:  Objection to
 6         form.
 7       Q.    -- to support that thought --
 8              MR. MATUSCHAK:  Can you let
 9         me finish my question before you
10         object?
11              MS. GILMORE:  Go ahead.
12       Q.    I'll start over.
13              You testified that your
14    thought, assumptions and your belief is
15    everything that is purchased on your
16    behalf by Fidelity is purchased on the
17    U.S. Stock Exchange, whether NASDAQ or
18    the New York Stock Exchange, correct?
19       A.    That is correct.
20              MS. GILMORE:  Objection to
21         form, misstates the testimony.
22              MR. MATUSCHAK:  I read it
23         word for word from the transcript,
24         Emma.  Come on, you've got to let
25         me ask my questions.
```

```
 1                    A. KARIMI
 2             MS. GILMORE:  You can ask
 3        your questions, but go back to what
 4        he actually testified, not just a
 5        second ago when you're trying to
 6        trick him, but what he answered my
 7        questions.
 8             MR. MATUSCHAK:  I'm going to
 9        ask the question again, and I'll
10        respectfully request an answer.
11             MS. GILMORE:  He already
12        answered many times.
13             MR. MATUSCHAK:  Emma, you've
14        got to let me ask my questions, I'm
15        sorry.
16             MS. GILMORE:  You have asked
17        it several times.
18             MR. MATUSCHAK:  This is not
19        productive.
20         Q.    Okay, Mr. Karimi, you
21     testified -- and I'm reading word for
22     word from the transcript here -- "my
23     thought, my assumptions and my belief
24     is everything that is purchased on my
25     behalf by Fidelity is purchased on the
```

```
 1                   A. KARIMI
 2    U.S. Stock Exchange, whether NASDAQ or
 3    New York Stock Exchange."
 4               Do you recall that testimony?
 5        A.    Yeah.
 6               MS. GILMORE:  Objection to
 7        form.
 8        A.    Yeah.  But everything has
 9    been quoted to me in U.S. dollars,
10    that's an indication that it has been
11    transacted on a U.S. market.
12        Q.    Do you know whether Fidelity
13    might, for example, purchase shares on
14    the German market, then trans -- then
15    transfer them and quote them to you in
16    a different price?
17               MS. GILMORE:  Objection,
18        calls for speculation.
19        A.    I --
20               MS. GILMORE:  Let me finish
21        my objection.
22        A.    I have no idea.
23        Q.    And if you can open
24    Plaintiff's Exhibit 1, which is
25    technically the second document in the
```

Page 181

```
1                      A. KARIMI
2    list.  It's the one that says
3    "Plaintiff's Exhibit 1" and it has a
4    green sticker on it.  Electronic
5    sticker, anyway.
6          A.    Yes.
7          Q.    And this is from Yahoo
8    Finance, correct?
9          A.    Seems that way, yes.
10         Q.    Okay.  And just to close the
11   loop.  If you turn to Plaintiff's
12   Exhibit 2, which is the fourth document
13   in the list that has the green sticker.
14               Do you have that open?
15         A.    You want me to open that one
16   as well?
17         Q.    Yes, if you don't mind.
18         A.    Exhibit 4, you mentioned?
19         Q.    It's Exhibit 2.  It's
20   Plaintiff's Exhibit 2.  It's the fourth
21   document down if you're looking at the
22   full list.
23         A.    Okay.  Okay.
24         Q.    And this is also a screenshot
25   from Yahoo Finance, correct?
```

Page 182

```
 1                    A. KARIMI
 2        A.    No, that's not.  It's a
 3   certification pursuant to Federal
 4   Securities Laws.
 5        Q.    Yeah.  If you go back to
 6   Exhibit Share and do the document
 7   directly below that one.  That's the
 8   one I'm asking you about.  Sorry for
 9   the confusion.
10        A.    Oh, maybe I'm looking at the
11   wrong document.
12        Q.    Yeah, yeah.  If you go back
13   into Exhibit Share and open the one
14   that's directly below the one you were
15   just looking at.  It also says
16   Exhibit 2, that's why it's confusing.
17        A.    Okay.  Exhibit 2 by
18   plaintiff?
19        Q.    Yes.
20        A.    Okay.
21        Q.    And my question is just
22   whether this also is a screenshot or
23   printout from Yahoo Finance?
24        A.    That is correct, yep.
25        Q.    Do you know whether Fidelity
```

Page 183

```
 1                    A. KARIMI
 2   uses the same stock symbols as Yahoo
 3   Finance?
 4        A.    I don't know.
 5              MR. MATUSCHAK:  I think
 6        that's it for me.
 7              Do you have any further,
 8        Emma?
 9              MS. GILMORE:  I will have
10        something, so let's take a
11        five-minute break.
12              THE VIDEOGRAPHER:  Okay.
13        Let's go off the record.  This is
14        the end of media number 4, the time
15        is 1:31 p.m. We are off the record.
16              (Recess.)
17              THE VIDEOGRAPHER:  The time
18        is 1:39 p.m., we're back on the
19        record with media -- the start of
20        media number 5.  We're on the
21        record.
22              CONTINUED EXAMINATION
23              BY MS. GILMORE:
24        Q.    Good afternoon, Mr. Karimi.
25   I just have a few follow-up questions.
```