# Exhibit 3

to August 22, 2022 Declaration of
Nicholas Matuschak

Page 1

1

2    STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 1:22-cv-02854-JSR

5    ---------------------------------------x

6    ALI KARIMI, Individually and On Behalf
     of All Others Similarly Situated,

7
                              Plaintiffs,

8
                     -against-

9

     DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN

10   CRYAN, and CHRISTIAN SEWING,

11                            Defendants.

12   ---------------------------------------x

13

14                      August 11, 2022
                        9:44 a.m.

15

16

17          Remote Videotaped Deposition of

18   YUN WANG, a Plaintiff in the

19   above-entitled action, held via Zoom

20   before Dawn Matera, a Certified Shorthand

21   Reporter and Notary Public of the State

22   of New York.

23

24                *      *      *

25

Page 2

1

2     A P P E A R A N C E S :

3

4         POMERANTZ LLP
          Attorneys for Plaintiffs
5             600 Third Avenue
              20th floor
6             New York, New York 10016
7         By:  EMMA GILMORE, ESQ.
                  egilmore@pomlaw.com
8                 VILLI SHTEYN, ESQ.
                  vshteyn@pomlaw.com
9

                      -and-
10

          BRONSTEIN GERWITZ & GROSSMAN
11            60 East 42nd Street
              Suite 4600
12            New York, New York 10165
13        By:  EITAN KIMELMAN, ESQ.
                  eitank@bgandg.com
14

15

          CAHILL GORDON & REINDEL LLP
16        Attorneys for Defendants
              32 Old Slip
17            New York, New York 10005
18        By:  NICHOLAS MATUSCHAK, ESQ.
                  nmatuschak@cahill.com
19                ZACHARY MISSAN, ESQ.
                  zmissan@cahill.com
20                ALBERT KWON, ESQ.
                  akwon@cahill.com
21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S : (Continued)

3

4    Also Present:

5        MARC FRIEDMAN, Videographer

6        CLINT THOMAS, Concierge

7        JOHN HE, Interpreter

8                    ~oOo~

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 12

1                    YUN WANG
2          Q.    And what did you do to prepare?
3          A.    So being a lead plaintiff in
4    this case, I have constantly having
5    communication with my attorney.
6          Q.    And did you do anything to
7    prepare for this deposition specifically?
8          A.    Well, yes, the whole time I
9    have been preparing for this case because
10   I have constant communication with my
11   attorneys.
12         Q.    Okay.  When you say constant
13   communication, how often on average do
14   you communicate with your attorneys?
15         A.    So, you know, such as when
16   there is a new development on the case,
17   they will send me some documents.
18         Q.    Okay.  And are those documents,
19   to your knowledge, filings in the case
20   that are filed with the Court?
21         A.    Yes, most of them.  Most of
22   them, yes.
23         Q.    And when they send you those
24   documents, are they in English?
25         A.    Yes.  Yes, English and also

```
 1                   YUN WANG
 2    translated Chinese documents and others.
 3        Q.    So they send you translated
 4    documents of filings that have been in
 5    this case?
 6        A.    I believe so, yes.  Because I
 7    don't understand English, you know.  All
 8    of the documents being sent to the Court,
 9    before being sent to the Court, I have
10    reviewed them.
11              MR. MATUSCHAK:  Okay.  Counsel,
12         I am just going to state for the
13         record that we're going to request
14         that anything that you sent to
15         Ms. Wang in Chinese, to produce that
16         so we can do our own independent
17         checks to make sure that it's
18         translated accurately.
19              MS. GILMORE:  I don't -- I don't
20         think we'll be able to agree to that
21         now.  And we'll take that under
22         advisement.
23              MR. MATUSCHAK:  Okay.  I will
24         follow up with you later.
25         Q.    Other than your attorneys,
```

1              YUN WANG

2    regarding the development of this case.

3    So in terms of any compensation, monetary

4    compensation, my attorneys need my

5    approval for the settlement.

6         Q.    And you testified at some point

7    that you are representing all of the

8    interests of the investors who are

9    seeking compensation, correct?

10        A.    Yes, I represent all of the

11   interests, the interests of all of the

12   investors, right.

13        Q.    And when you say investors,

14   what do you mean?

15        A.    So I am referring to during the

16   class period, because Deutsche Bank has

17   given false statements and causing losses

18   from its shareholders.

19        Q.    And when you say class period,

20   what do you mean by that?

21        A.    I believe the period starts

22   from March 2017 to September 2019.

23        Q.    Do you know why those dates

24   were chosen for the class period?

25        A.    Yeah, this is the period that

Page 20

1                    YUN WANG
2        Q.    And Ms. Wang, are you
3    physically in Albania right now?
4        A.    Yes.
5        Q.    Between March 2017 and
6    September of 2020, is that also where you
7    were living?
8        A.    No, during that time I was
9    traveling.
10       Q.    Where were you traveling?
11       A.    Many different countries.
12       Q.    Can you try to name at least
13   some of them?
14       A.    So Thailand, Cambodia, Croatia,
15   India, Singapore and Dubai.  Croatia.
16       Q.    Okay.  Ms. Wang, have you ever
17   physically been to the United States?
18       A.    No.
19       Q.    Do you understand that if this
20   case going to trial, you may have to
21   travel to the United States?
22       A.    Yes, I am aware of that.  But
23   they told me that I can also do it
24   through remotely, because this is a
25   different time right now.

```
 1                   YUN WANG
 2    with my attorney with the assistance of
 3    Chinese interpreter.
 4         Q.    And so are you aware that
 5    paragraph 5 of this document says -- and
 6    I will just read it out and ask you to
 7    translate it -- "To the best of my
 8    current knowledge, the attached sheet
 9    lists all of my transactions in Deutsche
10    Bank securities during the class period
11    as specified in the complaint."
12         A.    Yes.  Already provided, yes.
13         Q.    And in that sentence, do you
14    know what the phrase "Deutsche Bank
15    securities" refers to?
16         A.    Stock.
17         Q.    And when you say stock, do you
18    mean ordinary shares of Deutsche Bank?
19         A.    Well, I mean, you just
20    interpret for me this, right?  This is
21    it, because I cannot read English.
22         Q.    Yeah.  Ms. Wang, are you aware
23    that Deutsche Bank issues securities
24    other than common stock?
25         A.    Yeah, I only purchase their
```

Page 51

1              YUN WANG
2   stock shares because I only have a stock
3   account.
4       Q.    So you never purchased, for
5   example, debt securities that were issued
6   by Deutsche Bank?
7       A.    No.
8       Q.    I am going read out what's
9   paragraph 7 here and I will just ask if
10  you have any reason to dispute that I am
11  reading it accurately.  And it says, "I
12  agree not to accept any payment for
13  serving as a representative party on
14  behalf of the class as set forth in the
15  complaint, beyond my pro rata share of
16  any recovery, except such reasonable
17  costs and expenses directly relating to
18  the representation of the class as
19  ordered or approved by the Court."
20      A.    Yes.
21      Q.    And is it true that you do not
22  anticipate accepting any payment for
23  serving as a class representative beyond
24  your pro rata share of any recovery,
25  except for reasonable costs and expenses?

Page 67

```
 1              YUN WANG
 2          (Off the record)
 3          THE VIDEOGRAPHER:  The time is
 4      11:50 a.m., we are back on the record.
 5      This will be the start of media unit
 6      number 2.
 7          Counsel?
 8  BY MR. MATUSCHAK:
 9      Q.   Ms. Wang, during the break that
10  we took, did you speak to anyone other
11  than your attorneys and your translator?
12      A.   No.
13      Q.   I am going to share my screen
14  again, and we are going to look at a new
15  document.  Give me one second here.  And
16  I am now going to pull up what's been
17  marked as Exhibit 7, which is
18  PLTF00000016.
19          (Wang Exhibit 7, Document Bates
20      stamped PLTF00000016, was so marked
21      for identification, as of this date.)
22      Q.   Ms. Wang, have you seen this
23  document before?
24      A.   Yes.
25      Q.   And am I right that this is a
```

1               YUN WANG

2    photograph of some text on a computer

3    screen?

4         A.    Yes.

5         Q.    Did you take that photograph?

6         A.    I think so.

7         Q.    And do you have an

8    understanding of what this document

9    shows?

10        A.    This is the documentation of I

11   purchased the shares from Deutsche Bank,

12   and the listed details.

13        Q.    And how did you pull this up on

14   your screen.  What I mean by that, did

15   you go to a website to see this screen or

16   did you have a document that you opened

17   on your computer?

18        A.    So this is an e-mail that is

19   actually sent by, sent by my brokerage

20   account for my daily transaction as a

21   receipt or monthly transaction statement.

22        Q.    And so what is the company that

23   you use -- well, strike that.

24              You have a stockbroker then; is

25   that correct?

```
                                              Page 69
 1                    YUN WANG
 2              THE INTERPRETER:  Counsel,
 3        again, this is my speculation of the
 4        translation, because they do usually
 5        have an English name.  I do know one
 6        of them, but the other one I'm not
 7        sure.
 8        A.    The first one is Wangfa
 9   Security, W-a-n-g-f-a Security.  And the
10   other one is HSBC Security.
11        Q.    So putting aside their specific
12   names, you have two stockbrokers; is that
13   correct?
14        A.    Yes.
15        Q.    And do you remember whether the
16   screen shot we are looking at now, was
17   that from the HSBC account or was that
18   the other account?
19        A.    I don't remember which one,
20   because at that time, I actually used
21   both.  I used both brokerage firms,
22   purchased shares.
23        Q.    And you said that this screen
24   shot that we are looking at here was part
25   of an e-mail; is that right?
```

```
                                            Page 70
 1              YUN WANG
 2       A.    I believe this was from HSBC.
 3       Q.    Okay.  And so this would have
 4   been an e-mail that HSBC sent to you?
 5       A.    It could be an e-mail.  It
 6   could be just a receipt.
 7       Q.    Okay.  And if you didn't get
 8   the receipt via e-mail, how else would
 9   you get it?
10       A.    Well, if I ask them to produce
11   that to me individually, yes, they will
12   also, I mean, separately, yes, they will
13   give that to me.
14       Q.    And they would give that to you
15   via e-mail; is that right?
16       A.    Yes.  I don't know if it's
17   Wangfa or HSBC, this one.
18       Q.    And if you wanted to try to
19   figure that out, how would you go about
20   doing that?
21       A.    I can look up right now, I can
22   find out right now.
23       Q.    How would you?  Would you look
24   at your e-mails, would you go online.  I
25   am trying to figure out how you would
```

```
 1                   YUN WANG
 2    figure out which account this relates to?
 3         A.    I have a book myself.
 4         Q.    Like a physical book or is that
 5    something electronic?
 6         A.    Yes, it's a physical book.
 7         Q.    Okay.  And what is contained in
 8    that book?
 9         A.    Hold on, let me see.  Yes, this
10    was purchased through HSBC.
11         Q.    Just going back to the book, do
12    you write handwritten notes in there
13    every time you make a stock purchase
14    or -- I am trying to figure out what
15    exactly is in the physical book?
16              MS. GILMORE:  Objection to form.
17         A.    Yes, yes.
18         Q.    Yes, in terms of you do write
19    handwritten notes in the book?
20         A.    Yes.
21         Q.    So every time you made a
22    purchase or sale of Deutsche Bank shares,
23    you would have recorded it in that book?
24              MS. GILMORE:  Objection to form.
25         A.    Yes, I have my own record.
```

Page 72

```
 1              YUN WANG
 2      Q.     And this screen shot we are
 3  looking at reflects a purchase of 10,000
 4  Deutsche Bank shares on February 16th,
 5  2018; is that correct?
 6      A.     Yes.   Why is two different
 7  price?
 8              MS. GILMORE:  Let counsel ask a
 9      question.   There is no question
10      pending.
11      Q.     And Ms. Wang, why are there two
12  different prices recorded there?
13              MS. GILMORE:  Objection.
14      Objection to form.
15      A.     Because it's the closing price
16  in January and the date of the
17  transaction, the price is different.
18      Q.     These shares we are looking at
19  here, these 10,000 shares that you
20  purchased, did you personally purchase
21  those shares or did someone else purchase
22  those shares on your behalf?
23      A.     Myself.
24      Q.     So can you just explain how
25  that process worked in terms of -- well,
```

Page 73

```
 1                    YUN WANG
 2    let me back up and ask this question.
 3               You purchased these shares
 4    through one of your brokers, correct?
 5         A.    Yes.
 6         Q.    And so how did that process
 7    work in terms of did you put in an order
 8    online, did you call them and ask them to
 9    purchase the shares on your behalf or was
10    there some other process?
11         A.    Yeah, I did it online.
12         Q.    Okay.  And is that, in terms of
13    doing it online, do you go to your broker
14    website and you type in the amount and
15    it's purchased that way or do you send
16    them an e-mail and request that they
17    purchase a certain amount of shares?
18         A.    I did it myself online, yes.
19         Q.    And not via e-mail, correct?
20         A.    No.
21         Q.    Ms. Wang, do you have an
22    investment advisor, if you know what that
23    term means?
24         A.    No.
25         Q.    So when you purchased these
```

Page 74

```
 1                    YUN WANG
 2    shares, that was purely your decision; is
 3    that right?
 4         A.    Yes.
 5         Q.    And so do you know on what
 6    stock exchange your broker purchased
 7    these shares?
 8         A.    So, yeah, I purchased this on
 9    U.S. stocks, stock markets.
10         Q.    And how do you know that?
11         A.    Because I do U.S. stocks.
12         Q.    Are you aware that Deutsche
13    Bank shares are also listed on a stock
14    exchange in Germany?
15         A.    I don't remember.  Maybe I was
16    aware.  Maybe not.
17         Q.    Okay.  So given the fact that
18    they are on -- let me start over.
19              Given the fact that Deutsche
20    Bank shares are listed on both U.S. stock
21    exchanges and German stock exchanges, how
22    do you know that these purchases were
23    purchased from the U.S. exchange as
24    opposed to the German exchange?
25         A.    Because my brokerage firm, they
```

```
 1               YUN WANG
 2   only have U.S. stock market stocks.
 3       Q.    And how do you know that?
 4       A.    I don't do any German markets,
 5   I have no clue.  I never did any study on
 6   that.  I only do U.S. markets.
 7       Q.    Okay.  As we discussed, though
 8   -- well, let me strike that.
 9             When you purchased these
10   shares, did you specifically instruct
11   your broker to purchase them on the U.S.
12   market as opposed to the German market?
13             MS. GILMORE:  Okay.  Let me just
14        object to form.
15       A.    Yeah, I don't need to instruct
16   them, because once I turn on the website,
17   go on the website, these are all U.S.
18   stocks.
19       Q.    And I am just asking, how do
20   you know these are all U.S. stocks?
21             MS. GILMORE:  Give me an
22        opportunity to object.  Objection to
23        form.
24             THE INTERPRETER:  Okay.
25       A.    Because my brokerage provided
```

```
 1              YUN WANG
 2   me this web page, that only has U.S.
 3   stock market stocks.
 4       Q.    So you're saying if we go to
 5   your brokerage's web page, only U.S.
 6   stocks are listed on there; is that what
 7   you're saying.
 8       A.    Yes, only U.S. stock market
 9   stocks.  And also Hong Kong stock markets
10   stocks.
11       Q.    Okay.  So how do you know which
12   stocks are on U.S. market versus Hong
13   Kong market?
14            MS. GILMORE:  Hold on, hold on,
15        John, let me object first.  Don't
16        start translating right away.
17        Objection to form.
18            (Question translated.)
19            MS. GILMORE:  Did you translate
20        my objection?
21            THE INTERPRETER:  I did.
22            MS. GILMORE:  Also, vague and
23        confusing because, obviously, Deutsche
24        Bank does not trade on Hong Kong
25        stock.
```

Page 80

```
 1              YUN WANG
 2   Kong market, but if you want to open an
 3   account, you have to let them know ahead
 4   of time.  Both brokers, they cover both
 5   markets.
 6      Q.   I am just trying to be clear,
 7   for HSBC you said you need to let them
 8   know ahead of time.  So is it your
 9   testimony that you did let them know
10   ahead of time in that instance that you
11   just wanted to purchase U.S. stocks?
12          MS. GILMORE:  Objection.
13      Misstates the testimony.
14          THE INTERPRETER:  I am sorry, I
15      didn't hear.
16      A.   So I just want to say, yeah,
17   you asked me a lot of outsider questions.
18   Because I can show you on account, you
19   know, how to operate accounts really
20   easy.
21      Q.   So let me ask the question this
22   way.  Is there some document, when I say
23   document, an e-mail or a screen shot of a
24   website, or anything that you would point
25   to to show that your shares were
```

Page 81

```
 1              YUN WANG
 2   purchased on the New York Stock Exchange
 3   as opposed to the German exchange?
 4            MS. GILMORE:  Objection to form.
 5       A.    So whether it's an HSBC or
 6   Wangfa stock, you know, the brokerage
 7   firm, they will send you monthly
 8   statements.  On a monthly statement, it's
 9   very clear, you know, it will be
10   illustrated what the stock was being
11   purchased.
12       Q.    Back on this document.  If you
13   look at the top half, where it says
14   "Portfolio Details," and under that there
15   is a little box that says "Risk Level" --
16   and I believe that's also the Chinese
17   translation of risk level.
18            Do you see that?
19       A.    Yes.
20       Q.    And then if you go below
21   that -- I don't know if you can see my
22   cursor -- but before that it says "DB,"
23   and then it says in English, "Risk
24   LVLNA."
25            Do you see that?
```

Page 85

1              YUN WANG
2      A.     So it's redacted, right?
3      Q.     Yes.
4      A.     I want to make a statement,
5   because anything that HSBC, the Hong Kong
6   document they produce, it's very
7   difficult for me, because a lot of them
8   they produce are all English documents.
9   Even with the Chinese translations.
10     Q.     Okay.  This document does have
11  some Chinese characters on it, correct?
12     A.     Yes.
13     Q.     And so --
14     A.     Yes, this is Chinese document,
15  I can understand that, right.
16     Q.     And I don't mean to belabor it
17  -- I am sorry.
18            THE INTERPRETER:  I am sorry,
19     hold on.  I didn't get what was said,
20     because there was talk-over.
21            MR. MATUSCHAK:  Yes.
22     A.     Okay.  I am sorry, you want me
23  to go through these documents, it's very,
24  very difficult for me.  I am really
25  exhausted right now.  I need to take a

```
 1              YUN WANG
 2   BY MR. MATUSCHAK:
 3       Q.    Ms. Wang, I am just going to
 4   share my screen again.  And we are just
 5   going to go back to the document we were
 6   discussing before the break.
 7             If you don't mind, and again my
 8   question, just to kind of recap where we
 9   were, is just do you understand this
10   specific document on my screen now; do
11   you understand what this is?
12       A.    Daily statement.
13       Q.    And do you know if this is from
14   one of your brokers?
15       A.    Yes.
16       Q.    Do you know which broker?
17       A.    I believe it's the Hong Kong
18   Wangfa brokerage firm.
19       Q.    I am just going to scroll down.
20   Let me ask you a question about this
21   second document.
22             Am I correct that this second
23   page, based on the dates -- and I can
24   scroll back up if you need to -- is
25   another daily statement from another
```

Page 88

```
 1              YUN WANG
 2   broker, just with a different date?
 3        A.    Yes.
 4        Q.    And the same thing for this
 5   third page?
 6        A.    Yes.
 7        Q.    And this page looks a little
 8   bit different, so I am going to ask you
 9   if you know what this page represents?
10              THE INTERPRETER:  I am sorry, I
11         have to ask her to repeat, because I
12         didn't hear.
13        A.    It's the list of where I sell
14   my stocks.
15        Q.    Did this come from one of your
16   brokers?
17        A.    Yes, yes.  I'm not sure -- yes,
18   yes.
19        Q.    And which broker, if you know?
20        A.    Wangfa, Wangfa Security.  But I
21   can't be certain.
22        Q.    And the same for this page, I
23   take it.
24        A.    Yes, it's the same.  Same
25   thing, yes.
```

1              YUN WANG

2      Q.     Okay.  I am going to open now

3   what has been marked Exhibit 9.  It's a

4   three-page document starting with Bates

5   stamp PLTF9.  And I will zoom in here

6   briefly.

7              (Wang Exhibit 9, Document Bates

8         stamped PLTF9, was so marked for

9         identification, as of this date.)

10     Q.     And Ms. Wang, similar question,

11   just looking at this first page, do you

12   understand what this is?

13     A.     Hold on a second.  Let me take

14   a look at it.  Because it's all in

15   English, that's why I feel a little

16   strange.  Give me one second.  Because I

17   have a little difficulty, because this is

18   all in English.

19     Q.     Okay.  No problem.  You can see

20   my cursor, it's in the second column, it

21   says, in English "Order Placed Via" and

22   then in the three rows that you can see

23   that aren't redacted it says "Stock

24   Express Net."

25              And so my question is, just do

```
 1                 YUN WANG
 2   you know what Stock Express Net is?
 3       A.    I don't know.  I don't know
 4   what's in English.  I don't know.
 5       Q.    And I'll scroll through this
 6   briefly.  But do you recognize this page
 7   of this document?
 8       A.    Yeah, that's my statement as
 9   well.
10       Q.    And statement from who?
11       A.    It not specified over there.
12       Q.    Okay.  And up here, sort of at
13   the top left, there is a line that says
14   "Branch" and then it says -- forgive my
15   pronunciation -- "Tsim Sha Tsui Branch."
16            Do you know what that refers
17   to?
18       A.    I'm not sure.  I don't
19   understand that, actually.  I'm not sure.
20       Q.    And then finally a similar
21   question for this page.  I see it's all
22   in English.  But if you know -- I'll just
23   ask the question.
24            Do you know what this page of
25   this document is?
```

Page 91

1                    YUN WANG

2        A.    It's an English statement from

3    HSBC Bank, but they also have the Chinese

4    version.

5        Q.    So you know this page at least

6    is from HSBC?

7        A.    It looks like.

8        Q.    Okay.  Now, Ms. Wang previously

9    we discussed how you, in -- well,

10   actually, we can go back to the document.

11   Pulling back up Exhibit 6, this is a

12   document we looked at before.  It shows

13   some purchases and sales that you made at

14   Deutsche Bank Securities; do you remember

15   we looked at this before?

16       A.    Yes.

17       Q.    And I think I said securities,

18   but specifically this shows purchases and

19   sales you made of Deutsche Bank, ordinary

20   shares, correct?

21       A.    Yes.

22       Q.    And as we had discussed before,

23   you had three purchases, the first three

24   purchases shown here on, in February,

25   March and May 2018 total --

```
 1                    YUN WANG
 2       you don't know, that's fine.
 3               MR. MATUSCHAK:  Yeah.
 4       A.    I need to do a statistics,
 5    because, you know, you can't -- you can't
 6    ask me how much I have, actually,
 7    holdings on, because sometimes you have
 8    these in-and-out transactions.
 9       Q.    And what do you mean by
10    in-and-out transactions?
11               MS. GILMORE:  Objection to form.
12               MR. MATUSCHAK:  I just repeated
13       what she said.
14               MS. GILMORE:  Object to form.
15       A.    You know, stocks, short-term
16    investing.
17       Q.    Okay.  Ms. Wang, have you ever
18    purchased any securities from any company
19    other than ordinary shares of a company?
20       A.    So I only purchased stocks.
21       Q.    I am going to show you a new
22    document now which is marked as Exhibit
23    10.
24               (Wang Exhibit 10, Document
25       bearing certification of Yun Wang
```

```
 1                 YUN WANG
 2      being leading plaintiff, was so marked
 3      for identification, as of this date.)
 4      Q.    And Ms. Wang, my initial
 5   question will just be, understanding that
 6   it is in English, just looking at this
 7   document now, do you know what this
 8   document is?
 9           MS. GILMORE:  Can you scroll
10      down so she can see the whole thing,
11      please?
12           MR. MATUSCHAK:  Sure.
13      A.    Yeah, this is the certification
14   of me being a leading plaintiff.
15      Q.    Okay.  And that is your
16   signature at the bottom of the second
17   page there; is that correct?
18      A.    Yes.
19      Q.    And did you personally type
20   this document?
21           MS. GILMORE:  Objection to form.
22      A.    Well, this is an E-Sign
23   signature.
24      Q.    Yeah, I am asking, other than
25   your signature, if the words that appear
```

```
                                        Page 98

 1                YUN WANG

 2     on this document, you personally typed

 3     those or someone else did and you looked

 4     at it?

 5               MS. GILMORE:   Same objection.

 6         A.    I believe this was prepared by

 7     my attorney and I went through the

 8     contents also with discussion with my

 9     lawyer and I signed it.

10         Q.    Did you ever review a version

11     of this document that was translated into

12     Chinese?

13               MS. GILMORE:   Objection to form.

14         A.    I don't think there is a

15     Chinese translation for that, but I had

16     discussion with my attorney through the

17     assistance of interpreter about this.

18         Q.    Now, I can just read this out,

19     but paragraph 5 of this document, on the

20     first page states, "I understand that

21     this action is now in the discovery

22     phase."

23               Do you have any reason to

24     dispute that?

25         A.    Yes, yes, I did.
```

Page 99

```
 1                    YUN WANG
 2        Q.    Thank you.  And what is your
 3   understanding of what the "Discovery
 4   phase" of a case is?
 5        A.    My lawyer has tried to gather
 6   information about all of the legal
 7   activities by Deutsche Bank.
 8        Q.    And as part of the discovery
 9   phase, are you aware that you also have
10   obligations to produce documents?
11        A.    Yes, I can provide my
12   transaction records.  But my attorney was
13   responsible for all of these
14   investigations.
15        Q.    Scrolling down to the second
16   page now, and particularly looking at
17   paragraph 8, which I will read out, it
18   says "I understand that a class
19   representative oversees the litigation
20   and ensures that counsel for plaintiffs
21   prosecute the case vigorously and in the
22   interest of all class members."
23             Do you have any reason to
24   dispute that I read that accurately?
25        A.    Yes, I understand that.
```

```
                         YUN WANG
 1
 2      Q.    And the following paragraph
 3   says, "I will continue to work with
 4   counsel to oversee the litigation, and I
 5   have and will continue to monitor the
 6   litigation."
 7             Just let me know if you
 8   understand that that also is in this
 9   document.
10      A.    Yes.
11      Q.    And so what do you do to
12   oversee the litigation in this case?
13      A.    Because I am not American, so I
14   mainly rely on my attorney's team to
15   conduct these investigations.
16      Q.    And what do you mean by these
17   investigations?
18      A.    So it's about the investigation
19   of all of these illegal activities that
20   were done by Deutsche Bank during the
21   class period.
22      Q.    And so is there anything that
23   you personally do apart from your counsel
24   to oversee the litigation in this case?
25      A.    Like I mentioned to you
```

```
 1                    YUN WANG
 2   earlier, I provide my transaction
 3   information to my attorneys and, you
 4   know, I relied on my attorney and others.
 5        Q.    Okay.  We can go to the next
 6   document.  This is Exhibit 11.  And I can
 7   scroll through it certainly if you want,
 8   Ms. Wang, but I am just going to ask --
 9   initially, if the answer is you don't
10   recognize it, that's perfectly fine --
11   but I am just going to ask based on this
12   cover page, if you recognize what this
13   document is.
14              (Wang Exhibit 11, Document
15         titled "Memorandum of Law in Support
16         of Motion of Yun Wang For Appointment
17         of Lead Plaintiff and Approval of Lead
18         Counsel", was so marked for
19         identification, as of this date.)
20        A.    I only see New Jersey, I saw
21   New Jersey.
22        Q.    Yes, and I will read the title
23   to you, and then I will ask you if that
24   helps your understanding as to what this
25   document is.
```

1                    YUN WANG

2    if you can see where my cursor is.

3         A.    What other contents are you

4    going to translate now?

5         Q.    I am going to read this long

6    sentence.  And bear with me.  I just have

7    some questions.  I just want to know if

8    you know what certain terms mean.  And if

9    the answer is you don't know what they

10   mean as translated, that's perfectly

11   fine.  But I just need to read it out and

12   I need to ask you the question.  And I

13   can paraphrase if that's easier.

14            Do you have any reason to doubt

15   that this block of text under the section

16   that I just read defines the class that

17   plaintiffs in this case are seeking to

18   certify?

19            MS. GILMORE:  Objection to form.

20       The block is in English.

21       A.    Well, this is a class loss of

22   action.

23       Q.    Okay.  Do you know what the

24   phrase "alternative trading systems"

25   means?

Page 115

```
 1              YUN WANG
 2          MS. GILMORE:  Objection to form.
 3      Legalese.
 4          MR. MATUSCHAK:  I am asking, if
 5      she knows it.
 6      A.    I don't know.
 7      Q.    Do you know what the phrase
 8   "domestic transactions" mean?
 9          MS. GILMORE:  Same objection.
10      A.    Domestic transactions?
11      Q.    Yes.
12      A.    I never heard of it.
13      Q.    Okay.  Let's go to the next
14   document now, which is Exhibit 14.
15          (Wang Exhibit 14, Document
16      titled "Third Amended Class Action
17      Complaint For Violations of the
18      Federal Securities Laws", was so
19      marked for identification, as of this
20      date.)
21      Q.    I am happy to scroll through
22   this and I will read the title for you,
23   but before I do that, Ms. Wang, just
24   looking at this document now, before I
25   ask you any questions about it; do you
```

```
 1                  YUN WANG
 2    understand what this document is?
 3         A.    I need actually the translation
 4    for that.
 5         Q.    And if I tell you that the
 6    title of this document is "Third Amended
 7    Class Action Complaint For Violations of
 8    the Federal Securities Laws," does that
 9    help you understand what this document
10    is?
11         A.    I believe I have seen the
12    Chinese translation version on this.
13         Q.    Do you know if you still have
14    that?
15         A.    I don't remember.  I think I
16    have it.
17         Q.    And so what is your
18    understanding of what this document is?
19         A.    I believe it's a third amended
20    of the complaint.
21         Q.    And so is it your understanding
22    that there were three prior versions of
23    the complaint prior to this version?
24         A.    Yes.
25         Q.    And do you recall reviewing any
```

```
 1                    YUN WANG
 2   of those other versions of the complaint?
 3        A.    Yes, I did.
 4        Q.    And were those Mandarin
 5   translations of those documents?
 6        A.    I don't recall.  I don't
 7   remember now.
 8        Q.    You don't remember reviewing
 9   the documents or you just don't remember
10   if they were in Mandarin or English?
11        A.    Yes, I do remember I reviewed
12   them.  It was three complaints.  These
13   complaints are about, you know, Deutsche
14   Bank's illegal activities.
15        Q.    Okay.  And you just don't
16   remember what language the version you
17   reviewed were in?
18        A.    If I didn't have a discussion
19   with the attorney, then that means what I
20   read was all the Chinese version.
21        Q.    Do you remember if you approved
22   the filing of this document before it was
23   presented to the Court?
24        A.    Yes, I 100 percent rely on my
25   attorneys.
```

```
 1              YUN WANG
 2      Q.    Before the break, Ms. Wang, we
 3   had been talking about how the complaint
 4   contains allegations that certain of
 5   Deutsche Bank's public statements were
 6   materially false and misleading.  Do you
 7   remember that?
 8      A.    Yes.
 9      Q.    And are you aware that some of
10   the statements that the complaint alleges
11   were false and misleading were contained
12   in Deutsche Bank's annual reports?
13             MS. GILMORE:  Objection to form.
14             THE INTERPRETER:  She asked me
15      to repeat.
16             (Question retranslated.)
17      A.    I don't think so.
18      Q.    Are you aware that Deutsche
19   Bank issues reports every year publicly
20   called "Annual Reports"?
21             MS. GILMORE:  Objection to form.
22      A.    I don't remember if I read them
23   or not.  So I remember that they publish
24   on social media -- you know, I mean, on
25   the news it says that their financial
```

Page 122

```
 1              YUN WANG
 2   condition has gotten better and better.
 3       Q.    And you don't remember in what
 4   specific document you remember seeing
 5   that?
 6       A.    No, I don't remember.
 7       Q.    And are you aware that the
 8   complaint includes allegations that
 9   certain of the statements in what are
10   called Form 20-F, filed with the U.S.
11   Securities and Exchange Commission,
12   contained false and misleading
13   statements?
14            MS. GILMORE:  Objection to form.
15       A.    What exactly are you referring
16   to?  I don't know.
17       Q.    Let me ask you this question,
18   are you aware that Deutsche Bank
19   periodically filed certain documents with
20   the U.S. Securities and Exchange
21   Commission?
22            MS. GILMORE:  Objection to form.
23       A.    I think this is pretty -- yeah,
24   these are pretty professional things.  I
25   don't know.
```

Page 123

```
1                    YUN WANG
2        Q.    Okay.  Are you aware that the
3    complaint contains allegations that
4    certain things that Deutsche Bank posted
5    to its official website contained false
6    and misleading statements?
7               MS. GILMORE:  Objection to form.
8        A.    I have never seen these before.
9    No, I don't know.
10       Q.    Okay.  Have you ever been to
11   Deutsche Bank's official website before?
12              MS. GILMORE:  Objection to form.
13       A.    I don't remember.
14       Q.    Ms. Wang, I am just going to
15   ask you about a few more documents, just
16   very quick questions to see if you
17   recognize them or not.  If you don't
18   recognize them, perfectly fine.
19              But let me just share my screen
20   here.  I am going to skip to now what is
21   marked as Exhibit 18, which is Bates
22   stamped PLTF12.  It's a single page
23   document.
24              (Wang Exhibit 18, Document Bates
25       stamped PLTF12, was so marked for
```