# Exhibit 4

to August 22, 2022 Declaration of Nicholas Matuschak

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   - - - - - - - - - - - - - - - - - - - -x
 5   ALI KARIMI, Individually and On Behalf of
     All Others Similarly Situated,
 6
                        Plaintiffs,
 7
         -against-
 8
     DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN
 9   CRYAN, and CHRISTIAN SEWING,
10                     Defendants.
11   - - - - - - - - - - - - - - - - - - - -x
12                  Virtual Zoom Deposition
13
                       August 12, 2022
14                     11:00 a.m.
15
16      VIRTUAL ZOOM DEPOSITION of ZACHARY
17   NYE, Ph.D., in the above-entitled action,
18   held at the above time and place, taken
19   before Jeremy Richman, a Shorthand
20   Reporter and Notary Public of the State of
21   New York, pursuant to the Federal Rules of
22   Civil Procedure, and stipulations between
23   Counsel.
24
25              *       *       *
```

```
 1
 2   APPEARANCES:
 3
        POMERANTZ LLP
 4           Attorneys for Plaintiffs
             600 Third Avenue, 20th Floor
 5           New York, New York 10016
 6      BY:  JEREMY LIEBERMAN, ESQ.
             VILLI SHTEYN, ESQ.
 7
 8
 9      CAHILL GORDON & REINDEL LLP
             Attorneys for Defendants
10           32 Old Slip
             New York, New York 10005
11
        BY:  SHEILA RAMESH, ESQ.
12           NICHOLAS N. MATUSCHAK, ESQ.
             ZACHARY M. MISSAN, ESQ.
13
14
15   PRESENT:
     MARC FRIEDMAN, Videographer
16   CLINT THOMAS, Concierge
     VINITA JUNEJA, NERA
17
                  *     *     *
18
19
20
21
22
23
24
25
```

Page 30

1           Z. NYE
2        Q.    Okay.  So, again, during the
3   deposition, I might use the term
4   shares, ordinary shares, GRS, but I'm
5   always going to be talking about
6   Deutsche Bank global registered shares,
7   okay?
8        A.    Understood.
9        Q.    Okay, great.  So just to
10  confirm then, you have not been
11  retained to opine on the efficiency of
12  the market for any other Deutsche Bank
13  securities, right, just the ordinary
14  shares?
15       A.    That's correct.
16       Q.    Okay.  And you don't discuss
17  any other Deutsche Bank securities in
18  any way in your report, right, only the
19  ordinary shares?
20       A.    Yes, just the shares that
21  are -- you know, and the data I've
22  analyzed.
23       Q.    Yep.
24             Okay.  So when you're talking
25  about Deutsche Bank shares or stock in

Page 31

1           Z. NYE
2   your report, you're referring solely to
3   Deutsche Bank ordinary shares too,
4   right?
5       A.   I just want to be careful
6   with the terminology.  That's probably
7   the case, I just -- there's a specific
8   ticker symbol on CUSIP of the stock
9   that we analyzed.  It's all reflected
10  in the exhibits and the data we --
11  we've analyzed.  I just want to be
12  clear that that's the stock that we've
13  analyzed.
14      Q.   What I mean is we're not
15  talking about the debt securities or
16  trust-preferred securities or
17  derivatives, we're just talking about
18  those regular shares, right?
19      A.   We are talking about the
20  stock that I've analyzed in the report
21  that corresponds to a specific
22  identifying information such as CUSIPs
23  and ICN numbers.  And it's all
24  consistent in that respect.  I just
25  don't want to --

1                    Z. NYE
2        A.    Can you just repeat the
3   question, please.
4        Q.    Sure.  So in your event
5   study, would you expect new, unexpected
6   news with information that seems
7   important about Deutsche Bank here --
8   that's what you're talking about in
9   your event study -- would you expect
10  that kind of news to have a significant
11  effect on Deutsche Bank's share price?
12              MR. LIEBERMAN:  Objection to
13      form, foundation.
14       A.    What do you mean by
15  "significant"?
16       Q.    Okay.  You know what, we can
17  come back to this later, when we've
18  talked all that through.
19              Okay.  If we take out the
20  word "significant," if we just say new,
21  unexpected news, important-seeming
22  information about Deutsche Bank, would
23  you expect an effect on the share
24  price?
25       A.    In a vacuum, like in a

Page 54

1           Z. NYE
2  science experiment where you can
3  control everything and just have
4  one piece of information that is
5  value-relevant, then, yes, in an
6  efficient market you should expect a
7  price reaction, as long as the
8  information is -- will cause, -- is
9  likely to cause a price reaction that's
10 larger than the contemporaneous
11 transaction costs of trading that
12 security.
13          But, again, it's very
14 context-specific as to how -- you know,
15 how information will effect the stock
16 price.  And in the real world, as I
17 think is important for my event study,
18 there's a lot going on with certain
19 companies, like Deutsche Bank.
20          And so it's -- a lot of times
21 there's multiple pieces of offsetting
22 information that can cause a muted
23 reaction, whereas, you might expect a
24 larger reaction, positive or negative,
25 in the absence of the competing effects

Page 55

1        Z. NYE
2   of that confounding information.
3       Q.   Got it.
4            And if the same news were
5   repeated publicly days or weeks later,
6   would you expect it to have a similar
7   effect on the stock price?
8       A.   So the same information, in
9   an efficient market, no. Right? I
10  mean, efficiency is a spectrum. So in
11  a perfectly efficient market, no, it
12  should not influence the price if it's
13  old or stale or -- information.
14           But, in practice, it's -- an
15  analyst or expert has to be very
16  careful in determining and assessing
17  whether one disclosure is exactly the
18  same as a prior disclosure. And that's
19  often a point of contention in these
20  matters, I find.
21      Q.   Got it. Got it. If we just
22  go back to the different windows that
23  you might apply for a second.
24           When you use a two-day
25  window, would you wait for the reaction

Page 56

1                    Z. NYE
2    to occur over two days?
3              MR. LIEBERMAN:  Objection to
4        form.
5         Q.    I guess maybe an easier way
6    to put it.
7              What if there was no reaction
8    on the first day?
9              MR. LIEBERMAN:  Objection to
10       form.
11        A.    It would be -- it's
12   context-specific, so what -- I would
13   look at what happened on those -- on
14   the first day and the second day,
15   consider all of the news, all of the
16   analyst reports, what the company said,
17   you know, what could have -- because
18   there -- there can be instances where,
19   say that a relevant truth comes out,
20   it's negative, it's bad news, but, you
21   know, a company can misrepresent it as,
22   you know, unfounded, or try to
23   obfuscate that truth from, you know,
24   actually reaching the market.
25              So in those instances, it

Page 57

1           Z. NYE
2    might come out the next day.  But it
3    also might come out, you know, a month
4    down the road or a year down the road.
5              But for that hypothetical I
6    gave, I just want to be careful with
7    the fact pattern during the two-day
8    window.
9              That would probably be the
10   number one consideration for me with
11   respect to, you know, choosing a
12   two-day window to analyze that price
13   impact.
14        Q.   Okay, thanks.
15             Did your event study account
16   for market and industry effects?
17        A.   Yes.
18        Q.   Okay.  Can you explain how.
19        A.   As is standard and
20   well-founded in academic literature and
21   econometric literature, we're using our
22   regression analysis to control for the
23   effects of other likely determinants of
24   Deutsche Bank's stock price during the
25   control period or the class period.

Page 119

1                     Z. NYE
2    market indices.
3              So I -- I would certainly be
4    happy to consider other market indices.
5    I usually use this, the Morgan Stanley
6    World Index, or the S&P500 as my market
7    indices.
8         Q.    Is there any reason that that
9    would change between this calculate --
10   this model for this report and what you
11   do to calculate damages later?
12              MR. LIEBERMAN:  Objection,
13        calls for speculation.
14        A.    As I sit here today, I don't
15   expect to change my market index.  If I
16   was asked to assess lost causation or
17   damages, but -- it may be necessary,
18   depending on that analysis down the
19   road, depending on what the facts are
20   and -- something to consider --
21        Q.    What would make that -- I'm
22   sorry?
23        A.    It's something to consider,
24   let's just put it that way.
25        Q.    What would make you change

Page 120

|   |   |
|---|---|
| 1 | Z. NYE |
| 2 | that?  What facts would cause you to |
| 3 | change your market index? |
| 4 | A.    Nothing comes to mind right |
| 5 | now.  Like I said, I don't think |
| 6 | there's much of a difference between, |
| 7 | you know, Morgan Stanley World Index |
| 8 | and the S&P500 index, at least |
| 9 | generally speaking.  So I don't expect |
| 10 | to change my market index. |
| 11 | Q.    And any reason to think that |
| 12 | you would change the index that gauges |
| 13 | industry effects that you used here for |
| 14 | this report when you're calculating |
| 15 | damages later? |
| 16 | A.    I don't expect to change my |
| 17 | industry index.  Here it's pretty clear |
| 18 | what Deutsche Bank considers its peer |
| 19 | group in the diversified banking |
| 20 | industry.  So that's what I chose to |
| 21 | measure its industry dynamics. |
| 22 | Q.    And do you think that you |
| 23 | would use the same set of analyst |
| 24 | reports that you relied on for this |
| 25 | report in a later calculation of |

Page 121

1               Z. NYE
2    damages?
3         A.    I probably will -- I will
4    definitely consider what I've already
5    con -- you know, down the road, I will
6    continue to consider and rely upon the
7    analyst reports I have considered to
8    date.
9               But I will probably, if
10   asked, want to get the analyst reports
11   published around the corrective event
12   dates and also consider whatever
13   analyst reports are produced by
14   defendants' experts.  Because, like I
15   said earlier, defendants' experts often
16   have access to more analyst reports
17   than I do, on the -- when I'm just
18   using public data vendors.
19        Q.    If all these inputs are the
20   same, is there any reason to think that
21   the confidence levels reflected in
22   Exhibits 11B and 11E would change?
23        A.    They -- I've conducted an
24   event study for market efficiency
25   purposes.  I think -- well, I haven't