# Exhibit 5

to August 22, 2022 Declaration of Nicholas Matuschak

# Süddeutsche Zeitung

Wirtschaft
**Ohrfeige aus Amerika; US-Aufseher üben heftige Kritik an der Deutschen Bank: Es geht um Mängel im Kampf gegen Geldwäsche und Schwächen in der Risikobewertung. Dabei sollte doch endlich alles besser werden**

MEIKE SCHREIBER UND MARKUS ZYDRA
983 words
14 May 2020
Süddeutsche Zeitung
SDDZ
17
German
Copyright 2020 Süddeutsche Zeitung GmbH

Frankfurt - Wenn sich Paul Achleitner, der Aufsichtsratschef der Deutschen Bank, und sein Vorstandschef Christian Sewing nächste Woche den Aktionären stellen, sollte es eigentlich ruhiger zugehen als die Jahre zuvor. Die Hauptversammlung wurde ins Netz verlegt, außerdem hat sich die Lage der Bank nach landläufiger Meinung deutlich verbessert: Der Umbau scheint zu funktionieren, die Auswirkungen der Corona-Krise halten sich bislang in Grenzen. Und jetzt können die Manager auch endlich erzählen, dass sie Teil der Lösung sind, weil sie fleißig Kredite vergeben. „Auch in diesem historisch einzigartigen Umfeld" bleibe die Deutsche Bank „ein zuverlässiger Anker", wird Sewing laut Redetext sagen, den das Institut bereits vorab veröffentlicht hat.

In der Realität ist die Bank von diesem freundlichen Selbstbild aber offenbar immer noch weit entfernt, wie SZ-Recherchen zeigen. Die Bankenaufseher der New Yorker Niederlassung der US-Notenbank Fed haben der Führungsspitze am 31. März einen Untersuchungsbericht zugesandt, der es in sich hat. Er stellt der US-Einheit der Bank erneut ein miserables Zeugnis aus. Das ist ein Rückschlag für Sewing, denn das Institut hatte zum Beispiel vergangenen Sommer nach mehreren Jahren endlich den Stresstest der Fed bestanden.

Das Dokument, von dessen Inhalt die SZ Kenntnis hat, wirkt wie eine Ohrfeige; ein Insider bezeichnete den Befund als „Alarmsignal". Adressaten sind Sewing, Amerika-Chefin Christiana Riley sowie Edward Kangas, Aufsichtsratschef der Bank in den USA. Die Untersuchung beruht auf Prüfungen im Jahr 2019 und Anfang 2020 - also kurz vor Ausbruch der Corona-Pandemie. Die Quintessenz: Die Organisation des US-Geschäfts wird weiterhin als „marginal" eingestuft und erhält die Note 4, die zweitschlechteste Note. Die US-Geschäfte wiesen in „signifikantem" Umfang „ernsthafte Schwächen" auf. Das Management sei bislang daran gescheitert, die Probleme zu lösen. Es bestünden zudem Zweifel, ob die Bank jemals als „gut gemanagt" eingestuft werden könne, was mindestens der Note 2 entspricht. Diese Note habe die Bank seit 2012 nicht erreicht. Auch jetzt nicht.

Eigentlich sollte Amerika-Chefin Riley, die im Juli 2019 von Sewing ins Amt gehoben wurde, das seit den Skandalen der Finanzkrise angespannte Verhältnis zu den US-Aufsehern verbessern - mitten im fortlaufenden Konzernumbau, der die Bank aus der Krise führen soll. Ende Januar, auf der Bilanzpressekonferenz in Frankfurt, hielt die Amerikanerin sogar eigens eine Rede, um die Bedeutung des US-Geschäfts für den Konzern zu unterstreichen. Dort hat die Bank zwar in den vergangenen Jahren Marktanteile verloren, die USA seien aber weiterhin unverzichtbar für das Unternehmen und seine Kunden. Zugleich will die Bank massiv sparen, die Erträge stark steigern und die Geschäfte selbstverständlich weiterhin gut kontrollieren - ein offenbar schwieriges Unterfangen: In der New Yorker Tochter haben seit Langem mächtige Investmentbanker das Sagen, ohne echte Kontrolle aus Frankfurt.

Riley sollte das endlich ändern und zugleich das Verhältnis zu den Aufsehern verbessern. Allerdings ist die 41-jährige Managerin, die seit 2006 im Konzern tätig ist, bereits die vierte US-Chefin in gut fünf Jahren. Laut Wall Street Journal waren die US-Aufseher daher wenig erfreut, als Sewing schon wieder die Führung austauschte.

Und bislang scheinen auch Rileys Bemühungen wenig zu fruchten: Es gebe immer noch ernste Probleme, unsichere und ungesunde Bankgeschäfte, die von der Bankführung in den USA oder in der Zentrale nicht

ausreichend adressiert oder gelöst worden seien, so das Urteil der Experten im „Large Institution Supervision Coordinating Committee" der New Yorker Fed. Weiterhin gebe es in der Bank Defizite und Verspätungen bei der Umsetzung von Maßnahmen, vor allem im Kampf gegen Geldwäsche und Sanktionsverstöße. In der Geldwäschebekämpfung weise die Bank immer noch „eine lang anhaltende systematische Schwäche" auf, etwa beim Erfassen von Kundendaten. Banken sind verpflichtet, ihre Klienten gut zu kennen, um Geldwäsche zu verhindern. Darin war die Deutsche Bank nie sonderlich gut; bis 2015 hatte sie etwa jahrelang mutmaßlich Geldwäsche aus Russland ermöglicht, weswegen ihr die US-Behörden eine Strafe aufbrummten. Man habe daraufhin die Abwehr gegen Finanzkriminalität personell deutlich gestärkt und von 2017 bis 2019 rund 900 Millionen Euro investiert, hatten Sewing und seine Kollegen zuletzt stets betont.

Aber auch im Management von Liquiditätsrisiken attestiert die Aufsicht der Bank Schwächen, vor allem in „Stress-Zeiten", also wenn es nicht rundläuft. Das Management scheitere immer noch daran, die Liquidität gut zu verwalten, es habe viele Personalwechsel gegeben, Fristen seien gerissen worden. Überdies reduziere die Bank nun ihre Liquidität, ohne zu zeigen, dass sie diese Verringerung angemessen kontrollieren könne. Die Liquidität sei „stark", hatte die Bank Ende April betont.

Das Risikomanagement wird in dem Bericht zudem „als nicht sehr gut kontrolliert" eingestuft. Das habe sich etwa gezeigt bei den Modellen zur Einstufung von Gewerbeimmobilien-Krediten oder bestimmten Kapitalmarktprodukten. Dabei sei es immens wichtig, korrekte und stimmige Verlustschätzungen zu haben, um gute Entscheidungen zu treffen, ganz besonders jetzt, da die Firma höhere Erträge in riskanteren Geschäftsfeldern anstrebe. Alle diese Schwächen führten zudem zu Mängeln in der Kapitalplanung der Bank.

Nicht zuletzt halten es die Aufseher für zwingend, dass die Bank mehr in die internen Kontrollen und das Risikomanagement investiert, um das Risiko aus dem US-Geschäft angemessen zu kontrollieren. Das gelte umso mehr, als dass die Bank ausgerechnet am Ende des Kreditzyklus höhere Risiken eingegangen sei, also nach einer langen Phase mit starkem Wirtschaftswachstum, die nun vorerst zu Ende ist. Offen ist, inwieweit sich die Kritik auf den ganzen Konzern übertragen lässt und was das alles für den diesjährigen Fed-Stresstest heißt. Weder die Bank noch die New Yorker Fed wollten sich dazu äußern. In jedem Fall muss die Bank den Aufsehern nun erklären, wie sie die Probleme bis Ende 2020 beseitigen will. Gefordert ist ein Plan, wie Prozesse verbessert werden können, außerdem müssen die Verantwortungen klar verteilt sein. Viele Fragen also, denen sich Sewing und Achleitner nun wohl auch öffentlich stellen müssen.

Die Aufseher zweifeln, ob die Bank jemals als „gut gemanagt" eingestuft werden kann

Document SDDZ000020200514eg5e0001y

Page 2 of 2 © 2022 Factiva, Inc. All rights reserved.

**DOW JONES FACTIVA**

| | |
|---|---|
| English<br>Powered by **Translate**<br>Rate Translation Readability:<br>★★★★★ | The content of this translation is generated by way of automated translation software and is no substitute for a professional human translator. Dow Jones Factiva does not take responsibility for the accuracy, reliability or completeness of this translation. Click for full disclaimer<br><br>*This article is a translation produced by Google, Inc. from an original article from Süddeutsche Zeitung dated 14 May 2020.* |

### slap in the face from America; US supervisors have severely criticized Deutsche Bank for deficiencies in the fight against money laundering and weaknesses in risk assessment. After all, everything should finally get better

Frankfurt - When Paul Achleitner, the chairman of the supervisory board of Deutsche Bank, and his CEO Christian Sewing face the shareholders next week, things should actually be quieter than in previous years. The general meeting was moved online, and according to popular belief, the bank's situation has improved significantly: the restructuring seems to be working, the effects of the corona crisis have so far been limited. And now the managers can finally say that they are part of the solution because they are busy lending. "Even in this historically unique environment," Deutsche Bank remains "a reliable anchor," Sewing will say, according to the text of the speech, which the institute has already published in advance.

In reality, however, the bank is still a long way from this friendly self-image, as SZ research shows. The bank supervisors at the New York branch of the US Federal Reserve sent the top management on March 31st an investigative report that packs a punch. He again gives the bank's US unit a miserable report card. This is a setback for Sewing, because last summer, for example, the institute finally passed the Fed's stress test after several years.

The document, the contents of which the SZ is aware of, comes across as a slap in the face; an insider described the finding as an "alarm signal". Addressees are Sewing, America boss Christiana Riley and Edward Kangas, chairman of the bank in the USA. The investigation is based on tests in 2019 and early 2020 - i.e. shortly before the outbreak of the corona pandemic. The bottom line: The organization of the US business continues to be classified as "marginal" and receives a grade of 4, the second worst grade. The US businesses showed "serious weaknesses" in "significant" amounts. The management has so far failed to solve the problems. There are also doubts as to whether the bank can ever be classified as "well managed", which corresponds to at least a grade of 2. The bank has not achieved this grade since 2012. Not even now.

America boss Riley, who was appointed by Sewing in July 2019, should actually improve the relationship with US supervisors, which has been tense since the scandals of the financial crisis - in the middle of the ongoing corporate restructuring that is supposed to lead the bank out of the crisis. At the end of January, at the balance sheet press conference in Frankfurt, the American even gave a speech to underline the importance of the US business for the group. The bank has lost market share there in recent years, but the USA is still indispensable for the company and its customers. At the same time, the bank wants to make massive savings, greatly increase earnings and, of course, continue to monitor business closely - an apparently difficult undertaking: powerful investment bankers have long been in charge of the New York subsidiary,

Riley should finally change that and at the same time improve the relationship with the overseers. However, the 41-year-old manager, who has been with the group since 2006, is the fourth US boss in just over five years. According to the Wall Street Journal, US supervisors were not happy when Sewing changed leadership again.

And so far, Riley's efforts seem to have had little fruit: there are still serious problems, unsafe and unhealthy banking transactions that have not been adequately addressed or resolved by the bank management in the USA or at headquarters, according to the experts in the "Large Institution Supervision Coordinating Committee" of the New York Fed . Furthermore, there are deficits and delays in the implementation of measures in the bank, especially in the fight against money laundering and violations of sanctions. In the fight against money laundering, the bank still has "a long-lasting systematic weakness", for example in the collection of customer data. Banks are required to know their clients well to prevent money laundering. Inside was Deutsche Bank never very good; until 2015, she allegedly enabled money laundering from Russia for years, which is why

facts

the US authorities fined her. As a result, the defense against financial crime was significantly strengthened in terms of personnel and around 900 million euros were invested between 2017 and 2019, Sewing and his colleagues had recently emphasized.

But also in the management of liquidity risks, the supervisor attests to the bank's weaknesses, especially in "times of stress", i.e. when things are not going smoothly. Management is still failing to manage liquidity well, there have been many personnel changes, and deadlines have been missed. Moreover, the bank is now reducing its liquidity without showing that it can adequately control this reduction. The bank emphasized that liquidity was "strong" at the end of April.

Risk management is also classified in the report as "not very well controlled". This has been shown, for example, in the models for classifying commercial real estate loans or certain capital market products. It is immensely important to have correct and coherent loss estimates in order to make good decisions, especially now that the company is aiming for higher earnings in riskier areas of business. All of these weaknesses also led to deficiencies in the bank's capital planning.

Last but not least, supervisors believe it is imperative that the bank invest more in internal controls and risk management in order to appropriately control the risk from the US business. This applies all the more since the bank took on higher risks at the end of the credit cycle, i.e. after a long phase of strong economic growth that has now come to an end. It is unclear to what extent the criticism can be transferred to the entire group and what all this means for this year's Fed stress test. Neither the bank nor the New York Fed wanted to comment on it. In any case, the bank must now explain to the supervisors how it intends to eliminate the problems by the end of 2020. A plan is required on how processes can be improved, and responsibilities must be clearly assigned. So many questions that Sewing and Achleitner will now have to face publicly.

Supervisors doubt whether the bank can ever be classified as "well managed".

© 2022 Factiva, Inc. All rights reserved.

facts

© 2022 Factiva, Inc. All rights reserved.