# Exhibit 9

to August 22, 2022 Declaration of Nicholas Matuschak

Deutsche Bank Fined $150M For Epstein, Danske Bank Lapses - Law360

[Cahill Gordo...](#)

News, cases, companies, firm

Try our **Advanced Search** for more refined results

- **Cahill Gordon & Reindel LLP**
  - My Account
  - Emails & Alerts
  - Newsletter Signup

News, cases, companies, firm    Search    Toggle Dropdown

- Search Law360
- Search News Only
- Search Cases Only
- Search PTAB Only
- Search TTAB Only

Advanced Search                                                        Close

- Law360
- Law360 UK
- Law360 Pulse
- Law360 Employment Authority
- Law360 Tax Authority
- Law360 Insurance Authority
- ᴺᴱᵂLaw360 Real Estate Authority

- Products
- Lexis®
- Law360 In-Depth
- Law360 Updates
- Law360 Podcasts

- Rankings
- Regional Powerhouses
- Law360's MVPs
- Glass Ceiling Report
- Law360 400
- ᴺᴱᵂDiversity Snapshot
- Practice Groups of the Year
- Rising Stars
- Titans of the Plaintiffs Bar

- Sections
- Adv. Search & Platform Tools
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Expert Analysis
- Insurance
- Intellectual Property
- Product Liability
- Securities

- Beta Tools
- Track docs
- Track attorneys
- Track judges

- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help

Intellectual Property  Securities  Bankruptcy  Competition  Employment  White Collar  Legal Industry  Access To Justice  Law360 UK  Pulse  ‖  See all sections  ‖  NEWSLETTERS

# Deutsche Bank Fined $150M For Epstein, Partner Bank Lapses

*By* Emilie Ruscoe

Law360 (July 7, 2020, 11:07 AM EDT) -- New York state's financial regulator said Tuesday it fined Deutsche Bank $150 million for failing to appropriately manage its dealings with alleged bad actors including millionaire sex offender Jeffrey Epstein, who died in federal custody.



Deutsche Bank, whose German headquarters is pictured, is to pay $150 million over its dealings with sex offender Jeffrey Epstein and others, a New York regulator said. (AP Photo/Michael Probst)

According to the terms of a consent order with the New York state Department of Financial Services, Deutsche Bank AG, its New York branch and Deutsche Bank Trust Company America agreed to pay the sum in connection with DFS claims that the bank neglected to flag numerous questionable transactions from accounts associated with Epstein and two correspondent banks, Danske Estonia and FBME Bank.

Superintendent of Financial Services Linda A. Lacewell said in a statement Tuesday that "in each of the cases that are being resolved today, Deutsche Bank failed to adequately monitor the activity of customers that the bank itself deemed to be high risk."

"In the case of Jeffrey Epstein in particular, despite knowing Mr. Epstein's terrible criminal history, the bank inexcusably failed to detect or prevent millions of dollars of suspicious transactions," Lacewell said.

According to the DFS, Deutsche bank "processed hundreds of transactions totaling millions of dollars that, at the very least, should have prompted additional scrutiny in light of Mr. Epstein's history."

Those transactions included payments to Epstein associates who were "publicly alleged" to have played roles in luring Epstein's victims, more than $7 million in settlement payments and $6 million in legal fees, more than $800,000 in cash withdrawals and "(consistent with public allegations of prior wrongdoing) payments directly to numerous women with Eastern European surnames."

The DFS claimed that Deutsche Bank's own reputational risk committee had imposed monitoring requirements on Epstein's bank accounts that the bank failed to adhere to.

"Throughout the relationship, very few problematic transactions were ever questioned, and even when they were, they were usually cleared without satisfactory explanation," the regulator said Tuesday.

The bank's oversight of the pair of correspondent banks was similarly lacking, the DFS said.

The regulator described Danske Estonia as being "at the center of one of the world's largest money laundering scandals," and said that despite the fact that Deutsche Bank had given the Eastern European bank its highest risk rating, Danske Estonia was nonetheless able to transfer billions of dollars in suspicious transactions through Deutsche Bank accounts in the Empire State.

And the state regulator claimed that "Deutsche Bank was the last major Western bank with a correspondent banking relationship with FBME" after the U.S. Treasury Department's Financial Crimes Enforcement Network told all banks with a U.S. footprint that they had to cut ties with the international bank.

The DFS' announcement comes on the heels of the arrest last week in New Hampshire of Epstein

associate and alleged "fixer" Ghislaine Maxwell, who was charged by federal prosecutors in connection with her alleged actions on behalf of the financier and was removed to stand trial in New York. And the announcement occurs nearly a year after Epstein committed suicide in a federal jail in Manhattan as he awaited trial following his arrest in Florida on sex trafficking charges.

In a statement emailed Tuesday, Deutsche Bank CEO Christian Sewing said that "while the settlement reflects our utmost cooperation and transparent engagement with our regulator, it also shows how important it is to continue investing in our controls and enhancing our anti-financial crime capabilities," noting that since 2015, the bank had spent nearly $1 billion on enhancing its training, controls and operational processes and had tripled the size of its global anti-financial crime team, which now numbers more than 1,500 employees.

A Deutsche Bank representative also said that in an internal email to the bank's employees, Sewing said that "we all have to help ensure that this kind of thing does not happen again. It is our duty and our social responsibility to ensure that our banking services are used only for legitimate purposes."

On Tuesday, the DFS did not immediately respond to requests for further comment.

The DFS is represented by R. Bruce Wells, Kevin R. Puvalowski, Katherine A. Lemire and Linda Lacewell.

Deutsche bank is represented by Karen Kuder, Thorsten Seyfried, Joe Salama and Andrew Stemmer.

--Editing by Alyssa Miller.

*Update: This story has been updated with more details, with counsel information, and with comments from Deutsche Bank.*

For a reprint of this article, please contact reprints@law360.com.

## 0 Comments

Sign In To Comment

## Attached Documents

- Consent Order

## Useful Tools & Links

- Add to Briefcase
- Save to PDF & Print
- Rights/Reprints
- Editorial Contacts

## Related Sections

- Banking
- Compliance
- Corporate Crime & Compliance UK
- Financial Services UK

- New York
- Securities
- White Collar

## Companies

- Deutsche Bank AG

## Government Agencies

- Financial Crimes Enforcement Network
- U.S. Department of the Treasury



The 2022 Regional Powerhouses

The law firms on Law360's list of 2022 Regional Powerhouses are handling some of the biggest deals and most high-profile courtroom battles across nine states, offering clients regional expertise and making a lasting impact on the law at the state and local level.

Top 10 trending in Banking

- 1 FDIC Warns Banks On Crypto Partners' Insurance Disclosures
- 2 JPMorgan Trader Missed 'Memo From Al Capone,' Jury Hears
- 3 DOJ, CFPB Stress Military Compliance For Auto Finance Cos.
- 4 Deutsche Bank Strikes $5M Deal To End Libor Suit
- 5 Tilton Tells Jury Zohar Investor Was Clear On Strategy

Deutsche Bank Fined $150M For Epstein-Partner Bank Lapses - Law360

- 6CFPB Gets Trimmed $29.2M Judgment In Mortgage Relief Suit
- 7Disney Hits Visa, Mastercard With Suit Over Interchange Fees
- 8GOP Lawmakers Scrutinize CFPB 'Conspiring' With State AGs
- 9SEC Seeks To Boost FINRA Oversight Of Proprietary Traders
- 10Ex-FinCEN Enforcement Head Joins Skadden In DC

Hello! I'm Law360's automated support bot.

How can I help you today?

For example, you can type:

- I forgot my password
- I took a free trial but didn't get a verification email
- How do I sign up for a newsletter?

Ask a question!

© 2022, Portfolio Media, Inc. | About | Contact Us | Legal Jobs | Advertise with Law360 | Careers at Law360 | Terms | Privacy Policy | Cookie Settings | Help | Site Map

×

Already have access? Click here to login

# Get instant access to the one-stop news source for business lawyers

Register Now!

## Sign up now for free access to this content

Enter your details below and select your area(s) of interest to stay ahead of the curve and receive Law360's daily newsletters

Email (NOTE: Free email domains not supported)

First Name

Last Name

Password (at least 8 characters required)

Confirm Password

Select at least one primary interest:

☐ Access To Justice  ☐ Aerospace & Defense  ☐ Appellate

Deutsche Bank Fined $150M For Epstein-Partner Bank Lapses - Law360

- [ ] Asset Management
- [ ] Benefits
- [ ] Capital Markets
- [ ] Commercial Litigation Uk
- [ ] Construction
- [ ] Corporate Crime & Compliance Uk
- [ ] Environmental
- [ ] Florida
- [ ] Government Contracts
- [ ] Illinois
- [ ] Insurance Uk
- [ ] International Trade
- [ ] Massachusetts
- [ ] Native American
- [ ] Pennsylvania
- [ ] Project Finance
- [ ] Retail & E Commerce
- [ ] Technology
- [ ] Transactions Uk
- [ ] White Collar

- [ ] Banking
- [ ] California
- [ ] Class Action
- [ ] Competition
- [ ] Consumer Protection
- [ ] Cybersecurity & Privacy
- [ ] Employment
- [ ] Financial Services Uk
- [ ] Food & Beverage
- [ ] Health
- [ ] Immigration
- [ ] Intellectual Property
- [ ] Legal Ethics
- [ ] Media & Entertainment
- [ ] New Jersey
- [ ] Personal Injury & Medical Malpractice
- [ ] Public Policy
- [ ] Securities
- [ ] Telecommunications
- [ ] Transportation

- [ ] Bankruptcy
- [ ] Cannabis
- [ ] Commercial Contracts
- [ ] Compliance
- [ ] Corporate
- [ ] Delaware
- [ ] Energy
- [ ] Fintech
- [ ] Georgia
- [ ] Hospitality
- [ ] Insurance
- [ ] International Arbitration
- [ ] Life Sciences
- [ ] Mergers & Acquisitions
- [ ] New York
- [ ] Private Equity
- [ ] Product Liability
- [ ] Real Estate
- [ ] Sports & Betting
- [ ] Texas
- [ ] Trials

Law360 may contact you in your professional capacity with information about our other products, services and events that we believe may be of interest.

You'll be able to update your communication preferences via the unsubscribe link provided within our communications.

We take your privacy seriously. Please see our Privacy Policy.

Register

×

Sign up for our Banking newsletter

You must correct or enter the following before you can sign up:

Please provide a professional email: _____

Select more newsletters to receive for free

Law360 takes your privacy seriously. Please see our Privacy Policy.

No Thanks    Sign up now

Thank You!