# Exhibit 12

to August 22, 2022 Declaration of Nicholas Matuschak

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence

# Deutsche Bank Litigation Research


Elliott Z Stein
Team: Litigation
BI Senior Litigation Analyst


Jennifer Rie
Team: Litigation
BI Senior Litigation Analyst

1. Deutsche Bank: Legal Outlook

(Bloomberg Intelligence) -- Deutsche Bank's legal risks in the U.S. include potential money-laundering breaches, with a Justice Department probe that may result in fines, despite penalties paid to other agencies over Russia mirror trades, Danske Bank and Jeffrey Epstein. Inquiries and lawsuits stemming from the bank's relationship with President Donald Trump are ongoing. Deutsche may be under scrutiny related to 1MDB.

Table of Contents
Litigation to Watch
- AML Risks Persist Despite Fines Paid
- Headline Risk in Trump-Congress Fight
- Class Status Key in Swaps Case
- Banks Can Beat Mexican Bond Case
- Largest Libor Cases Settled

Deutsche faces suits over swap platforms, odd-lot and Mexican bonds, forex rates and Libor, with some of the last settled. Probes of GSE bonds, SSA bonds and Treasuries-rigging may be ongoing. The bank faces RMBS suits by the FDIC and others and has good arguments to beat a terror-finance suit. Litigation and regulatory provisions were 1 billion euros as of March 31, with possible legal costs of 2 billion euros. (07/13/20)

## Litigation to Watch

### AML Risks Persist Despite Fines Paid

Deutsche's Epstein, Danske Fines Still Leave Some U.S. AML Risks

Deutsche Bank's $150 million penalty on July 7 by New York's financial regulator related to the German lender's work for Jeffrey Epstein and Danske Bank don't necessarily end Deutsche's risks of money-laundering related penalties in the U.S. The bank may still be at risk, in our view, of about $500 million in fines by federal law-enforcement authorities for this and other laundering-related conduct. (07/07/20)

2. Past Pacts Don't Preclude More Fines

Deutsche Bank's $150 million penalty by New York's Department of Financial Services on July 7 doesn't preclude additional penalties by federal authorities for the same lapses related to Jeffrey Epstein, Danske Bank, and FBME. Previously, when Deutsche was fined by DFS related to anti-money laundering lapses and sanctions, the Federal Reserve also penalized the bank, though for less. The U.S. Department of Justice could also fine Deutsche.

In Standard Chartered's and UniCredit's U.S. sanctions settlements in 2019, their payments to the DOJ and the Treasury were about two-thirds of those to the Empire State's authorities. Based on that ratio, Deutsche may face additional fines of about $500 million, after now paying $775 million in recent years to New York's DFS for money laundering lapses and sanctions violations. (07/07/20)

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg® 06/30/2022 17:58:06

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

## Bloomberg Intelligence

Select U.S. Sanctions, AML Agreements ($ Billion)

| Entity | DOJ/Treasury | Federal Reserve | OCC | NY DFS | NYC DA | Total |
|---|---|---|---|---|---|---|
| BNP Paribas (2014) | 3.90 | .508 | | 2.24 | 2.24 | 8.90 |
| HSBC (2012) | 1.26 | .165 | .500 | | | 1.92 |
| Commerzbank (2015) | .642 | .200 | | .610 | | 1.45 |
| Societe Generale (2018) | .771 | .081 | | .325** | .163 | 1.34 |
| UniCredit (2019) | .468 | .158 | | .405 | .316 | 1.34 |
| Standard Chartered (2019) | .311 | .164 | | .180 | .292 | .947*** |
| Crédit Agricole (2015) | .312 | .090 | | .385 | | .787 |
| Standard Chartered (2012) | .227 | .100 | | .340 | | .667 |
| Deutsche Bank (Russia trades, 2017) | ? | .041* | | .425 | | .466 |
| Deutsche Bank (Sanctions, 2015) | ? | .058 | | .200 | | .258 |
| Deutsche Bank (Epstein, Danske, 2020) | ? | ? | | .150 | | .150 |

\* Presumed to relate to Russia mirror trades though not explicitly stated in Fed order
\*\* Does not include an additional $95 million penalty for money laundering violations
\*\*\* Does not include £102 million paid to the FCA

Source: Bloomberg Intelligence

3. Was Deutsche a 1MDB Victim or Wrongdoer?

A possible DOJ probe of Deutsche Bank over 1MDB, reported in 2019, adds to the bank's money-laundering risks, but a potential fine against Deutsche in the U.S. related to 1MDB is likely to be much lower than Goldman Sachs' anticipated penalty, based on our analysis. DOJ forfeiture complaints from 2016 and 2017 in the 1MDB case refer to Deutsche as being misled by the Malaysian development fund. There's no indication yet that Deutsche employees -- unlike Goldman's -- accepted kickbacks and agreed to pay bribes to Malaysian officials as part of the transactions at issue.

Money raised by Deutsche for 1MDB was only about 20% that of Goldman, which should mitigate any impact. Still, a DOJ Deutsche probe may suggest there's evidence of bribery or money-laundering violations that aren't yet public knowledge. (05/14/20)

Court Filing

"1MDB officials secured approval of these two loans through material misrepresentations and omissions to Deutsche Bank, including that the proceeds of the loans would be paid to a legitimate affiliate of IPIC. In fact, the bulk of the proceeds of both loans went to two offshore entities named to create the false impression of an affiliation with IPIC: Aabar-BVI and a similarly-named entity incorporated in the Seychelles ("Aabar-Seychelles" or "Aabar-SY")."

U.S. Department of Justice - Verified Complaint for Forfeiture In Rem
June 15, 2017

Click to view entire document

4. Trump, Kushner Issues Pose Low Risk of Fines

Probes of Deutsche Bank's connections to Donald Trump and Jared Kushner pose a low risk of fines, in our view. Deutsche's May 2019 statement calling misleading a New York Times article about suspicious activity reports suggests the bank has controls in place to address Trump-related issues. That lowers the risk that Deutsche improperly concealed Trump-related misconduct post-2016. Trump and Kushner-related transactions are likely small, compared with the Russia trades that authorities have been investigating, further minimizing pecuniary risk.

Trump's suit seeking to stop Deutsche and Capital One from complying with congressional subpoenas for documents poses mainly headline risk for the banks, we believe. Congress reportedly also subpoenaed JPMorgan, Bank of America, Citigroup, Wells Fargo, Morgan Stanley, RBC and TD Bank. (05/14/20)

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg® 06/30/2022 17:58:06

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

## Bloomberg Intelligence



Source: Bloomberg Intelligence

**Headline Risk in Trump-Congress Fight**

Deutsche's Risk in Trump Case Cut, But Remains After Court Rules

The Supreme Court's July 9 opinion likely reduces, but doesn't yet end, headline risk for Deutsche Bank and Capital One in President Trump's lawsuit against the banks to stop them from producing financial records to Congress. The headline risk for the banks is further unwanted attention to money-laundering compliance failures. We think Capital One is more likely than Deutsche to entirely shed its subpoena obligation. (07/09/20)

5. What's at Stake?

A spotlight on compliance failures.

Deutsche Bank and Capital One are mostly bystanders in this case, but it brings unwanted attention to their past money-laundering compliance failures for which the banks have paid hundreds of millions dollars to regulators and may fork over more. While Congress can't fine the banks, producing documents to Congress may bring headline risk if more details of the banks' shortcomings become public, though we doubt documents would reveal much that regulators and prosecutors don't already know. (07/09/20)



Source: Bloomberg Intelligence

6. Who's Favored?

Congress, at least in part.

We think Congress will be able to compel some, but not all, of the documents it seeks, particularly from Deutsche, after the Supreme Court's July 9 opinion. The high court set some guideposts for the lower courts to use in narrowing the scope of documents Congress may seek concerning the president. We think the House Intel Committee's subpoena, only to Deutsche, is more likely to withstand further scrutiny than the House Financial Services Committee subpoena, which also went to Capital One. (07/09/20)

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence

Examples of Trump-Related Documents Sought by Congress:
- Account applications and opening documents
- Know Your Customer and due diligence documents
- Documents showing ties with foreign individuals, entities or governments
- Suspicious activity documentation
- Statements of net worth, debt schedules and tax returns
- Congress' Subpoenas to Deutsche, Capital One

**Class Status Key in Swaps Case**

Banks May Trim Billion-Dollar Interest-Rate-Swap Suits on Class

Bank of America, JPMorgan and nine other banks may be able to pare multibillion-dollar lawsuits alleging they conspired to hinder development of interest-rate-swap trading platforms. The banks might benefit from some arguments to beat class status that Credit Suisse used to narrow a forex suit in 2019. A class-status ruling may come in 2Q. (04/07/20)

7. What's at Stake?

More than $2 billion across 11 banks.

Interest-rate-swap dealers defending against antitrust suits may have over $2 billion at stake. At 2017 arguments, class plaintiffs claimed they lost at least hundreds of millions of dollars. The amounts can be tripled. A similar suit involving credit-default-swap (CDS) platforms settled for $1.87 billion in 2015. The interest-rate-swap market is far larger than the CDS market, yet the class period here is smaller. Plaintiffs are limited to "plain vanilla" trades, which may help ease damages. (04/03/20)

Swap Markets Compared: Interest-Rate Swaps vs. CDS

| Name | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| BIS OTC Derivatives Markets (Bn $USD) | | | | | |
| OTC Derivatives Market Total | 544.052M | 492.707M | 628.003M | 710.338M | 635.683M |
| Interest Rate Contracts | 418.082M | 384.025M | 505.443M | 584.799M | 492.605M |
| Forward Rate Agreements | 71.842M | 58.326M | 80.818M | 78.810M | 71.960M |
| Interest Rate Swaps | 311.474M | 288.634M | 381.141M | 456.725M | 372.293M |
| Interest Rate Options | 34.743M | 37.065M | 43.484M | 49.264M | 48.351M |
| Foreign Exchange Contracts | 74.036M | 70.446M | 75.043M | 70.553M | 67.358M |
| Foreign Exchange Forwards & Forex S... | 38.853M | 36.331M | 36.596M | 33.218M | 31.718M |
| Currency Swaps | 23.485M | 22.750M | 24.042M | 25.448M | 25.420M |
| Foreign Exchange Options | 11.697M | 11.365M | 14.405M | 11.886M | 10.220M |
| Equity-Linked Contracts | 6.631M | 7.141M | 6.968M | 6.560M | 6.251M |
| Equity Forwards & Swaps | 2.537M | 3.321M | 2.495M | 2.277M | 2.045M |
| Equity Options | 4.094M | 3.820M | 4.473M | 4.284M | 4.207M |
| Commodity Contracts | 1.392M | 1.320M | 1.869M | 2.204M | 2.587M |
| Gold | 338,231.0 | 285,918.0 | 322,518.0 | 341,214.0 | 485,789.0 |
| Other | 991,615.0 | 982,023.0 | 1.481M | 1.800M | 1.945M |
| Credit Default Swaps | 11.777M | 12.294M | 16.399M | 21.020M | 25.068M |
| CDS Single Name Instruments | 6.620M | 7.183M | 9.041M | 11.324M | 14.309M |
| CDS Multi Name Instruments | 5.156M | 5.110M | 7.358M | 9.696M | 10.760M |
| Other Forwards & Swaps | 951,591.0 | 887,964.0 | 1.215M | 1.462M | 1.658M |

8. Who's Favored?

Investors and SEFs, but not as class.

Buy-side investors and swap execution facilities (SEFs) survived a motion to dismiss but may hit a stumbling block on class certification as individual issues may predominate, which happened in a foreign-exchange antitrust case in 2019. Denying class certification would limit the suit considerably, even though the court let antitrust and unjust-enrichment claims proceed and said parallel conduct claims suggested a conspiracy to deter exchange-like platforms that threaten the banks' businesses. (04/07/20)

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg[®]  06/30/2022 17:58:06

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence



Interest-Rate Swap vs. Other Contracts, % Growth

9. Will It Settle?

Likely, but timing's uncertain.

These cases are likely to settle, though the timing of a potential pact is uncertain. While the parties agreed to meet face-to-face for settlement talks in July, the result was unclear. In a similar credit-default-swap suit, settlement in 2015 came about a year after a ruling allowed the case to proceed. The timeline here has been much longer -- a July 2017 ruling permitted some claims to go ahead -- suggesting perhaps the banks prefer to test their class-certification defenses before settling. (04/07/20)



Interest-Rate-Swap Dealer Market Share

10. What's the Issue?

Interest-rate-swap platform collusion.

Eleven banks face antitrust lawsuits alleging they conspired to deter development of interest-rate-swap trading platforms. Antitrust and unjust-enrichment claims for 2013-16 were allowed to proceed, while court rulings dismissed claims covering 2008-12. The plaintiffs -- buy-side investors and swap-execution facilities (SEFs) -- allege a conspiracy to inflate bid/ask spreads and preserve bank profit centers. The suits are consolidated in the Southern District of New York. (04/07/20)

> Docket:
> - In re: Interest Rate Swaps Antitrust Litigation
>
> Companies Impacted:
> - Defendants: Bank of America, Barclays, BNP Paribas, Citigroup, Credit Suisse, Deutsche Bank, Goldman Sachs, HSBC (dismissed), JPMorgan, Morgan Stanley, RBS, UBS
>
> Court:
> - U.S. District Court for the Southern District of New York
>
> Date Filed:
> - June 3, 2016
>
> Disclaimer:
> - Bloomberg, not a party to this litigation, operates an SEF.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg[®]  06/30/2022 17:58:06

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence

11. What Else?

Credit-default swap collusion suit.

Six of the largest credit-default swap dealers have so far failed to dismiss antitrust claims by trading exchange Tera Group alleging the banks colluded to boycott Tera's exchange-like CDS trading platform. Tera, also a plaintiff in the interest-rate swaps suit, alleges the banks sought to maintain dominance in the CDS market, which it says was worth $4.5 billion a year in bank revenue. Many of the same banks settled a similar CDS class action by buy-side investors for $1.87 billion in 2015. (04/03/20)

Docket:
- Tera Group, et al. v. Citigroup, et al.

Companies Impacted:
- Defendants: BofA (dismissed), Barclays, BNP, Citi, Credit Suisse, Deutsche (dismissed), Goldman (dismissed), HSBC (dismissed), JPMorgan, Morgan Stanley (dismissed), RBS (dismissed), UBS

Court:
- U.S. District Court for the Southern District of New York

Date Filed:
- June 8, 2017

**Banks Can Beat Mexican Bond Case**

BofA, Citi Can Win Mexico Bond-Rigging Suit Despite Rivals' Deal

Bank of America, Citigroup, Deutsche Bank and UBS subsidiaries along with a few of their peers can beat a $2 billion lawsuit alleging rigging of Mexican government bonds, in our view, even though Barclays and JPMorgan agreed to settle in the case's early stages. The banks already won dismissal of the suit once and have good arguments to get it thrown out again, in our view. We think a ruling may come in 2H. (06/10/20)

12. What's at Stake?

$2 billion in total; pact a fraction of that.

The banks remaining could be on the hook for about $2 billion in total were they to go to trial and lose. The plaintiff pension funds calculate damages at $760 million, which could be tripled under antitrust law. Settlement for less is the likelier outcome if the banks don't win dismissal. Based on Barclays' settlement of $5.7 million (23.7% of its proportionate share) and JPMorgan's $15 million (33.5%), we think a settlement by remaining banks could be $225 million or more in total. (06/10/20)

Barclays and JPMorgan in Ice-Breaker Settlements

| Bank | Settlement Amount ($ Million) | Settlement as % of Proportionate Share |
|---|---|---|
| Bank of America | | |
| Barclays | 5.7 | 23.7 |
| BBVA | | |
| Citigroup | | |
| Deutsche Bank | | |
| HSBC | | |
| JPMorgan | 15 | 33.5 |
| Santander | | |
| UBS | | |

Source: Bloomberg Intelligence

13. Who's Favored?

The defendant banks, but it's close.

We think the remaining banks can still win dismissal despite information provided to the plaintiffs by settling defendants Barclays and JPMorgan. The banks won dismissal once already, and while the

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg®  06/30/2022 17:58:06

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence

amended complaint adds some specifics about the banks' alleged misconduct, we're not convinced alleged misconduct has been sufficiently linked to plaintiffs' claimed injuries. In addition, we think the court may be likely to grant dismissal on jurisdictional grounds for insufficient links to the U.S. (06/10/20)

Links to U.S. Entities May Be Key To Dismissal



Source: Bloomberg Intelligence

**Largest Libor Cases Settled**

UBS, Peers Likely Drawn Back Into Long-Running Libor Court Fight

UBS and nine other banks will likely be added back to a dollar-Libor rigging class action, as their 2016 dismissal seems headed for reversal. If so, they'd join Bank of America and JPMorgan in defending a case now nine years old. Having pared investors' damages claims, once reported to be almost $50 billion, the banks can likely settle for under $250 million each. (07/20/20)

14. What's at Stake?

Billions of dollars in tripled damages.

UBS and nine peers will be exposed anew to billion-dollar damages claims if the banks are reinstated to the case. Traders' early damages estimate of about $50 billion has been curtailed, but is likely still in the billions. BofA and JPMorgan currently bear the full weight of that exposure, less offsets for prior pacts, due to joint liability rules and their status as the remaining defendants. With the hurdles plaintiffs face, we think pacts for under $250 million each are a more likely outcome. (07/20/20)

Interbank Lending Rate-Rigging Fines

| Defendant | DOJ | CFTC | NY DFS/ State AGs | UK | Euro Comm./ Other | TOTAL |
|---|---|---|---|---|---|---|
| Barclays | 220 | 200 | 100 | 93 | 30 | 643 |
| Citigroup | X | 175 | 100 | | 99 | 374 |
| Credit Agricole | | | | | 128 | 128 |
| Deutsche Bank | 775 | 800 | 820 | 340 | 990 | 3,725 |
| HSBC | | | | | 38 | 38 |
| JPMorgan | X | | | | 584 | 584 |
| Lloyds | 86 | 105 | | 179 | | 370 |
| Rabobank | 325 | 475 | | 170 | 96 | 1,066 |
| RBS | 150 | 325 | | 137 | 546 | 1,158 |
| Societe General | 275 | 475 | | | 305 | 1,055 |
| UBS | 703 | 700 | 68 | 259 | 64 | 1,794 |
| TOTAL | 2,534 | 3,255 | 1,088 | 1,178 | 2,880 | 10,935 |

Note: USD Mill. "X" denotes where investigation has closed. Empty cell denotes investigation may be ongoing.
Source: U.S. DOJ, European Commission, FCA, COMCO, NY DFS, CFTC, FINMA

Source: Bloomberg Intelligence

15. Who's Favored?

Plaintiffs as to some banks.

Traders will likely see their case revived against at least some of the non-U.S. banks that were dismissed. A panel of appellate judges seemed inclined at oral argument to reverse a ruling that the banks fell beyond the jurisdiction of U.S. courts. Defendants will likely fare better in defeating an

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

# Bloomberg Intelligence

appeal by bondholders to reinstate their claims. Overall, the banks have sharply clipped the USD-Libor class actions, with only one class surviving and only with respect to federal antitrust claims. (07/17/20)

### Court Filing

"Requiring the Banks to pay treble damages to every plaintiff who ended up on the wrong side of an independent LIBOR-denominated derivative swap would, if appellants' allegations were proved at trial, not only bankrupt 16 of the world's most important financial institutions, but also vastly extend the potential scope of antitrust liability in myriad markets where derivative instruments have proliferated."

Dennis Jacobs - Circuit Judge, U.S. Court of Appeals for the Second Circuit
May 23, 2016

Click to view entire document

## 16. Will It Settle?

Piecemeal accords are likely.

If the appellate court rules against non-U.S. defendants, as we expect, it would likely spur settlements with the OTC plaintiff class (buyers of dollar-Libor-based swaps and notes from rate-setting banks). Prior pacts suggest these actions can be resolved for under $250 million per bank. Accords with non-OTC plaintiffs have also trickled in while appeals are pending. As these investors didn't win class status, settlements with them will likely remain favorable for the banks. (07/20/20)

### Settlements of Class Action LIBOR Suits (USD Mill)

| Defendant | USD-Libor Classes | | | | |
|---|---|---|---|---|---|
| | OTC (only certified USD-Libor class) | Exchange-Based | Non-Defendant OTC | Bondholder | Lender |
| Bank of America | | 15.0 | 5.0 | 6.3 | 1.5 |
| Barclays | 120.0 | 20.0 | 0 | 7.1 | 4.0 |
| Citigroup | 130.0 | 33.4 | 7.0 | 7.0 | 23.0 |
| Deutsche Bank | 240.0 | 80.0 | | | 0.4 |
| HSBC | 100.0 | 18.5 | 5.0 | 11.1 | 4.0 |
| JPMorgan | | 15.0 | 5.0 | 6.3 | 1.5 |
| RBS | | | | 13.0 | |
| Societe Generale | | 5.1 | | | |
| UBS | | | | 17.9 | 1.0 |

Source: BLAW, Bloomberg Intelligence

## 17. What's the Issue?

Libor rigging.

After nine years of litigation, the 16 banks on the former BBA USD-Libor panel have significantly narrowed investor class actions and stand-alone suits accusing them of conspiring to rig Libor from 2007-10. The largest set of plaintiffs -- investors who bought Libor-linked instruments from panel banks -- is proceeding with federal antitrust claims against BofA and JPMorgan. All other classes were eliminated. Antitrust claims against non-U.S. banks were dismissed but may be revived on appeal. (07/17/20)

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This document is being provided for the exclusive use of SUSAN ZEGEL at NATIONAL ECONOMIC RESEARCH ASSOC.INC. Not for redistribution.

## Bloomberg Intelligence

Docket:
- In re: Libor-Based Financial Instr. Antitrust Litig. - Trial Court
- In re: Libor-Based Financial Instr. Antitrust Litig. - 2nd Circuit

Companies Impacted:
- Defendants: BofA, BTMU, Barclays (settled OTC), Citi (settled OTC), Credit Suisse, Deutsche (settled OTC), HSBC (settled OTC), JPMorgan, LLoyds, Rabobank, RBC, RBS, SocGen, Norinchukin, UBS, WestLB

Court:
- U.S. District Court for the Southern District of New York
- U.S. Court of Appeals for the Second Circuit

Date Filed:
- Consolidated Complaint Filed April 30, 2012

18. What Else?

ICE-Libor suit is now on appeal.

Most of the banks accused of rigging dollar-Libor through BBA's rate-setting process were named in a separate suit filed in 2019 alleging that the misconduct extended to the successor rate administered by ICE. The case was thrown out in 1Q and plaintiffs appealed. We believe the banks will preserve their win, as the kind of evidence that bolstered the BBA case is absent here. This likely quashes what could've been sizable exposure given the volume of instruments pegged to the rate. (07/20/20)

Key Points:
- In re: ICE LIBOR Antitrust Litigation

Companies Impacted:
- Defendants: Bank of America, Barclays, BNP Paribas, Citi, Credit Agricole, Credit Suisse, Deutsche Bank, HSBC, ICE, JPMorgan, Lloyds, MUFG, Norinchukin Bank, Rabobank, RBC, RBS, SocGen, Sumitomo, UBS

To contact the analyst for this research:
Elliott Z Stein at estein26@bloomberg.net

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

Bloomberg® 06/30/2022 17:58:06