# Exhibit 14

to August 22, 2022 Declaration of Nicholas Matuschak

Cahill Gordo...
News, cases, companies, firr

Try our Advanced Search for more refined results

- Cahill Gordon & Reindel LLP
  - My Account
  - Emails & Alerts
  - Newsletter Signup

News, cases, companies, firr
Search Toggle Dropdown

- Search Law360
- Search News Only
- Search Cases Only
- Search PTAB Only
- Search TTAB Only

Advanced Search

Close

- Law360
- Law360 UK
- Law360 Pulse
- Law360 Employment Authority
- Law360 Tax Authority
- Law360 Insurance Authority
- NEW Law360 Real Estate Authority

- Products
- Lexis®
- Law360 In-Depth
- Law360 Updates
- Law360 Podcasts

- Rankings
- Regional Powerhouses
- Law360's MVPs
- Glass Ceiling Report
- Law360 400
- NEW Diversity Snapshot
- Practice Groups of the Year
- Rising Stars
- Titans of the Plaintiffs Bar

Deutsche Bank To Pay $583K To End Ukraine Sanctions Probe - Law360

- Sections
- Adv. Search & Platform Tools
- **Browse all sections**
- Banking
- Bankruptcy
- Class Action
- Competition
- Employment
- Energy
- Expert Analysis
- Insurance
- Intellectual Property
- Product Liability
- Securities

- Beta Tools
- Track docs
- Track attorneys
- Track judges

- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help

Intellectual Property Securities Bankruptcy Competition Employment White Collar Legal Industry Access To Justice Law360 UK Pulse || See all sections || NEWSLETTERS

# Deutsche Bank To Pay $583K To End Ukraine Sanctions Probe

*By* *Hannah Albarazi*

Law360 (September 9, 2020, 7:55 PM EDT) -- Deutsche Bank Trust Co. America agreed Wednesday to pay $583,100 to resolve the U.S. Department of the Treasury's investigations into the bank's apparent violations of Ukraine-related sanctions, a drop in the bucket compared to the maximum statutory penalty of $75.7 million.

The Treasury Department's Office of Foreign Assets Control said Wednesday that New York-based Deutsche Bank Trust Co. America violated Ukraine-related sanctions regulations when it processed a $28.8 million transaction in August 2015 that involved IPP Oil Products (Cyprus) Ltd., an entity on

https://www.law360.com/articles/1308631/deutsche-bank-to-pay-583k-to-end-ukraine-sanctions-probe 2/7

OFAC's list of Specially Designated Nationals and Blocked Persons.

The Treasury Department says the transaction violated former President Barack Obama's 2014 executive order prohibiting U.S. financial transactions related to entities involved in the Russian Federation's annexation of Crimea and its use of force in Ukraine.

Deutsche Bank knew it would be receiving a large funds transfer related to a series of transactions that at some point involved a blocked entity, the department said, but the bank failed to take steps to ensure compliance with OFAC's regulations.

The Treasury Department said that "several senior managers within the bank's anti-financial crime division, as well as a representative from its counsel's office, failed to exercise a minimal degree of caution or care in connection with the conduct that led to the apparent violation."

Deutsche Bank's conduct could have caused "significant harm to the sanctions program objectives of the [Ukraine-related sanctions regulations] by conferring substantial economic benefit to a person subject to U.S. sanctions," according to the Treasury Department.

On Wednesday, the bank also reached a settlement with the Treasury Department over apparent violations stemming from the bank's 2014 processing of 61 transactions destined for accounts with Open Joint Stock Company Krasnodar Regional Investment Bank, known as Krayinvestbank, a Russian-based financial institution on the block list.

By processing those transactions, the bank "undermined the integrity of the sanctions program at issue and caused harm to the sanctions program objectives by providing economic benefit to a designated bank," the Treasury Department said.

However, the Treasury Department made clear that Deutsche Bank "does not appear to have acted with willful intent to violate U.S. sanctions law or with a reckless disregard for its U.S. sanctions obligations."

The Treasury Department also noted in its announcement of the settlements Wednesday that the bank's apparent violations were determined to be "non-egregious," and that it cooperated with the government's investigations and has committed to bolstering its internal procedures and conducting additional training.

A Deutsche Bank spokesperson said in an emailed statement Wednesday, "We are pleased to put this matter behind us. DBTCA cooperated fully with OFAC's investigations and promptly implemented remedial measures to improve its sanctions controls."

The settlements come roughly two months after New York state's financial regulator fined Deutsche Bank $150 million for failing to appropriately manage its dealings with alleged bad actors, including millionaire sex offender Jeffrey Epstein. That announcement came nearly a year after Epstein committed suicide in a federal jail in Manhattan as he awaited trial following his arrest in Florida on sex trafficking charges.

Deutsche Bank executives have said that since 2015, the bank has tripled the size of its global anti-financial crime team, which now numbers more than 1,500 employees, and that the bank has spent nearly $1 billion on enhancing its training, controls and operational processes.

--Editing by Jay Jackson Jr.

*For a reprint of this article, please contact reprints@law360.com.*

0 Comments

Sign In To Comment

## Attached Documents

- Settlement

## Useful Tools & Links

- Add to Briefcase
- Save to PDF & Print
- Rights/Reprints
- Editorial Contacts

## Related Sections

- Banking
- Compliance
- Corporate Crime & Compliance UK
- Energy
- Financial Services UK
- International Trade
- White Collar

## Companies

- Deutsche Bank AG

## Government Agencies

- Office of Foreign Assets Control
- U.S. Department of the Treasury

The 2022 Regional Powerhouses

The law firms on Law360's list of 2022 Regional Powerhouses are handling some of the biggest deals and most high-profile courtroom battles across nine states, offering clients regional expertise and making a lasting impact on the law at the state and local level.

### Top 10 trending in Banking

- 1FDIC Warns Banks On Crypto Partners' Insurance Disclosures
- 2JPMorgan Trader Missed 'Memo From Al Capone,' Jury Hears
- 3DOJ, CFPB Stress Military Compliance For Auto Finance Cos.
- 4Deutsche Bank Strikes $5M Deal To End Libor Suit
- 5Tilton Tells Jury Zohar Investor Was Clear On Strategy
- 6CFPB Gets Trimmed $29.2M Judgment In Mortgage Relief Suit
- 7Disney Hits Visa, Mastercard With Suit Over Interchange Fees
- 8GOP Lawmakers Scrutinize CFPB 'Conspiring' With State AGs
- 9SEC Seeks To Boost FINRA Oversight Of Proprietary Traders
- 10Ex-FinCEN Enforcement Head Joins Skadden In DC

Deutsche Bank To Pay $583K To End Ukraine Sanctions Probe - Law360

LAW360
REGIONAL
POWERHOUSES

Hello! I'm Law360's automated support bot.

How can I help you today?

For example, you can type:

- I forgot my password
- I took a free trial but didn't get a verification email
- How do I sign up for a newsletter?

Ask a question!

Ask a question!

© 2022, Portfolio Media, Inc. | About | Contact Us | Legal Jobs | Advertise with Law360 | Careers at Law360 | Terms | Privacy Policy | Cookie Settings | Help | Site Map

Already have access? Click here to login

## Get instant access to the one-stop news source for business lawyers

Register Now!

https://www.law360.com/articles/1308631/deutsche-bank-to-pay-583k-to-end-ukraine-sanctions-probe 5/7

# Sign up now for free access to this content

Enter your details below and select your area(s) of interest to stay ahead of the curve and receive Law360's daily newsletters

Email (NOTE: Free email domains not supported)

First Name

Last Name

Password (at least 8 characters required)

Confirm Password

Select at least one primary interest:

- ☐ Access To Justice
- ☐ Aerospace & Defense
- ☐ Appellate
- ☐ Asset Management
- ☐ Banking
- ☐ Bankruptcy
- ☐ Benefits
- ☐ California
- ☐ Cannabis
- ☐ Capital Markets
- ☐ Class Action
- ☐ Commercial Contracts
- ☐ Commercial Litigation Uk
- ☐ Competition
- ☐ Compliance
- ☐ Construction
- ☐ Consumer Protection
- ☐ Corporate
- ☐ Corporate Crime & Compliance Uk
- ☐ Cybersecurity & Privacy
- ☐ Delaware
- ☐ Employment
- ☐ Energy
- ☐ Environmental
- ☐ Financial Services Uk
- ☐ Fintech
- ☐ Florida
- ☐ Food & Beverage
- ☐ Georgia
- ☐ Government Contracts
- ☐ Health
- ☐ Hospitality
- ☐ Illinois
- ☐ Immigration
- ☐ Insurance
- ☐ Insurance Uk
- ☐ Intellectual Property
- ☐ International Arbitration
- ☐ International Trade
- ☐ Legal Ethics
- ☐ Life Sciences
- ☐ Massachusetts
- ☐ Media & Entertainment
- ☐ Mergers & Acquisitions
- ☐ Native American
- ☐ New Jersey
- ☐ New York
- ☐ Pennsylvania
- ☐ Personal Injury & Medical Malpractice
- ☐ Private Equity
- ☐ Product Liability
- ☐ Project Finance
- ☐ Public Policy
- ☐ Real Estate
- ☐ Retail & E Commerce
- ☐ Securities
- ☐ Sports & Betting
- ☐ Technology
- ☐ Telecommunications
- ☐ Texas
- ☐ Transactions Uk
- ☐ Transportation
- ☐ Trials
- ☐ White Collar

Law360 may contact you in your professional capacity with information about our other products, services and events that we believe may be of interest.

Deutsche Bank To Pay $583K To End Ukraine Sanctions Probe - Law360

You'll be able to update your communication preferences via the unsubscribe link provided within our communications.

We take your privacy seriously. Please see our Privacy Policy.

Register
×

Sign up for our Banking newsletter

You must correct or enter the following before you can sign up:

Please provide a professional email:
Select more newsletters to receive for free

Law360 takes your privacy seriously. Please see our Privacy Policy.

No Thanks Sign up now

Thank You!