# Exhibit 23

to August 22, 2022 Declaration of Nicholas Matuschak



CONFIDENTIAL  PLTF00000009

**Investment services - composite statement**
投資服務 – 綜合結單

Date 日期 : 21MAR2020
A/C name 戶口名稱 : WANG YUN

Redacted

Branch 分行   TSIM SHA TSUI BRANCH

Redacted

MISS WANG YUN

Redacted

### Portfolio details 投資組合詳情

| Securities ID 證券編號 / Risk Level 風險程度 | Securities description 證券資料 / Portfolio holdings 投資組合 | | Market unit price 單位市價 | Market value 市值 |
|---|---|---|---|---|
| | The opening balance 期初結餘 | The closing balance 期終結餘 | | |
| FOREIGN SHARES | | | | |
| DB<br>Risk Lvl NA | DEUTSCHE BANK (SHS)<br>10,000 | 13,150 | USD 5.76000 | USD 75,744.00 |

Redacted

### Transaction summary 交易摘要

| Securities ID 證券編號 | Securities description 證券資料 | | Unit price 單位價格 | Quantity 數量 | Settlement amount 交收金額 |
|---|---|---|---|---|---|
| | Transaction date /Settlement date 交易日期/交收日期 | | | | |
| FOREIGN SHARES | | | | | |
| DB | DEUTSCHE BANK (SHS) | | | | |
| | 04MAR2020   06MAR2020<br>Reference Redacted | Type: PUR | USD 8.12000 | 800 | USD 6,514.00 |
| | 11MAR2020   13MAR2020 | | USD 6.71000 | 2,350 | USD 15,806.75 |

Redacted

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | |
| Partially Executed | 31 Aug 2020 | Sell Redacted | DB | 3,000 shares Outstanding Qty: 0 shares Total Executed Qty: 342 shares | 9.78 | | USD | Details |
| Redacted | | | | | | | | |
| Fully Executed | 01 Sep 2020 | Sell Redacted | DB | 3,800 shares Outstanding Qty: 0 shares Total Executed Qty: 3,800 shares | 9.46 | | USD | Details |
| Redacted | | | | | | | | |
| Fully Executed | 31 Aug 2020 | Sell Redacted | DB | 4,000 shares Outstanding Qty: 0 shares Total Executed Qty: 4,000 shares | 9.75 | | USD | Details |
| Redacted | | | | | | | | |

CONFIDENTIAL

### Portfolio details 投資組合詳情

| Securities ID 證券編號 / Risk Level 風險程度 | Securities description 證券資料 / Portfolio holdings 投資組合 | | Market unit price 單位市價 | Market value 市值 |
|---|---|---|---|---|
| | The opening balance 期初結餘 | The closing balance 期終結餘 | | |
| Redacted | | | | |
| DB  Risk Lvl NA | DEUTSCHE BANK (SHS) 0 | 10,000 | USD 16.57000 | USD 165,700.00 |

**Redacted**

Redacted

### Transaction summary 交易摘要

| Securities ID 證券編號 | Securities description 證券資料 / Transaction date /Settlement date 交易日期/交收日期 | Unit price 單位價格 | Quantity 數量 | Settlement amount 交收金額 |
|---|---|---|---|---|
| Redacted | | | | |
| DB | DEUTSCHE BANK (SHS)  16FEB2018   21FEB2018  Reference Redacted  Type: PUR | USD 16.02000 | 10,000 | USD 160,353.00 |

**Redacted**

WANG YIN 王賢

Redacted



發單日期　　　　　　　　Date:　　28/03/2018

日結單(Daily Statement)

Redacted

### 證券組合(Securities Position/Portfolio Holding)

| 股票代號及名稱<br>Stock Code & Name | 承上日結存<br>Opening Qty | 變更股數<br>Movement | 結存股數<br>Closing Qty | 收市價<br>Closing Price | 市值<br>Market Value | 按貸率<br>Margin% | 可按資值<br>Margin Value |
|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency)：美國股市-美元(USA-USD) | | | | | | | |
| DB　Deutsche Bank AG | 0 | 10,000 | 10,000 | 13.7700 | 137,700.00 | N/A | N/A |

Redacted

### 成交單據及當日證券帳戶交易/活動(Contract Notes & Daily Securities Account Transaction / Movement)

| 交易日<br>Trade Date | 交收日<br>Sett Date | 編號<br>Ref. | 買/沽 內容<br>B/S Description | 股數<br>Quantity | 單價<br>Price | 支出<br>DR | 存入<br>CR | 結餘<br>Balance |
|---|---|---|---|---|---|---|---|---|
| 貨幣(Currency)：美元(USD) | | | | | | | | |
| | | | 承上結存 (2018年03月27日) Balance B/F(27-MAR-2018) | | | | | 353,616.95 |
| 27/03/18 | 29/03/18 | 00684040-000 | B  DB Deutsche Bank AG | 10,000 | 13.8200 | 138,365.84 | | |

| 交易金額<br>Consideration | 佣金<br>Commission | 印花稅<br>Stamp Duty | 聯交所交易費<br>Trading Fee | 交易徵費<br>Levy | 證監會收費<br>US SEC Fee |
|---|---|---|---|---|---|
| 138,200.00 | 165.84 | 0.00 | 0.00 | 0.00 | 0.00 |

Redacted

### 未交收證券交易(Unsettled Securities Transaction)

| 交易日<br>Trade Date | 交收日<br>Sett Date | 編號<br>Ref. | 買/沽 內容<br>B/S Description | 股數<br>Quantity | 單價<br>Price | 支出<br>DR | 存入<br>CR | 結餘<br>Balance |
|---|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency)：美國股市-美元(USA-USD) | | | | | | | | |
| 27/03/18 | 29/03/18 | 00684040-000 | B  DB Deutsche Bank AG | 10,000 | 13.8200 | 138,365.84 | | |

Redacted

Page 1 of 2

WANG YUN 王贇



發單日期 Date: 28/05/2018

日結單(Daily Statement)

證券組合(Securities Position/Portfolio Holding)

| 股票代號及名稱<br>Stock Code & Name | 承上日結存<br>Opening Qty | 變更股數<br>Movement | 結存股數<br>Closing Qty | 收市價<br>Closing Price | 市值<br>Market Value | 按碼率<br>Margin% | 可按貸值<br>Margin Value |
|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency): 美國股市-美元(USA-USD) | | | | | | | |
| DB  Deutsche Bank AG | 20,000 | 0 | 20,000 | 12.0500 | 241,000.00 | N/A | N/A |

未交收證券交易(Unsettled Securities Transaction)

| 交易日<br>Trade Date | 交收日<br>Sett Date | 編號<br>Ref. | 買/沽 內容<br>B/S Description | 股數<br>Quantity | 單價<br>Price | 支出<br>DR | 存入<br>CR | 結餘<br>Balance |
|---|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency): 美國股市-美元(USA-USD) | | | | | | | | |
| 24/05/18 | 29/05/18 | 01038029-000 | B  DB Deutsche Bank AG | 10,000 | 12.2600 | 122,947.36 | | |

Page 1 of 2

WANG YIN 王贇

Redacted



Redacted

發單日期 Date: 30/05/2018

日結單(Daily Statement)

Redacted

證券組合(Securities Position/Portfolio Holding)

| 股票代號及名稱<br>Stock Code & Name | 承上日結存<br>Opening Qty | 變更股數<br>Movement | 結存股數<br>Closing Qty | 收市價<br>Closing Price | 市值<br>Market Value | 按貸率<br>Margin% | 可按貸值<br>Margin Value |
|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency): 美國股市-美元(USA-USD) | | | | | | | |
| DB  Deutsche Bank AG | 20,000 | 3,900 | 23,900 | 11.3000 | 270,070.00 | N/A | N/A |

Redacted

成交單據及當日證券帳戶交易/活動(Contract Notes & Daily Securities Account Transaction / Movement)

| 交易日<br>Trade Date | 交收日<br>Sett Date | 編號<br>Ref. | 買/沽 內容<br>B/S Description | | | 股數<br>Quantity | 單價<br>Price | 支出<br>DR | 存入<br>CR | 結餘<br>Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 貨幣(Currency): 美元(USD) | | | | | | | | | | |
| | | | 承上結存(2018年05月29日) Balance B/F(29-MAY-2018) | | | | | | | 44,191.33 |
| 29/05/18 | 31/05/18 | 01068698-000 | B  DB Deutsche Bank AG | | | 3,900 | 11.2100 | 43,771.46 | | |
| 交易金額<br>Consideration | 佣金<br>Commission | 印花稅<br>Stamp Duty | 聯交所交易費<br>Trading Fee | 交易徵費<br>Levy | 證監會收費<br>US SEC Fee | | | | | |
| 43,719.00 | 52.46 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |

Redacted

未交收證券交易(Unsettled Securities Transaction)

| 交易日<br>Trade Date | 交收日<br>Sett Date | 編號<br>Ref. | 買/沽 內容<br>B/S Description | 股數<br>Quantity | 單價<br>Price | 支出<br>DR | 存入<br>CR | 結餘<br>Balance |
|---|---|---|---|---|---|---|---|---|
| 市場(Market)-貨幣(Currency): 美國股市-美元(USA-USD) | | | | | | | | |
| 29/05/18 | 31/05/18 | 01068698-000 | B  DB Deutsche Bank AG | 3,900 | 11.2100 | 43,771.46 | | |
| | | | | | 合計 Total | | | (43,771.46) |

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| 德意志银行 DB | 卖出 | 2,000 | 8.9100 | 17,820.000 2020-08-03 |
| 德意志银行 DB | 卖出 | 4,000 | 9.0800 | 36,320.000 2020-08-03 |
| Redacted | | | | |
| 德意志银行 DB | 卖出 | 4,700 | 6.7100 | 31,537.000 2020-04-10 |
| 德意志银行 DB | 卖出 | 3,300 | 8.5000 | 28,050.000 2020-01-09 |
| 德意志银行 DB | 卖出 | 3,600 | 8.1124 | 29,204.560 2020-01-06 |

CONFIDENTIAL

| 德意志银行 DB | 卖出 | 3,300 9.7941 | 32,320.500 2020-08-27 |

Redacted

| 德意志银行 DB | 卖出 | 3,000 9.3325 | 27,997.500 2020-08-21 |

CONFIDENTIAL                                                                                                      PLTF00000022