AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ali Karimi, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-02854-JSR |
| Deutsche Bank Aktiengesellschaft, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Yun Wang; and Named Plaintiff Ali Karimi.

Date: 09/14/2022

/s/Brian Calandra
*Attorney's signature*

Brian Calandra (BC1228)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

bcalandra@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*