**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

Deutsche Bank Securities Litigation
[]
[]
[]
[]
[]

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

*(Karimi v. Deutsche Bank Aktiengesellschaft, et al., Case No. 1:22-cv-02854-JSR (S.D.N.Y.))*
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.DEUTSCHEBANKSECURITIESLITIGATION.COM OR CALL 1-800-232-3154 FOR MORE INFORMATION.*

The U.S. District Court for the Southern District of New York ("Court") has preliminarily approved a Settlement of claims against Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), and two of its current and/or former officers (collectively, "Defendants"). Plaintiffs allege that Defendants made public statements at certain times in 2017-2020 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Deutsche Bank common stock. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired Deutsche Bank common stock between March 14, 2017, and September 18, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $26,250,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiffs, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") in any of the following ways: (1) by mail: Deutsche Bank Securities Litigation, c/o Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217; (2) by phone: toll free, 1-800-232-3154; (3) by email: info@deutschebanksecuritieslitigation.com; or (4) by visiting the website: www.deutschebanksecuritieslitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY _____, 202\_ TO: DEUTSCHE BANK SECURITIES LITIGATION, C/O Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217, OR SUBMITTED ONLINE AT WWW.DEUTSCHEBANKSECURITIESLITIGATION.COM. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by _____, 202\_ or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 202\_. The Notice and Stipulation of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on _____ 202\_ at _____ at 500 Pearl St., Courtroom 14B, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33.3%, plus actual expenses up to $500,000, and compensatory awards to Plaintiffs not to exceed $20,000 per Plaintiff ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call 1-800-232-3154, or visit the website, www.deutschebanksecuritieslitigation.com.