UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,

                        Plaintiffs,

- *against* -

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,

                        Defendants.

Case No. 1:22-cv-02854-JSR

# DECLARATION OF JENNIFER SMITH
# REGARDING COMPLIANCE WITH 28 U.S.C. § 1715

I, Jennifer Smith, hereby declare and state as follows:

1. I am a resident of the United States of America, am over the age of 21 and have personal knowledge of the matters set forth herein.

2. I am a Project Manager for Rust Consulting, Inc. ("Rust Consulting"), the professional settlement services provider that has been retained by Defendants in the above-captioned action (the "Action") to serve as the administrator for the service of the notices ("CAFA Notices") required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

3. With over 30 years of class action settlement administration experience, Rust Consulting is among the industry's leaders. Rust Consulting has administered more than 6,500 class action settlements, judgments, and similar administrative programs, and has served CAFA notices in connection with numerous prior matters.

4. On September 30, 2022, at the direction of counsel for Defendants, Rust Consulting caused the CAFA Notice for this Action (a copy of which is annexed hereto as Exhibit 1) to be

mailed via U.S.P.S. Priority Mail to each of the 62 offices identified on the list of recipients at the end of the CAFA Notice.

5. As set forth in the CAFA Notice, the documents required to be shared with relevant officials (as well as the Court's Order granting preliminary approval of the settlement, which was entered after service of the CAFA Notices) have been posted on a website hosted by Rust Consulting, which can be accessed by clicking on the folder with the name of this Action on the website www.cafanotices.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of November, 2022 in Minneapolis, Minnesota.

*[signature]*
_____
JENNIFER SMITH