# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALI KARIMI, Individually and On Behalf of All
Others Similarly Situated,

                                    Plaintiffs,

            v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN
CRYAN, AND CHRISTIAN SEWING,

                                    Defendants.

**Case No. 1:22-cv-02854-JSR**

**DECLARATION OF JACK EWASHKO REGARDING:**
**(A) MAILING OF POSTCARD NOTICE AND NOTICE PACKET;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, JACK EWASHKO, declare as follows:

1.       I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's October 20, 2022 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 102) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**DISSEMINATION OF POSTCARD NOTICE ANOTICE PACKET**

2.       Pursuant to the Preliminary Approval Order, A.B. Data mailed the Postcard Notice potential Settlement Class Members. A copy of the Postcard Notice is attached hereto as Exhibit A.

3.      On October 24, 2022, A.B. Data received from Lead Counsel multiple data files containing 150 unique names and addresses of potential Settlement Class Members provided by the Deutsche Bank.  On November 21, 2022, A.B. Data caused the Postcard Notice to be sent by First-Class Mail to those 150 potential Class Members.

4.      As in most class actions of this nature, the large majority of potential class members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers.  A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees (the "Record Holder Mailing Database").  At the time of the initial mailing, the Record Holder Mailing Database contained 4,142 mailing records.  On November 21, 2022, A.B. Data caused Notice Packets to be sent by First-Class Mail to the 4,142 mailing records contained in the Record Holder Mailing Database. A copy of the Notice Packet is attached hereto as Exhibit B.

5.      In total, 150 Notice Postcards and 4,142 Notice Packets were mailed to potential Settlement Class Members and nominees by First-Class Mail on November 21, 2021.

6.      The Notice directed those who purchased or otherwise acquired  Deutsche Bank securities during the Class Period, for the beneficial interest of a person or entity other than themselves, to either (i) within seven (7) calendar days of receipt of the Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (ii) within seven (7) calendar days of receipt of the Notice, provide

a list of the names, mailing addresses, and, if available, email addresses of all such beneficial owners to A.B. Data. *See* Notice ¶ 80.

7.      As of December 21, 2022, A.B. Data has received an additional 27,444 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data has also received requests from brokers and other nominee holders for 102,050 Postcard Notices to be forwarded directly by the nominees to their customers. All such requests have been, and will continue to be, complied with and addressed in a timely manner.

8.      As of December 21, 2022, a total of 129,644 Postcard Notices have been mailed to potential Settlement Class Members and nominees.

9.      On December 15, 2022, the Court rescheduled the Final Approval Hearing to January 31, 2023 at 9:00 A.M. and instructed Lead Counsel to provide the notice of the change to Settlement Class Members and nominees. Lead Counsel and A.B. Data created an updated Postcard Notice reflecting the change of the Final Approval Hearing and the increase in the amount of expenses for which Lead Counsel is requesting reimbursement. A copy of the updated Postcard Notice is attached hereto as Exhibit C. As of December 27, 2022, a total of 129,891 updated Postcard Notices have been mailed to potential Settlement Class Members and nominees. As described in paragraph 12 *infra*, A.B. Data also updated the Notice and the settlement website to reflect the rescheduled Final Approval Hearing and increased request for reimbursement. A copy of the update Notice is attached hereto as Exhibit D.

PUBLICATION OF THE SUMMARY NOTICE

10.     In accordance with Paragraph 7(d) of the Preliminary Approval Order, A.B. Data caused the Summary Notice to be published in *Investor's Business Daily* and released via *PR*

*Newswire* on December 19, 2022.  Copies of proof of publication of the updated Summary Notice which reflects the new hearing time and increased expense reimbursement request in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibits E and F, respectively.

## TELEPHONE HELPLINE

11.     On November 21, 2022, A.B. Data established a case-specific, toll-free telephone helpline, 1-800-232-3154, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further help have the option to be transferred to a live operator during business hours.  A.B. Data continues to maintain the telephone helpline and has updated the new hearing time and will continue to update the interactive voice response system as necessary through the administration of the Settlement.

## WEBSITE

12.     On November 21, 2022, A.B. Data established a website dedicated to the Settlement, www.DeutscheBankSecuritiesLitigation.com, to assist potential Settlement Class Members.  The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing.  Copies of the Notice, Claim Form, Preliminary Approval Order, and other documents related to the Action are posted on the website and are available for downloading.  In addition, the website provides Settlement Class Members with the ability to submit their Claim Form through the website and also includes a link to a document with detailed instructions for institutions submitting their claims electronically.  The website became operational on November 21, 2021, and is accessible 24 hours a day, 7 days a week. A.B. Data updated the

4

website and the Notice on December 16, 2022 to reflect the new hearing time and increased expense reimbursement request. A.B. Data will update the website as necessary through the administration of the Settlement.

### REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE

13.     The Postcard Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class are to be sent to the Claims Administrator, such that they are received no later than January 10, 2023.  The Notice sets forth the information that must be included in each request for exclusion.  As of December 21, 2022, A.B. Data has not received any request for exclusion.  A.B. Data will submit a supplemental declaration with Plaintiffs' and Lead Counsel's reply papers (*i.e.*, after the January 10, 2023, deadline for requesting exclusion) that will address all requests received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of December 2022.

_____
JACK EWASHKO

# EXHIBIT A

c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI 53217

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

**Postmaster: Please DO NOT cover up barcode**

Deutsche Bank Securities Litigation

The U.S. District Court for the Southern District of New York ("Court") has preliminarily approved a Settlement of claims against Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), and two of its current and/or former officers (collectively, "Defendants"). Plaintiffs allege that Defendants made public statements at certain times in 2017-2020 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Deutsche Bank common stock. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired Deutsche Bank common stock between March 14, 2017, and September 18, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $26,250,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiffs, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") in any of the following ways: (1) by mail: Deutsche Bank Securities Litigation, c/o Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217; (2) by phone: toll free, 1-800-232-3154; (3) by email: info@deutschebanksecuritieslitigation.com; or (4) by visiting the website: www.deutschebanksecuritieslitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY FEBRUARY 7, 2023 TO: DEUTSCHE BANK SECURITIES LITIGATION, C/O Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217, OR SUBMITTED ONLINE AT WWW.DEUTSCHEBANKSECURITIESLITIGATION.COM. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by** January 10**, 2023 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by January 17, 2023. The Notice and Stipulation of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on January 31 2023 at 4:00 p.m. at 500 Pearl St., Courtroom 14B, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33.3% ($8,750,000), 85% to Pomerantz LLP; 15% to Bronstein, Gewirtz & Grossman LLC, plus actual expenses up to $500,000 (estimated average per share cost of fees and expenses is $0.03), and compensatory awards to Plaintiffs not to exceed $20,000 per Plaintiff ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call 1-800-232-3154, or visit the website, www.deutschebanksecuritieslitigation.com.

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALI KARIMI, Individually and On Behalf of All Others
Similarly Situated,

                                                                Plaintiffs,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN
CRYAN, AND CHRISTIAN SEWING,

                                                                Defendants.

**Case No. 1:22-cv-02854-JSR**

**NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

***A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.***

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of New York (the "Court"), if, during the period from March 14, 2017, through September 18, 2020, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Deutsche Bank Aktiengesellschaft ("Deutsche Bank") common stock (i) on any stock exchanges located in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions, and were allegedly damaged thereby.[1]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiff, Yun Wang ("Wang"), and Named Plaintiff Ali Karimi ("Karimi," and collectively, with Wang, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in paragraph 18 below), have reached a proposed settlement of the Action for $26,250,000.00 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Deutsche Bank, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (see paragraph 81 below).**

1.       **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Deutsche Bank, John Cryan ("Cryan"), and Christian Sewing ("Sewing" and, together with Cryan, the "Individual Defendants," and together with Deutsche Bank, "Defendants") violated the federal securities laws by making false and misleading statements related to the effectiveness of Deutsche Bank's know-your-customer ("KYC") policies and procedures.  A more detailed description of the Action is set forth in paragraphs 11-17 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 18 below.

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation And Agreement Of Settlement (the "Stipulation"), which is available at www.deutschebanksecuritieslitigation.com.

2.      **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $26,250,000.00 in cash (the "Settlement Amount") to be deposited into an interest-bearing escrow account.  The Net Settlement Fund (i.e., the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 46-65 below.

3.      **Estimate of Average Amount of Recovery Per Security:**  Based on Plaintiffs' damages expert's estimates of the number of Deutsche Bank securities purchased during the Settlement Class Period that may have been affected by the alleged conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per allegedly damaged security is $0.09.  Settlement Class Members should note, however, that the foregoing average recovery per security is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Deutsche Bank securities, and the total number and recognized loss amount of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (see paragraphs 46-65 below) or such other plan of allocation as may be ordered by the Court.

4.      **Average Amount of Alleged Damages Per Security:**  The Parties do not agree on the average amount of alleged damages per security that would be recoverable if Plaintiffs were to prevail in the Action.  Among other things, Defendants deny the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.      **Attorneys' Fees and Expenses Sought:**  Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel Pomerantz LLP will apply to the Court for an award of attorneys' fees in an amount not to exceed 33.3% (i.e., one-third) of the Settlement Fund.  In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $500,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  Any fees and expenses awarded by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.  An estimate of the average cost per allegedly damaged Deutsche Bank security, if the Court approves Lead Counsel's fee and expense application, is $0.03 per allegedly damaged security. In addition, Lead Counsel may apply for awards to Plaintiffs in connection with their representation of the Settlement Class in an amount not to exceed $40,000, combined.

6.      **Identification of Attorneys' Representatives:**  Plaintiffs and the Settlement Class are represented by Jeremy A. Lieberman (jalieberman@pomlaw.com), Emma Gilmore (egilmore@pomlaw.com), Dolgora Dorzhieva (ddorzhieva@pomlaw.com) and Villi Shteyn (vshteyn@pomlaw.com) of Pomerantz LLP ("Pomerantz"), 600 Third Avenue, 20th Floor, New York, NY, 10016; as well as Peretz Bronstein (peretz@bgandg.com) of Bronstein, Gewirtz & Grossman ("BGG"), LLC 60 East 42nd Street, Suite 4600, New York, NY 10165.

7.      **Reasons for the Settlement:**  Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation.  Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after further contested motions, a trial of the Action and the likely appeals that would follow a trial.  This process could be expected to last several years.  Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

Before agreeing to the Settlement, Lead Counsel conducted extensive investigation and research into the merits of the Action. This investigation included consultation with experts concerning the amount of damages allegedly suffered by the Class; detailed review of Deutsche Bank's public filings, including SEC filings, press releases, and other public statements; locating and interviewing fact witnesses; collecting from Defendants more than 412,000 pages of documents; and

researching the applicable law with respect to the claims asserted in the complaint filed in this Action and the potential defenses thereto.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN FEBRUARY 7, 2023.** | This is the only way to be potentially eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in paragraph 27 below) that you have against Defendants and the other Defendants' Releasees (defined in paragraph 28 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 10, 2023.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 17, 2023.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **ATTEND A HEARING ON JANUARY 31, 2023 AT 4:00 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 23, 2023.** | Filing a written objection and notice of intention to appear by January 17, 2023, allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHAT THIS NOTICE CONTAINS

Why Did I Get This Notice?                                                         Page 4
What Is This Case About?                                                           Page 4
How Do I Know If I Am Affected By The Settlement?
   Who Is Included In The Settlement Class?                          Page 5
What Are Plaintiffs' Reasons For The Settlement?                                   Page 6
What Might Happen If There Were No Settlement?                                     Page 7
How Are Settlement Class Members Affected By The Action
  And The Settlement?                                                     Page 7
How Do I Participate In The Settlement?  What Do I Need To Do?                      Page 7
How Much Will My Payment Be?                                                       Page 9
What Payment Are The Attorneys For The Settlement Class Seeking?
 How Will The Lawyers Be Paid?                                                Page 9
What If I Do Not Want To Be A Member Of The Settlement Class?
   How Do I Exclude Myself?                                          Page 14
When And Where Will The Court Decide Whether To Approve The Settlement?
   Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
   Don't Like The Settlement?                                        Page 14
What If I Bought Deutsche Bank Securities On Someone Else's Behalf?                 Page 15
Can I See The Court File?  Whom Should I Contact If I Have Questions?               Page 16

## WHY DID I GET THIS NOTICE?

8.     The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Deutsche Bank securities during the Settlement Class Period.  The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  See paragraph 72 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.     On July 15, 2020, this Action was commenced in the United States District Court for the District of New Jersey, styled *Ali Karimi v. Deutsche Bank Aktiengesellschaft* et al., Case No. 2:20-cv-08978.  On April 7, 2022, this Action was transferred to the United States District Court for the Southern District of New York (the "Court"), styled *Ali Karimi v. Deutsche Bank Aktiengesellschaft* et al., Case No. 1:22-cv-02854.

12.     By Order dated December 28, 2020, the United States Court for the District of New Jersey appointed Yun Wang as Lead Plaintiff and approved Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the class.

13.     On June 30, 2022, Plaintiffs filed their Third Amended Class Action Complaint (the "Complaint"), on behalf of the Settlement Class, asserting claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act. The Complaint alleges, among other things, that during the Settlement Class Period (as defined below), Defendants made false and misleading statements related to the effectiveness of Deutsche Bank's know-your-customer ("KYC") policies and procedures. The Complaint further alleges that the price of Deutsche Bank securities was artificially inflated as a result of Defendants' false and misleading statements, and that the price of Deutsche Bank securities declined when the truth regarding Defendants' alleged misrepresentations was revealed. By Order dated May 18, 2022, the Court denied in part and granted in part Defendants' motion to dismiss, dismissing claims against certain individuals but denying the motion with respect to the remaining Defendants. For the next four months, the Parties engaged in extensive negotiation and litigation regarding document discovery; the service of and response to requests for production and interrogatories; and extensive document review. Defendants produced more than 75,000 documents to Plaintiffs, comprising a total of over 412,000 pages. Plaintiffs produced more than 50 documents, totaling over 11,000 pages, to Defendants. On July 18, 2022, Plaintiffs filed a motion in support of class certification. On August 22, 2022, Defendants filed a brief opposing class certification.

14.     Plaintiffs and Defendants participated in mediation sessions on September 6 and September 7, 2022, before former United States District Judge and nationally recognized mediator Layn R. Phillips. During the mediation, the Parties reached an agreement in principle to settle the Action for a cash payment of $26,250,000.00 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers.

15.     Based on their investigation, discovery, prosecution and mediation of the case, Plaintiffs and Lead Counsel have concluded that the terms and conditions of the Stipulation are fair, reasonable and adequate to Plaintiffs and the other members of the Settlement Class, and in their best interests. Based on Plaintiffs' oversight of the prosecution of this matter and with the advice of their counsel, each of the Plaintiffs has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; (b) the significant risks and costs of continued litigation and trial; and (c) the desirability of permitting the proposed Settlement to be consummated as provided by the terms of the Stipulation.

16.     The Stipulation and the Settlement constitute a compromise of matters that are in dispute among the Parties. Defendants have entered into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation. Each of the Defendants denies any wrongdoing, and the Settlement and Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants with respect to any claim or allegation of any fault, liability, wrongdoing, or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. Defendants expressly deny that Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever. The Stipulation and the Settlement also shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Plaintiffs of an infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

17.     On October 20, 2022, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider, among other things, whether to grant final approval to the Settlement.

---

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
## WHO IS INCLUDED IN THE SETTLEMENT CLASS?

---

18.     If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

    all persons and entities who purchased or otherwise acquired Deutsche Bank common stock during the Settlement Class Period (i) on any stock exchanges located in the United States, (ii) on any alternative

trading systems located in the United States, or (iii) pursuant to other domestic transactions, and who were allegedly damaged thereby.[2]

Excluded from the Settlement Class are (i) Defendants; (ii) current or former officers and directors of Deutsche Bank; (iii) members of the immediate family of current or former officers and directors of Deutsche Bank; (iv) all subsidiaries and affiliates of Deutsche Bank and the directors and officers of the respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has or had a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of all such excluded parties.  Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.  See "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" on page 19 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE POTENTIALLY ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN FEBRUARY 7, 2023.**

| WHAT ARE PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
|---|

19.    Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through further motion practice, trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.  Plaintiffs and Lead Counsel recognized that Defendants had numerous avenues of attack that could preclude a recovery.  For example, Defendants would assert that their statements were not materially false and misleading, and that even if they were, they did not cause any damage to the Settlement Class.  Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested.  Plaintiffs would have to prevail at several stages – class certification, motions for summary judgment, trial, and if they prevailed on those, on the appeals that would be likely to follow.  Thus, there were very significant risks attendant to the continued prosecution of the Action.

20.    In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class.  Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $26,250,000.00 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller or no recovery after summary judgment, trial and appeals, possibly years in the future.

21.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, as noted above, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT? |
|---|

22.    If there were no Settlement and Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or

---

[2] During the Settlement Class Period, Deutsche Bank common stock was dual-listed on the New York Stock Exchange under the symbol "DB," and on the German Xetra Exchange under the ticker symbol "DBK." However, purchases of Deutsche Bank common stock on a non-U.S. stock exchange are not included in the Settlement.

on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

23.   As a Settlement Class Member, you are represented by Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

24.   If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" below.

25.   If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

26.   If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of the Stipulation, of law, and of the Judgment shall have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in paragraph 27 below) against the Defendants and the other Defendants' Releasees (as defined in paragraph 28 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

27.   "Released Plaintiffs' Claims" means all claims, rights and causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, and liabilities, whether known claims or Unknown Claims, contingent or non-contingent, or suspected or unsuspected, whether foreign or domestic, whether arising under federal, state, common, or foreign law, rules, or regulations, that have been asserted, could have been asserted, or could be asserted in the future against Defendants or any other of Defendants' Releasees that (i) arise out of, or relate in any way to, or are based upon, the allegations, transactions, acts, facts, events, matters, occurrences, representations or omissions involved, set forth, alleged or referred to in the Complaint or in any of the prior complaints in this Action and (ii) in any way are based upon or related to, directly or indirectly, the purchase or sale or other acquisition or disposition, or holding, of Deutsche Bank common stock during the Settlement Class Period.  Released Plaintiffs' Claims do not include (i) any claims relating to the enforcement of the Settlement; and (ii) any claims of any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

28.    "Defendants' Releasees" means Defendants and any and all of their related parties in any forum, including, without limitation, any and all of their current or former parents, subsidiaries, affiliates, predecessors, successors, divisions, investment funds, joint ventures, and general or limited partnerships, and each of their respective current or former officers, directors, trustees, partners, members, contractors, auditors, principals, agents, managing agents, employees, attorneys, accountants, investment bankers, underwriters, insurers in their capacities as such, as well as each of the Individual Defendants' immediate family members, heirs, executors, personal or legal representatives, estates, beneficiaries, predecessors, successors, and assigns..

29.   "Unknown Claims" means any Released Plaintiffs' Claims which Plaintiffs, any other Settlement Class Member, or any other Plaintiffs' Releasee (as defined in paragraph 32 below) does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims (as defined in paragraph 31 below) which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the

Settlement, Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Plaintiffs' Releasees and Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Plaintiffs' Releasees and Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

30.    The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of the Stipulation, of law, and of the Judgment shall have fully, finally, and forever compromised, settled, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (as defined in paragraph 31 below) against any of the Plaintiffs' Releasees (as defined in paragraph 32 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

31.    "Released Defendants' Claims" means all claims, rights and causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, and liabilities, whether known claims or Unknown Claims, contingent or non-contingent, or suspected or unsuspected, whether foreign or domestic, whether arising under federal, state, common, or foreign law, rules, or regulations, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against the Defendants in the Action.  Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

32.    "Plaintiffs' Releasees" means (i) Plaintiffs, all members of the Settlement Class, Lead Counsel and all other counsel for Plaintiffs, (ii) each of their respective immediate family members (for individuals) and each of their direct or indirect parent entities, subsidiaries, related entities, and affiliates, any trust of which any Settlement Class Member is the settlor or which is for the benefit of any Settlement Class Member and/or member(s) of his or her immediate family, and (iii) for any of the entities listed in parts (i) or (ii), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managing directors, employees, contractors, consultants, auditors, accountants, financial advisors, investment bankers, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, and any controlling person thereof, in their capacities as such, and any entity in which a Settlement Class Member has a controlling interest.  Plaintiffs' Releasees do not include any persons and entities who or which exclude themselves by submitting a request for exclusion from the Settlement Class that is accepted by the Court.

33.    The Judgment will also provide that, upon the Effective Date, to the extent allowed by law, the Stipulation shall operate conclusively as an estoppel and full defense in the event, and to the extent, of any claim, demand, action, or proceeding brought by a Settlement Class Member against any of the Defendants' Releasees with respect to any Released Plaintiffs' Claim, or brought by a Defendant against any of the Plaintiffs' Releasees with respect to any Released Defendants' Claim.

34.    The Judgment shall, among other things, provide for the dismissal with prejudice of the Action against the Defendants, without costs to any Party, except for the payments expressly provided for in the Stipulation.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

35.    To be potentially eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation postmarked no later than February 7, 2023.  A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.deutschebanksecuritieslitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-800-232-3154.  Please retain

all records of your ownership of and transactions in Deutsche Bank securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

36.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

37.    Pursuant to the Settlement, Defendants have agreed pay twenty-six million two hundred and fifty thousand dollars ($26,250,000.00) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes (including any interest or penalties thereon) on any income earned by the Settlement Fund, the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants), and all taxes imposed on payments by the Settlement Fund, including withholding taxes; (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

38.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

39.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

40.    Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

41.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before February 7, 2023, shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in paragraph 27 above) against the Defendants' Releasees (as defined in paragraph 28 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

42.    Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Deutsche Bank securities held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those Deutsche Bank securities that they purchased or acquired outside of the ERISA Plan.

43.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

44.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

45.    Only Settlement Class Members will be potentially eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

## PROPOSED PLAN OF ALLOCATION

46.     The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged misstatements and omissions, as opposed to losses caused by market- or industry-wide factors, or company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formula ("Recognized Loss") described below.

47.     A Recognized Loss will be calculated for each share of Deutsche Bank common stock purchased or otherwise acquired during the Settlement Class Period on a U.S. stock exchange or in a transaction in the U.S. The calculation of Recognized Loss will depend upon several factors, including when the Deutsche Bank common stock was purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether such stock was sold, and if sold, when it was sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

48.     The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that the price of Deutsche Bank common stock was artificially inflated throughout the Settlement Class Period. The estimated alleged artificial inflation in the price of Deutsche Bank common stock during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Deutsche Bank common stock during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

49.     The U.S. federal securities laws allow investors to seek to recover losses caused by disclosures which corrected the defendants' previous misleading statements or omissions.  Thus, in order to have recoverable damages, the corrective disclosure of the allegedly misrepresented information must be the cause of the decline in the price or value of Deutsche Bank common stock.  In this Action, Plaintiffs allege that Defendants made false statements and/or omitted material facts during the Settlement Class Period, which had the purported effect of artificially inflating the price of Deutsche Bank common stock. Plaintiffs further allege that corrective disclosures removed artificial inflation from the price of Deutsche Bank common stock on July 9, 2020 and September 21, 2020 (the "Corrective Disclosure Dates").  Thus, in order for a Settlement Class Member to have a Recognized Loss under the Plan of Allocation, Deutsche Bank common stock must have been purchased or acquired during the Settlement Class Period and held through at least one the Corrective Disclosure Dates.

| Table 1 Artificial Inflation in Deutsche Bank Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| Tuesday, March 14, 2017 | Wednesday, July 8, 2020 | $0.58 |
| Thursday, July 9, 2020 | Friday, September 18, 2020 | $0.47 |
| Monday, September 21, 2020 | Thereafter | $0.00 |

50.     The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Deutsche Bank common stock.  The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Deutsche Bank common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss on Deutsche Bank common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

51.     In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions.  If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero.  Any transactions in Deutsche Bank common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session for the U.S. financial markets.

52.     A Recognized Loss will be calculated as set forth below for each purchase or acquisition of Deutsche Bank common stock during the Settlement Class Period, that is listed in the Claim Form and for which adequate documentation is provided.

**Per-Share Recognized Loss Calculation**

53.     For each share of Deutsche Bank common stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, March 14, 2017 through September 18, 2020, inclusive), the Recognized Loss per share shall be calculated as follows:

I.     For each share of Deutsche Bank common stock purchased/acquired during the period March 14, 2017 through July 8, 2020, inclusive,

    a.     that was sold prior to July 9, 2020, the Recognized Loss per share is $0.

    b.     that was subsequently sold during the period July 9, 2020 through September 18, 2020, inclusive, the Recognized Loss per share is $0.11.

    c.     that was subsequently sold during the period September 21, 2020 through December 17, 2020, inclusive (*i.e.*, the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

        1.     $0.58; or

        2.     the purchase/acquisition price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

    d.     that was still held as of the close of trading on December 17, 2020, the Recognized Loss per share is *the lesser of*:

        1.     $0.58; or

        2.     the purchase/acquisition price *minus* the average closing price for Deutsche Bank common stock during the 90-Day Lookback Period, which is $9.95.

II.     For each share of Deutsche Bank common stock purchased/acquired during the period July 9, 2020 through September 18, 2020, inclusive,

    a.     that was sold prior to September 21, 2020, the Recognized Loss per share is $0.

    b.     that was subsequently sold during the period September 21, 2020 through December 17, 2020, inclusive (*i.e.*, the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

        1.     $0.47; or

        2.     the purchase/acquisition price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

    c.     that was still held as of the close of trading on December 17, 2020, the Recognized Loss per share is *the lesser of*:

        1.     $0.47; or

        2.     the purchase/acquisition price *minus* the average closing price for Deutsche Bank common stock during the 90-Day Lookback Period, which is $9.95.

III.     For each share of Deutsche Bank common stock purchased after September 18, 2020, the Recognized Loss per share is $0.

**Table 2**
**90-Day Lookback Value**

| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
|---|---|---|---|---|---|
| 9/21/2020 | $8.34 | 10/20/2020 | $8.77 | 11/18/2020 | $9.37 |
| 9/22/2020 | $8.24 | 10/21/2020 | $8.79 | 11/19/2020 | $9.40 |
| 9/23/2020 | $8.18 | 10/22/2020 | $8.82 | 11/20/2020 | $9.43 |
| 9/24/2020 | $8.16 | 10/23/2020 | $8.85 | 11/23/2020 | $9.46 |
| 9/25/2020 | $8.13 | 10/26/2020 | $8.88 | 11/24/2020 | $9.51 |
| 9/28/2020 | $8.18 | 10/27/2020 | $8.89 | 11/25/2020 | $9.55 |
| 9/29/2020 | $8.19 | 10/28/2020 | $8.91 | 11/27/2020 | $9.58 |
| 9/30/2020 | $8.22 | 10/29/2020 | $8.92 | 11/30/2020 | $9.61 |
| 10/1/2020 | $8.23 | 10/30/2020 | $8.93 | 12/1/2020 | $9.65 |
| 10/2/2020 | $8.26 | 11/2/2020 | $8.95 | 12/2/2020 | $9.69 |
| 10/5/2020 | $8.30 | 11/3/2020 | $8.98 | 12/3/2020 | $9.73 |
| 10/6/2020 | $8.36 | 11/4/2020 | $9.01 | 12/4/2020 | $9.76 |
| 10/7/2020 | $8.43 | 11/5/2020 | $9.04 | 12/7/2020 | $9.80 |
| 10/8/2020 | $8.49 | 11/6/2020 | $9.07 | 12/8/2020 | $9.83 |
| 10/9/2020 | $8.55 | 11/9/2020 | $9.12 | 12/9/2020 | $9.85 |
| 10/12/2020 | $8.60 | 11/10/2020 | $9.16 | 12/10/2020 | $9.87 |
| 10/13/2020 | $8.63 | 11/11/2020 | $9.20 | 12/11/2020 | $9.88 |
| 10/14/2020 | $8.65 | 11/12/2020 | $9.23 | 12/14/2020 | $9.90 |
| 10/15/2020 | $8.67 | 11/13/2020 | $9.26 | 12/15/2020 | $9.91 |
| 10/16/2020 | $8.70 | 11/16/2020 | $9.30 | 12/16/2020 | $9.93 |
| 10/19/2020 | $8.73 | 11/17/2020 | $9.34 | 12/17/2020 | $9.95 |

## INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

54.     The payment you receive will reflect your proportionate share of the Net Settlement Fund.  Such payment will depend on the number of eligible shares that participate in the Settlement, and when those shares were purchased and sold. The number of claimants who send in claims varies widely from case to case.

55.     A purchase or sale of Deutsche Bank common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

56.     Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired Deutsche Bank common stock during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer.  To the extent that Deutsche Bank common stock was originally purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

57.     Notwithstanding any of the above, receipt of Deutsche Bank common stock during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of Deutsche Bank common stock.

58.     The first-in-first-out ("FIFO") basis will be applied to purchases and sales.  Sales will be matched in chronological order, by trade date, first against Deutsche Bank common stock held as of the close of trading on March 13, 2017 (the last

day before the Settlement Class Period begins) and then against the purchases of Deutsche Bank common stock during the Settlement Class Period.

59.     The date of covering a "short sale" is deemed to be the date of purchase of shares.  The date of a "short sale" is deemed to be the date of sale of shares.  In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero.  In the event that a claimant has an opening short position in Deutsche Bank common stock, the earliest Settlement Class Period purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

60.     With respect to Deutsche Bank common stock purchased through the exercise of a call or put option,[3] the purchase date of Deutsche Bank common stock shall be the exercise date of the option and the purchase price shall be the closing price of Deutsche Bank common stock on the exercise date.  Any Recognized Loss arising from purchases of Deutsche Bank common stock acquired during the Settlement Class Period through the exercise of an option on Deutsche Bank common stock shall be computed as provided for other purchases of Deutsche Bank common stock in the Plan of Allocation.

61.     Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants.  A Recognized Loss will be calculated as defined herein and cannot be less than zero.  The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants.  No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

62.     Settlement Class Members who do not submit an acceptable Claim Form will not share in the Settlement proceeds.  The Stipulation and the Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion or submit an acceptable Proof of Claim.

63.     Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim.  If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

64.     Defendants, their respective counsel, and all other Releasees will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim.  Plaintiffs and Lead Counsel likewise will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

65.     Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement.  If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (i) first, to pay any amounts mistakenly omitted from the initial disbursement; (ii) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.

---

[3] Including (1) purchases of Deutsche Bank common stock as the result of the exercise of a call option, and (2) purchases of Deutsche Bank common stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

66.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses.  Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33.3% (*i.e.*, one-third) of the Settlement Fund.[4]  At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $500,000, which may include an application for reimbursement of the reasonable lost wages, costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses.  In addition, Lead Counsel may apply for awards to Plaintiffs in connection with their representation of the Settlement Class in an amount not to exceed $40,000, combined. Such sums as may be approved by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

67.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written request for exclusion from the Settlement Class, addressed to Deutsche Bank Securities Litigation, ATTN: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI  53217.  The exclusion request must be received no later than January 10, 2023.  You will not be able to exclude yourself from the Settlement Class after that date.  Each request for exclusion must (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Karimi v. Deutsche Bank Aktiengesellschaft, et al.,* No. 1:22-cv-02854-JSR"; (c) state the number of Deutsche Bank securities that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of Deutsche Bank securities held at the beginning of the Settlement Class Period; and (d) be signed by the person or entity requesting exclusion or an authorized representative.  A request for exclusion shall not be effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

68.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

69.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

70.    Deutsche Bank has the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Plaintiffs and Deutsche Bank, as set forth in a confidential Supplemental Agreement.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?  DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

71.    Settlement Class Members do not need to attend the Settlement Hearing.  The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing.  You can participate in the Settlement without attending the Settlement Hearing.

---

[4] The attorney fee application will be made collectively on behalf of Pomerantz and BGG. Any attorneys' fees awarded by the Court will be divided pursuant to fee sharing agreements as follows: Pomerantz (85%); BGG (15%), in accordance with BGG's level of contribution to the Action.

72.     The Settlement Hearing will be held on January 31, 2023 at 4:00 p.m., before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, NY, 10007, or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

73.     Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing.  You must also serve the papers on the Lead Counsel representative and on the Defendants' Counsel representative at the addresses set forth below so that the papers are received on or before January 17, 2023.

| Clerk's Office | Lead Counsel Representatives | Defendants' Counsel Representative |
|---|---|---|
| U.S. District Court, Southern District of New York Jed S. Rakoff Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007 | Emma Gilmore Pomerantz LLP 600 Third Avenue, 20th Floor, New York, NY 10016 | David G. Januszewski Cahill Gordon & Reindel LLP 32 Old Slip New York, NY 10005 |

74.     Any objection (a) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the identity and number of Deutsche Bank securities that the objecting Settlement Class Member purchased/acquired and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of securities held at the beginning of the Settlement Class Period.  You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

75.     You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

76.     If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that it is received on or before January 17, 2023.  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

77.     You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that the notice is received on or before January 17, 2023.

78.     The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

79.     Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and

reimbursement of Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.

| WHAT IF I BOUGHT DEUTSCHE BANK SECURITIES ON SOMEONE ELSE'S BEHALF? |
|---|

80.    If you purchased or otherwise acquired Deutsche Bank securities during the Settlement Class Period for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to Deutsche Bank Securities Litigation , c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI  53217. If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.deutschebanksecuritieslitigation.com, or by calling the Claims Administrator toll-free at 1-800-232-3154.

| CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS? |
|---|

81.    This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which are available online via the Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/or will be provided by Lead Counsel upon request. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.deutschebanksecuritieslitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

| AB Data Ltd. | and/or | Emma Gilmore |
|---|---|---|
| Deutsche Bank Securities Litigation | | Dolgora Dorzhieva |
| c/o A.B. Data, Ltd. | | Villi Shteyn |
| P.O. Box 173013 | | POMERANTZ LLP |
| Milwaukee, WI  53217 | | 600 Third Avenue, 20th Floor, |
| | | New York, NY, 10606 |
| | | (212) 661-1100 |
| | | egilmore@pomlaw.com |
| | | ddorzhieva@pomlaw.com |
| | | shteyn@pomlaw.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: November 21, 2022

By Order of the Court
United States District Court
Southern District of New York

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  February 7, 2023**

If you purchased or otherwise acquired defendant Deutsche Bank Aktiengesellschaft ("Deutsche Bank") common stock during the period between March 14, 2017, through September 18, 2020, both dates inclusive ("Settlement Class Period"), (i) on any stock exchanges located in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions you are a "Settlement Class Member" and you may be entitled to share in the settlement proceeds. (Excluded from the Settlement Class are (i) Defendants; (ii) current or former officers and directors of Deutsche Bank; (iii) members of the immediate family of current or former officers and directors of Deutsche Bank; (iv) all subsidiaries and affiliates of Deutsche Bank and the directors and officers of the respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has or had a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of all such excluded parties.)

If you are a Settlement Class Member, you must complete and submit this Claim Form and Release Form ("Claim Form") in order to be eligible for any Settlement benefits. You can complete and submit the electronic version of this Claim Form by 11:59 p.m. EST on February 7, 2023 at www.deutschebanksecuritieslitigation.com.

If you do not complete and submit an electronic version of this Claim Form, you must complete and sign this Claim Form and mail it by first class mail, postmarked no later than February 7, 2023, to AB Data Ltd., the Claims Administrator, at the following address:

<div style="text-align:center">

Deutsche Bank Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI  53217
Tel.: 1-800-232-3154
Email: info@deutschebanksecuritieslitigation.com

</div>

Your failure to submit your claim by February 7, 2023 will subject your claim to rejection and preclude you from receiving any money in connection with the Settlement of this Action. Do not mail or deliver your claim to the Court or to any of the Parties or their counsel, as any such claim will be deemed not to have been submitted. Submit your claim only to the Claims Administrator. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not share in the Settlement, but you nevertheless will be bound by the Judgment of the Court unless you exclude yourself.

Submission of a Claim Form does not assure that you will share in the proceeds of the Settlement.

**CLAIMANT'S STATEMENT**

1.  I (we) purchased or otherwise acquired Deutsche Bank common stock during the Settlement Class Period. (Do not submit this Claim Form if you did not purchase or otherwise acquire Deutsche Bank common stock during the Settlement Class Period.)

2.  By submitting this Claim Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of

that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Deutsche Bank common stock during the Settlement Class Period, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase/acquisition and sale of Deutsche Bank common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss (as that term is defined in the Notice). In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and final release, relinquishment and discharge by me (us) and my (our) successors and assigns in any capacity (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their successors and assigns in any capacity) of each of the "Releasees" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated September 23, 2022 ("Stipulation").  I (we) further agree and acknowledge that I (we) and anyone claiming through or on my behalf (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her, or them and anyone claiming through or on its, his, her, or their behalf), will be permanently and forever barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute, in any capacity, any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or any other forum asserting the Released Claims against any of the Releasees.

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and anyone claiming through or on my behalf (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and anyone claiming through or on its, his, her, or their behalf) to permanently refrain from instituting, commencing or prosecuting in any capacity any Released Claims against any of the Releasees.

9.  "Releasees" has the meaning laid out in the Stipulation.

10. "Released Claims" has the meaning laid out in the Stipulation.

11. "Unknown Claims" has the meaning laid out in the Stipulation.

12.  I (we) acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the subject matter of the Released Claims, but expressly fully, finally and forever settle and release, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.

13.  I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

14.  NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format.  If you are a Representative Filer, you must contact the Claims Administrator at info@deutschebanksecuritieslitigation.com or visit their website at www.deutschebanksecuritieslitigation.com to obtain the required file layout.  Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format.  No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

15.  NOTICE REGARDING ONLINE FILING:  Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.deutschebanksecuritieslitigation.com.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@deutschebanksecuritieslitigation.com or 1-800-232-3154. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

## I.   CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Account Number | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II.   SCHEDULE OF TRANSACTIONS IN DEUTSCHE BANK COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Deutsche Bank common stock held at the close of trading on March 13, 2017 (*must be documented*).  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B.  Separately list each and every purchase or acquisition of Deutsche Bank common stock from March 14, 2017 through December 17, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price Per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Sales:**

C.   Separately list each and every sale of Deutsche Bank common stock from March 14, 2017 through December 17, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price Per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.   State the total number of shares of Deutsche Bank common stock held at the close of trading on December 17, 2020, (*must be documented*). If none, write "zero" or "0."

## III.   TAXPAYER IDENTIFICATION NUMBER

The Claimant Information form above requests a Taxpayer Identification Number. For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

## IV.   CERTIFICATION

I (We) submit this Claim Form under the terms of the Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases/acquisitions or sales of Deutsche Bank common stock during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made
on behalf of Joint Claimants, then each must sign):

_____
(Signature)


_____
(Signature)


_____
(Capacity of person(s) signing, e.g. beneficial
purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date:  _____

THIS CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY AT WWW. DEUTSCHEBANKSECURITIESLITIGATION.COM BY 11:59 P.M. EST ON FEBRUARY 7, 2023, OR MAILED TO THE CLAIMS ADMINISTRATOR AT THE BELOW ADDRESS, POSTMARKED NO LATER THAN FEBRUARY 7, 2023:

<div align="center">

Deutsche Bank Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI  53217
Tel.: 1-800-232-3154
Email: info@deutschebanksecuritieslitigation.com

</div>

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by February 7, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Claim Form  by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at 1-800-232-3154 or by email at info@deutschebanksecuritieslitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form.  Please notify the Claims Administrator of any change of address.

<div align="center">

**REMINDER CHECKLIST**

</div>

o   Please be sure to sign this Claim Form on page 6.  If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Claim Form or any supporting documents.

o   If you move or change your address, telephone number, or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

Deutsche Bank Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI  53217

**COURT APPROVED NOTICE REGARDING**
*Deutsche Bank Securities Litigation*

# EXHIBIT C

c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI 53217

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this
notice. This is not a solicitation
from a lawyer.*

*This Notice may affect your legal
rights. You may be entitled to a
payment from this securities
class action settlement.*

**Postmaster: Please DO NOT cover up barcode**

Deutsche Bank Securities Litigation

*Baldini v. Deutsche Bank Aktiengesellschaft, et al.*, Case No. 1:22-cv-02854 (S.D.N.Y.)
*THIS CARD PROVIDES **UPDATED** LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT* WWW.DEUTSCHEBANKSECURITIESLITIGATION.COM *OR CALL* 1-800-232-3154 *FOR MORE INFORMATION.*

The U.S. District Court for the Southern District of New York ("Court") has preliminarily approved a Settlement of claims against Deutsche Bank Aktiengesellschaft ("Deutsche Bank"), and two of its current and/or former officers (collectively, "Defendants"). Plaintiffs allege that Defendants made public statements at certain times in 2017-2020 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Deutsche Bank common stock. Defendants deny any wrongdoing.

You received this updated notice because you or someone in your family or household may have purchased or acquired Deutsche Bank common stock between March 14, 2017, and September 18, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $26,250,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiffs, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") in any of the following ways: (1) by mail: Deutsche Bank Securities Litigation, c/o Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217; (2) by phone: toll free, 1-800-232-3154; (3) by email: info@deutschebanksecuritieslitigation.com; or (4) by visiting the website: www.deutschebanksecuritieslitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY FEBRUARY 7, 2023 TO: DEUTSCHE BANK SECURITIES LITIGATION, C/O Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217, OR SUBMITTED ONLINE AT WWW.DEUTSCHEBANKSECURITIESLITIGATION.COM. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by** January 10**, 2023 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by January 17, 2023. The Notice and Stipulation of Settlement explain how to opt-out or to object.**

**THE COURT HAS RESCHEDULED THE HEARING IN THIS CASE FROM JANUARY 31 2023 AT 4:00 P.M. TO JANUARY 31 2023 AT 9:00 A.M.** at 500 Pearl St., Courtroom 14B, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33.3% ($8,750,000), 85% to Pomerantz LLP; 15% to Bronstein, Gewirtz & Grossman LLC, plus actual expenses up to $1,000,000 (estimated average per share cost of fees and expenses is $0.03), and compensatory awards to Plaintiffs not to exceed $20,000 per Plaintiff ("Final Approval Hearing"). (Lead Counsel has increased the amount of its anticipated request for reimbursement of expenses to reflect expert fees that were erroneously omitted from the prior postcard notice.) You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call 1-800-232-3154, or visit the website, www.deutschebanksecuritieslitigation.com.

# EXHIBIT D

<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

</div>

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>           Defendants. | **Case No. 1:22-cv-02854-JSR** |

**NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

<div align="center">

*__A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.__*

</div>

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of New York (the "Court"), if, during the period from March 14, 2017, through September 18, 2020, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Deutsche Bank Aktiengesellschaft ("Deutsche Bank") common stock (i) on any stock exchanges located in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions, and were allegedly damaged thereby.[1]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiff, Yun Wang ("Wang"), and Named Plaintiff Ali Karimi ("Karimi," and collectively, with Wang, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in paragraph 18 below), have reached a proposed settlement of the Action for $26,250,000.00 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Deutsche Bank, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (see paragraph 81 below).**

1. **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Deutsche Bank, John Cryan ("Cryan"), and Christian Sewing ("Sewing" and, together with Cryan, the "Individual Defendants," and together with Deutsche Bank, "Defendants") violated the federal securities laws by making false and misleading statements related to the effectiveness of Deutsche Bank's know-your-customer ("KYC") policies and procedures.  A more detailed description of the Action is set forth in paragraphs 11-17 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 18 below.

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation And Agreement Of Settlement (the "Stipulation"), which is available at www.deutschebanksecuritieslitigation.com.

2.      **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $26,250,000.00 in cash (the "Settlement Amount") to be deposited into an interest-bearing escrow account.  The Net Settlement Fund (i.e., the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 46-65 below.

3.      **Estimate of Average Amount of Recovery Per Security:**  Based on Plaintiffs' damages expert's estimates of the number of Deutsche Bank securities purchased during the Settlement Class Period that may have been affected by the alleged conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per allegedly damaged security is $0.09.  Settlement Class Members should note, however, that the foregoing average recovery per security is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Deutsche Bank securities, and the total number and recognized loss amount of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (see paragraphs 46-65 below) or such other plan of allocation as may be ordered by the Court.

4.      **Average Amount of Alleged Damages Per Security:**  The Parties do not agree on the average amount of alleged damages per security that would be recoverable if Plaintiffs were to prevail in the Action.  Among other things, Defendants deny the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.      **Attorneys' Fees and Expenses Sought:**  Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel Pomerantz LLP will apply to the Court for an award of attorneys' fees in an amount not to exceed 33.3% (i.e., one-third) of the Settlement Fund.  In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $1,000,000,[2] which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  Any fees and expenses awarded by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.  An estimate of the average cost per allegedly damaged Deutsche Bank security, if the Court approves Lead Counsel's fee and expense application, is $0.03 per allegedly damaged security. In addition, Lead Counsel may apply for awards to Plaintiffs in connection with their representation of the Settlement Class in an amount not to exceed $40,000, combined.

6.      **Identification of Attorneys' Representatives:**  Plaintiffs and the Settlement Class are represented by Jeremy A. Lieberman   (jalieberman@pomlaw.com),   Emma   Gilmore   (egilmore@pomlaw.com),   Dolgora   Dorzhieva (ddorzhieva@pomlaw.com) and Villi Shteyn (vshteyn@pomlaw.com) of Pomerantz LLP ("Pomerantz"), 600 Third Avenue, 20th Floor, New York, NY, 10016; as well as Peretz Bronstein (peretz@bgandg.com) of Bronstein, Gewirtz & Grossman ("BGG"), LLC 60 East 42nd Street, Suite 4600, New York, NY 10165.

7.      **Reasons for the Settlement:**  Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation.  Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after further contested motions, a trial of the Action and the likely appeals that would follow a trial.  This process could be expected to last several years.  Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

---

[2] Due to a clerical error, the prior notice failed to account for expert fees and therefore understated the maximum expenses for which Lead Counsel expects to seek reimbursement by $500,000.

Before agreeing to the Settlement, Lead Counsel conducted extensive investigation and research into the merits of the Action. This investigation included consultation with experts concerning the amount of damages allegedly suffered by the Class; detailed review of Deutsche Bank's public filings, including SEC filings, press releases, and other public statements; locating and interviewing fact witnesses; collecting from Defendants more than 412,000 pages of documents; and researching the applicable law with respect to the claims asserted in the complaint filed in this Action and the potential defenses thereto.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN FEBRUARY 7, 2023.** | This is the only way to be potentially eligible to receive a payment from the Settlement Fund.  If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in paragraph 27 below) that you have against Defendants and the other Defendants' Releasees (defined in paragraph 28 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 10, 2023.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund.  This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 17, 2023.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **ATTEND A HEARING ON JANUARY 31, 2023 AT 9:00 AM, AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN JANUARY 23, 2023.** | Filing a written objection and notice of intention to appear by January 17, 2023, allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses.  If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHAT THIS NOTICE CONTAINS

Why Did I Get This Notice? ..................................................................................................... Page 4

What Is This Case About? ........................................................................................................ Page 4

How Do I Know If I Am Affected By The Settlement?
    Who Is Included In The Settlement Class? ......................................................................... Page 5

What Are Plaintiffs' Reasons For The Settlement? ................................................................. Page 6

What Might Happen If There Were No Settlement? ................................................................ Page 7

How Are Settlement Class Members Affected By The Action
   And The Settlement? ............................................................................................................. Page 7

How Do I Participate In The Settlement?  What Do I Need To Do? ........................................ Page 7

How Much Will My Payment Be? ............................................................................................ Page 9

What Payment Are The Attorneys For The Settlement Class Seeking?
  How Will The Lawyers Be Paid? ............................................................................................ Page 9

What If I Do Not Want To Be A Member Of The Settlement Class?
   How Do I Exclude Myself? .................................................................................................. Page 14

When And Where Will The Court Decide Whether To Approve The Settlement?
    Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
    Don't Like The Settlement? .............................................................................................. Page 14

What If I Bought Deutsche Bank Securities On Someone Else's Behalf? ............................. Page 15

Can I See The Court File?  Whom Should I Contact If I Have Questions? ........................... Page 16

## WHY DID I GET THIS NOTICE?

8.     The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Deutsche Bank securities during the Settlement Class Period.  The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  See paragraph 72 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.     On July 15, 2020, this Action was commenced in the United States District Court for the District of New Jersey, styled *Ali Karimi v. Deutsche Bank Aktiengesellschaft* et al., Case No. 2:20-cv-08978.  On April 7, 2022, this Action was transferred to the United States District Court for the Southern District of New York (the "Court"), styled *Ali Karimi v. Deutsche Bank Aktiengesellschaft* et al., Case No. 1:22-cv-02854.

12.     By Order dated December 28, 2020, the United States Court for the District of New Jersey appointed Yun Wang as Lead Plaintiff and approved Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the class.

13.     On June 30, 2022, Plaintiffs filed their Third Amended Class Action Complaint (the "Complaint"), on behalf of the Settlement Class, asserting claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act.  The Complaint alleges, among other things, that during the Settlement Class Period (as defined below), Defendants made false and misleading statements related to the effectiveness of Deutsche Bank's know-your-customer ("KYC") policies and procedures.  The Complaint further alleges that the price of Deutsche Bank securities was artificially inflated as a result of Defendants' false and misleading statements, and that the price of Deutsche Bank securities declined when the truth regarding Defendants' alleged misrepresentations was revealed.  By Order dated May 18, 2022, the Court denied in part and granted in part Defendants' motion to dismiss, dismissing claims against certain individuals but denying the motion with respect to the remaining Defendants.  For the next four months, the Parties engaged in extensive negotiation and litigation regarding document discovery; the service of and response to requests for production and interrogatories; and extensive document review.  Defendants produced more than 75,000 documents to Plaintiffs, comprising a total of over 412,000 pages.  Plaintiffs produced more than 50 documents, totaling over 11,000 pages, to Defendants.  On July 18, 2022, Plaintiffs filed a motion in support of class certification.  On August 22, 2022, Defendants filed a brief opposing class certification.

14.     Plaintiffs and Defendants participated in mediation sessions on September 6 and September 7, 2022, before former United States District Judge and nationally recognized mediator Layn R. Phillips. During the mediation, the Parties reached an agreement in principle to settle the Action for a cash payment of $26,250,000.00 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers.

15.     Based on their investigation, discovery, prosecution and mediation of the case, Plaintiffs and Lead Counsel have concluded that the terms and conditions of the Stipulation are fair, reasonable and adequate to Plaintiffs and the other members of the Settlement Class, and in their best interests.  Based on Plaintiffs' oversight of the prosecution of this matter and with the advice of their counsel, each of the Plaintiffs has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; (b) the significant risks and costs of continued litigation and trial; and (c) the desirability of permitting the proposed Settlement to be consummated as provided by the terms of the Stipulation.

16.     The Stipulation and the Settlement constitute a compromise of matters that are in dispute among the Parties. Defendants have entered into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants denies any wrongdoing, and the Settlement and Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants with respect to any claim or allegation of any fault, liability, wrongdoing, or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted.  Defendants expressly deny that Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever.  The Stipulation and the Settlement also shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Plaintiffs of an infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

17.     On October 20, 2022, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider, among other things, whether to grant final approval to the Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
## WHO IS INCLUDED IN THE SETTLEMENT CLASS?

18.     If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

all persons and entities who purchased or otherwise acquired Deutsche Bank common stock during the Settlement Class Period (i) on any stock exchanges located in the United States, (ii) on any alternative

trading systems located in the United States, or (iii) pursuant to other domestic transactions, and who were allegedly damaged thereby.[3]

Excluded from the Settlement Class are (i) Defendants; (ii) current or former officers and directors of Deutsche Bank; (iii) members of the immediate family of current or former officers and directors of Deutsche Bank; (iv) all subsidiaries and affiliates of Deutsche Bank and the directors and officers of the respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has or had a controlling interest; and (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of all such excluded parties.  Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.  See "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" on page 19 below.

**PLEASE NOTE:  RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE POTENTIALLY ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN FEBRUARY 7, 2023.**

| WHAT ARE PLAINTIFFS' REASONS FOR THE SETTLEMENT? |
| --- |

19.    Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through further motion practice, trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.  Plaintiffs and Lead Counsel recognized that Defendants had numerous avenues of attack that could preclude a recovery.  For example, Defendants would assert that their statements were not materially false and misleading, and that even if they were, they did not cause any damage to the Settlement Class.  Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested.  Plaintiffs would have to prevail at several stages – class certification, motions for summary judgment, trial, and if they prevailed on those, on the appeals that would be likely to follow.  Thus, there were very significant risks attendant to the continued prosecution of the Action.

20.    In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class.  Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $26,250,000.00 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller or no recovery after summary judgment, trial and appeals, possibly years in the future.

21.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, as noted above, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT? |
| --- |

22.    If there were no Settlement and Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or

---

[3] During the Settlement Class Period, Deutsche Bank common stock was dual-listed on the New York Stock Exchange under the symbol "DB," and on the German Xetra Exchange under the ticker symbol "DBK." However, purchases of Deutsche Bank common stock on a non-U.S. stock exchange are not included in the Settlement.

on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

---

### HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED
### BY THE ACTION AND THE SETTLEMENT?

23.   As a Settlement Class Member, you are represented by Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

24.   If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" below.

25.   If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

26.   If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of the Stipulation, of law, and of the Judgment shall have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in paragraph 27 below) against the Defendants and the other Defendants' Releasees (as defined in paragraph 28 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

27.   "Released Plaintiffs' Claims" means all claims, rights and causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, and liabilities, whether known claims or Unknown Claims, contingent or non-contingent, or suspected or unsuspected, whether foreign or domestic, whether arising under federal, state, common, or foreign law, rules, or regulations, that have been asserted, could have been asserted, or could be asserted in the future against Defendants or any other of Defendants' Releasees that (i) arise out of, or relate in any way to, or are based upon, the allegations, transactions, acts, facts, events, matters, occurrences, representations or omissions involved, set forth, alleged or referred to in the Complaint or in any of the prior complaints in this Action and (ii) in any way are based upon or related to, directly or indirectly, the purchase or sale or other acquisition or disposition, or holding, of Deutsche Bank common stock during the Settlement Class Period.  Released Plaintiffs' Claims do not include (i) any claims relating to the enforcement of the Settlement; and (ii) any claims of any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

28.    "Defendants' Releasees" means Defendants and any and all of their related parties in any forum, including, without limitation, any and all of their current or former parents, subsidiaries, affiliates, predecessors, successors, divisions, investment funds, joint ventures, and general or limited partnerships, and each of their respective current or former officers, directors, trustees, partners, members, contractors, auditors, principals, agents, managing agents, employees, attorneys, accountants, investment bankers, underwriters, insurers in their capacities as such, as well as each of the Individual Defendants' immediate family members, heirs, executors, personal or legal representatives, estates, beneficiaries, predecessors, successors, and assigns..

29.   "Unknown Claims" means any Released Plaintiffs' Claims which Plaintiffs, any other Settlement Class Member, or any other Plaintiffs' Releasee (as defined in paragraph 32 below) does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims (as defined in paragraph 31 below) which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the

Settlement, Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Plaintiffs' Releasees and Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Plaintiffs' Releasees and Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

30. The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of the Stipulation, of law, and of the Judgment shall have fully, finally, and forever compromised, settled, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (as defined in paragraph 31 below) against any of the Plaintiffs' Releasees (as defined in paragraph 32 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

31. "Released Defendants' Claims" means all claims, rights and causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, and liabilities, whether known claims or Unknown Claims, contingent or non-contingent, or suspected or unsuspected, whether foreign or domestic, whether arising under federal, state, common, or foreign law, rules, or regulations, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against the Defendants in the Action. Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

32. "Plaintiffs' Releasees" means (i) Plaintiffs, all members of the Settlement Class, Lead Counsel and all other counsel for Plaintiffs, (ii) each of their respective immediate family members (for individuals) and each of their direct or indirect parent entities, subsidiaries, related entities, and affiliates, any trust of which any Settlement Class Member is the settlor or which is for the benefit of any Settlement Class Member and/or member(s) of his or her immediate family, and (iii) for any of the entities listed in parts (i) or (ii), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managing directors, employees, contractors, consultants, auditors, accountants, financial advisors, investment bankers, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, and any controlling person thereof, in their capacities as such, and any entity in which a Settlement Class Member has a controlling interest. Plaintiffs' Releasees do not include any persons and entities who or which exclude themselves by submitting a request for exclusion from the Settlement Class that is accepted by the Court.

33. The Judgment will also provide that, upon the Effective Date, to the extent allowed by law, the Stipulation shall operate conclusively as an estoppel and full defense in the event, and to the extent, of any claim, demand, action, or proceeding brought by a Settlement Class Member against any of the Defendants' Releasees with respect to any Released Plaintiffs' Claim, or brought by a Defendant against any of the Plaintiffs' Releasees with respect to any Released Defendants' Claim.

34. The Judgment shall, among other things, provide for the dismissal with prejudice of the Action against the Defendants, without costs to any Party, except for the payments expressly provided for in the Stipulation.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

35. To be potentially eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation postmarked no later than February 7, 2023. A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.deutschebanksecuritieslitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-800-232-3154. Please retain

all records of your ownership of and transactions in Deutsche Bank securities, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

| **HOW MUCH WILL MY PAYMENT BE?** |
| --- |

36.     At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

37.     Pursuant to the Settlement, Defendants have agreed pay twenty-six million two hundred and fifty thousand dollars ($26,250,000.00) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes (including any interest or penalties thereon) on any income earned by the Settlement Fund, the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants), and all taxes imposed on payments by the Settlement Fund, including withholding taxes; (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

38.     The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

39.     Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes final.  Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

40.     Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

41.     Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before February 7, 2023, shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in paragraph 27 above) against the Defendants' Releasees (as defined in paragraph 28 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

42.     Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Deutsche Bank securities held through the ERISA Plan in any Claim Form that they may submit in this Action.  They should include ONLY those Deutsche Bank securities that they purchased or acquired outside of the ERISA Plan.

43.     The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

44.     Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

45.     Only Settlement Class Members will be potentially eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

## PROPOSED PLAN OF ALLOCATION

46.     The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged misstatements and omissions, as opposed to losses caused by market- or industry-wide factors, or company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formula ("Recognized Loss") described below.

47.     A Recognized Loss will be calculated for each share of Deutsche Bank common stock purchased or otherwise acquired during the Settlement Class Period on a U.S. stock exchange or in a transaction in the U.S. The calculation of Recognized Loss will depend upon several factors, including when the Deutsche Bank common stock was purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether such stock was sold, and if sold, when it was sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionally allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

48.     The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that the price of Deutsche Bank common stock was artificially inflated throughout the Settlement Class Period. The estimated alleged artificial inflation in the price of Deutsche Bank common stock during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Deutsche Bank common stock during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

49.     The U.S. federal securities laws allow investors to seek to recover losses caused by disclosures which corrected the defendants' previous misleading statements or omissions.  Thus, in order to have recoverable damages, the corrective disclosure of the allegedly misrepresented information must be the cause of the decline in the price or value of Deutsche Bank common stock.  In this Action, Plaintiffs allege that Defendants made false statements and/or omitted material facts during the Settlement Class Period, which had the purported effect of artificially inflating the price of Deutsche Bank common stock. Plaintiffs further allege that corrective disclosures removed artificial inflation from the price of Deutsche Bank common stock on July 9, 2020 and September 21, 2020 (the "Corrective Disclosure Dates").  Thus, in order for a Settlement Class Member to have a Recognized Loss under the Plan of Allocation, Deutsche Bank common stock must have been purchased or acquired during the Settlement Class Period and held through at least one the Corrective Disclosure Dates.

| Table 1 Artificial Inflation in Deutsche Bank Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| Tuesday, March 14, 2017 | Wednesday, July 8, 2020 | $0.58 |
| Thursday, July 9, 2020 | Friday, September 18, 2020 | $0.47 |
| Monday, September 21, 2020 | Thereafter | $0.00 |

50.     The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Deutsche Bank common stock.  The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Deutsche Bank common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss on Deutsche Bank common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

51.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions.  If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero.  Any transactions in Deutsche Bank common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session for the U.S. financial markets.

52.    A Recognized Loss will be calculated as set forth below for each purchase or acquisition of Deutsche Bank common stock during the Settlement Class Period, that is listed in the Claim Form and for which adequate documentation is provided.

**Per-Share Recognized Loss Calculation**

53.    For each share of Deutsche Bank common stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, March 14, 2017 through September 18, 2020, inclusive), the Recognized Loss per share shall be calculated as follows:

I.    For each share of Deutsche Bank common stock purchased/acquired during the period March 14, 2017 through July 8, 2020, inclusive,

a.    that was sold prior to July 9, 2020, the Recognized Loss per share is $0.

b.    that was subsequently sold during the period July 9, 2020 through September 18, 2020, inclusive, the Recognized Loss per share is $0.11.

c.    that was subsequently sold during the period September 21, 2020 through December 17, 2020, inclusive (i.e., the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

1.    $0.58; or

2.    the purchase/acquisition price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

d.    that was still held as of the close of trading on December 17, 2020, the Recognized Loss per share is *the lesser of*:

1.    $0.58; or

2.    the purchase/acquisition price *minus* the average closing price for Deutsche Bank common stock during the 90-Day Lookback Period, which is $9.95.

II.    For each share of Deutsche Bank common stock purchased/acquired during the period July 9, 2020 through September 18, 2020, inclusive,

a.    that was sold prior to September 21, 2020, the Recognized Loss per share is $0.

b.    that was subsequently sold during the period September 21, 2020 through December 17, 2020, inclusive (i.e., the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

1.    $0.47; or

2.    the purchase/acquisition price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

c.    that was still held as of the close of trading on December 17, 2020, the Recognized Loss per share is *the lesser of*:

1.    $0.47; or

2.    the purchase/acquisition price *minus* the average closing price for Deutsche Bank common stock during the 90-Day Lookback Period, which is $9.95.

III.    For each share of Deutsche Bank common stock purchased after September 18, 2020, the Recognized Loss per share is $0.

| Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value | Sale / Disposition Date | 90-Day Lookback Value |
|---|---|---|---|---|---|
| 9/21/2020 | $8.34 | 10/20/2020 | $8.77 | 11/18/2020 | $9.37 |
| 9/22/2020 | $8.24 | 10/21/2020 | $8.79 | 11/19/2020 | $9.40 |
| 9/23/2020 | $8.18 | 10/22/2020 | $8.82 | 11/20/2020 | $9.43 |
| 9/24/2020 | $8.16 | 10/23/2020 | $8.85 | 11/23/2020 | $9.46 |
| 9/25/2020 | $8.13 | 10/26/2020 | $8.88 | 11/24/2020 | $9.51 |
| 9/28/2020 | $8.18 | 10/27/2020 | $8.89 | 11/25/2020 | $9.55 |
| 9/29/2020 | $8.19 | 10/28/2020 | $8.91 | 11/27/2020 | $9.58 |
| 9/30/2020 | $8.22 | 10/29/2020 | $8.92 | 11/30/2020 | $9.61 |
| 10/1/2020 | $8.23 | 10/30/2020 | $8.93 | 12/1/2020 | $9.65 |
| 10/2/2020 | $8.26 | 11/2/2020 | $8.95 | 12/2/2020 | $9.69 |
| 10/5/2020 | $8.30 | 11/3/2020 | $8.98 | 12/3/2020 | $9.73 |
| 10/6/2020 | $8.36 | 11/4/2020 | $9.01 | 12/4/2020 | $9.76 |
| 10/7/2020 | $8.43 | 11/5/2020 | $9.04 | 12/7/2020 | $9.80 |
| 10/8/2020 | $8.49 | 11/6/2020 | $9.07 | 12/8/2020 | $9.83 |
| 10/9/2020 | $8.55 | 11/9/2020 | $9.12 | 12/9/2020 | $9.85 |
| 10/12/2020 | $8.60 | 11/10/2020 | $9.16 | 12/10/2020 | $9.87 |
| 10/13/2020 | $8.63 | 11/11/2020 | $9.20 | 12/11/2020 | $9.88 |
| 10/14/2020 | $8.65 | 11/12/2020 | $9.23 | 12/14/2020 | $9.90 |
| 10/15/2020 | $8.67 | 11/13/2020 | $9.26 | 12/15/2020 | $9.91 |
| 10/16/2020 | $8.70 | 11/16/2020 | $9.30 | 12/16/2020 | $9.93 |
| 10/19/2020 | $8.73 | 11/17/2020 | $9.34 | 12/17/2020 | $9.95 |

Table 2 — 90-Day Lookback Value

## INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

54.    The payment you receive will reflect your proportionate share of the Net Settlement Fund.  Such payment will depend on the number of eligible shares that participate in the Settlement, and when those shares were purchased and sold. The number of claimants who send in claims varies widely from case to case.

55.    A purchase or sale of Deutsche Bank common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

56.    Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired Deutsche Bank common stock during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer.  To the extent that Deutsche Bank common stock was originally purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

57.    Notwithstanding any of the above, receipt of Deutsche Bank common stock during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of Deutsche Bank common stock.

58.    The first-in-first-out ("FIFO") basis will be applied to purchases and sales.  Sales will be matched in chronological order, by trade date, first against Deutsche Bank common stock held as of the close of trading on March 13, 2017 (the last

day before the Settlement Class Period begins) and then against the purchases of Deutsche Bank common stock during the Settlement Class Period.

59.     The date of covering a "short sale" is deemed to be the date of purchase of shares.  The date of a "short sale" is deemed to be the date of sale of shares.  In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero.  In the event that a claimant has an opening short position in Deutsche Bank common stock, the earliest Settlement Class Period purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

60.     With respect to Deutsche Bank common stock purchased through the exercise of a call or put option,[4] the purchase date of Deutsche Bank common stock shall be the exercise date of the option and the purchase price shall be the closing price of Deutsche Bank common stock on the exercise date.  Any Recognized Loss arising from purchases of Deutsche Bank common stock acquired during the Settlement Class Period through the exercise of an option on Deutsche Bank common stock shall be computed as provided for other purchases of Deutsche Bank common stock in the Plan of Allocation.

61.     Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants.  A Recognized Loss will be calculated as defined herein and cannot be less than zero.  The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants.  No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

62.     Settlement Class Members who do not submit an acceptable Claim Form will not share in the Settlement proceeds.  The Stipulation and the Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion or submit an acceptable Proof of Claim.

63.     Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim.  If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

64.     Defendants, their respective counsel, and all other Releasees will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim.  Plaintiffs and Lead Counsel likewise will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

65.     Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement.  If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (i) first, to pay any amounts mistakenly omitted from the initial disbursement; (ii) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.

---

[4] Including (1) purchases of Deutsche Bank common stock as the result of the exercise of a call option, and (2) purchases of Deutsche Bank common stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

66.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses.  Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33.3% (*i.e.*, one-third) of the Settlement Fund.[5]  At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $1,000,000,[6] which may include an application for reimbursement of the reasonable lost wages, costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses.  In addition, Lead Counsel may apply for awards to Plaintiffs in connection with their representation of the Settlement Class in an amount not to exceed $40,000, combined. Such sums as may be approved by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

67.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written request for exclusion from the Settlement Class, addressed to Deutsche Bank Securities Litigation, ATTN: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI  53217.  The exclusion request must be received no later than January 10, 2023.  You will not be able to exclude yourself from the Settlement Class after that date.  Each request for exclusion must (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Karimi v. Deutsche Bank Aktiengesellschaft, et al.,* No. 1:22-cv-02854-JSR"; (c) state the number of Deutsche Bank securities that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of Deutsche Bank securities held at the beginning of the Settlement Class Period; and (d) be signed by the person or entity requesting exclusion or an authorized representative.  A request for exclusion shall not be effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

68.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

69.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

70.    Deutsche Bank has the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Plaintiffs and Deutsche Bank, as set forth in a confidential Supplemental Agreement.

---

[5] The attorney fee application will be made collectively on behalf of Pomerantz and BGG. Any attorneys' fees awarded by the Court will be divided pursuant to fee sharing agreements as follows: Pomerantz (85%); BGG (15%), in accordance with BGG's level of contribution to the Action.

[6] Due to a clerical error, the prior notice failed to account for expert fees and therefore understated the maximum expenses for which Lead Counsel expects to seek reimbursement by $500,000.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?  DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

71.    Settlement Class Members do not need to attend the Settlement Hearing.  The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing.  You can participate in the Settlement without attending the Settlement Hearing.

72.    The Settlement Hearing will be held on January 31, 2023 at 9:00 a.m., before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, NY, 10007, or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

73.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing.  You must also serve the papers on the Lead Counsel representative and on the Defendants' Counsel representative at the addresses set forth below so that the papers are received on or before January 17, 2023.

| Clerk's Office | Lead Counsel Representatives | Defendants' Counsel Representative |
|---|---|---|
| U.S. District Court, Southern District of New York Jed S. Rakoff Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007 | Emma Gilmore Pomerantz LLP 600 Third Avenue, 20th Floor, New York, NY 10016 | David G. Januszewski Cahill Gordon & Reindel LLP 32 Old Slip New York, NY 10005 |

74.    Any objection (a) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the identity and number of Deutsche Bank securities that the objecting Settlement Class Member purchased/acquired and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of securities held at the beginning of the Settlement Class Period.  You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

75.    You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

76.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that it is received on or before January 17, 2023.  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

77.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file

a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that the notice is received on or before January 17, 2023.

78.     The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

79.     Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.

| WHAT IF I BOUGHT DEUTSCHE BANK SECURITIES ON SOMEONE ELSE'S BEHALF? |
|---|

80.     If you purchased or otherwise acquired Deutsche Bank securities during the Settlement Class Period for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to Deutsche Bank Securities Litigation , c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI  53217. If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.deutschebanksecuritieslitigation.com, or by calling the Claims Administrator toll-free at 1-800-232-3154.

| CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS? |
|---|

81.     This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which are available online via the Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/or will be provided by Lead Counsel upon request.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.deutschebanksecuritieslitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

| AB Data Ltd. | and/or | Emma Gilmore |
|---|---|---|
| Deutsche Bank Securities Litigation | | Dolgora Dorzhieva |
| c/o A.B. Data, Ltd. | | Villi Shteyn |
| P.O. Box 173013 | | POMERANTZ LLP |
| Milwaukee, WI  53217 | | 600 Third Avenue, 20th Floor, |
| | | New York, NY, 10606 |
| | | (212) 661-1100 |
| | | egilmore@pomlaw.com |
| | | ddorzhieva@pomlaw.com |
| | | shteyn@pomlaw.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: November 21, 2022

By Order of the Court

United States District Court
Southern District of New York

# EXHIBIT E

# MUTUAL FUND PERFORMANCE

| 36 Mo Performance Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| | $ 34.4 bil 800-595-9111 | | | | | |
| E | Bond Index | -11 | +2 | 0 | 9.34n | 0.01 |
| D+ | HY Fxd Inc | -10 | +2 | +1 | 5.74n | -0.04 |
| C | Intl Eq Idx | -14 | +9 | +1 | 12.11n | -0.67 |
| D- | Intmdt TxEx | -7 | +2 | +1 | 9.78n | -0.01 |
| A+ | Lg Cp Core | -14 | +2 | +7 | 21.84n | -1.4 |
| A | Mid Cap Idx | -13 | +2 | +6 | 18.60n | -2.4 |
| B | Sm Cap Val | -10 | +2 | +3 | 18.04n | -1.4 |
| A | Stock Idx | -17 | +0 | +8 | 41.40n | -2.5 |
| | **Nuveen Funds A** | | | | | |
| | $ 15.1 bil 800-257-8787 | | | | | |
| E | All-Am Muni | -15 | +2 | 0 | 10.12 | -0.01 |
| | **Nuveen Funds I** | | | | | |
| | $ 9.0 bil 800-257-8787 | | | | | |
| D | HY Muni | -13 | +3 | +3 | 15.34 | -0.01 |
| D | IntDurMuni | -7 | +2 | +2 | 8.75 | 0.00 |
| D+ | LtdTrmMuni | -4 | +1 | +2 | 10.76 | 0.00 |
| A | MidCpValue | -10 | -1 | +6 | 49.23 | -2.2 |
| | **Oakmark Funds Invest** | | | | | |
| | $ 19.6 bil 800-625-6275 | | | | | |
| B+ | Eqty & Inc | -12 | +0 | +4 | 29.70n | -0.84 |
| A+ | Fund | -13 | -1 | +7 | 102.56n | -3.4 |
| D | Internatl | -16 | +9 | -1.0 | 23.03n | -1.3 |
| | **Old Westbury Fds** | | | | | |
| | $ 35.6 bil 800-607-2200 | | | | | |
| A | All Cp Core | -21 | -1 | +8 | 20.06n | -1.0 |
| C+ | LC Strat | -21 | +2 | +4 | 14.71n | -0.46 |
| D | Muni Bd | -5 | +2 | +1 | 11.48n | -0.05 |
| C- | Sm&Md Cp St | -22 | +2 | +2 | 13.94n | -0.37 |
| | **Optimum Funds Inst** | | | | | |
| | $ 7.4 bil 800-914-0278 | | | | | |
| E | Fxd Inc | -12 | +1 | 0 | 8.19 | 0.01 |
| A | Lg Cp Val | -6 | +4 | +6 | 18.64 | -0.38 |
| A+ | S-M Cap Gro | -27 | -6 | +8 | 11.11 | -0.31 |
| | **Osterweis Strat Income** | | | | | |
| | $ 4.5 bil 866-236-0050 | | | | | |
| B- | StratIncome | -5 | +2 | +1 | 10.41n | -0.18 |
| | **–P–Q–R–** | | | | | |
| | **PACE Funds Cl P** | | | | | |
| | $ 4.8 bil 800-647-1568 | | | | | |
| A | Lg Co Gr | -27 | -3 | +8 | 19.30 | -0.56 |
| A | S/M Vl | -13 | -2 | +5 | 20.93 | -0.45 |
| | **Parnassus Fds** | | | | | |
| | $ 12.1 bil 800-999-3505 | | | | | |
| A | Core Eqty | -18 | +2 | +9 | 47.43n | -1.3 |
| | **Paydenfunds** | | | | | |
| | $ 3.7 bil 800-572-9336 | | | | | |
| A- | Eqty Inc | -6 | +2 | +6 | 17.06n | -0.32 |
| | **Pear Tree** | | | | | |
| | $ 4.4 bil 800-326-2151 | | | | | |
| E | Foreign V | -16 | +7 | 0 | 19.62 | -0.38 |
| | **Perm Port Funds** | | | | | |
| | $ 2.8 bil 800-531-5142 | | | | | |
| A | Perm | -5 | +5 | +5 | 46.58n | -0.59 |
| | **PGIM Funds A** | | | | | |
| | $ 16.6 bil 800-225-1852 | | | | | |
| E | Tot Rtn Bnd | -13 | +1 | -1.0 | 12.24 | 0.02 |
| | **PGIM Jenn Funds A** | | | | | |
| | $ 16.6 bil 800-225-1852 | | | | | |
| A- | Jenn Blend | -24 | -2 | +5 | 18.31 | -0.46 |
| A | JennDvsfdGr | -31 | -4 | +7 | 11.50 | -0.35 |
| A+ | JennHealthS | -11 | +5 | +6 | 34.34 | -0.58 |
| A | JennMid-Cap | -23 | +0 | +6 | 12.67 | -0.34 |
| A+ | JennNtrlRes | +24 | +3 | +8 | 52.98 | -0.87 |
| A+ | JennSmallCo | -18 | +0 | +5 | 17.18 | -0.32 |
| A | JennUtility | +0 | -3 | +5 | 16.09 | -0.23 |
| A- | Jenn Value | -9 | +3 | +4 | 18.82 | -0.38 |
| | **PGIM Quant Funds A** | | | | | |
| | $ 16.6 bil 800-225-1852 | | | | | |
| A- | Quant LCC | -16 | +0 | +5 | 15.44 | -0.38 |
| | **PIMCO Fds Instl** | | | | | |
| | $ 144 bil 800-927-4648 | | | | | |
| B | All Asset | -10 | +2 | +2 | 11.12 | -0.08 |
| C | All Ast Ath | -14 | +2 | 0 | 6.87 | -0.05 |
| A+ | Comm RR Str | +0 | -4 | +4 | 5.38 | -0.04 |
| E | Div Income | -12 | +3 | 0 | 9.37 | -0.02 |
| E | Em Mkts Bd | -15 | +4 | -1.0 | 8.32 | 0.00 |
| D+ | High Yield | -9 | +2 | +1 | 7.67 | -0.04 |
| D- | IntlBd(DH) | -8 | +0 | 0 | 9.50 | -0.03 |
| E | Inv Grd Cr | -14 | +2 | 0 | 8.90 | 0.01 |
| E | Lng-TmCrBd | -22 | +4 | -1.0 | 9.22 | 0.00 |
| E | **Long Dur TR** | -23 | +2 | -1.0 | 7.61 | 0.02 |
| D- | Low Dur | -5 | +0 | 0 | 9.13 | 0.00 |
| D+ | MtgOpp&Bd | -6 | -1 | 0 | 9.69 | 0.01 |
| C | Real Return | -11 | -1 | +1 | 10.21 | 0.00 |
| C- | Short-Term | -1 | +0 | +1 | 9.57 | 0.01 |
| D+ | ShtAsstInv | +0 | +1 | +1 | 9.82 | 0.00 |
| A- | Stk+Abs Rtn | -21 | +0 | +7 | 9.13 | -0.23 |
| A | StocksPLUS | -20 | +0 | +7 | 9.56 | -0.24 |
| E | **Tot Rtn ESG** | -14 | +1 | -1.0 | 7.83 | 0.02 |
| E | Tot Rtn | -12 | +1 | 0 | 8.78 | 0.01 |
| A+ | TRENDS MFS | +11 | -4 | +6 | 12.24 | -0.08 |
| | **PIMCO Funds A** | | | | | |
| | $ 31.5 bil 800-927-4648 | | | | | |
| A- | RAE PLUS | -8 | +6 | +4 | 4.94 | -0.09 |
| | **PIMCO Funds I2** | | | | | |
| | $ 58.5 bil 888-877-4626 | | | | | |
| C- | Low Dur Inc | -4 | +1 | +1 | 8.01 | -0.01 |
| | **PIMCO Funds Instl** | | | | | |
| | $ 72.3 bil 888-877-4626 | | | | | |
| A+ | Comm+ Strat | +0 | -1 | +5 | 7.31 | -0.08 |
| D | Dynmc Bd | -7 | +0 | 0 | 9.70 | -0.01 |
| C- | Income | -7 | +1 | +1 | 10.60 | -0.02 |
| A- | Infl Rsp MA | -5 | +0 | +3 | 7.95 | -0.04 |
| | **Pioneer Funds A** | | | | | |
| | $ 14.8 bil 800-225-6292 | | | | | |
| A | Core Eqty | -17 | +2 | +6 | 18.33 | -0.44 |
| A+ | Disc Gro | -20 | +0 | +8 | 12.91 | -0.38 |
| A- | Disc Val | -10 | +3 | +4 | 13.16 | -0.26 |
| A+ | Fund | -19 | +0 | +8 | 29.61 | -0.85 |
| A | Mid Cap Val | -6 | +3 | +4 | 22.43 | -0.42 |
| | **Pioneer Funds Y** | | | | | |
| | $ 7.3 bil 800-225-6292 | | | | | |
| D- | **Bond** | -12 | +0 | 0 | 8.28 | 0.02 |
| D | **StratIncome** | -11 | +0 | 0 | 9.31 | 0.02 |
| | **Price Funds** | | | | | |
| | $ 298 bil 800-638-5660 | | | | | |
| B- | PriceQMUSSC | -22 | +0 | +5 | 34.97n | -2.2 |
| A+ | AllCp Opp | -21 | +0 | +11 | 52.54n | -2.9 |
| B- | Balanced | -16 | +1 | +4 | 23.37n | -0.39 |
| C- | BlueChpGro | -37 | -8 | +6 | 106.56n | -3.7 |
| C | Comm/Tech | -40 | -10 | +6 | 93.96n | -20 |
| A+ | Div Gr | -10 | +4 | +9 | 64.56n | -1.4 |
| E | EM Stock | -24 | +1 | -1.0 | 34.19n | -0.76 |
| A | Eq Inc | -3 | +3 | +6 | 32.75n | -0.60 |
| A | EqIndex500 | -17 | +0 | +8 | 102.37n | -2.6 |
| A | Financial | -12 | +0 | +7 | 30.98n | -1.3 |
| A- | Glbl Stck | -28 | -1 | +8 | 45.82n | -1.2 |
| E | Glbl Tech | -53 | -13 | +2 | 10.86n | -0.46 |
| C | GrowthStock | -38 | -8 | +5 | 63.76n | -2.2 |
| A+ | Hlth Sci | -11 | +3 | +9 | 90.84n | -3.5 |
| C | Intl Disc | -30 | +3 | +2 | 56.77n | -1.4 |
| B | MdCp Growth | -21 | +1 | +6 | 90.03n | -2.3 |
| A+ | MdCp Val | -5 | +3 | +6 | 28.24n | -0.67 |
| A+ | New Era | +0 | +6 | +5 | 40.98n | -2.5 |
| B | NewHorizons | -35 | -5 | +8 | 47.55n | -1.7 |
| C | OverseasStc | -15 | +8 | +2 | 11.00n | -0.31 |
| C+ | 2010 | -13 | +1 | +3 | 15.28n | -0.17 |
| C+ | 2015 | -13 | +1 | +3 | 12.78n | -0.15 |
| B- | 2020 | -14 | +1 | +3 | 19.20n | -0.24 |
| B- | 2025 | -15 | +1 | +4 | 16.67n | -0.24 |
| B- | 2030 | -16 | +1 | +4 | 24.77n | -0.43 |
| B | 2035 | -17 | +1 | +4 | 18.93n | -0.38 |
| B | 2040 | -18 | +1 | +5 | 26.84n | -0.60 |
| B+ | 2045 | -18 | +1 | +5 | 18.78n | -0.45 |
| B+ | 2050 | -18 | +1 | +5 | 15.89n | -0.38 |
| B+ | 2055 | -19 | +1 | +5 | 16.43n | -0.40 |
| C | Sci&Tch | -33 | -3 | +5 | 26.87n | -3.2 |
| B+ | SmCp Stk | -22 | -3 | +7 | 52.02n | -1.2 |
| B+ | SmCp Val | -18 | -3 | +5 | 48.50n | -1.1 |
| A- | DE | -18 | +1 | +5 | 22.49n | -0.56 |
| D | SpectrumInc | -9 | +2 | +1 | 11.28n | -0.04 |
| D | SumtMuniInt | -7 | +2 | +1 | 11.23n | 0.00 |
| A | Tot Eq Mk | -19 | +0 | +8 | 41.59n | -1.7 |
| A- | Tx-Ef Eq | -29 | -3 | +9 | 43.13n | -1.7 |
| D- | Tx-Fr HY | -12 | +1 | +2 | 10.80n | 0.00 |
| A | US ER | -18 | +0 | +8 | 36.77n | -0.95 |
| A | USLgCpCore | -14 | +2 | +8 | 29.51n | -0.75 |
| A | Value | -12 | +2 | +6 | 38.38n | -0.71 |
| | **Price Funds Advisor** | | | | | |
| | $ 11.6 bil 800-225-5132 | | | | | |
| A | Cap App | -11 | +0 | +7 | 32.45 | -0.51 |
| | **Price Funds I** | | | | | |
| | $ 298 bil 800-638-5660 | | | | | |
| C+ | Flt Rate | -1 | +1 | +1 | 9.20 | 0.00 |
| C- | I LC Cor Gr | -37 | -8 | +6 | 44.64 | -1.5 |
| B | I MCEq Gr | -22 | +1 | +7 | 57.66 | -1.5 |
| B+ | I SC Stk | -22 | -3 | +7 | 25.52 | -0.57 |
| B+ | LgCp Gro | -33 | -6 | +8 | 47.23 | -3.5 |
| A | LgCp Val | -5 | +2 | +6 | 22.23 | -4.8 |
| | **PRIMECAP Odyssey Fds** | | | | | |
| | $ 19.7 bil 800-729-2307 | | | | | |
| B- | OdysseyAgGr | -22 | +2 | +4 | 37.26n | -5.1 |
| A- | OdysseyGrow | -13 | +5 | +6 | 34.20n | -5.1 |
| A | OdysseyStoc | -10 | +6 | +7 | 32.09n | -4.8 |
| | **Principal Funds A** | | | | | |
| | $ 54.2 bil 800-222-5852 | | | | | |
| A+ | Cap App | -16 | +1 | +7 | 54.25 | -1.3 |
| C+ | SAM Bal | -15 | +1 | +2 | 14.68 | -0.21 |
| | **Principal Funds Inst** | | | | | |
| | $ 54.2 bil 800-222-5852 | | | | | |
| D+ | Hi In | -9 | +1 | 0 | 8.02 | -0.04 |
| A | LC S&P500 | -17 | +0 | +8 | 20.11 | -0.51 |
| B | LCG I | -33 | -4 | +8 | 14.97 | -0.51 |
| A- | LCV III | -5 | +4 | +6 | 18.64 | -0.35 |
| C+ | LT 2020 | -13 | +1 | +3 | 12.51 | -0.13 |
| B- | LT 2030 | -16 | +1 | +3 | 13.63 | -0.19 |
| B | LT 2040 | -17 | +1 | +4 | 14.75 | -0.29 |
| B | LT 2050 | -18 | +1 | +4 | 15.26 | -0.35 |
| A- | MCG III | -25 | -3 | +7 | 10.60 | -0.32 |
| A+ | MCV I | -6 | +3 | +6 | 16.54 | -0.35 |
| C+ | Real Est | -23 | -5 | +4 | 26.38 | -0.37 |
| A- | SC S&P600 | -16 | +1 | +5 | 26.16 | -0.64 |
| A- | SmallCap | -19 | -3 | +5 | 24.36 | -0.65 |
| D | Sp Prf SI | -10 | +0 | 0 | 8.87 | -0.01 |
| | **ProFunds Inv Class** | | | | | |
| | $ 1.6 bil 888-776-3637 | | | | | |
| A | UltraNASDAQ | -58 | -13 | +14 | 42.84n | -3.1 |
| | **Prospector Funds** | | | | | |
| | $ 240 mil 877-734-7862 | | | | | |
| A- | Opportunity | -7 | +3 | +7 | 22.99n | -0.42 |
| | **ProvTrStrat** | | | | | |
| | $ 201 mil 855-739-9950 | | | | | |
| A- | Trust Strat | -22 | -1 | +8 | 18.58n | -0.40 |
| | **Putnam Funds Class A** | | | | | |
| | $ 37.2 bil 800-225-1581 | | | | | |
| A | Conv Sec | -18 | -2 | +5 | 21.52 | -0.28 |
| A+ | GlHealthCr | -5 | +8 | +7 | 60.55 | -1.2 |
| A | GrowthOppty | -28 | -4 | +9 | 39.02 | -1.2 |
| A+ | LargeCpVal | -3 | +3 | +7 | 28.17 | -0.51 |
| A | Research | -16 | +0 | +7 | 35.32 | -0.87 |
| A- | Sm Cap Gro | -28 | -4 | +8 | 48.85 | -1.3 |
| A | Sstnbl Ldrs | -21 | +0 | +8 | 90.20 | -2.3 |
| | **Putnam Funds Class Y** | | | | | |
| | $ 19.7 bil 800-225-1581 | | | | | |
| C- | UltShtDurl | +0 | +1 | +1 | 10.00 | 0.00 |
| | **Royce Funds** | | | | | |
| | $ 5.0 bil 800-221-4268 | | | | | |
| A+ | SC Oppty | -17 | +2 | +6 | 13.20n | -1.1 |
| A | SC Spec Eq | -6 | +7 | +4 | 15.95n | -2.4 |
| | **Russell Funds S** | | | | | |
| | $ 13.6 bil 800-787-7354 | | | | | |
| E | **Strat Bond** | -12 | +1 | 0 | 9.44 | 0.02 |
| D | Tax Ex Bond | -7 | +2 | +2 | 21.74 | 0.00 |
| A- | TM US Lg Cp | -18 | +0 | +7 | 57.74 | -1.5 |
| A- | US Sm Cp Eq | -16 | -1 | +4 | 25.10 | -0.63 |
| | **Rydex Dynamic Fds** | | | | | |
| | $ 560 mil 800-820-0888 | | | | | |
| A+ | NASDAQ 2x | -57 | -13 | +13 | 204.53 | -15 |
| | **Rydex Investor Class** | | | | | |
| | $ 2.0 bil 800-820-0888 | | | | | |
| A+ | NASDAQ-100 | -31 | -5 | +10 | 52.11n | -1.8 |
| A | Nova Fund | -28 | -1 | +9 | 103.62n | -4.0 |
| | **–S–T–U–** | | | | | |
| | **Schwab Funds** | | | | | |
| | $ 217 bil 800-345-2550 | | | | | |
| A- | Core Eqty | -17 | -1 | +6 | 16.99n | -0.42 |
| A+ | Fdm US LCI | -7 | +4 | +9 | 21.02n | -0.46 |
| A- | FdmUSSmCoI | -14 | +1 | +5 | 14.02n | -0.34 |
| A+ | Health Care | -4 | +9 | +8 | 26.39n | -0.54 |
| C | Intl Idx | -14 | +9 | +2 | 20.33n | -0.55 |
| A | Lg-Cap Gro | -25 | -3 | +7 | 20.51n | -0.63 |
| A | S&P 500 Idx | -17 | +0 | +9 | 59.58n | -1.5 |
| B | SC Idx | -20 | -2 | +4 | 28.41n | -0.73 |
| A- | Sm-Cap Eq | -14 | +2 | +4 | 16.79n | -0.41 |
| A | Tot Stk Mkt | -18 | +0 | +8 | 66.09n | -1.7 |
| A | 1000 Index | -18 | +0 | +8 | 83.27n | -2.1 |
| C | TRSInflPSI | -11 | -1 | +1 | 10.34n | 0.00 |
| | **SEI Inst F** | | | | | |
| | $ 22.2 bil 800-858-7233 | | | | | |
| E | CoreFxdInc | -13 | +2 | 0 | 9.75 | 0.01 |
| A | Lg Cap Gro | -27 | -3 | +9 | 34.08 | -3.8 |
| A- | Lg Cap Val | -5 | +5 | +5 | 24.36 | -2.3 |
| A | S&P 500 | -17 | +0 | +8 | 72.00 | -8.6 |
| A | Tx-Mgd LgCp | -13 | +4 | +8 | 30.26 | -2.5 |
| | **SEI Inst Intl F** | | | | | |
| | $ 22.2 bil 800-858-7233 | | | | | |
| C | Intl Eq | -16 | +8 | +1 | 10.22 | -0.21 |
| | **Sequoia** | | | | | |
| | $ 3.0 bil 800-686-6884 | | | | | |
| C+ | Fund | -31 | -2 | +6 | 123.65n | -3.7 |
| | **Shelton Funds** | | | | | |
| | $ 806 mil 800-955-9988 | | | | | |
| A- | Eqty Income | -10 | +3 | +4 | 15.44n | -0.25 |
| A | S&P 500 Id | -17 | +0 | +8 | 59.53n | -1.5 |
| | **SmeadFds** | | | | | |
| | $ 3.2 bil 877-807-4122 | | | | | |
| A+ | Value | -2 | +7 | +10 | 66.63 | -2.0 |
| | **SSgA Funds** | | | | | |
| | $ 1.4 bil 800-997-7327 | | | | | |
| A | SSS&P500Ind | -17 | +0 | +8 | 223.11n | -5.7 |
| | **State Street Institu** | | | | | |
| | $ 1.3 bil 800-242-0134 | | | | | |
| A- | SmCp Equity | -15 | +2 | +5 | 17.05 | -0.41 |
| | **TCW Funds** | | | | | |
| | $ 6.8 bil 800-248-4486 | | | | | |
| E | EmMktsIncom | -16 | +3 | -2.0 | 6.19n | -0.01 |
| E | **TotalReturn** | -14 | +0 | -1.0 | 8.46n | 0.02 |
| | **The Bruce Fund** | | | | | |
| | $ 515 mil 800-872-7823 | | | | | |
| A- | Fund | -8 | +3 | +5 | 614.75n | -7.4 |
| | **Third Avenue** | | | | | |
| | $ 1.1 bil | | | | | |
| A+ | Value | +14 | +10 | | 54.49 | -0.89 |
| | **Thivent Funds A** | | | | | |
| | $ 6.5 bil 800-847-4836 | | | | | |
| A- | LC Gro | -32 | -7 | +8 | 10.86 | -1.4 |
| A+ | SC Stk | -12 | +0 | +7 | 19.18 | -3.1 |
| | **Thivent Funds S** | | | | | |
| | $ 4.6 bil 800-847-4836 | | | | | |
| A+ | LC Val | -4 | +3 | +8 | 26.02n | -1.7 |
| A+ | MC Stk | -16 | -1 | +7 | 31.03n | -1.5 |
| | **Thompson IM Fds,Inc** | | | | | |
| | $ 2.0 bil 800-999-0887 | | | | | |
| D- | Bond | -7 | -2 | 0 | 9.90n | 0.00 |
| | **Thornburg Fds** | | | | | |
| | $ 17.9 bil 800-847-0200 | | | | | |
| B- | Inc Bldr | -8 | +4 | +2 | 21.43 | -0.35 |
| D+ | Ltd Inc | -6 | +1 | +1 | 12.58 | 0.00 |
| D | Ltd Muni | -5 | +1 | +1 | 13.55 | 0.00 |
| | **TIAACREF Inst** | | | | | |
| | $ 114 bil 877-518-9161 | | | | | |
| E | Bond Indx | -11 | +2 | 0 | 9.70 | 0.01 |
| E | Core Bond | -11 | +2 | 0 | 9.22 | 0.01 |
| A | Eq Idx | -18 | +0 | +8 | 27.52 | -0.71 |
| A- | Gro & Inc | -21 | -1 | +7 | 12.48 | -0.31 |
| C | Intl Eq | -17 | +8 | +1 | 11.43 | -0.30 |
| C | Itl Eq Ix | -14 | +9 | +2 | 19.15 | -0.51 |
| C+ | LC Id 2020 | -13 | +2 | +3 | 17.77 | -0.21 |
| B- | LC Id 2025 | -14 | +2 | +4 | 19.36 | -0.26 |
| B | LC Id 2035 | -15 | +2 | +4 | 22.38 | -0.40 |
| B | LC Id 2040 | -16 | +2 | +5 | 23.56 | -0.48 |
| B+ | LC Id 2045 | -16 | +2 | +5 | 24.27 | -0.54 |
| A+ | LCG Idx | -27 | -3 | +10 | 38.11 | -1.2 |
| A- | LCV Idx | -7 | +3 | +6 | 21.75 | -0.45 |
| A | LCV | -7 | +5 | +6 | 18.99 | -0.40 |
| B | Lfcy 2040 | -16 | +2 | +4 | 9.73 | -0.20 |
| A- | Qnt SCE | -15 | +0 | +4 | 15.22 | -0.36 |
| C+ | Real Est | -27 | -4 | +4 | 16.64 | -0.25 |
| A | S&P500 Idx | -17 | +0 | +9 | 42.46 | -1.1 |
| B | SCB Idx | -20 | -2 | +4 | 20.18 | -0.52 |
| A+ | Soc Ch Eq | -17 | +2 | +8 | 22.53 | -0.56 |
| | **Tocqueville Funds** | | | | | |
| | $ 258 mil 800-697-3863 | | | | | |
| A | Tocq Fd | -13 | +3 | +7 | 38.40n | -1.0 |
| | **Tortoise Capital** | | | | | |
| | $ 2.9 bil 855-822-3863 | | | | | |
| A+ | MLP&EnInc | +19 | -4 | +4 | 7.31 | -0.08 |
| A | MLP&Pipe | +22 | -3 | +5 | 13.14 | -0.22 |
| | **Touchstone Family Fd** | | | | | |
| | $ 6.3 bil 800-543-0407 | | | | | |
| A+ | Focused | -18 | +0 | +8 | 51.40 | -1.3 |
| A | MC Value | -9 | -1 | +5 | 20.90 | -0.33 |
| A | Small Co | -14 | +4 | +5 | 4.84 | -0.11 |
| | **Touchstone Funds Gro** | | | | | |
| | $ 3.4 bil 800-543-0407 | | | | | |
| B- | Mid Cap | -15 | -1 | +7 | 41.76 | -1.0 |
| | **Touchstone Strategic** | | | | | |
| | $ 2.1 bil 800-543-0407 | | | | | |
| A+ | Lrg Cp Foc | -17 | +1 | +8 | 48.11 | -1.3 |
| A | Value | -3 | +4 | +7 | 10.07 | -0.17 |
| | **Transamerica A** | | | | | |
| | $ 4.8 bil 888-233-4339 | | | | | |
| A- | Sm/Md Cap V | -9 | +0 | +4 | 27.68 | -0.56 |
| | **Trillium** | | | | | |
| | $ 219 mil 866-209-1962 | | | | | |
| A- | ESG Gl Eq | -22 | +3 | +6 | 54.24n | -1.6 |
| | **Trust for Professional Manager** | | | | | |
| | $ 6.3 bil 866-273-7223 | | | | | |
| A | Rock Qlt LC | -10 | +4 | +8 | 17.85 | -3.2 |
| E | TrStratBond | -11 | +1 | 0 | 19.41 | -0.09 |
| | **Tweedy Browne Fds** | | | | | |
| | $ 6.4 bil 800-432-4789 | | | | | |
| C+ | Intl Val | -7 | +5 | +2 | 25.51n | -0.40 |
| | **Ultimus** | | | | | |
| | $ 960 mil 888-884-8099 | | | | | |
| A- | US Val Eqty | -17 | +0 | +3 | 18.17 | -0.52 |
| A- | Qual Val | -5 | +4 | +7 | 12.71 | -0.25 |
| | **UM Funds** | | | | | |
| | $ 3.1 bil 800-480-4111 | | | | | |
| A+ | Beh Val | -2 | +2 | +6 | 75.99 | -1.6 |
| | **USAA Group** | | | | | |
| | $ 46.2 bil 800-235-8396 | | | | | |
| A+ | 500 Index | -18 | +0 | +9 | 49.81n | -1.3 |
| A- | CapitalGrow | -13 | +5 | +4 | 10.52n | -0.25 |
| C+ | Cornerstone | -13 | +3 | +2 | 23.96n | -0.32 |
| A- | Growth&Inc | -17 | +1 | +5 | 18.91n | -0.48 |
| A- | IncomeStock | -4 | +5 | +6 | 17.58n | -0.36 |
| D- | Income | -11 | +1 | 0 | 11.42n | 0.00 |
| A+ | NASDAQ-100I | -30 | -5 | +11 | 29.08n | -1.0 |
| D | Tax-ExInt-T | -7 | +2 | +2 | 12.47n | 0.00 |
| D- | Tax-ExLng-T | -11 | +2 | +1 | 11.96n | 0.01 |
| A- | Value | -6 | +3 | +4 | 16.45n | -0.29 |
| | **–V–W–X–** | | | | | |
| | **Value Line Funds** | | | | | |
| | $ 1.8 bil 800-243-2729 | | | | | |
| A+ | LineMdCpFoc | -9 | +4 | +11 | 26.60n | -0.72 |
| A- | LineSelGro | -20 | +0 | +9 | 29.01n | -0.87 |
| | **VanEck Funds** | | | | | |
| | $ 1.4 bil 800-544-4653 | | | | | |
| A+ | GlobalResrc | +0 | +0 | +6 | 43.73 | -0.96 |
| | **Vanguard Funds Adm** | | | | | |
| | $ 2013 bil 800-662-2739 | | | | | |
| A | 500 Idx | -17 | +0 | +9 | 360.79n | -9.2 |
| B | Bal Idx | -15 | +0 | +5 | 40.77n | -0.61 |
| D | CA Intm-Trm | -6 | +2 | +2 | 11.21n | 0.00 |
| D | CA Lng-Tm | -9 | +3 | +2 | 11.26n | 0.00 |
| A | Cap Opp | -16 | +3 | +8 | 162.75n | -4.0 |
| A | Cnsmr Dis | -32 | -12 | +9 | 118.88n | -2.3 |
| A+ | Cnsmr Stp | -1 | +6 | +7 | 94.75n | -1.7 |
| C | Dev Mkt | -15 | +7 | +2 | 13.68n | -0.36 |
| A+ | Div A I | -9 | +5 | +9 | 41.66n | -0.99 |
| D | EM St I | -18 | -1 | 0 | 32.84n | -0.59 |
| A+ | Energy Idx | +58 | +6 | +8 | 58.87n | -0.27 |
| B | Energy | +23 | +3 | +1 | 88.86n | -0.82 |
| A+ | Equity Inc | +0 | +6 | +8 | 90.46n | -1.6 |
| C+ | Euro S | -16 | +11 | +2 | 70.32n | -1.9 |
| A- | Explorer | -22 | -1 | +7 | 92.61n | -2.3 |
| B | Ext MI | -26 | -4 | +5 | 102.68n | -2.8 |
| C- | FTSE xUS | -16 | +5 | +2 | 31.60n | -0.78 |
| C | Gl Min Vol | -4 | +4 | +4 | 26.96n | -0.32 |
| E | GNMA | -9 | +2 | -1.0 | 9.42n | 0.01 |
| A+ | Gro & Inc | -16 | +0 | +8 | 87.00n | -2.2 |
| A | Gro Idx | -31 | -6 | +9 | 113.65n | -3.8 |
| A+ | Health Care | +0 | +8 | +8 | 92.39n | -1.8 |
| D | Hi Yld TxEx | -10 | +2 | +2 | 10.42n | 0.00 |
| A+ | Hlth Cr Idx | -5 | +6 | +9 | 124.98n | -2.5 |
| C- | HY Corp | -7 | +3 | +1 | 5.25n | -0.02 |
| A | Indus Idx | -8 | +7 | +6 | 94.08n | -2.4 |
| C | Infl-Prot | -10 | -1 | +1 | 24.15n | 0.00 |
| A+ | InfoTch Idx | -27 | -1 | +14 | 169.15n | -6.7 |
| E | Int Trs | -9 | +1 | 0 | 20.15n | 0.02 |
| E | Int-T B | -11 | +2 | 0 | 10.34n | 0.01 |
| D- | Int-Tm Inv | -12 | +2 | 0 | 8.53n | 0.00 |
| D- | Int-Tm Trs | -9 | +1 | 0 | 10.14n | 0.01 |
| D+ | Int-Tm TxEx | -6 | +2 | +2 | 13.47n | 0.00 |
| B | Intl Gro | -29 | +4 | +5 | 92.57n | -3.2 |
| A | Lg-Cp I | -19 | +0 | +8 | 89.69n | -2.3 |
| E | Lg-Tm Inv | -21 | +4 | -1.0 | 8.31n | 0.01 |
| E | **Lg-Tm Trs** | -24 | +1 | -1.0 | 9.47n | 0.04 |
| D | Lg-Tm Tx-Ex | -9 | +3 | +2 | 10.71n | 0.00 |
| D+ | Ltd-Tm TxEx | -3 | +1 | +1 | 10.70n | -0.01 |
| A- | MC G I | -27 | -2 | +7 | 79.13n | -2.4 |
| A | MC V I | -7 | +2 | +6 | 71.13n | -1.4 |
| A- | Md-Cp I | -18 | +0 | +7 | 257.17n | -6.2 |
| A+ | Mtrls Idx | -11 | +7 | +6 | 87.67n | -2.8 |
| D | NJ Lng-Trm | -9 | +3 | +2 | 11.18n | 0.00 |
| D | NY Lng-Trm | -10 | +3 | +2 | 10.64n | 0.00 |
| D | PA Lng-Trm | -9 | +3 | +2 | 10.68n | 0.00 |
| D+ | Pac Stk | -16 | +5 | +1 | 80.50n | -2.2 |
| A | PRIMECAP | -14 | +4 | +8 | 145.74n | -3.8 |
| C | RE Idx | -24 | -3 | +3 | 122.31n | -1.7 |
| B+ | S-C Id | -17 | -1 | +6 | 89.19n | -2.2 |
| C+ | SC G Id | -27 | -5 | +5 | 72.04n | -2.0 |
| A | SC V I | -9 | +2 | +5 | 68.84n | -1.5 |
| D | Sh-Tm B | -5 | +1 | 0 | 9.93n | -0.01 |
| D | Sh-Tm Fed | -5 | +0 | 0 | 10.12n | 0.00 |
| D | Sh-Tm Inv | -5 | +1 | 0 | 10.01n | 0.00 |
| D | Sh-Tm Trs | -4 | +0 | 0 | 9.98n | -0.01 |
| D+ | Sh-Tm Tx-Ex | -1 | +1 | +1 | 15.59n | 0.00 |
| D | ST Corp Bd | -5 | +1 | +1 | 20.62n | 0.00 |
| C+ | ST IPSI | -3 | -1 | +1 | 24.03n | -0.02 |
| D | ST Trs | -4 | +0 | 0 | 19.36n | 0.00 |
| B | TM Bal | -12 | +1 | +5 | 36.94n | -0.45 |
| A | TM Cp App | -18 | +0 | +9 | 201.45n | -5.2 |
| A- | TM SmCp | -16 | +1 | +6 | 77.93n | -1.9 |
| E | Tot Bd | -11 | +2 | 0 | 9.73n | 0.01 |
| E | Tot Intl Bl | -11 | +1 | 0 | 19.55n | -0.09 |
| A | TSM Idx | -18 | +0 | +8 | 94.84n | -2.5 |
| B | US Growth | -38 | -7 | +8 | 104.61n | -3.5 |
| A- | Util Indx | +0 | -3 | +6 | 77.60n | -1.0 |
| A | Val Idx | -2 | +6 | +7 | 55.02n | -1.0 |
| B- | Wellesley | -7 | +3 | +3 | 63.54n | -0.40 |
| B+ | Wellington | -13 | +2 | +5 | 71.62n | -1.0 |
| A+ | Windsor II | -13 | +2 | +8 | 70.83n | -1.6 |
| A+ | Windsor | -3 | +4 | +7 | 78.26n | -1.6 |
| | **Vanguard Funds Ins** | | | | | |
| | $ 775 bil 800-662-7447 | | | | | |
| A+ | Rus 1000 Gl | -27 | -3 | +10 | 435.99 | -14 |
| A | Rus 1000 Id | -18 | +0 | +8 | 342.03 | -8.8 |
| A- | Rus 1000 Vl | -8 | +3 | +6 | 260.01 | -5.4 |
| A | Rus 3000 Id | -18 | +0 | +8 | 336.66 | -8.7 |
| | **Vanguard Funds InsP** | | | | | |
| | $ 775 bil 800-662-2739 | | | | | |
| A | Instl Indx | -17 | +0 | +9 | 331.10 | -8.4 |
| | **Vanguard Funds Inst** | | | | | |
| | $ 775 bil 800-662-7447 | | | | | |
| A- | FTSE Soc | -23 | -1 | +8 | 25.63 | -0.72 |
| E | **LT Trs** | -24 | +2 | -1.0 | 28.43 | 0.11 |
| A | S&P MC400 | -13 | +2 | +6 | 329.33 | -7.6 |
| A- | S&P SC600 | -16 | +2 | +6 | 356.04 | -8.7 |
| B+ | T WldStk | -17 | +2 | +5 | 178.80 | -4.5 |
| | **Vanguard Funds InstP** | | | | | |
| | $ 775 bil 800-662-2739 | | | | | |
| A | Ins T StMk | -18 | +0 | +8 | 69.02 | -1.8 |
| | **Vanguard Funds Inv** | | | | | |
| | $ 1173 bil 800-662-2739 | | | | | |
| A | Div Eqty | -21 | -1 | +8 | 41.40n | -1.1 |
| A+ | Div Gro | -5 | +6 | +10 | 36.25n | -0.76 |
| A+ | Gl Cap Cyc | +0 | +8 | +4 | 11.68n | -0.26 |
| B- | Glbl Eqty | -22 | +1 | +5 | 30.10n | -0.87 |
| C | Intl Val | -12 | +7 | +2 | 36.73n | -0.80 |
| C- | LS Cons Gro | -13 | +2 | +2 | 19.72n | -0.21 |
| B | LS Growth | -16 | +2 | +4 | 36.93n | -0.75 |
| D | LS Income | -12 | +1 | +1 | 14.73n | -0.08 |
| C+ | LS Mod Gro | -15 | +2 | +3 | 28.36n | -0.43 |
| D | MA Tax-Ex | -10 | +3 | +2 | 10.02n | 0.00 |
| C+ | Mid-CapGrth | -29 | -3 | +5 | 19.26n | -0.57 |
| A- | **Mkt Neut** | +12 | +5 | | 12.34n | 0.04 |
| A | PrmCp Cre | -11 | +5 | +7 | 29.84n | -0.72 |
| A | Sel Value | -8 | +5 | +5 | 28.10n | -0.56 |
| B | STAR | -16 | +2 | +4 | 26.52n | -0.43 |
| A | Str SC Eq | -13 | +2 | +5 | 34.08n | -0.84 |
| A+ | Strat Eqty | -11 | +2 | +6 | 34.46n | -0.75 |
| C- | Tgt Ret Inc | -11 | +1 | +2 | 12.66n | -0.10 |
| C+ | Tgt Ret2020 | -13 | +1 | +3 | 27.05n | -0.30 |
| C+ | Tgt Ret2025 | -14 | +2 | +3 | 17.43n | -0.25 |
| C+ | Tgt Ret2030 | -15 | +2 | +4 | 32.63n | -0.54 |
| B- | Tgt Ret2035 | -16 | +2 | +4 | 20.14n | -0.36 |
| B | Tgt Ret2040 | -16 | +2 | +5 | 35.30n | -0.70 |
| B | Tgt Ret2045 | -16 | +2 | +5 | 23.70n | -0.51 |
| B | Tgt Ret2050 | -17 | +2 | +5 | 39.09n | -0.88 |
| B | Tgt Ret2055 | -17 | +2 | +5 | 43.52n | -0.99 |
| B | Tgt Ret2060 | -17 | +2 | +5 | 40.04n | -0.91 |
| E | Tot Bd II | -11 | +2 | 0 | 9.62 | 0.01 |
| C- | TotIntlStk | -16 | +5 | +1 | 16.85 | -0.41 |
| | **Victory Funds** | | | | | |
| | $ 13.9 bil 800-539-3863 | | | | | |
| A | Dvsd Stock | -18 | -1 | +5 | 17.04 | -0.40 |
| A+ | Estab Val | -3 | +3 | +8 | 44.93 | -0.99 |
| A | Sm Co Opp | -7 | +4 | +6 | 46.67 | -1.2 |
| | **Virtus Equity Trust** | | | | | |
| | $ 4.1 bil 800-243-1574 | | | | | |
| C+ | KAR Sm-Cp G | -28 | -5 | +10 | 34.92 | -1.3 |
| | **VirtusFunds** | | | | | |
| | $ 5.8 bil 800-243-1574 | | | | | |
| A | Silvant FG | -32 | -4 | +7 | 48.49 | -1.6 |
| | **VirtusFunds Cl I** | | | | | |
| | $ 9.7 bil 800-243-1574 | | | | | |
| A+ | KAR SmCp Cr | -10 | +2 | +11 | 43.98 | -1.1 |
| D+ | NwfleetMSST | -5 | +1 | 0 | 4.37 | 0.00 |
| | **Vivaldi Merger** | | | | | |
| | $ 2.3 bil 877-779-1999 | | | | | |
| B | TrustMrgrAr | +0 | +2 | +3 | 10.69 | 0.00 |
| | **Voya Fds** | | | | | |
| | $ 6.7 bil 800-992-0180 | | | | | |
| E | Intmdt Bd | -12 | +1 | 0 | 8.76 | 0.00 |
| A- | MdCp Opps | -24 | -2 | +4 | 14.97 | -0.45 |
| | **Wasatch** | | | | | |
| | $ 5.6 bil 800-551-1700 | | | | | |
| A+ | Micro Cp V | -29 | -3 | +7 | 2.95n | -0.06 |
| | **WCM Focus Funds** | | | | | |
| | $ 15.6 bil 888-988-9801 | | | | | |
| B | FocusedItlG | -27 | +5 | +6 | 20.09 | -0.65 |
| | **WesMark Funds** | | | | | |
| | $ 793 mil 800-864-1013 | | | | | |
| A+ | LargeCompan | -21 | -1 | +7 | 19.32n | -2.9 |
| | **Western Asset** | | | | | |
| | $ 57.1 bil 877-721-1926 | | | | | |
| E | Core Bond | -14 | +2 | -1.0 | 10.95 | 0.01 |
| E | CorePlusBon | -16 | +2 | -1.0 | 9.71 | -0.01 |
| D | ManagedMuni | -9 | +2 | +1 | 14.85 | 0.00 |
| E | SMAShSeries | -27 | +1 | -3.0 | 6.41n | -0.03 |
| | **Williamsburg Invst T** | | | | | |
| | $ 778 mil 800-281-3217 | | | | | |
| A+ | SmCp Focus | -15 | +0 | +8 | 15.14n | -0.37 |
| | **Wilmington Funds** | | | | | |
| | $ 12.1 bil 800-497-2960 | | | | | |
| A+ | RiverSmCpGr | -27 | -9 | +9 | 47.44 | -1.5 |
| A | LC Str | -18 | +0 | +8 | 23.71 | -0.61 |
| | **Wm Blair Funds Cl I** | | | | | |
| | $ 4.2 bil 800-635-2886 | | | | | |
| A | Sm Cap Gro | -21 | +1 | +7 | 28.75 | -1.8 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,

Defendants.

Case No. 1:22-cv-02854-JSR

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who, during the period from March 14, 2017, through September 18, 2020, inclusive (the "Settlement Class Period"), purchased or otherwise acquired Deutsche Bank Aktiengesellschaft ("Deutsche Bank") common stock (i) on any stock exchanges located in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions, and were allegedly damaged thereby (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class as set forth in the full printed Notice Of (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement of Class Action; (II) Settlement Hearing; And (III) Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed Settlement of the Action for $26,250,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action. Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33.3% of the Settlement Fund ($8,750,000), plus actual expenses up to $1,000,000. The attorney fee application will be made collectively on behalf of Pomerantz LLP and Bronstein, Gewirtz & Grossman LLC, with any attorneys' fees awarded by the Court divided as follows: Pomerantz LLP (85%) and Bronstein, Gewirtz & Grossman LLC (15%). An estimate of the average cost per allegedly damaged Deutsche Bank securities, if the Court approves Lead Counsel's fee and expense application, is $0.03 per allegedly damaged security.

THE COURT HAS RESCHEDULED THE HEARING FOR FINAL APPROVAL OF THE SETTLEMENT FROM JANUARY 31, 2023 AT 4:00 P.M. TO JANUARY 31, 2023 AT 9:00 A.M. The hearing will be held before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, NY 10007, or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved, and (v) whether the award Plaintiffs out of the Settlement Fund pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI 53217 or toll free on 1-800-232-3154. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.DeutscheBankSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than February 7, 2023. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than January 10, 2023, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are *received* no later than January 17, 2023, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Deutsche Bank, or Defendants' counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

Deutsche Bank Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI 53217

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Emma Gilmore
600 Third Avenue, 20th Floor
New York, NY 10016
egilmore@pomlaw.com

Dated: November 22, 2022

By Order of the Court
United States District Court
Southern District of New York

INVESTOR'S BUSINESS DAILY®
12 DAYS OF DEALS
Level up your investing game with IBD!
investors.com/12days
© 2022 Investor's Business Daily, LLC. Investor's Business Daily, IBD, Leaderboard and corresponding logos are registered trademarks owned by Investor's Business Daily, LLC.

# EXHIBIT F

# Pomerantz LLP Announces Notice of Pendency of Class Action To All Persons and Entities Who, During the Period from March 14, 2017, through September 18, 2020, Inclusive Purchased or Otherwise Acquired Deutsche Bank Aktiengesellschaft Common Stock

---

NEWS PROVIDED BY
**Pomerantz LLP**
Dec 19, 2022, 10:00 ET

---

NEW YORK, Dec. 19, 2022 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br>v.<br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>          Defendants. | **Case No. 1:22-cv-02854-JSR** |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF <u>ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES</u>**

**TO:  All persons and entities who, during the period from March 14, 2017, through September 18, 2020, inclusive (the "Settlement Class Period"), purchased or otherwise acquired Deutsche Bank Aktiengesellschaft ("Deutsche Bank") common stock (i) on any stock exchanges located**

in the United States, (ii) on any alternative trading systems located in the United States, or (iii) pursuant to other domestic transactions, and were allegedly damaged thereby (the "Settlemen Class"):

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captione litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except fo certain persons and entities who are excluded from the Settlement Class as set forth in the full printed Notice Of (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement c Class Action; (II) Settlement Hearing; And (III) Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $26,250,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action. Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to excee 33.3% of the Settlement Fund ($8,750,000), plus actual expenses up to $1,000,000. The attorney fee application will be made collectively on behalf of Pomerantz LLP and Bronstein, Gewirtz & Grossman LLC, with any attorneys' fees awarded by the Court divided as follows: Pomerantz LLP (85%) and Bronstein, Gewirtz & Grossman LLC (15%).  An estimate of the average cost per allegedly damaged Deutsche Bank securities, if the Court approves Lead Counsel's fee and expense application, is $0.03 per allegedly damaged security.

THE COURT HAS RESCHEDULED THE HEARING FOR FINAL APPROVAL OF THE SETTLMENT FROM JANUARY 31, 2023 AT 4:00 P.M. TO JANUARY 31, 2023 AT 9:00 A.M. The hearing will be hel before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York NY  10007, or by telephonic, video conferencing or other electronic means, as posted on the website the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of

be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys

fees and reimbursement of Litigation Expenses should be approved, and (v) whether to award Plaintif

out of the Settlement Fund pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation

the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**.  If you have not ye received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at Deutsche Bank Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173013, Milwaukee, WI  53217 or toll free on 1-800-232-3154.  Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.DeutscheBankSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than February 7, 2023.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than January 10, 2023, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are *received* no later than January 17, 2023, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Deutsche Bank, or Defendants' counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims**

Requests for the Notice and Claim Form should be made to:


Deutsche Bank Securities Litigation

c/o A.B. Data, Ltd.

P.O. Box 173013

Milwaukee, WI  53217


Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:


POMERANTZ LLP

Emma Gilmore

600 Third Avenue, 20th Floor

New York, NY 10016

egilmore@pomlaw.com


Dated: November 22, 2022


By Order of the Court

United States District Court

Southern District of New York


SOURCE Pomerantz LLP