# EXHIBIT 3

| 12/6/2022 | Pomerantz LLP<br>Hours and Amount by Current Rate<br>From 1/1/1995 to 12/6/2022 | | | Page 1 of 1 |

**Deutsche Bank Aktiengesellschaft (2020)**

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---:|---:|---:|
| Bruckner, Gustavo F. | Partner | $920.00 | 7.40 | $6,808.00 |
| Dean, Jay D. | Staff Attorney | $685.00 | 291.00 | $199,335.00 |
| Gilmore, Emma | Partner | $815.00 | 1,061.30 | $864,959.50 |
| Graham, Cary S. | Project Associate | $470.00 | 484.00 | $227,480.00 |
| Gross, Marc I. | Partner | $1,000.00 | 12.40 | $12,400.00 |
| Hamer, Cheryl D. | Partner | $660.00 | 74.10 | $48,906.00 |
| Lieberman, Jeremy | Partner | $1,025.00 | 139.20 | $142,680.00 |
| Scott, Megan | Project Associate | $470.00 | 370.00 | $173,900.00 |
| Sidi, Samir | Staff Attorney | $580.00 | 224.00 | $129,920.00 |
| Hood, Alex | Partner | $750.00 | 5.60 | $4,200.00 |
| Lahav, Timor | Staff Attorney | $480.00 | 17.50 | $8,400.00 |
| Druhm, Kris | Project Associate | $460.00 | 218.50 | $100,510.00 |
| LoPiano, James | Associate | $415.00 | 22.00 | $9,130.00 |
| Lewis, Garth | Project Associate | $450.00 | 272.00 | $122,400.00 |
| Shteyn, Villi | Associate | $415.00 | 739.20 | $306,768.00 |
| Hoskin, LaKeith | Project Associate | $450.00 | 235.50 | $105,975.00 |
| Calandra, Brian | Of Counsel | $730.00 | 41.60 | $30,368.00 |
| Celik, Morgan | Project Associate | $450.00 | 195.50 | $87,975.00 |
| Garrette, Thomas | Project Associate | $450.00 | 245.50 | $110,475.00 |
| Pryzyblowski, Thomas | Associate | $515.00 | 5.40 | $2,781.00 |
| Scudieri, Terrence | Associate | $520.00 | 10.90 | $5,668.00 |
| Dorzhieva, Dolgora | Associate | $515.00 | 1,016.85 | $523,677.75 |
| Cordovi, Brandon | Associate | $415.00 | 23.60 | $9,794.00 |
| Molinaro, Lauren | Associate | $375.00 | 19.20 | $7,200.00 |
| Malivert, Edens | Project Associate | $450.00 | 55.00 | $24,750.00 |
| Weerasinghe, Rajitha | Project Associate | $450.00 | 134.00 | $60,300.00 |
| | ATTORNEY TOTAL | | 5921.25 | $3,326,760.25 |

| PARALEGAL AND OTHER TIMEKEEPERS | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---:|---:|---:|
| Lo, Jack | Paralegal | $350.00 | 7.25 | $2,537.50 |
| Huang, Jessie | Paralegal | $110.00 | 2.00 | $220.00 |
| Jordan, Ellen | Paralegal | $345.00 | 17.35 | $5,985.75 |
| | PARALEGAL AND OTHER TIMEKEEPERS TOTAL | | 26.60 | $8,743.25 |
| | FIRM'S TOTAL | | 5947.85 | $3,335,503.50 |