# EXHIBIT 7

| Select Second Circuit Cases with 33% or Higher Fee Awards | | |
|---|---:|---:|
| Case | Settlement Amount | Fee Award |
| In re Initial Pub. Offering Securities Litig., No. 21-mc-00092, 671 F. Supp. 2d 467, 516, at *3 (S.D.N.Y. Oct. 5, 2009) | $510,250,000 | 33⅓% |
| In re U.S. Foodservice, Inc. Pricing Litig, No. 07-md-01894, ECF No. 520 (D.Conn. Dec 1, 2014) | $297,000,000 | 33.33% |
| In re Buspirone Antitrust Litig., No. 01-md-01413, ECF No. 171 (S.D.N.Y. Nov. 21, 2003) | $220,000,000 | 33.33% |
| Landmen Partners, Inc. et al. v. The Blackstone Group, L.P. et al., No. 08-cv-03601, ECF No. 191 (S.D.N.Y. Dec. 18, 2013) | $85,000,000 | 33⅓% |
| In re J.P. Morgan Stable Value Fund ERISA Litig., No. 12-cv-02548, 2019 WL 4734396, at *6 (S.D.N.Y. Sept. 23, 2019) | $75,000,000 | 33⅓% |
| In re Crazy Eddie Sec. Litig., No. 90-cv-03181, 824 F.Supp. 320, 326 (E.D.N.Y. June 11, 1993) | $42,000,000 | 33.8% |
| In re Medical X-Ray Film Antitrust Litig., No. 93-cv-05904, 1998 WL 661515, at *7-8 (E.D.N.Y. Aug. 7, 1998) | $39,360,000 | 33⅓% |
| In re Marsh ERISA Litig., No. 04-cv-08157, 265 F.R.D. 128, 149, at *9 (S.D.N.Y. Jan. 29, 2010) | $35,000,000 | 33.33% |
| In re Cnova N.V. Securities Litigation, No. 16-cv-00444, ECF No. 148 (S.D.N.Y. Mar. 20, 2018) | $28,500,000 | 33.33% |
| In re Facebook, Inc. IPO Sec. & Deriv. Litig., No. 12-cv-02389, 2015 WL 6971424, at *9, *11-*12 (S.D.N.Y. Nov. 9, 2015) | $26,500,000 | 33% |
| In re Deutsche Bank AG Sec. Litig., No. 09-cv-01714, 2020 WL 3162980, at *1 (S.D.N.Y. June 11, 2020) | $18,500,000 | 33.3% |
| In re NYSE Specialists Securities Litig., No. 03-cv-08264, ECF No. 403 (S.D.N.Y. June 10, 2013) | $18,500,000 | 41.1% |
| Wilson v. LSB Industries, Inc. et al., No. 15-cv-07614, ECF No. 197, (S.D.N.Y. June 28, 2019) | $18,450,000 | 33.33% |
| In re Oxycontin Antitrust Litig, No. 04-md-01603, ECF No. 360 (S.D.N.Y. Jan. 25, 2011) | $16,000,000 | 33⅓% |
| City of Providence v. Aeropostale, Inc., No. 11-cv-07132, 2014 WL 1883494, at *12 (S.D.N.Y. May 9, 2014) | $15,000,000 | 33% |
| In re Ubiquiti Networks Inc. Securities Litig., No. 18-cv-01620, ECF No. 49 (S.D.N.Y. Mar. 27, 2020) | $15,000,000 | 33.33% |
| In re Giant Interactive Group, Inc. Securities Litig., No. 07-cv-10588, 279 F.R.D. 151, 166 (S.D.N.Y. Nov. 3, 2011) | $13,000,000 | 33% |
| McIntire v. China Media Express Holdings, Inc., No. 11-cv-00804, ECF No. 263 (S.D.N.Y. Sept. 18, 2015) | $12,000,000 | 33.33% |
| Maley, et al v. Del Global Technology, et al., No. 00-cv-08495, ECF No. 50 (S.D.N.Y. Jan. 29, 2000) | $11,500,000 | 33⅓% |
| Gould v. Winstar Communications, Inc., No. 01-cv-03014, ECF No. 363 (S.D.N.Y. Nov. 13, 2013) | $10,000,000 | 33.33% |
| Levin v. Resource Capital Corporation, No. 15-cv-07081, ECF No. 95 (S.D.N.Y. Aug. 3, 2018) | $9,500,000 | 33.33% |
| Beach v. JPMorgan Chase Bank, No. 17-cv-00563-JMF, ECF No. 232 at 2 (S.D.N.Y. Oct. 7, 2020) | $9,000,000 | 33% |
| In re Qudian Inc. Sec. Litig., No. 17-cv-09741, 2021 WL 2328437, at *1 (S.D.N.Y. June 8, 2021) | $8,500,000 | 33⅓% |
| In re Van der Moolen Holding N.V. Sec. Litig., No. 03-cv-08284, ECF No. 45 (S.D.N.Y. Dec. 6, 2006) | $8,000,000 | 33.33% |
| Becher v. Long Island Lighting Co., No. 95-cv-01994 (NG), 64 F.Supp.2d 174, 182, at *3 (E.D.N.Y. Sept. 17, 1999) | $7,750,000 | 33⅓% |
| Willix v. Healthfirst, Inc., No. 07-cv-01143, ECF No. 312 (E.D.N.Y. Feb. 18, 2011) | $7,670,000 | 33% |
| Guevoura Fund Ltd. v. Sillerman, No. 15-cv-07192, 2019 WL 6889901, at *1 (S.D.N.Y. Dec. 18, 2019) | $7,500,000 | 33⅓% |
| In re Fuqi International Inc. Securities Litig., No. 10-cv-02515, ECF No. 115 (S.D.N.Y. Feb. 19, 2016) | $7,500,000 | 33.33% |
| Zeltser v. Merrill Lynch & Co., Inc., No. 13-cv-01531, 2014 WL 4816134, at *11 (S.D.N.Y. Sept. 23, 2014) | $6,900,000 | 33⅓% |
| In re Austin Capital Management, Ltd., Securities & ERISA Litig., No. 09-md-02075, ECF No. 103 (S.D.N.Y. Oct. 2, 2014) | $6,850,000 | 33.33% |
| Fogarazzo v. Lehman Bros., No. 03-cv-05194, 2011 WL 671745, at *4 (S.D.N.Y. Feb. 23, 2011) | $6,750,000 | 33⅓% |
| Guevoura Fund Ltd. v. Robert F.X. Sillerman, No. 15-cv-07192, ECF No. 201 (S.D.N.Y. Dec. 18, 2019) | $6,750,000 | 33.33% |
| Cohen v. Apache Corp., No. 89-cv-00076, 1993 U.S. Dist. LEXIS 5211, at *1 (S.D.N.Y. Apr. 21, 1993) | $6,750,000 | 33⅓% |
| In re Patriot National, Inc. Securities Litig., No. 17-cv-01866, 2019 WL 5882171, at *1-2 (S.D.N.Y. Nov. 6, 2019) | $6,500,000 | 33% |
| In re Ability, Inc. Securities Litigation, No. 16-cv-03893, ECF No. 107 (S.D.N.Y. Sept. 17, 2018) | $6,250,000 | 33% |
| Masson v. Ecolab Inc., No. 04-cv-04488, ECF No. 248 (S.D.N.Y. May 11, 2010) | $6,000,000 | 33.33% |
| Piazza v. Nevsun Resources, Ltd., No. 12-cv-01845, ECF No. 55 (S.D.N.Y. Feb 13, 2015) | $5,995,000 | 33.33% |
| Murphy III v. JBS S.A., No. 17-cv-03084, ECF No. 57 (E.D.N.Y. July 22, 2019) | $5,866,600 | 33⅓% |
| Li v. Duoyuan Global Water, Inc., No. 10-cv-07233, ECF No. 205 (S.D.N.Y. Feb. 5, 2014) | $5,150,000 | 33.33% |
| Bensley v. Falconstor Software, Inc., No. 10-cv-04572, ECF No. 84 (E.D.N.Y. Apr. 11, 2014) | $5,000,000 | 33⅓% |
| Beckman v. Keybank, N.A., No. 12-cv-07836 (RLE), 293 F.R.D. 467, 482, at *6-7 (S.D.N.Y. Apr. 29, 2013) | $4,900,000 | 33% |
| In re Akazoo S.A. Sec. Litig., No. 20-cv-01900 2021, 2021 WL 4316717, at *1 (E.D.N.Y. Sept. 10, 2021) | $4,900,000 | 33⅓% |
| Meijer, Inc. et al v. Ferring B.V. et al., No. 05-cv-02237, ECF No. 178 (S.D.N.Y. Dec. 18, 2013) | $4,750,000 | 33% |
| Toure v. Amerigroup Corporation et al., No. 10-cv-05391, ECF No. 105 (E.D.N.Y. Aug. 8, 2012) | $4,450,000 | 33.33% |
| Frank Satty, et al. v. NetEase.com, No. 01-cv-09296, ECF No. 20 (S.D.N.Y. May 30, 2003) | $4,350,000 | 33.33% |
| Perry et al v. Duoyuan Printing, Inc. et al., No. 10-cv-07235, ECF No. 185 (S.D.N.Y. Nov 27, 2013) | $4,300,000 | 33⅓% |
| Leach et al v. NBC Universal Television Group et al., No. 15-cv-07206, ECF No. 329 (S.D.N.Y. Aug 24, 2017) | $4,269,867 | 33.33% |
| In re iDreamSky Technology Limited Securities Litig., No. 15-cv-02514, 2018 WL 8950640, at *4 (S.D.N.Y. April 6, 2018) | $4,150,000 | 33.33% |
| In re Hi-Crush Partners L.P. Sec. Litig., No. 12-cv-08557, 2014 WL 7323417, at *19 (S.D.N.Y. Dec. 19, 2014) | $3,800,000 | 33⅓% |
| Too v. Rockwell Medical, Inc., No. 18-cv-04253, 2020 WL 1026410, at *3 (E.D.N.Y. Feb. 26, 2020) | $3,700,000 | 33⅓% |
| Gormley v. Magijack Vocaltec Ltd. et al., No. 16-cv-01869, ECF No. 70 (S.D.N.Y. Jan. 19, 2018) | $3,650,000 | 33% |
| In re L & L Energy, Inc., No. 13-cv-06704, ECF No. 86 (S.D.N.Y. Aug 3, 2015) | $3,500,000 | 33.3% |
| In re Ability, Inc. Securities Litig., No. 16-cv-03893, ECF No. 107 (S.D.N.Y. Sept. 17, 2018) | $3,000,000 | 33.33% |
| Stefaniak v. HSBC Bank USA, N.A., No. 05-cv-07208 (WMS), 2008 WL 7630102 at *10 (W.D.N.Y. June 28, 2008) | $2,900,000 | 33% |
| Gauquie v. Albany Molecular Research, Inc., No. 14-cv-06637, ECF No. 72 (E.D.N.Y. Oct. 13, 2017) | $2,868,000 | 33.33% |
| In re Blech Sec. Litig., No. 94-cv-07696, 2002 WL 31720381, at *1 (S.D.N.Y. Dec. 4, 2002) | $2,795,000 | 33⅓% |

| Select Second Circuit Cases with 33% or Higher Fee Awards | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| Bensinger v. Denbury Resources Inc., No. 10-cv-01917, ECF No. 146 (E.D.N.Y. July 20, 2015) | $2,750,000 | 33⅓% |
| In re Namaste Technologies Inc. Securities Litig., No. 18-cv-10830, ECF No. 76 (S.D.N.Y. Mar. 11, 2020) | $2,750,000 | 33.3% |
| In re Akari Therapeutics PLC Securities Litigation, No. 17-cv-03577, ECF No. 106 (S.D.N.Y. Nov. 28, 2018) | $2,700,000 | 33 33% |
| In re Tangoe, Inc. Securities Litig., No. 17-cv-00146, ECF No. 78 (D. Conn. Apr. 4, 2018) | $2,550,000 | 33 33% |
| In re Fuwei Films Sec. Litig., No. 07-cv-09416, ECF No. 86 (S.D.N.Y. Apr. 27, 2011) | $2,150,000 | 33% |
| Levine v. Atricure, Inc. et al., No. 06-cv-14324, ECF No. 85 (S.D.N.Y. May 27, 2011) | $2,000,000 | 33 33% |
| Menkes v. Stolt-Nielsen S.A., No. 03-cv-00409, ECF No. 142 (D.Conn. Jan. 25, 2011) | $2,000,000 | 33 33% |
| Pilgaonkar v. Kitov Pharmaceuticals Holdings Ltd., No. 17-cv-00917, ECF No. 86 (S.D.N.Y. Mar. 22, 2019) | $2,000,000 | 33 33% |
| In re Noah Education Holdings Ltd. Securities Litigation, No. 08-cv-09203, ECF No. 80 (S.D.N.Y. May 27, 2011) | $1,750,000 | 33⅓% |
| Calfo and Demsar v. Messina, Sr., et al., No. 15-cv-04010, ECF No. 184 (S.D.N.Y. Oct. 30, 2017) | $1,650,000 | 33 33% |
| In re FAB Universal Corporation Securities Litigation, No. 13-cv-08216, ECF No. 74 (S.D.N.Y. Jan. 28, 2016) | $1,500,000 | 33% |
| In re Altair Nanotechnologies Securities Litigation, No. 14-cv-07828, ECF No. 53 (S.D.N.Y. June 15, 2016) | $1,500,000 | 33% |
| Strougo v. Bassini, No. 97-cv-03579, No. 258 F.Supp.2d 254, 262, at *4-5 (S.D.N.Y. Apr. 7, 2003) | $1,500,000 | 33⅓% |
| In re Akazoo S.A. Sec. Litig., No. 20-cv-01900, 2022 WL 14915812 at *4 (E.D.N.Y. Oct. 07, 2022) | $1,470,000 | 33⅓% |
| Springer v. Code Rebel Corporation et al., No. 16-cv-03492, ECF No. 94 (S.D.N.Y. Apr. 10, 2018) | $1,300,000 | 33 33% |
| Tiro v. Public House Investments, LLC, No. 11-cv-07679, ECF No. 113 (S.D.N.Y. Sept. 10, 2013) | $1,300,000 | 33⅓% |
| Henry et al v. Little Mint, Inc. et al., No. 12-cv-03996, ECF No. 71 (S.D.N.Y. May 23, 2014) | $1,162,500 | 33 33% |
| In re China Sunergy Company Limited, No. 07-cv-07895, ECF No. 66 (S.D.N.Y. May 12, 2011) | $1,050,000 | 33 33% |
| Springer v. Code Rebel Corp., No. 16-cv-03492, 2018 WL 1773137, at *5 (S.D.N.Y. Apr. 10, 2018) | $1,000,000 | 33⅓% |