# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>                              Defendants. | Case No. 1:22-cv-02854-JSR |

**SUPPLEMENTAL DECLARATION OF JACK EWASHKO REGARDING
(A) MAILING OF POSTCARD NOTICE AND NOTICE PACKET; AND
(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, JACK EWASHKO, declare as follows:

1. I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's October 20, 2022 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 102) (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this Declaration as a supplement to my earlier declaration, the Declaration of Jack Ewashko Regarding: (A) Mailing of Postcard Notice and Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated December 27, 2022 (the "Initial Mailing Declaration"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE POSTCARD NOTICE AND NOTICE PACKET

2. Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the updated Postcard Notice and the updated Notice Packet in response to additional requests from potential Settlement Class Members and nominees. Through January 19, 2023, A.B. Data has mailed a total of 129,644 of the original Postcard Notices to potential Settlement Class Members and 4,142 original Notice Packets. In addition, through January 19, 2023, A.B. Data has mailed a total of 135,041 of the updated Postcard Notices to potential Settlement Class Members and 5 updated Notice Packets.

## TELEPHONE HELPLINE AND WEBSITE

3. A.B. Data continues to maintain the toll-free telephone helpline, 1-800-232-3154, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. A.B. Data continues to maintain the settlement website www.DeutscheBankSecuritiesLitigation.com, to assist potential Settlement Class Members. As of the date of this declaration the website has been visited 2,829 times. A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4. The Postcard Notice, Notice Packet, updated Postcard Notice and updated Notice Packet informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be mailed to the Claims Administrator, such that they are received no later than January 10, 2023. The Notice Packet and updated Notice Packet also set forth the information that must be included in each request for exclusion. A.B. Data has been monitoring all mail delivered to the post office box. A.B. Data has received four (4) requests for exclusion.

From the four exclusions received, only one is confirmed to be from a Class Member. That Class Member, Yepidale International Ventures Limited, has a recognized loss of $0. Exhibit 1 hereto is a summary list of the names of the individuals who submitted a request for exclusion from the Settlement Class and their respective cities and states.

5. A.B. Data also received one objection to the settlement on January 14, 2023, from Michael Norton. The information provided in the objection letter did not provide any proof that Mr. Norton was a Class Member. Exhibit 2 hereto is a copy of the letter A.B. Data received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January 2023.

JACK EWASHKO

# EXHIBIT I

*Ali Karimi v. Deutsche Bank Aktiengesellschaft*

**Exclusion Report**

| | Name 1 | Contact Information | Exclusion ID # | Signed? | Postmark Date | Transactions March 14, 2017 through December 17, 2020 |
|---|---|---|---|---|---|---|
| 1. | Yepidale International Ventures Limited | British Virgin Islands | 217242966 | Yes | 1/3/2023 | Multiple Transactions |
| 2. | Gernot Leinenbach | Moorestown, NJ 08057 | 217242967 | Yes | 12/30/2022 | Transactions outside of Class Period. |
| 3. | Seldthorn private equity Limited | Cyprus | 217224298 | Yes | 1/9/2023 | Transactions not supplied. |
| 4. | Sin Wilson | Singapore | 217242969 | Yes | 1/10/2023 | Purchased 1,000 shares @ $10.25 on 2/21/2020<br>Sold 1,000 shares @ $8.10 on 5/26/2020 |

# EXHIBIT II

January 14, 2023
Michael Anthony Norton
"Class Member"
83 Elm St. Unit C
Bangor, ME 04401 207 922-2951

## Objection to the Deutsche Bank Settlement ("DBS")

The Plaintiff's counsel and the Claims Administrator advise that objections to this settlement be filed by January 17th, 2023.   To the Court:

Please let "Pedocide" be defined as:  the removal from an entire generation of children of their rights to a free and modern education; this removal having been executed by legal proceeding-engineers such as those enjoying the Lead Plaintiff with Legal Representation status in the Southern District Court of New York, United States for this Settlement.  I do not enjoy the luxury of such representation, visibility, or status in any civil court, nor have I ever, though many filings have been brought to various courts, though I should. The shares involving Know-Your-Customer internal controls manipulation relative to me and tens of millions of others I will not disclose to the Court at this time: I hold the opinion that this case is unfavorably and illegally rigged to allow Pedocide to continue here in the U.S. Eastern Timezone (and most likely, therefore, in all the other timezones as well; definitely, in all of the U.S. and UK).

The administrators of the Settlement have disclosed no information to me indicating any injunctive relief to me from the Court (other than that earmarked by considerably long delay) nor any relief of suspense from its mysterious proceedings and, sadly, it has indicated to me no such confidence that it is actually legally in operations to mitigate the losses associated with Pedocide within this Court's jurisdiction as a result of the manipulators of peoples' financial accounts, and real identities.

I asked the Claims Administrator if it were possible for me to speak with Lead Plaintiff, whom I do not know nor have I ever met, and the Administrator informed me that this is not possible.  I have spoken with some at Pomerantz LLP who identify as counsel for Class Members, though there is no equal administrative footing nor association with the Lead Plaintiff.  This case seems to have been designed by one (and more) financial institution's information-managers who are manipulating the Court in order to produce greater returns for themselves and for their financial institutions.  I do not consider these people Information Technologists.  Put another way, the very same people who manipulated my financial accounts involving Deutsche Bank (and, apparently, others') illegally are now producing a case of misrepresentation for this Court.  It is a bunk case.

I ask the Court to assign the fees that the law firms are asking for to me, for purposes of greater resolution and Settlement opportunity for the Class Members: I am a public administrator by accomplishment of a Master's Degree and many other products and services related to controls, controls that are not utilized to corrupt peoples' financial accounts and identities, credits nor employment and retirement opportunities.  I have witnessed Claims Administration related to this DBS Administration two separate and recent times, one involving a west coast financial group and another involving, funny as it may seem, a west coast financial group.  But this third one, the DBS, arrives a little late and delayed in my opinion, and hopefully yours, too, if you consider Pedocide as a legal and relevant definition in this case:  a ten year old child, wherever the timezone, is eighteen ("legal adult" here in the United States) by the time eight years of *un-modernized* education escape them and their families, neighborhoods, and communities.

I have proof that this is the case in the entire United States.  Why am I being partially-represented in a case prescribing mystery more than anything else other than an $8 million attorneys ask and a basic, common stock trading scheme in the Settlement notice?  Why should the Court allow an Administrator to behave as trading company?

As a writer, I have received criticism for seeming sporadic and confused statements.  To each their own. But confusion within a and by a Court and "Settlement" proceeding involving billions of dollars by an alleged group of Professionals, I ask the Court to re-consider seriously.

As one, among many examples, of the kind of Pedocide that is occurring and being masked, or hidden, by cases like this is the planet's tides lesson, earth science.  This lesson whether in a National Geographic atlas, a World Book Encyclopedia, any online reference even by a Government office domestic or overseas, is "hieroglyphic", or "ancient" in the sense of internal controls utilized by everyone in today's modern world.  This District has many an anchor of good, expert, and professional publishers and agents.  More importantly, the real modern lesson of our tides relative to weather, climate, energy, and human health can dispel a great many of myths for students of all ages involving this planet, whether from an engineering perspective or any other practical vocation.

I have this lesson to teach, but I do not have the resources or support from the U.S, UK, and EU English-speaking education and communications systems.  Perhaps the Court should make a priority of considering as to why this is, for the good of the Class Members; while my physical health may be considered good by my doctor's lab results, it does my mental health no service to be assaulted in perpetuity in the way these Pedocidal attackers have done so to me and continue to do so.  I need equal employment; not further hostage-manipulation.

I thank the Court for hearing my esoteric though relevant objection to the DBS structure.  **Please do consider Power-of-Attorney be assigned to me and with the amount requested for attorneys' fees by the present existing attorneys** who made such requests for themselves a priori to my knowledge.