**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>            Defendants. | **Case No. 1:22-cv-02854-JSR** |

## NOTICE OF MOTION FOR DISTRIBUTION OF
## CLASS ACTION SETTLEMENT FUNDS

  **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

  **PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff Yun Wang ("Wang" or "Lead Plaintiff") and Named Plaintiff Ali Karimi ("Karimi" or "Named Plaintiff" and, with Wang, "Plaintiffs"), will move this Court for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Federal Action; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

  This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the

Class Distribution Order.

Dated:  May 2, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Emma Gilmore*
Jeremy A. Lieberman
Emma Gilmore
Dolgora Dorzhieva
Villi Shteyn

600 Third Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
jalieberman@pomlaw.com
egilmore@pomlaw.com
ddorzhieva@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Lead Plaintiff Yun Wang,
Named Plaintiff Ali Karimi, and
the Settlement Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and for the
Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emma Gilmore*
Emma Gilmore