**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>                                Defendants. | Case No. 1:22-cv-02854-JSR |

## [PROPOSED] AMENDED ORDER GRANTING MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

Lead Plaintiff Yun Wang ("Wang" or "Lead Plaintiff") and Named Plaintiff Ali Karimi ("Karimi" or "Named Plaintiff" and, with Wang, "Plaintiffs") previously moved for entry of an order authorizing distribution of the Net Settlement Fund in the above-captioned class action (the "Action"). *See* ECF No. 113. On May 3, 2023, this Court issued an Order Granting Motion for Distribution of Class Action Settlement Funds. ECF No. 117 ("Distribution Order"). Now, having reviewed the Supplemental Declaration of Jack Ewashko Regarding Plaintiffs' Motion for Distribution of Class Action Settlement Funds ("Supplemental Ewashko Decl.") and the exhibits thereto,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order modifies the Distribution Order by substituting Exhibits A and C to the Supplemental Ewashko Declaration, for the Exhibits E and G originally incorporated into the Distribution Order.

IT IS SO ORDERED.
Dated: _____, 2023

                                                                                                               _____
                                                                                                        THE HONORABLE JED S. RAKOFF
                                                                                                         UNITED STATES DISTRICT JUDGE