**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>                                                         Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>                                                         Defendants. | Case No. 1:22-cv-02854-JSR |

**NOTICE OF MOTION FOR *CY PRES* DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff Yun Wang ("Wang" or "Lead Plaintiff") and Named Plaintiff Ali Karimi ("Karimi" or "Named Plaintiff" and, with Wang, "Plaintiffs"), will move this Court for entry of the [Proposed] Order Granting *Cy Pres* Distribution of Class Action Settlement Fund ("*Cy Pres* Distribution Order").  Among other things, the *Cy Pres* Distribution Order: (i) approves distribution of remaining Class Action Settlement Funds to a *cy pres* recipient, the Howard University Investor Justice and Education Clinic; and (ii) closes the case.

This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres* Distribution; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court.

1

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the *Cy Pres* Distribution Order.

Dated: January 10, 2025

Respectfully submitted,

**POMERANTZ LLP**

/s/ Brian Calandra
Jeremy A. Lieberman
Brian Calandra

600 Third Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Counsel for Lead Plaintiff Yun Wang,*
*Named Plaintiff Ali Karimi, and*
*the Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiffs and for the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

>                             */s/ Brian Calandra*
>                                 Brian Calandra