**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALI KARIMI, Individually and On Behalf Others Similarly Situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>       Defendants. | **Civil Action No. 1:22-cv-02854-JSR**<br><br>**DECLARATION OF JACK EWASHKO ON BEHALF OF A.B. DATA, LTD. CONCERNING THE REMAINING FUNDS FOR *CY PRES* DISTRIBUTION** |

I, Jack Ewashko, hereby declare as follows:

1. I am a Director of Case Management of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the above-captioned action (the "Action"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Amended Order Granting Motion for Distribution of Class Action Settlement Funds ("Distribution Order," ECF No. 119), the Court: (i) approved the proposed distribution plan; (ii) approved A.B. Data's administrative determinations; and (iii) directed that the balance of the Net Settlement Fund be distributed to the Authorized Claimants.

3. Further, the Court directed that to the extent any monies remain in the Net Settlement Fund, if Lead Counsel, in consultation with A.B. Data, determines it is cost-effective to do so, a re-distribution of the funds shall be performed, and at such time as Plaintiffs' Counsel and A.B. Data determine that no additional distribution is cost-effective, then Plaintiffs' Counsel

shall apply to the Court to donate the remaining funds to a nonsectarian, not-for-profit organization.

4.      On July 3, 2023, A.B. Data performed the initial distribution of 100% of the Net Settlement Fund. Eligible Settlement Class Members who filed valid claims have cashed $17,500,700.94 in settlement fund checks.

5.      On October 4, 2024, A.B. Data performed the second distribution of Eligible Settlement Class Members who cashed the initial distribution checks of $47,492.18.

6.      As of January 10, 2025, $8,119.08 remains in the Net Settlement Fund as a result of uncashed checks, which became void after 60 days of issuance on October 4, 2024. A.B. Data has determined that an additional distribution of the $8,119.08 remaining in the Net Settlement Fund would not be cost-effective given the time and expense that a residual distribution would require and the relatively limited amount of money remaining in the Net Settlement Fund.

7.      Therefore, A.B. Data respectfully requests that the Court enter an Order directing that the balance of the Net Settlement Fund be distributed to the Howard University Investor Justice and Education Clinic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 10th day of January 2025, in Milwaukee, Wisconsin.

_____
Jack Ewashko