UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI KARIMI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, JOHN CRYAN, AND CHRISTIAN SEWING,<br><br>　　　　　　　　　　　　　　　Defendants. | Case No. 1:22-cv-02854-JSR |

**[PROPOSED] ORDER GRANTING MOTION FOR**
***CY PRES* DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

Having considered all materials and arguments submitted in support of the Motion for *Cy Pres* Distribution of Class Action Settlement Funds (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for *Cy Pres* Distribution of Class Action Settlement Funds (the "Ewashko *Cy Pres* Distribution Declaration"),

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $8,119.08, the total amount of funds remaining in the Net Federal Settlement Fund, to the Howard University School of Law Investor Justice and Education Clinic from the Net Federal Settlement Fund.

3. After the distribution of the funds, the claims administrator shall close the Settlement Fund, terminate the telephone helpline, and website.

4. The case is hereby closed.

Dated: \_\_\_\_1/10\_\_\_\_, 2025

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2